*FILED*
2020 SEP 30 AM 10:59
U.S. DIST...

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2020 ★
LONG ISLAND OFFICE

MICHELE TIZZANO
44 SINTSINK DR. EAST APT E
PORT WASHINGTON, NY 11050

New York 09/29/20

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 2:20-cv-04026-JMA-SIL

SANTOS HERNANDEZ, EMANUEL DE JESUS LIEVANO and MIGUEL ANTONIO VASQUES vs ROSSO UPTOWN LTD, MICHAEL TIZZANO, MASSIMO GAMMELLA.

RECEIVED
SEP 30 2020
EDNY PRO SE OFFICE

JUDGE JOAN M. AZRACK, STEVEN I. LOCKE,

With the premise that I was never properly served by the plaintiffs` attorney, **I deny** all the allegations reported in the summon.

I want to address specifically:

Paragraph 13 (INDIVIDUAL DEFENDANTS) Yes I am a natural person residing in Nassau County, New York.

Paragraph 14 (INDIVIDUAL DEFENDANTS) **I DENY** the allegation, I was never a shareholder of "Rosso Uptown Ltd", public records show that "Rosso Uptown Ltd" is a Corporation formed by a sole proprietor, **EXHIBT "A"**

Paragraph 15 (INDIVIDUAL DEFENDANTS) **I DENY** the allegation, I never had interactions with the plaintiffs, so I could not hire them, supervised them, control their work etc.

Paragraph 16 (INDIVIDUAL DEFENDANTS) **I DENY** the allegation, I was never an employee of "Rosso Uptown Ltd".

WHEREFORE, I respectfully request that this Court will dismiss my case as I am a **"NOT RESPONSIBLE PERSON"**

Respectfully submitted,
Michele Tizzano

09/30/20

MOSUR LAW FIRM P.C
5 E. MAIN STREET
HUNTINGTON, NY 11743

COPY SENT/MAILED TO PLAINTIFFS 'ATTORNEY



# EXHIBIT

CIVIL ACTION

NO. 2:20-CV-04026-JMA-SIL

MAILED TO PLAINTIFFS' ATTORNEY

Moser Law Firm P.C.
5 E Main St Huntington NY 11743

*FILED*

2020 SEP 30 AM 11:20

CLERK
U.S. DISTRICT COURT
E.D.N.Y.

## CERTIFICATE OF INCORPORATION

OF

## ROSSO UPTOWN, LTD.

Under Section 402 of the Business Corporation Law

The undersigned, a natural person of the age of eighteen years or over, desiring to form a corporation pursuant to the provisions of the Business Corporation Law of the State of New York, hereby certifies as follows:

FIRST: The name of the corporation is:

**ROSSO UPTOWN, LTD.**

SECOND: The purpose for which it is formed is as follows:

To engage in any lawful act or activity for which corporations may be formed under the Business Corporation Law provided that the corporation is not formed to engage in any act or activity which requires the consent or approval of any state official, department, board agency or other body, without such approval or consent first being obtained.

For the accomplishment of the aforesaid purposes, and in furtherance thereof, the corporation shall have and may exercise all of the powers conferred by the Business Corporation Law upon corporations formed thereunder, subject to any limitations contained in Article 2 of said law or in accordance with the provisions of any other statute of the State of New York.

THIRD: The office of the corporation in the State of New York is to be located in the County of Nassau.

FOURTH: The aggregate number of shares which the corporation shall have the authority to issue is 200 no par value.

CIVIL ACTION
No 2:20-cv-04026-JMA-SIL

FIFTH: The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served, and the address to which the Secretary of State shall mail a copy of any process against the corporation served upon him is:
c/o Massimo Gammella
664 Flanders Drive
Valley Stream, NY 11581

SIXTH: A director of the corporation shall not be personally liable to the corporation or its shareholders for damages for any breach of duty in such capacity except for liability if a judgment or other final adjudication adverse to a director establishes that his or her acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that the director personally gained in fact a financial profit or other advantage to which he or she was not legally entitled or that the director's acts violated Section 719 of the Business Corporation Law; or liability for any act or omission prior to the adoption of this provision.

IN WITNESS WHEREOF, I hereunto sign my name and affirm that the statements made herein are true under the penalties of perjury.

**Dated:** January 15, 2013

_____
Scott J. Schuster, Incorporator
283 Washington Avenue
Albany, NY 12206

CIVIL ACTION NO 2:20-cv-04026 JMA SIL

**AFFIDAVIT**



*FILED*
2020 SEP 30 AM 11:00
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

I, Michele Tizzano

Certify that I was never a shareholder of "Rosso Uptown Ltd", I was never an employee of "Rosso Uptown Ltd" neither I worked as a manager, supervisor or performed any other managerial work that required the hiring, firing, supervising, controlling or determined salaries for other employees.

In trust,

Michele Tizzano

9/29/2020

HOPE ANNE WATSON
Notary Public - State of New York
NO. 01WA6169811
Qualified in Nassau County
My Commission Expires 7/2/23

CIVIL ACTION NO 2:20-CV-04026-JMA-SIL

MAILED A COPY TO PLAINTIFFS' ATTORNEY

MOSER LAW FIRM
5 E. MAIN ST
HUNTINGTON N.Y. 11743

ORIGINAL