UNITED STATES DISTRICT COURT
EDNY DISTRICT OF NEW YORK

| | |
|---|---|
| Santos Hernandez, Emmanuel De Jesus Lievano, and Miguel Antonio Vasquez<br><br>-against-<br><br>Michael Tizzano and Massimo Gamella  Rossu Uptown LTD<br>　　　　　　　Defendants. | Case No.  2:20-cv-04026-JMA-SIL<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Abraham Hamra Abraham Hamra Danielle Rosenberg Esq., of **HAMRA LAW GROUP P.C.** hereby enters her appearance on behalf of Defendants in the above-entitled action. I am admitted to practice in this court and my bar number is **DR-0628**.  All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: November 9, 2020
　　　New York, NY

**HAMRA LAW GROUP P.C.**

/s/ DANIELLE ROSENBERG
Danielle Rosenberg, Esq.
*Attorneys for Defendants*
1 Linden Place, Suite 207
Great Neck, NY 11
Tel.: (646) 590-0571
Fax.: (646) 619-4012
E-mail: drosenberg@hamralawgroup.com