UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santos Hernandez, Emmanuel De Jesus Lievano, and Miguel Antonio Vasquez<br><br>Plaintiff,<br><br>-against-<br><br>Rosso Uptown LTD., Michael Tizzano and Massimo Gamella<br><br>Defendants. | Case No. 2:20-cv-04026-JMA-SIL<br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants Rosso Uptown LTD Michael Tizzano and Massimo Gamella to answer, move or otherwise respond with respect to the Amended Complaint in the above matter is hereby extended through and including **December 3, 2020**.

There has been no previous request for an extension of time.

DATED: New York, New York
  November 3, 2020

For the Defendants:

By: _____
Anthony R. Portesy, Esq.
Hamra Law Group P.C.
32 Broadway, Suite 1818
New York, NY 10004
Telephone: (646) 590-0571
Fax: (646) 619-4012
aportesy@hamralawgroup.com

For the Plaintiff:

By: _____
Steven John Moser
Moser Law Firm PC
5 E Main St
Huntington, NY 11743
631-759-9766
Fax: 631-759-9766
Email: smoser@moseremploymentlaw.com

SO ORDERED

_____
U.S.D.J.

_____
Dated