UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Santos Hernandez, Emanuel De Jesus Lievano and
Miguel Antonio Vasquez,                                           Case 2:20-cv-04026-JMA-SIL

                                  Plaintiffs,              **AFFIDAVIT OF SERVICE**

          -against-

Rosso Uptown Ltd., Michael Tizzano and Massimo
Gammella,

                                  Defendants.
----------------------------------------------------------------X

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NASSAU           )

          Georgiana Johnson being duly sworn, says, I am not a party to the action, and am over 18
years of Age.  I reside within the State of New York.

          On Thursday, March 25, 2021, I served electronic Order of this court dated March 25,
2021, as per the attached, upon defendants Russo Uptown, Ltd. And Michael Tizzano, through
Michael Tizzano, by email at: mm@rossouptown.com and by mail as per the attached, to the last
known address as follows:

                    Mr. Michael Tizzano
                    44 Sintsink Drive East, Apt. E
                    Port Washington, NY 11050

by 1st Class Mail, enclosed in a postpaid wrapper, in an official depository under the exclusive care
and custody of U.S. Postal Service with New York State.

                                                  _____
                                                        Georgiana Johnson

Sworn to before me this 26th day of
March, 2021

_____
          Notary Public

State of NY
County of Nassau

| JIN SUK BARI |
| Notary Public - State of New York |
| No. 01BA6299284 |
| Qualified in Nassau County |
| My Comm. Expires Mar. 17, 2022 |

JIN SUK BARI
Notary Public - State of New York
No. 01BA6589284
Qualified in Nassau County
My Comm. Expires Mar. 17, 2022

# HAMRA LAW GROUP, PC.

1 LINDEN PLACE, SUITE 107, GREAT NECK, NY 11021
WEB: WWW.HAMRALAWGROUP.COM

DANIELLE ROSENBERG, ESQ.
DROSENBERG@HAMRALAWGROUP.COM

T: 646.590.0571
F: 646.619.4012

March 25, 2021

**By email (mm@rossouptown.com) and First-Class Mail**
Mr. Michael Tizzano
44 Sintsink Drive East, Apt. E
Port Washington, NY 11050

Re: <u>Santos Hernandez, *et al*. v. Russo Uptown, Ltd., Michael Tizzano, *et al*.</u>
2:20-cv-04026-JMA-SIL

Dear Mr. Tizzano:

I write to share with you, the Order below, which was received from the Court today, as follows:

**Docket Text:**
**Electronic ORDER granting DE [17] Letter Motion to Withdraw as Attorney. Without opposition, Hamra Law Group, PC is terminated as counsel for Defendants, and Defendants' request for a 45-day stay to retain alternate counsel is granted. Further, a status conference is scheduled for 5/10/2021 and will be conducted at 11:30 a.m. through the AT&T teleconference center. Parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt. If Defendants have not retained alternate counsel by the 5/10/2021 conference, Defendants are instructed to appear themselves. Hamra Law Group, PC is directed to provide Defendants with a copy of this Order, and upload proof of service via ECF. Ordered by Magistrate Judge Steven I. Locke on 3/25/2021. (Bartell, Max).**

Sincerely yours,

Danielle Rosenberg, Esq.

From: **Paralegal** <law@hamralawgroup.com>
Date: Thu, Mar 25, 2021 at 5:46 PM
Subject: Santos Hernanadez, et al. v. Russo Uptown, Ltd., Michael Tizzano re March 25, 2021
Order, etc.
To: <mm@rossouptown.com>

Dear Mr. Tizzano,

Please find attached letter, which is self-explanatory,

Kind regards,

--

 HAMRA LAW GROUP

Paralegal

1 Linden Place, Suite 207

Great Neck, NY 11021

phone: (646) 590-0571

fax: (646) 619-4012

law@hamralawgroup.com

www.hamralawgroup.com

Hamra Law Group
1 Linden Place, Suite 207
Great Neck, NY 11021



Mr. Michael Tizzano
44 Sintsink Drive East, Apt. E
Port Washington, NY 11050