| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 5/10/21 |
| U.S. MAGISTRATE JUDGE | TIME: 11:30 am |

CASE: **CV 20-4026 (JMA) Hernandez et al v. Rosso Uptown, Ltd. et al**

TYPE OF CONFERENCE:   STATUS/SCHEDULING            FTR:

APPEARANCES:
  For Plaintiff:   No Appearance

  For Defendant: No Appearance

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  No appearance from any party. Conference adjourned to 6/10/2021.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

  6/10/21 at 2:30 pm    : Scheduling conference


**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**


SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge