| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>Santos Hernandez, et al.<br><br>                     Plaintiffs,<br><br>    - *against* -<br><br>Rosso Uptown, Ltd., et al.<br><br>                     Defendants. | **AFFIDAVIT OF SERVICE BY OVERNIGHT DELIVERY AND EMAIL**<br><br>Case No. 2:20-cv-04026-JMA-SIL |

Laura Lazo, being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action. On June 7, 2021 I served the following:

1. Letter from Steven J. Moser to Michael Tizzano and Rosso Uptown, Ltd. dated June 7, 2021; and
2. Civil Conference Minute Order of the Honorable Steven I. Locke, USMJ dated May 10, 2021.

By Federal Express overnight delivery to:

Michael Tizzano
Rosso Uptown, Ltd.
44 Sitsink Drive East, Apt. E
Port Washington, NY 11050

And via email to mm@rossouptown.com

_____
Laura Lazo

Sworn to before me this 7
day of June, 2021

_____
Notary Public

[Notary seal: STEVEN J. MOSER, NOTARY PUBLIC, STATE OF NEW YORK, NO. 02MO6217281, QUALIFIED IN NASSAU COUNTY, COMM. EXP. 04/30/2024]

# FedEx  Shipment Receipt

**Address Information**

Ship to:  Ship from:
Michael Tizzano  Steven Moser
Rosso Uptown, Ltd.
44 Sitsink Drive East, Apt E  5 E Main Street

PORT WASHINGTON, NY  Huntington, NY
11050  11743
US  US
(516) 944-0100  6318240200

**Shipment Information:**
Tracking no.: 773924760300
Ship date: 06/07/2021
Estimated shipping charges: 19.38 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: My Account - 015-015
Your reference: 18-00021
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.