| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 6/10/21 |
| --- | --- |
| U.S. MAGISTRATE JUDGE | TIME: 2:30 pm |

CASE:  **CV 20-4026 (JMA) Hernandez et al v. Rosso Uptown, Ltd. et al**

| TYPE OF CONFERENCE:   INITIAL | FTR: |
| --- | --- |

APPEARANCES:
    For Plaintiff:   Steven Moser

    For Defendant: Michael Tizzano (pro se)
                          Massimo Gamella (pro se)

**THE FOLLOWING RULINGS WERE MADE:**

☒ ORDER:  Scheduling conference held.  The parties will serve their initial discovery requests on each other on or before July 12, 2021.  These discovery requests should NOT be filed with the Court.  Responses should be served on or before August 13, 2021.  These responses also should NOT be filed with the Court.  In the event any disagreements arise over these discovery requests and responses the parties are directed to meet and confer (phone is sufficient) to try to resolve these issues before seeking relief from the Court.  If the parties are unable to resolve these issues they make motions to the Court by letters no longer than three pages consistent with the Court's individual rules, which are available on the Court website. In addition, Mr. Gammella will write a letter to the Clerk of the Court with the case number advising the Clerk of his current mailing address so that he may receive Court correspondence.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

        9/14/21 at 12:00 pm           : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                          SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge