

# MOSER LAW FIRM, P.C.

631-824-0200
steven.moser@moserlawfirm.com

June 11, 2021

Massimo Gammella
24 Manorhaven Blvd.
Port Washington, NY 11050

Michael Tizzano
44 Sitsink Drive East, Apt. E
Port Washington, NY 11050

Rosso Uptown, Ltd.
664 Flanders Drive
Valley Stream, New York 11581

Re:   *Hernandez v. Rosso Uptown, Ltd.,* 20-CV-4026

Dear Rosso Uptown, Ltd.,

    As you know, I represent the Plaintiffs in the above referenced action. I hereby renew the request that was made in the Conference with the Honorable Steven I. Locke, USMJ on June 10, 2021 that Rosso Uptown, Ltd. appear by counsel to defend this case. In the event that a notice of appearance by counsel is not filed on or before June 25, 2021 I intend on filing a motion holding Rosso Uptown, Ltd. in default and entering a judgment against the corporate defendant.

    Enclosed please find a copy of the CIVIL CONFERENCE MINUTE ORDER of the Honorable Steven I. Locke, USMJ, which was issued on June 10, 2021.

Very truly yours,

Steven John Moser



MOSER LAW FIRM, P.C.

June 11, 2021
Page 2 of 2

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that on June 11, 2021 he caused a true and correct copy of the foregoing letter dated June 11, 2021, and the annexed CIVIL CONFERENCE MINUTE ORDER to be delivered via first class mail to the addresses listed in the annexed letter.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated: Huntington, New York
      June 11, 2021

_____
Steven J. Moser

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE: 6/10/21<br>TIME: 2:30 pm |

CASE: **CV 20-4026 (JMA) Hernandez et al v. Rosso Uptown, Ltd. et al**

TYPE OF CONFERENCE: INITIAL          FTR:

**APPEARANCES:**
    For Plaintiff: Steven Moser

    For Defendant: Michael Tizzano (pro se)
                         Massimo Gamella (pro se)

**THE FOLLOWING RULINGS WERE MADE:**

☒ ORDER: Scheduling conference held. The parties will serve their initial discovery requests on each other on or before July 12, 2021. These discovery requests should NOT be filed with the Court. Responses should be served on or before August 13, 2021. These responses also should NOT be filed with the Court. In the event any disagreements arise over these discovery requests and responses the parties are directed to meet and confer (phone is sufficient) to try to resolve these issues before seeking relief from the Court. If the parties are unable to resolve these issues they make motions to the Court by letters no longer than three pages consistent with the Court's individual rules, which are available on the Court website. In addition, Mr. Gammella will write a letter to the Clerk of the Court with the case number advising the Clerk of his current mailing address so that he may receive Court correspondence.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

    9/14/21 at 12:00 pm      : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                       SO ORDERED

                                       /s/Steven I. Locke
                                       STEVEN I. LOCKE
                                       United States Magistrate Judge