June 30, 2021 | 12:40 pm

**COVID-19 Updates**

The COVID-19 vaccine is here. It is safe, effective and free.
Walk in to get vaccinated at sites across the state.
Continue to mask up and stay distant where directed.
GET THE FACTS >

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:**
ROSSO UPTOWN, LTD.

**FOREIGN LEGAL NAME:**

**ENTITY TYPE:**
DOMESTIC BUSINESS CORPORATION

**SECTION OF LAW:**
402 BCL - BUSINESS CORPORATION LAW

**DATE OF INITIAL DOS FILING:**
01/15/2013

**EFFECTIVE DATE INITIAL FILING:**
01/15/2013

**FOREIGN FORMATION DATE:**

**COUNTY:**
Nassau

**JURISDICTION:**
New York, United States

**DOS ID:**
4346247

**FICTITIOUS NAME:**

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:**
Active

**REASON FOR STATUS:**

**INACTIVE DATE:**

**STATEMENT STATUS:**
PAST DUE DATE

**NEXT STATEMENT DUE DATE:**
01/31/2015

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** C/O MASSIMO GAMMELLA
**Address:** 664 FLANDERS DRIVE, VALLEY STREAM, NY, United States, 11581

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office or Owner Name and Address

**Name:**
**Address:**

### Registered Agent Name and Address

**Name:**
**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** No

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | |