| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 12/2/21 |
| --- | --- |
| U.S. MAGISTRATE JUDGE | TIME: 2:30 pm |

CASE:  **CV 20-4026 (JMA) Hernandez et al v. Rosso Uptown Ltd. et al**

TYPE OF CONFERENCE:  STATUS                     FTR:

APPEARANCES:
    For Plaintiff:   <u>No appearance</u>

    For Defendant: <u>Massimo Gammella and Michael Tizzano (pro se)</u>

## THE FOLLOWING RULINGS WERE MADE:

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: No appearance from counsel for Plaintiff. Counsel for Plaintiff is reminded that repeated failures to appear may result in a Recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41.


**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

    <u>   12/9/21 at 2:00 pm              </u>: Status conference


**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**


                                                      SO ORDERED

                                                    <u>/s/Steven I. Locke</u>
                                                   STEVEN I. LOCKE
                                                   United States Magistrate Judge