Steven John Moser
5 E Main St
Huntington NY 11743

✯FILED✯
2022 JAN 14 AM 10: 02
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
✯   JAN 14 2022   ✯
LONG ISLAND OFFICE

Against

New York 01/13/22

Michael Tizzano
44 Sintsink Dr East # E
Port Washington NY 11050

Case #: 2:20 – CV – 04026 – JMA – SIL (Hernandez Vs Rosso Uptown)

affidavit

Your Honor,

On our last conference call dated 12/09/21 you ordered Mr. Moser to mail me his discover requests related to this case, I personally did not receive any correspondence from plaintiff, Mr. Moser failed few times to appear for our conferences calls and now he failed to mail his discover requests as you ordered, Mr. Moser stated during our call that he would have overnight the request but never did.

I once again state that **I have no affiliation with Rosso Uptown**, I certainly can`t provide any information related to this case, however Mr. Moser failed on more than one occasion to appear as scheduled for our conference calls and now he failed to mail us, in due time, his requests for discovery, on these bases I request that I will be held not responsible in relation to this case, that this case will be dismissed and that Mr. Moser ceases and desists from suing me.

Respectfully,
Michael Tizzano

1/13/2022

HOPE ANNE WATSON
Notary Public - State of New York
NO. 01WA6169811
Qualified in Nassau County
My Commission Expires 7/12/2022