[Print to fill in the spaces next to the instructions]

ORIGINAL FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 25 2022 ★
LONG ISLAND OFFICE

Affidavit of Service After Commencement of Litigation

HERNANDEZ against ROSSO UPTOWN  Index No. 2:20-CV-04026-JMA-SIL

STATE OF NEW YORK, COUNTY OF NASSAU ss:

I, HUMAYUN AZAD, [name of person who served papers], being duly sworn, depose and say: I am over 18 years of age and am not a party to this case. I reside at [your address] 40 SINTSINK DR WEST - PORT WASHINGTON, NY 11050

On 01/15/, 2022 [date of service], at 11:00 AM/PM, [time of day], I served a true copy of the following papers: [identify papers served] ANSWER/AFFIDAVIT FILED JAN 14/22 FROM MICHAEL TIZZANO, in the following manner. [check box that applies] 10:02 AM

Personal Service  By personally delivering the papers to _____ [identify person served] at _____ [address].

The individual I served had the following characteristics [check the right boxes]

| Sex | Height | Weight | Age |
|---|---|---|---|
| ☐ Male | ☐ Under 5" | ☐ Under 100 lbs. | ☐ 21-34 years |
| ☐ Female | ☐ 5'0"-5'3" | ☐ 100-130 lbs. | ☐ 35-50 years |
| | ☐ 5'4"-5'8" | ☐ 131-160 lbs. | ☐ 36-50 years |
| | ☐ 5'9"-6'0" | ☐ 161-200 lbs. | ☐ 51-65 years |
| | ☐ Over 6' | ☐ Over 200 lbs. | ☐ Over 65 yrs. |

[describe]: Skin color_____ Hair color_____
Other identifying features, if any [describe]: _____

☒ Mail  By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) indicated below:

☐ Overnight Delivery Service  By depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The delivery service used was _____. [name of delivery service used]

[Name(s) and address(es) of person(s) served]

STEVEN JOHN MOSER
5 E MAIN ST
HUNTINGTON NY 11743

Sworn to before me this 14th day of JANUARY, 2022

Notary Public
HOPE ANNE WATSON
Notary Public - State of New York
NO. 01WA6169811
Qualified in Nassau County
My Commission Expires 7/2/2022

Azad
[Sign name before a Notary]
HUMAYUN AZAD
[Print your name]

6/02

NJ: NYSDC # 314445019
Exp. 2/7/2029