CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

MID-ISLAND NY 117
1 APR 2022 PM 2 L

NEOPOST         FIRST-CLASS MAIL
04/01/2022
US POSTAGE $000.53⁰


ZIP 11722
041L11255308

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 06 2022 ★

LONG ISLAND OFFICE



Massimo Gammella
664 Flanders Drive
Valley Stream



NIXIE      100 NFE 1      ZZI0004/02/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 11722443888     *1402-04714-01-43

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez<br><br>                                             Plaintiffs,<br><br>-against-<br><br>Rosso Uptown Ltd., Michael Tizzano and Massimo Gammella,<br><br>                                             Defendants | Case No. 20-cv-4026(JMA)(SIL)<br><br>**ORDER TO SHOW CAUSE** |

Upon the declaration of Steven John Moser, sworn to on July 1, 2021 and the exhibits annexed thereto, it is

ORDERED, that ROSSO UPTOWN, LD. show cause before this Court, at Courtroom 920, United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on May 18, 2022_____, at  1:00 pm  o'clock , as counsel may be heard, why an order should not be issued pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, directing the Clerk to enter a default against the Defendant ROSSO UPTOWN, LTD. for its failure to otherwise defend this action.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall serve a copy of this order, together with the papers upon which it is granted, upon the Defendants Rosso Utown, Ltd., Michael Tizzano, and Massimo Gammella, via federal express overnight delivery on or before _____ to the following addresses of record:

        Massimo Gammella
        24 Manorhaven Blvd.
        Port Washington, NY 11050 +

        Michael Tizzano
        44 Sitsink Drive East, Apt. E
        Port Washington, NY 11050

Rosso Uptown, Ltd.
664 Flanders Drive
Valley Stream, New York 11581

and that such service be deemed good and sufficient service.

SO ORDERED:

Date: March 30, 2022
Central Islip, New York

/s/

Joan M. Azrack
United States District Judge