| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 4/13/22 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 12:15 pm |

CASE: **CV 20-4026 (JMA) Hernandez et al v. Rosso Uptown, Ltd. et al**

TYPE OF CONFERENCE: STATUS  FTR:

APPEARANCES:
   For Plaintiff:  Steven Moser

   For Defendant: Michael Tizzano (pro se) and Massimo Gammella (pro se)

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☒   Other: Status conference held. Defendant Gammella will appear for his deposition on June 2, 2022 at 10:00am at Regis Reporting, 200 Broadhollow Road, Suite 207, Melville, NY where he will answer questions about this litigation under oath. Defendant Tizzano will appear for his deposition on June 3, 2022 at 10:00am at the same address for his deposition. These dates may not be moved without the consent of all parties and the witness to be deposed. They must be completed however no later than June 10, 2022. Next status phone conference: June 13, 2022 at noon. At the next conference Defendants will explain whether they intend to take any depositions, either through newly hired counsel, or on their own. Plaintiff's counsel is directed to serve a copy of this order on Defendants and file a certificate of service.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

   6/13/22 at 12:00 pm   : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                                      SO ORDERED

                                                      /s/Steven I. Locke
                                                      STEVEN I. LOCKE
                                                      United States Magistrate Judge