# CIVIL CAUSE FOR ORDER TO SHOW CAUSE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/16/2022          TIME: 12:00 PM          TIME IN COURT: 15 Mins.

CASE: **Hernandez et al v. Rosso Uptown, Ltd. et al**
**2:20-cv-04026-JMA-SIL**

APPEARANCES:   For Plaintiff:   Steven Moser

For Defendants:   No appearance

**FILED**
**CLERK**
5/16/2022 2:06 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

FTR: 12:09-12:11

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
   Moving papers served by:
   Response:
   Reply:
   - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone conference is scheduled for  and will be conducted through the AT&T conference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other: Plaintiff to file motion for default as to the corporate defendant.