

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez,,

Plaintiff(s),

-against-

Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,,

Defendant(s).

**STIPULATION OF VOLUNTARY DISMISSAL OF THE CLAIMS OF MIGUEL ANTONIO VASQUEZ**

Case No. 20-cv-04026-JMA-SIL

Plaintiff(s) Miguel Antonio Vasquez, and Defendant(s) Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella, hereby stipulate under Federal Rule of Procedure 41(a)(1)(A)(ii), that the claims of the Plaintiff Miguel Antonio Vasquez *only* are hereby dismissed with prejudice.

The parties represent by their signatures hereunder that they have not settled the claims made in this lawsuit nor is this stipulation an attempt to circumvent the requirement for judicial approval of a settlement.

Dated:

_____
Miguel Antonio Vasquez

Dated: 06/06/2022

_____
Michele Tizzano

_____
Massimo Gammella

_____
Rosso Uptown, Ltd.