UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SANTOS HERNANDEZ, EMANUEL DE JESUS
LIEVANO and MIGUEL ANOTONIO VASQUEZ,    Case No. 2:20-cv-04026-JMA-SIL

                                 Plaintiffs,    NOTICE OF LIMITED
                                                  APPEARANCE BY COUNSEL

   -against-

ROSSO UPTOWN LTD., MICHAEL TIZZANO, and
MASSIMO GAMMELLA,

                                 Defendants.
-------------------------------------------------------------------------X

        PLEASE TAKE NOTICE, that the undersigned and counsel, HAMRA LAW GROUP, P.C., does hereby appear in this action on behalf of Defendants, MICHAEL TIZZANO and MASSIMO GAMMELLA, for the limited purposes of drafting, filing, and replying in and to any and all summary judgment motions filed by aforesaid Defendants or against the same in this action. Such representation does not include representation at the time of trial, subject to any and all rulings regarding counsel's representation made by this Court.

Dated:  Great Neck, New York
          January 18, 2023

                                                                          Hamra Law Group, P.C.

                                                                            *Kevin S. Johnson*
                                                                        _____
                                                                        By:     Kevin S. Johnson, Esq.
                                                                        1 Linden Place, Suite 207
                                                                        Great Neck, NY 11021
                                                                        (646) 590 – 0571
                                                                        kjohnson@hamralawgroup.com