July 22, 2022

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
2:20-CV-04026
- - - - - - - - - - - - - - - - - - x
SANTOS HERNANDEZ, EMANUEL De JESUS
LIEVANO, AND MIQUEL ANTONIO VASQUES,
            Plaintiffs,
      -against-
ROSSO UPTOWN, LTD., MICHAEL TIZZANO,
MASSIMO GAMMELLA,
            Defendants.
- - - - - - - - - - - - - - - - - - x

                200 Broadhollow Road
                Melville, New York

                July 22, 2022
                10:00 a.m.

      EXAMINATION BEFORE TRIAL of
MASSIMO GAMMELLA, a Defendant in the
above-entitled action, held at the above
time and place, pursuant to Order, taken
before Anne Simpson, a shorthand reporter
and Notary Public within and for the State
of New York.

**Page 2**

1
2    A P P E A R A N C E S :
3
4
5    MOSER LAW FIRM, P.C.
6         Attorneys for Plaintiffs
7         5 East Main Street
8         Huntington, New York  11747
9    BY:    STEVEN MOSER, ESQ.
10
11
12
13   MASSIMO GAMMELLA,
14       Pro Se
15       24 Manor Haven Boulevard
16       Port Washington, New York
17       11050
18
19
20
21
22
23
24
25

**Page 3**

1
2         S T I P U L A T I O N S
3
4        IT IS HEREBY STIPULATED AND AGREED, by
5    and among counsel for the respective
6    parties hereto, that the filing, sealing,
7    and certification of the within deposition
8    shall be and the same are hereby waived;
9
10       IT IS FURTHER STIPULATED AND AGREED
11   that all objections, except as to form of
12   the question, shall be reserved to the
13   time of the trial;
14
15       IT IS FURTHER STIPULATED AND AGREED
16   that the within deposition may be signed
17   before any Notary Public with the same
18   force and effect as if signed and sworn to
19   before the Court.
20              * * *
21   M A S S I M O  G A M M E L L A, the
22       witness herein, having first been duly
23       sworn by Anne Simpson, a Notary Public
24       of the State of New York, was examined
25       and testified as follows:

**Page 4**

1         M. GAMMELLA
2         MR. MOSER:  Good morning, Mr.
3    Gammella.  I am going to have some
4    questions for you today.
5         Do you understand that the
6    oath that you just took was the same
7    oath that you would take if you were
8    in court testifying?
9         THE WITNESS:  Yes.
10        MR. MOSER:  And you
11   understand that that oath that you
12   took in that oath you promised to tell
13   the truth and be truthful in all your
14   responses today?
15        THE WITNESS:  Yes.
16        MR. MOSER:  Do you know of
17   any reason why you would not be able
18   to testify truthfully or honestly
19   today?
20        THE WITNESS:  No.
21        MR. MOSER:  Are you suffering
22   from any memory deficit or other
23   condition which affects your memory?
24        THE WITNESS:  No.
25        MR. MOSER:  Would you said

                    1  (Pages 1 to 4)

July 22, 2022

Page 5

```
 1            M. GAMMELLA
 2    that you have a good memory?
 3         THE WITNESS:  Average, normal
 4    memory.
 5         MR. MOSER:  Okay.
 6    EXAMINATION BY
 7    MR. MOSER:
 8      Q.   Please state your name for the
 9    record.
10      A.   Massimo Gamella.
11      Q.   Please state your address for the
12    record.
13      A.   24 Manor Haven Boulevard, Port
14    Washington, New York 11050.
15      Q.   Have you ever been known by any other
16    names?
17      A.  No.
18      Q.   The address that you gave as your
19    residence, 24 Manor Haven Boulevard, do you
20    reside at that address?
21      A.   Now, yes.  Not before.
22      Q.   What is at that address?
23      A.   That's my workplace and that's why I
24    am staying right now.  I used to live someplace
25    else obviously.
```

Page 6

```
 1            M. GAMMELLA
 2      Q.   So you are living at the restaurant?
 3      A.   In the back, yes, I rent a little
 4    place.
 5      Q.   Where did you live previously?
 6      A.   Well, I lived at my old house a long
 7    time ago.  664 Flanders Drive, Valley Stream,
 8    New York 11581.  And I would be moving in with
 9    my girlfriend now.
10      Q.   When did you sell the Valley Stream
11    house?
12      A.   Two, three years ago at least.  Two
13    or three years ago.  I really don't recall it.
14    But it's got to be two, three years ago.  I
15    don't recall the exact date.
16      Q.   Did you sell 664 Flanders before or
17    after you were sued by Mr. Hernandez?
18      A.   Hernandez was this lawsuit?  Because
19    we had another lawsuit previous.
20      Q.   Correct.  There was one other -- you
21    are talking about Berrara.
22      A.   Berrara, we went through the lawsuit.
23    I will still living there at that time and it
24    was three years ago.  And then I sold it after
25    that.  But we settled with Berrara.  So I guess
```

Page 7

```
 1            M. GAMMELLA
 2    it was before this lawsuit.
 3         I don't know if it's convenient.  The
 4    house was in foreclosure.  That's why I had to
 5    sell.  That's another --
 6      Q.   Okay.  Have you ever owned any other
 7    real estate, other than 664 Flanders?
 8      A.   In the last years?  Are you talking
 9    about ever?
10      Q.   Ever.
11      A.   Ever, yes.  I mean, I used to do --
12    before my restaurant twelve years ago, I used
13    to do actual real estate and I owned a few
14    things.  But it was just not to own it was a
15    business thing.  Used to buy a few things, fix
16    it, sold it.  But then all that went upsidedown
17    and I moved to the restaurant and also been
18    working regular twelve years.  So there was a
19    long time ago, yes.
20      Q.   Do you recall how much the Berrara
21    case was settled for?
22      A.   I don't want to guess.  It was not a
23    large amount.  Maybe 16,000, 17,000 around
24    there.  Honestly I don't really exactly recall.
25    But it's got to be somewhere around there.
```

Page 8

```
 1            M. GAMMELLA
 2    Maybe that much.
 3      Q.   Do you know an individual by the name
 4    of Santos Hernandez?
 5      A.   I believe that's the fellow that
 6    worked for me at the Uptown that has been
 7    closed now for years ago.
 8      Q.   Are you speaking about Rosso Uptown
 9    Limited?
10      A.   Yes.
11      Q.   Do you know an individual by the name
12    of Emanuel De Jesus Lievano?
13      A.   Yes.  Actually yeah, he worked as
14    well there for a short period of time.  And he
15    came by to my place of work a few months ago.
16    I don't know why.  I don't know.  We asked him
17    why he was there.  We have a lot cameras there.
18    And he was recording.  We have our own video
19    talking about, wondering why was he there.  And
20    he said he was picking up his girlfriend's
21    lunch and had no idea about the lawsuit.  I am
22    like okay.  So he don't belong here.  But we
23    finally told him okay, and then he left.
24         According to him then -- I don't know
25    if it's truth or not -- I don't believe
```

2  (Pages 5 to 8)

July 22, 2022

Page 9

M. GAMMELLA

1
2  anything anybody says anyway -- he was there to
3  just pick up lunch and he swears up and down
4  that he has nothing to do with the lawsuit.  He
5  was there to pick up lunch with his girlfriend
6  and he swears up and down that he had nothing
7  to do with the lawsuit that we talked about
8  because we asked him.  And that was it.
9      Q.   Do you know an individual by the name
10  of Miquel Antonio Vasques?
11      A.   Yes.  Miquel Vasques, I know him as a
12  figure but his name changed.  So we didn't know
13  if it was the same person.  These guys
14  sometimes they do use different names.  And it
15  takes us awhile just to investigate.  But yes.
16  I think that name Uptown, yes.  But then he
17  stopped working.  And that was it.
18      Q.   Does Mr. Vasques work for you
19  presently?
20      A.   Yes.  Right.  Now Mr. Vasques works
21  there.  And obviously as you know the story, he
22  wants to sign and he wants nothing to do with
23  anybody, not even me, talking about this case.
24      Q.   So just to summarize Santos
25  Hernandez, Emanuel De Jesus Lievano, and Miquel

Page 10

M. GAMMELLA

1
2  Antonio Vasques all worked at Rosso Uptown
3  Limited at one time or another?
4      A.   Yes.
5      Q.   And Mr. Vasques works for you at Pepe
6  Rosso?
7      A.   Yes.  But at the time, like I said,
8  it was a different name.  So we didn't know.
9  But yes, now he is working there.
10      Q.   Okay.  Pepe Rosso is a restaurant
11  that you own that is located on Manor Haven
12  Boulevard?
13      A.   Yes.  That's correct.
14      Q.   I am going to show you a document
15  that I would like to be marked as 21.
16          (A one-page document was
17      marked as Plaintiff's Exhibit 21 for
18      identification, as of today's date.)
19      Q.   I'm going to show you what's been
20  marked as Plaintiff's Exhibit 21.  Do you
21  recognize that document?  (Handing.)
22      A.   (Reviewing.)
23      Q.   Take a moment.  Read the document to
24  yourself.  And then you can let me know whether
25  or not you recognize the document.

Page 11

M. GAMMELLA

1
2      A.   Yes.  This is the document that he
3  signed because he didn't want nothing to do
4  with the lawsuit.
5      Q.   Is your signature on this document?
6      A.   Yes.  (Pointing.)  Right here.
7      Q.   And so you -- above the name Michael
8  Tizzano is your signature?
9      A.   No.  This is my signature.
10  (Pointing.)  Massimo Gammella.
11      Q.   I apologize.  Above Massimo Gammella
12  is your signature?
13      A.   Yes.
14      Q.   Did you see Mr. Vasques sign this
15  document?
16      A.   Yes.
17      Q.   You were present when he signed that
18  document?
19      A.   We were at the place, yes.
20      Q.   You were present when he signed that
21  document?
22      A.   Yes.
23      Q.   And at what physical location was he
24  when he signed that document?
25      A.   I am pretty sure it was at Pepe

Page 12

M. GAMMELLA

1
2  Rosso.
3      Q.   Who was present, besides you and
4  Mr. Vasques, when he signed this document?
5      A.   It was only the two of us.  I gave
6  him the thing.  He signed.  I signed.  He said
7  he want nothing to do.  He doesn't want to talk
8  about it.  He's been very upset with the whole
9  situation.  He didn't even want to talk to us
10  about it because he actually told us he would
11  leave if we kept on pushing.  I guess this was
12  something that should have been done by the
13  way.
14      Q.   Did he sign this on June 6th of 2022?
15      A.   I believe so, yes.  That was the date
16  we signed it.  We told him about it.  I said
17  you send us this thing.  You send us and we
18  told for him to sign it and we did.
19      Q.   Did you explain anything about this
20  document to Mr. Vasques before he signed it?
21      A.   Only know that I told him this was
22  from the attorney, and that he was -- he didn't
23  want nothing to do with the thing.  I told him
24  that if he agrees to sign the document.
25      Q.   Does he speak English?

3  (Pages 9 to 12)

Page 13

M. GAMMELLA

1
2    A.   Very little.  But I do speak fluent
3    Spanish.
4    Q.   Does he read English?
5    A.   Honestly I cannot say.  He probably
6    does very little, but I'm not going to put
7    words into his mouth.
8    Q.   Did you translate this document for
9    him before he signed is?
10   A.   I explain it to him verbally.  I told
11   him that's what it is.  This is a release like
12   he requested, he didn't want nothing to do with
13   the lawsuit.  That he doesn't want to be
14   involved.  He doesn't walk to talk about it.
15   And you send me a paper for him to release for
16   the whole thing.  And he said yes and he signed
17   it.  That's all.  I didn't read it word by
18   word, no.  But I told him what the document
19   said, what this is about.
20   Q.   Did you give him this document at any
21   time?
22   A.   No.  I mean after signed?
23   Q.   Yes.
24   A.   No.
25   Q.   Did he --

Page 14

M. GAMMELLA

1
2    A.   Do we have a copy?  Yes, we do have a
3    copy.
4    MR. MOSER:  Just wait for me
5    to finish my question.
6    Q.   Does Mr. Vasques have a copy of this
7    document?
8    A.   Not that I know.  But at work -- the
9    copy is at work.
10   Q.   Does Mr. Vasques --
11   A.   Personally no, I don't think so.
12   Q.   It's just a simple yes or no
13   question.  Does Mr. Vasques have a copy of this
14   document?
15   A.   No.
16   Q.   Did you ever give this document to
17   Mr. Vasques to take home before he signed it?
18   A.   No.  We show him at the place.  He
19   want to sign it.  He signed it.  And then we
20   send it back to you -- fax it, e-mail it to
21   you, whatever.  That was it.  We made a copy of
22   it.  That was it.
23   Q.   Do you have a copy of his ID?
24   A.   At work we should, yeah.
25   Q.   Does that ID have his signature on

Page 15

M. GAMMELLA

1
2    it?
3    A.   I don't recall.
4    Q.   Do you have any documents with his
5    signature --
6    A.   His idea --
7    MR. MOSER:  She can only take
8    down one of us at a time.  So it's
9    important that I wait for you to be
10   done and then you wait for me to done
11   so that it flows a little bit easier.
12   Q.   Do you have any documents with
13   Mr. Vasques' signature on them?
14   A.   No.
15   Q.   So when he was hired by you, did he
16   execute a withholding form for taxes?
17   A.   He signed few documents.  Probably
18   the payroll company might have it or my --
19   Q.   I would like you to listen to my
20   question.  Because my question is either -- can
21   be answered with a yes or no.
22   When you hired him, did he sign
23   payroll documents?
24   A.   He signed a few documents, yes.
25   Q.   Have you ever searched for those

Page 16

M. GAMMELLA

1
2    documents?
3    A.   No.
4    Q.   Do you have access to those
5    documents?
6    A.   I don't know if I even have them.  I
7    don't even have them right now.  I really don't
8    know.  I can't answer yes or no because I don't
9    know if I have them.  This guy has been with us
10   for a long time.  I don't know what I have.
11   Q.   Do you withhold taxes from
12   Mr. Vasques' paycheck?
13   A.   Yes.
14   Q.   Did he give you permission to do
15   that?
16   A.   What?
17   Q.   Did he give you permission to do that
18   by signing a tax form?
19   A.   He signed it straight to the payroll
20   company, yes.  He signed it.  Yeah.  We told
21   him to sign and send to payroll.
22   Q.   Who hired the payroll company?
23   A.   I did.
24   Q.   Do you have access to the payroll
25   records?

4  (Pages 13 to 16)

Page 17

M. GAMMELLA
1
2      A.   Not present.  If I request, yes.
3      Q.   If you asked the payroll company for
4  the documents that they have --
5      A.   When they have it, yes.
6      Q.   -- are they obligated to give it to
7  you?
8      A.   Yes.  If I send that request if it's
9  mine, they should.
10      Q.   What were the hours of operation of
11  Rosso Uptown?
12      A.   From, I believe, it was 12:00 to
13  9:00.
14      Q.   So 12:00, noon --
15      A.   12:00 noon to 9:00.
16      Q.   P.m.?
17      A.   9:00 p.m.
18      Q.   How many days per week?
19      A.   There were at one point five and then
20  six.  We switched it over five to six days a
21  week.
22      Q.   Was it first five or first six?
23      A.   Six.
24      Q.   Which day was it closed?
25      A.   It was Monday.

Page 18

M. GAMMELLA
1
2      Q.   And then when it switched over to
3  five days a week, which two days was it closed?
4      A.   Monday and Tuesday, but because
5  things weren't going well.  So we kept on
6  trying to go back and forth but most of the
7  time it was six.
8      Q.   When you say "we", who are you
9  referring to?
10      A.   The guys; me and my wife at the time
11  who tried to help me, my son.  But mostly it
12  was I that was, you know, in a lot of stress to
13  try to run this place before we closed it down.
14      Q.   So when you say we, you are not
15  referring you and Mr. Tizzano?
16      A.   Not at all.
17      Q.   Did Mr. Tizzano ever own any portion
18  of Rosso Uptown?
19      A.   No.  Never.
20      Q.   Did you ever tell anyone that he
21  owned a portion of Rosso Uptown?
22      A.   No.  Not really.  They supposed but
23  he never owned it.  I never told them that --
24  anyone that Michael Tizzano owned my place, no.
25      Q.   Mr. Tizzano testified that sometimes

Page 19

M. GAMMELLA
1
2  if Rosso Uptown was missing food or supplies
3  that they would be brought from Pepe Rosso to
4  Rosso Uptown.
5      A.   Yeah, that's true.  Some time we run
6  out of stuff, went down, bring it back, and
7  then we had to take it back.
8      Q.   Would you say that Pepe Rosso had
9  more supplies than Rosso Uptown?
10      A.   It was -- it wasn't more.  It was
11  just some time we run out of stuff Uptown.  The
12  place was smaller and like I said things not
13  going well.  Because it was more we didn't
14  order -- would couldn't order as much.
15  Sometimes we run out of stuff and we went to
16  get and bring it back.
17      Q.   Who did the purchasing for Rosso
18  Uptown?
19      A.   Me or my chef, whoever it was at the
20  time, and there was a guy that was in charge.
21  Renato.  I forget his last name.  He was the
22  manager there.  A Brazilian fellow.  He worked
23  for me for almost until the end when we lost
24  and we change the names.  But then he moved out
25  of the country, went back to Brazil or Japan.

Page 20

M. GAMMELLA
1
2  I don't know where he moved.  But he was the
3  one doing the purchasing for -- the food was
4  the chef most of the time.
5      Q.   So Renato did the purchasing for
6  Rosso Uptown?
7      A.   Yes.  Not everything, but yes.
8      Q.   Did you do any purchasing for Rosso
9  Uptown?
10      A.   Yes, of course.
11      Q.   Did you do purchasing for Pepe Rosso?
12      A.   I do certain things, certain things.
13      Q.   Did you ever combine the purchase
14  orders for the supplies in order to get
15  discounts?
16      A.   No.  No.  Always kept separate
17  because it's two separate things.  No.
18      Q.   Who named Rosso Uptown?  Who gave it
19  that name?
20      A.   I went through a few names.  But it
21  was me, my kids, a few friends -- they just
22  came up with the name.  It's my corporation.
23  So it's in my name.  I had to agree with it.
24  Yes, it's my name, Rosso Uptown.
25      Q.   You named Rosso Uptown?

July 22, 2022

Page 21

M. GAMMELLA

1
2      A.   Yes.
3      Q.   What does -- does Rosso mean
4    anything?
5      A.   Red.
6      Q.   So you named it basically Red Uptown?
7      A.   Well, this was a friend and family
8    come up with the ideas, yeah.
9      Q.   You named the restaurant Red Uptown?
10     A.   Yes.
11     Q.   And at that time you owned a
12   restaurant by the name of Pepe Rosso, correct?
13     A.   Yes.
14     Q.   What does Pepe Rosso mean?
15     A.   Black pepper.
16     Q.   So you named -- you had one
17   restaurant that was named Red Pepper, correct?
18     A.   Yes.
19     Q.   And then you created another
20   restaurant and you called that Red Uptown,
21   correct?
22     A.   Yes.
23     Q.   Why did you do that?
24     A.   Not for any special reason.  Because
25   it sounds good.  Plus, we change the name of

Page 22

M. GAMMELLA

1
2    Red Uptown a few times after that.  It was
3    11-Zero Uptown.  It was changed a few times.
4    We changed the names a few times.
5      Q.   So other than the fact that it
6    sounded good, was there any reason why you had
7    one restaurant called Red Pepper and then you
8    named another called Red Uptown?
9      A.   Well, it sounds good because me as
10   people know me in Port Washington, I want to
11   maybe kind of tell them that I was there too,
12   that it was my place.  But other than that,
13   there was not really any other special meaning.
14     Q.   So people who were familiar with you,
15   were familiar with Rosso Uptown?
16     A.   Well, I figured that they would, you
17   know, know that it's my place, yeah.
18     Q.   And Pepe Rosso -- did Pepe Rosso have
19   a loyal following?
20     A.   I would say, yes.
21     Q.   Did it have -- was it a known entity
22   in the community?
23     A.   Yes.  It was known for another
24   previous name.  But yes.  It's been there that
25   restaurant for twenty-five years, twenty years

Page 23

M. GAMMELLA

1
2    even before us.
3      Q.   So part of the reason why you named
4    Rosso Uptown similarly to Pepe Rosso was that
5    so people would know that you were also the
6    owner of Rosso Uptown as well?
7      A.   Not really.  They know already I was
8    the owner anyway.  But it was just a name that
9    I liked because I like red.  Like I say, Pepe
10   Rosso because it's red.  Red in Italian, rosso.
11   I like everything -- all my stuff that I do, I
12   try to keep the same, you know.  Red pepper,
13   red uptown, red whatever I am going to do next.
14   I like the idea.
15     Q.   In Port Washington is the area where
16   Rosso Uptown located considered uptown?
17     A.   Not really.  We call Uptown because
18   it's like up, elevated from the water.  You
19   know, Port Washington if you know is a lot of
20   it's by water.  And Main Street is, like, up on
21   the hill.  So it's not uptown.  It's just -- I
22   think up from the bottom.  It's not
23   uptown.  It was on Main Street as you know.
24   It's just the sign on the street there.
25     Q.   Is there any other reason, besides

Page 24

M. GAMMELLA

1
2    the fact that you like the color red, that you
3    named both of these restaurants --
4      A.   Well, I liked the name red --
5      Q.   Let me finish the question please.
6    Besides the fact that you like the color red or
7    the name red, is there any other reason why you
8    named these two restaurants red or Rosso?
9      A.   Not particularly.  Not really.
10     Q.   Was there ever a record made of when
11   products or materials were borrowed from one
12   restaurant to the another?
13     A.   Repeat the question?  Was any
14   records?
15     Q.   Yes.
16     A.   No.
17     Q.   How would you know what materials or
18   foods supplies were brought from one restaurant
19   to another?
20     A.   We talking about a bag of tomatoes
21   or, you know, five onions.  We are talking
22   about small items that you run out.  Maybe
23   paper cups we will say.  It's not like we
24   borrowed a big something.  It's just kitchen
25   stuff, like small things.

6 (Pages 21 to 24)

July 22, 2022

Page 25

M. GAMMELLA

1
2      Q.   How would you know if materials were
3  brought from one location to the other?  Would
4  there be any record of that whatsoever?
5      A.   There would be no record because it
6  would be me -- the chef tell me Massimo, we
7  need a can of tomatoes.  So I go down there.  I
8  get the can of tomatoes, bring it up, use it.
9  When we receive it from Uptown then I bring it
10 back.  That was it.  There was not going to be
11 a record of me purchasing separate can of
12 tomatoes or whatever things.
13     Q.   So just to clarify there is no record
14 of the dates on which foods were brought from
15 one restaurant to another?
16     A.   No.
17     Q.   And there is no records indicating
18 what was brought from one restaurant to the
19 other?
20     A.   No.
21     Q.   There is no record showing how
22 frequently food was brought from one restaurant
23 to the other?
24     A.   Nope.  Not that I recall.  By the way
25 if I may add, you know, this we talking about

Page 26

M. GAMMELLA

1
2  we closed already over three years.  You
3  talking this about five, six, seven years ago
4  back.  As far as I recall no.  The little
5  items, definitely not a record.
6      Q.   Who hired Santos Hernandez?
7      A.   I did.  All the hiring was done
8  through me or Renato, the manager there.
9      Q.   Who hired Emanuel De Jesus Lievano?
10     A.   Same thing, either me or Renato.
11 Renato was the manager there.  Sometimes people
12 stop by -- yes.  In the end I made the
13 decision, yes.
14     Q.   Who had the authority to fire
15 employees at Rosso Uptown?
16     A.   Me.
17     Q.   Who managed Rosso Uptown?
18     A.   Me and this guy Renato as I told you.
19     Q.   Did you have ultimate decisionmaking
20 authority over hiring and firing decisions at
21 Rosso Uptown?
22     A.   Yes.
23     Q.   I am going to show you a document
24 that was previously marked as Plaintiff's
25 Exhibit 8 at Mr. Tizzano's deposition of June

Page 27

M. GAMMELLA

1
2  3rd of 2022.  It's a seven-page document.
3  (Handing.)  I would like you to take a moment
4  to look through it.
5      A.   (Reviewing.)  That's the lawsuit that
6  we sued about.
7      Q.   Okay.  I am going to direct your
8  attention to Page No. 5, the Document Request
9  No. 1.
10     A.   (Reviewing.)  Okay.
11     Q.   Did you actually search for documents
12 that were responsive to these requests?
13     A.   No.
14     Q.   Did you ever search for documents
15 that were responsive to Document Request No. 1?
16     A.   No.  Because there was no way for us
17 to search.
18     Q.   Did you ever search for documents in
19 response to Document Request No. 2?
20     A.   (Reviewing.)  No.
21     Q.   And with regard to the remaining
22 document requests, which are numbered 3 through
23 21, did you ever search for documents
24 responsive to those requests?
25     A.   (Reviewing.)  No, because we couldn't

Page 28

M. GAMMELLA

1
2  as I said.
3      Q.   Why couldn't you?
4      A.   Well, because no less previous to
5  that we had a flood in the basement, which was
6  where the office was.  But even after that we
7  got basically as we didn't pay rent for months
8  we got -- I got kicked out.  And my landlord
9  took everything out and it was gone.
10     Q.   Okay.  Did you ever have documents
11 responsive to Document Request No. 5 at any
12 time?
13     A.   (Reviewing.)  We have some, yes.
14 Definitely.  We were paying people, yeah.
15     Q.   So did you pay Hernandez and Lievano
16 on the books?
17     A.   Yes.
18     Q.   Through a payroll company?
19     A.   Some on the books, some they got paid
20 off the books.  But yes, they got paid I
21 remember.  As I recall it was on the books.
22     Q.   Were they paid partially in cash and
23 partially by check?
24     A.   Mostly it was just payroll by check.
25     Q.   Were they paid partially by cash and

7 (Pages 25 to 28)

Page 29

M. GAMMELLA

1
2  partially by check or only by check?
3      A.   Only by check.
4      Q.   Which payroll company did you have?
5      A.   I don't recall.  This is like eight
6  years ago.
7      Q.   Did you have the same payroll company
8  for that company that you did for Pepe Rosso?
9      A.   No.
10      Q.   Did you ever make any attempt to find
11  out the name of the payroll company?
12      A.   I did.  I was trying to remember to
13  look for it.  But no, I could not find anything
14  which that was it.
15      Q.   Did you check with ADP to see if they
16  were handling your payroll?
17      A.   ADP?  No, I don't believe it was ADP
18  as the payroll.
19      Q.   That's not my question.  My question
20  is, did you ever check with ADP --
21      A.   No, I didn't check with ADP
22  because -- no.  The answer is no.
23      Q.   Did you ever check with Paychex to
24  see if they were handling your payroll?
25      A.   At the time, no.

Page 30

M. GAMMELLA

1
2      Q.   Did you ever check with your
3  accountant to determine who was handling your
4  payroll?
5      A.   The accountant, no, I didn't check.
6      Q.   So you never told your accountant
7  that you needed payroll records?
8      A.   Yes.
9      Q.   Okay.  So I am talking about after
10  you received this request for production of
11  documents, right, you called your accountant
12  and told him that you needed payroll records?
13      A.   Yes, that I might need.  I got a
14  lawsuit thing.
15      Q.   You might need?
16      A.   Yes.
17      Q.   Okay.  And what payroll records did
18  he give you?
19      A.   I did not call after that.  So I
20  didn't get anything.
21      Q.   Okay.  Tell me everything that you
22  did to try and find or locate documents in
23  response to these Document Requests Nos. 1
24  through 21.
25      A.   The only thing I did, I look for

Page 31

M. GAMMELLA

1
2  whatever I had in that location, the leftover
3  stuff which I found some Chase documents.  But
4  that account was there which was withdrawn.  I
5  believe I even send it to you.  Other than
6  that, I didn't find anything else.
7      Q.   Okay.  Just to summarize, Rosso
8  Uptown had bank accounts?
9      A.   Of course.
10      Q.   And where were those bank accounts
11  located?
12      A.   Chase.  And I send you copies or the
13  court.  I did.  But I do have few which it was
14  overdrawn.
15      Q.   Are you testifying today that you
16  sent documents from Chase Bank to the court?
17      A.   I am not -- I don't want to -- 100
18  percent.  I do have it.  So if I did, I don't
19  know if I put it together with the stuff I sent
20  to the court.  But if I didn't, I will.  Which
21  I do have.  It is something that I have.  I am
22  not going to deny it.  It's only account
23  records.
24      Q.   How did you pay the payroll company?
25      A.   They were paid through the Chase

Page 32

M. GAMMELLA

1
2  account.
3      Q.   So the Chase account would show who
4  the payroll company was?
5      A.   I am not even sure.
6      Q.   Wait a second.
7      A.   Because if it says on the documents,
8  I will give it to you.
9      Q.   I am not asking you what it says on
10  the documents.
11      A.   No.  It doesn't say the name.  It
12  just says --
13      Q.   So do you get copies of your checks?
14      A.   No.
15      Q.   Did you ever go to that bank and ask
16  them for copies of checks?
17      A.   No.
18      Q.   Did you ever ask them to tell you who
19  the payroll company was that you were paying?
20      A.   No.  I didn't go to Chase, if I may
21  add, because the bank account still was open
22  and I owed money.  I had no money to put it in
23  there.  It was a big mess.  That's why I didn't
24  go back.  And it was still pending.
25      Q.   So you intentionally did not go back

8  (Pages 29 to 32)

Page 33

M. GAMMELLA
1
2  to the bank, even though you knew that they
3  might know who your payroll company; is that
4  correct?
5      A.  No.  No.  It's not correct.
6      Q.  So when the bank pays one of your
7  vendors, they don't have a record of who they
8  pay?
9      A.  The vendors?  No.  The vendors was
10 paid through our checks, right.  Our checks --
11 I made the check.  They go out.  The only thing
12 I have -- let me make it clear.  The only thing
13 I have is some left over actually was it my car
14 paper from the bank was the account statement.
15 Then they was overdrawn.  And that was it.
16 There was no checks, no printed checks in
17 there, or the account or the name of anything.
18 That's all.  And I show it to you.
19     Q.  Did you understand that you had an
20 obligation to go and find the records if for
21 some reason you didn't have them in your
22 possession?
23     A.  Yeah.  I didn't have them in my
24 possession.
25     Q.  Yes.  Do you understand that it was

Page 34

M. GAMMELLA
1
2  your obligation to go and find them?
3      A.  I did try to find them.  Everything
4  is gone.  So what am I going to find?
5      Q.  Well, did you go to the bank?
6      A.  No.  Because the account has been
7  closed for years.
8      Q.  Okay.  Besides the fact that the
9  account was closed for years -- but you just
10 testified that it wasn't closed, it was
11 overdrawn and you didn't want to go there,
12 right?
13     A.  Yes.
14     Q.  Which one is it?
15     A.  Yes.  But you talking about when the
16 account was open was eight years ago.  When
17 that account was open, it was eight years ago.
18 Then in the end this is talking -- already it
19 was closed -- we already close the place for
20 three years.  So the account was already
21 overdrawn and everything probably about four,
22 five years ago.  We are talking about -- like
23 you sound like this happening to me now.  This
24 is like years ago.
25         Anyway, that's only I found in the

Page 35

M. GAMMELLA
1
2  paper that was in my car a couple of things
3  from the bank that the thing was overdrawn.
4  And I believe I saved it because it was the
5  only thing I could find.  Any other thing,
6  payroll and everything else, I couldn't even
7  remember the name of the company.  I don't have
8  any records of it.
9      Q.  Do you know whether the bank has a
10 record of who your payroll company is?
11     A.  No.
12     Q.  They don't?  Or you don't know?
13     A.  I don't know.  I don't know if they
14 have it.
15     Q.  Because you never checked, correct?
16     A.  According to the paper that I could
17 see, no.  So if they do have it, no.  I don't
18 believe they do have a record.
19     Q.  So you believe that your bank does
20 not have a record of who your payroll company
21 was?
22     A.  I don't believe so.
23     Q.  And what is that belief based upon?
24 Why don't you think --
25     A.  Because after so many years, the

Page 36

M. GAMMELLA
1
2  thing is they don't keep even documents.  I
3  mean, if the court tells them, I don't know.
4  But me, they not going to give it to me if they
5  do have after four, five years.
6      Q.  So in your opinion banks just destroy
7  records after four or five years?
8      A.  I do not know.  I'm not an attorney.
9  I do not know what they keep.  How long they
10 got to keep, I have idea.  I know the account
11 after a few years, even a year, that you got to
12 request and pay for it.  So I have no idea.
13     Q.  The accountant who -- I know you want
14 to give me explanations for everything.  You
15 can give explanations at the time of trial to
16 the judge.  If I ask you --
17     A.  The answer is no, I don't have
18 records.  My accountant didn't give me records.
19 I do not have records.  But I look for it in
20 paper and look for it in my computer for
21 records, yes.  I didn't find anything.  The
22 only thing I found was the court thing.  That's
23 it.
24     Q.  You are still explaining and there is
25 no question.

9  (Pages 33 to 36)

Page 37

M. GAMMELLA

1
2       The accountant that you used for
3   Rosso Uptown, is that the same accountant that
4   you used for Pepe Rosso?
5       A.   In the end, yes.  In the beginning,
6   no.  But in the end, yes, the same accountant
7   now.
8       Q.   Was that the same accountant that you
9   were using for your personal tax return as
10  well?
11      A.   Again, not in the beginning.  But in
12  the end before we closed, yes.
13      Q.   Did you ever ask that accountant who
14  your payroll company was at Rosso Uptown?
15      A.   I did ask him.  But he say he had to
16  investigate and look into it.  I never got
17  anything.
18      Q.   Did you ever ask him for your payroll
19  records?
20      A.   No.  I asked him a few times but I
21  never got it.  He never told me no, he
22  couldn't -- I don't know if it's because he
23  wasn't the one from the beginning.  I never got
24  it.  I never got any papers.  I never got any
25  payroll records.

Page 38

M. GAMMELLA

1
2       Q.   Do you understand that when you get a
3   request for documents in federal court that you
4   have an obligation to go and get documents that
5   are in the possession of other people?
6       A.   Well, I am not an attorney.  I
7   understood that I had to look for stuff, but
8   meant physically whatever I could do, which I
9   did.  Which we have none.  So I don't know what
10  else they want me to look for.
11      Q.   Well, you didn't call your -- we've
12  established that you did not call your
13  accountant, correct?
14      A.   No.  I did call my accountant.
15      Q.   You called your accountant and after
16  you received this request and asked him for the
17  documents that are responsive to that request?
18      A.   I only asked if he had any records of
19  the old years ago payroll.  And he said he had
20  to look into it, but I never got anything from
21  it.  And that was it.
22      Q.   How many times did you speak to him?
23      A.   Only two times maybe.  That was three
24  years ago.  I mean, this thing is dragging for
25  years.  Three years ago.

Page 39

M. GAMMELLA

1
2       Q.   So you understood when you got this
3   request that it was your obligation to get
4   records from your accountant?
5       A.   Well, I understood that I got to, you
6   know, somehow --
7       Q.   Sir?
8       A.   Yes.
9       Q.   You understood when you got this
10  document that it was -- that you had a duty to
11  go to your accountant and get the records, if
12  you could, correct?
13      A.   Yes.
14      Q.   And you called him twice, correct?
15      A.   Yes.
16      Q.   And he never got back to you?
17      A.   Yes.
18      Q.   And for that reason you said you have
19  no documents?
20      A.   Yes.
21      Q.   Okay.  Would the payroll company that
22  you used have records?
23      A.   Payroll that I used then?
24      Q.   Does the payroll company that you
25  used at Rosso Uptown still have payroll records

Page 40

M. GAMMELLA

1
2   for Mr. Hernandez?
3       A.   No idea.
4       Q.   Does the payroll company that you
5   used still have payroll records for
6   Mr. Lievano?
7       A.   Do not know.
8       Q.   Does your accountant have payroll
9   records for Mr. Hernandez?
10      A.   Do not know.
11      Q.   Does your accountant have records for
12  Mr. Lievano?
13      A.   I don't believe so.  I do not know.
14      Q.   Does your bank have records of checks
15  paid to Santos Hernandez?
16      A.   Do not know.
17      Q.   Does your bank have records of checks
18  payable to Mr. Lievano?
19      A.   I don't believe so.  And I do not
20  know.
21      Q.   So when was Mr. Hernandez hired?
22      A.   I do not recall.
23      Q.   Can you give me any approximate date?
24      A.   Approximate year.  Maybe 2016.  I
25  can't guess.  Like I said, it's been long time

10  (Pages 37 to 40)

Page 41

```
 1              M. GAMMELLA
 2    ago.
 3        Q.   When was he -- was he fired?
 4        A.   They left.
 5        Q.   So he left?  Or he was fired?
 6        A.   He left.
 7        Q.   Do you know why he left?
 8        A.   We are talking which one?
 9        Q.   Mr. Hernandez.
10        A.   Hernandez?  Hernandez, this is Miquel
11    you talking about?
12        Q.   Santos Hernandez.
13        A.   Okay.  I am getting confused.
14    Santos, I believe in the end before we closed
15    he left.  We closed the place.  Basically we
16    closed down.  So I don't remember if he left
17    right before we closed or once we closed.  We
18    had no choice.  We got shut down.  We went out
19    of business.
20        Q.   When did you shut down?
21        A.   I believe it was 2018.  Three years
22    ago.  Maybe September, October 2018 if my mind
23    tells me.
24        Q.   How long did Santos Hernandez work
25    for you?
```

Page 42

```
 1              M. GAMMELLA
 2        A.   Less than two years, maybe few years.
 3        Q.   How long did Mr. Emanuel De Jesus
 4    Lievano work for you?
 5        A.   He was there months, not even a year.
 6    Very short.
 7        Q.   So can you describe Emanuel De Jesus
 8    Lievano for me in any way?
 9        A.   Describe him what; personally?
10        Q.   Yes, how he looked.
11        A.   Yes, I told you he came by.  I don't
12    know.  Dark hair, skinny, darker skin.
13        Q.   Would the payroll records, if we were
14    able to obtain them, show when Mr. Lievano
15    started working for you?
16        A.   If we would have, yes.  I believe he
17    started working for me a few years before we
18    closed.  Maybe 2016.
19        Q.   But the payroll records, if we had
20    them, would show the precise date he started
21    working; is that correct?
22        A.   Yes, if we find the records, it
23    probably would.
24        Q.   Would the records show when he
25    stopped working?
```

Page 43

```
 1              M. GAMMELLA
 2        A.   Yes.  Like I say it wasn't long.
 3        Q.   With regard to Mr. Santos Hernandez,
 4    if we had the payroll records, would they show
 5    when Mr. Hernandez started working for you?
 6        A.   Yes.
 7        Q.   And would they show when he stopped
 8    working for?
 9        A.   They should, yes.  But --
10        Q.   Would they show how many hours per
11    week Mr. Hernandez worked?
12        A.   Yes, on the payroll, yes.
13        Q.   Would they show how many hours per
14    week Mr. Lievano worked?
15        A.   Yes.  On the payroll, yes.
16        Q.   Would they show how much
17    Mr. Hernandez was paid per hour?
18        A.   Yes.  On the payroll, yes.
19        Q.   Would they show how much Mr. Lievano
20    was paid per hour?
21        A.   Yes.
22        Q.   Would they also show Mr. Hernandez'
23    overtime compensation, if any?
24        A.   If any, which was any.  But if any,
25    yes.
```

Page 44

```
 1              M. GAMMELLA
 2        Q.   Would the payroll records also show
 3    Mr. Emanuel De Jesus Lievano's overtime hours
 4    worked, if any?
 5        A.   If any, yes.  They stated.
 6        Q.   So will you go and look for these
 7    payroll records?
 8        A.   I tried.  I could make another good
 9    effort.  Yes.  Again, I will ask my accountant
10    again if he finds anything out.  This was years
11    back.  I cannot promise anything.  But I will
12    try.  I will try my best.
13        Q.   You understand that the depositions
14    of Mr. Hernandez and Mr. Lievano are upcoming,
15    correct?
16        A.   Yes.
17        Q.   You received the request for
18    documents, which is Plaintiff's Exhibit 8, a
19    year ago?
20        A.   Yes.
21        Q.   Is it fair to say that you haven't
22    produced a single payroll document as of today?
23        A.   I did not.
24        Q.   Okay.  So can you explain why not?
25        A.   Like I said, to the best of my
```

11  (Pages 41 to 44)

Page 45

M. GAMMELLA

1
2  ability, I tried. I looked through all the
3  papers, whatever I have left. I called the
4  accountant. He couldn't find anything. I
5  don't remember the name of the company we used.
6  So -- and everything was -- we got kicked out
7  of the place. So it was none for me to
8  retrieve. That was it. I did try.
9      Q.  Do you know if you can get the
10  payroll records before my clients' depositions?
11     A.  Again, I will give it my best effort.
12  I will call again to see if my accountant has
13  anything that I can go back those years to see
14  who even it was. I give it my best effort.
15  But I cannot guarantee anything. Because I
16  don't know.
17     Q.  Do you believe that you've made your
18  best effort for the past year to locate and
19  produce documents responsive to our request for
20  documents?
21     A.  Yes. Because I already know -- I
22  already told from way in the beginning that we
23  were kicked out and never let back in the
24  place. And it was all gone.
25     Q.  So how many hours per week did

Page 46

M. GAMMELLA

1
2  Mr. Hernandez work?
3      A.  At those times I don't recall.
4      Q.  How many hours per week did
5  Mr. Emanuel De Jesus Lievano work when he
6  worked for you?
7      A.  I do not recall.
8      Q.  You said they never worked overtime
9  or rarely worked overtime?
10     A.  That I recall, no, they didn't work
11  overtime. Especially in the end when, I guess,
12  we were closing. There was no overtime.
13     Q.  Are you aware of any individuals,
14  other than you, who would know how many hours
15  Mr. Santos Hernandez was working?
16     A.  No.
17     Q.  Do you know of any other individuals,
18  other than you, who would know how many hours
19  per week Emanuel De Jesus Lievano was working
20  when he worked for you?
21     A.  As I restate, except Renato, this
22  Renato manger that was there that is no longer
23  with us. But other than me, no.
24     Q.  Other than Renato and you -- you and
25  Renato?

Page 47

M. GAMMELLA

1
2      A.  Yes, that's what I meant.
3      Q.  And Renato is in Brazil we believe?
4      A.  Or in Japan. He left the country two
5  or three years ago. He went back to his
6  country. I can give you more information on
7  him, if you would like, if I can find his last
8  name at least.
9      Q.  As the employer of Mr. Miquel Antonio
10  Vasques, do you have the authority to ask him
11  for his identification?
12     A.  Yes, I suppose. I don't know about
13  the law but, I suppose I do.
14         MR. MOSER: I would ask on
15  the record that you produce a copy of
16  his identification confirming that
17  his -- with his signature, confirming
18  that the signature matches the one on
19  the document that you say he signed.
20         MR. GAMMELLA: Will do.
21     Q.  I am going to ask you a list of
22  questions. If you could answer them with a yes
23  or no, that's fine. If you believe you cannot
24  answer them with a yes or no, please let me
25  know.

Page 48

M. GAMMELLA

1
2      Did you have the authority or the
3  power to hire and fire Mr. Hernandez and
4  Mr. Emanuel De Jesus Lievano?
5      A.  Yes.
6      Q.  Did you control the work schedules of
7  Santos Hernandez and Emanuel De Jesus Lievano?
8      A.  Cannot answer that completely because
9  it was up to my manager as well. But yes,
10  together with my manager.
11     Q.  So together with your manager you
12  controlled the work schedules of Mr. Hernandez
13  and Mr. Lievano?
14     A.  And the chef that was there. But
15  yes, I was in charge too.
16     Q.  At the time that they worked for you,
17  did you maintain records of the employment of
18  Santos Hernandez and Emanuel De Jesus Lievano?
19     A.  If I you request records, meaning?
20  Payroll records or --
21     Q.  Employment records.
22     A.  Yes. It was just the payroll, yes.
23     Q.  Did you determine their rate of pay?
24     A.  Yes.
25     Q.  Were you the owner of Rosso Uptown

12  (Pages 45 to 48)

Page 49

M. GAMMELLA
1
2 Limited?
3       A.   Yes.
4       Q.   Did you have operational control over
5  Rosso Limited?
6       A.   Yes.
7       Q.   Were you a signatory on the bank
8  accounts of Rosso Uptown Limited?
9       A.   Yes.
10      Q.   When I say "Mr. Hernandez", you
11 understand I mean Santos Hernandez, correct?
12      A.   Yes, now.  Because I get it confused
13 with Vasques.  Santos Hernandez, that's the
14 one.
15      Q.   You understand that when I've been
16 asking you about Mr. Hernandez, I have been
17 asking you about Mr. Santos Hernandez?
18      A.   Yes.
19      Q.   Was Mr. Hernandez an employee of
20 Rosso Uptown?
21      A.   Yes.
22      Q.   Do you know whether he was employed
23 from March 20th of 2016, until July 1st of
24 2018?
25      A.   As I recall he was employed around

Page 50

M. GAMMELLA
1
2  2016, yes.  I don't know if it's -- I don't
3  recall exactly the dates.  But yes, he was
4  employed through that period of time.
5       Q.   Do you know what his scheduled hours
6  were?
7       A.   I don't recall.
8       Q.   Do you know what his title was?
9       A.   Yes.  Dishwasher.
10      Q.   Did you pay him a salary?
11      A.   No.
12      Q.   Did you ever pay him any amount in
13 cash?
14      A.   Not that I recall.  Nope.  Not me.
15      Q.   Did you give him a wage notice or
16 other documents at the time that you hired him?
17      A.   We did.
18      Q.   That was a form that was issued by
19 the New York State Department of Labor, the
20 official wage notice?
21      A.   Tells you the wage at the time was
22 whatever it was, $10.00, $9.00.  They sign and
23 we kept it all.  And like I said, it's gone.
24      Q.   Are you familiar with something
25 called spread of hours pay?

Page 51

M. GAMMELLA
1
2       A.   That I am in the business, yes.
3       Q.   What is spread of hours pay?
4       A.   Like I said, I am not -- how many
5  hours you supposed to be working in through the
6  week.  Which we basically -- sorry if I'm go
7  into explanation.  We basically only worked
8  forty hours if and most for each employee
9  because we were not that busy.
10      Q.   What is your understanding of what
11 spread of hours pay is?
12      A.   That if you go over a certain amount
13 of hours, they supposed to pay extra.
14      Q.   Number of hours per way, per day?
15      A.   Per week or per day I suppose as far
16 as I know.  You can only work so many hours
17 during the day.  And if go you work more than
18 the regular hours, I guess you have to -- it's
19 supposed to get paid more.
20      Q.   How much more were they supposed to
21 be paid?
22      A.   I believe it's time and a half for
23 now or it was always.
24      Q.   After how many hours per week?
25      A.   I really don't recall then.  But I

Page 52

M. GAMMELLA
1
2  believe right now it's after forty.
3       Q.   Do you know how many hours per week
4  it was when you were the owner of Rosso Uptown?
5       A.   I don't recall.  But it was less than
6  forty.
7       Q.   What was Mr. Lievano's work schedule?
8       A.   I do not recall.  He was part time.
9  That I know.  He was only part time.  I don't
10 recall his schedule.
11      Q.   What was Mr. Lievano's title?
12      A.   Mostly helper, kitchen helper.
13      Q.   Was Mr. Emanuel De Jesus Lievano
14 employed by Rosso Uptown?
15      A.   Yes.
16      Q.   Do you know if he was employed from
17 August of 2016 until July 1st of 2018?
18      A.   I do not recall.  I recall there was
19 much less than that.  He was only part time.
20 And he worked less than that period.  But I
21 cannot recall the exact dates.  He did get
22 employed, yes.  The answer is yes.  For the
23 period that long, I do not recall.
24      Q.   24 Manor Haven Boulevard, who owns
25 that building?

13  (Pages 49 to 52)

July 22, 2022

| Page 53 | Page 55 |

**Page 53**

M. GAMMELLA

2  A.  24 Manor Haven Incorporated.  It's
3  the landlord.
4  Q.  Okay.  Who owns 24 Manor Haven, the
5  company?
6  A.  I don't know.  The landlord.  I don't
7  know his last name.  You want me to find out.
8  I can't recall.  It's a landlord.  He is in
9  Jersey.  Anthony, he is the owner which I
10 believe in Port Washington, Anthony Saldano.  I
11 can look it up but -- the real owner of 24
12 Manor Haven, I mean, I didn't investigate.
13 It's a fellow Joe Visco.  Joseph Visco now that
14 I recall.
15 Q.  Did Mr. Michael Tizzano ever work at
16 Rosso Uptown?
17 A.  He was helping me with the menus.  He
18 was consulting basically.  He was consulting
19 with other restaurants, other places as well.
20 And he did help me out.  He's been my friend
21 for many years.  Menus, ideas but that's it.
22 Other than that, helped us sometime, you know,
23 make changes in the menu and food.
24 Q.  How many years have you been friends?
25 A.  Fifteen years.

**Page 54**

M. GAMMELLA

2  Q.  Do you get along?
3  A.  Pretty much.
4  Q.  How did you become friends?
5  A.  We just met here in New York.  One of
6  my old -- used to own a bar in Manhasset, the
7  Old Speakeasy Bar.  Which we met there and that
8  was it.
9  Q.  Have you been friends ever since?
10 A.  Yes.
11 Q.  Do you celebrate birthdays together
12 or family events together?
13 A.  No.  Not really.  Sometimes we do
14 celebrate birthday, me and him, have a drink.
15 But family, no.
16 Q.  Do you work together?
17 A.  Yes, now we do.
18 Q.  How often do you see Mr. Tizzano now?
19 A.  At least a few times a week or more.
20 Q.  Has that been the same since June 3rd
21 of 2022 that you have seen him?
22 A.  Yeah, even before.  We always seen
23 each other.  We have been friends for over
24 fifteen years.
25 Q.  How many times per week have you seen

**Page 55**

M. GAMMELLA

2  Mr. Tizzano since June 3rd of 2022?
3  A.  This month?
4  Q.  Yes.  Since the beginning of June,
5  have you worked with Mr. Tizzano?
6  A.  Yes.
7  Q.  And have you seen him maybe five
8  times a week in June?
9  A.  Four times a week and then I just
10 came back because my father ill.  I went away
11 and now he is away.  But that day to this day,
12 five, six times, seven times, yes.
13 Q.  How many times have you spoken with
14 Mr. Tizzano since June 3rd of 2022?
15 A.  Multiple times.  We work together.
16 We also speak about a lot of issues.
17 Q.  Would you say it's more than ten
18 times?
19 A.  I would say it's more, but plenty
20 times -- five, six, seven, eight.  I don't
21 recall.  We work together.  We talk all the
22 time.  I mean, we work together.  We have a lot
23 of things we have to talk about.
24 Q.  Were you aware that he testified on
25 June 3, 2022?

**Page 56**

M. GAMMELLA

2  A.  Of course.
3  Q.  Did he talk to you about his
4  deposition before June 3rd of 2022?
5  A.  He spoke to me about that he was
6  coming to a deposition, yes.  We spoke.  We
7  knew both because we were on a judge conference
8  call.
9  Q.  Tell me everything that you and Mr.
10 Tizzano spoke about before his deposition of
11 June 3rd of '22 concerning the deposition.
12 A.  Concerning the deposition, we not
13 talk about.  He was concerned about the
14 deposition.  Yes, he told me about it.  We knew
15 about it.  Like I said, we knew about.  Like I
16 said, we spoke with you and the judge.  We have
17 the deposition.  But him in details talk to me
18 about it, no.
19 Q.  Okay.  How about after he testified?
20 After he testified did you ever ask him how it
21 went?
22 A.  Yes.  I said, "How was the
23 deposition?"  Yes.
24 Q.  What did he say?
25 A.  He said that it went fine.  He said

14  (Pages 53 to 56)

July 22, 2022

Page 57

          M. GAMMELLA
1
2    whatever, you know, truthfully he understood to
3    answer and that was it.  He didn't go into
4    details on anything.
5        Q.   Did he say anything else to you or
6    you say anything else to him about his
7    deposition after June 3rd of 2022?
8        A.   No.  Because after that I went away
9    and he is away.  But no, we didn't speak about
10   it in details.  No.
11       Q.   Why not?
12       A.   Because there is nothing to talk
13   about details.  He spoke the truth about
14   whatever he was doing at my place at the time.
15   And he told, Massimo and that's what I know.
16   That's it.
17       Q.   Why wouldn't you ask him what kind of
18   questions he was asked?
19       A.   Because we already know what kind of
20   questions.  They want to ask about the records
21   and everything else.  He knew nothing about it.
22   He actually always tell me and he told the
23   judge that he doesn't know why he is getting
24   used.  Whatever.
25       Q.   So you never -- other than you asking

Page 58

          M. GAMMELLA
1
2    him how it went and him saying it's okay, I
3    testified honestly, he didn't say anything else
4    you and you didn't say anything else to him
5    about his testimony?
6        A.   No.  No meaning -- yeah, we spoke
7    about it, how it went.  You know, that's about
8    it.  I mean, right now I spoke to him before.
9    He knows that I got to go to court.  He is away
10   actually.  I say I'm going to go in and tell
11   them whatever I know.  And that's it.  I never
12   talked to him about it.
13       Q.   Tell me what you spoke about with
14   him.
15       A.   Nothing.  That I have to go to
16   conference.  He remind me actually.  Don't
17   forget.  I say yes, I'm on my way.  And that
18   was it.  We work together.  We've been friends
19   for almost twenty years.
20       Q.   About his testimony on June 3rd tell
21   me everything that you said to each other about
22   that testimony after it happened.
23       A.   There's not much to say.  I told you.
24   We don't talk the details.  He told me that he
25   came here, he spoke to you, he said all the

Page 59

          M. GAMMELLA
1
2    truth, whatever he answered he could possibly
3    remember.  And that was it.
4        Q.   What's your cell phone number?
5        A.   (516)633-7977.
6        Q.   What is Mr. Tizzano's cell phone
7    number?
8        A.   I don't remember.
9        Q.   Do you have it in your phone?
10       A.   Yes, because he changed it.  He kept
11   on changing it.  Yes, of course.  I called him
12   on the cell.  Of course I have his phone
13   number.  Now it's (516)262-9972.
14       Q.   When you communicate with Mr. Tizzano
15   via text, do you do it through What's App, do
16   you do it through a text message?
17       A.   Mostly What's App.  And he is away
18   anyway.
19       Q.   Is there a separate What's App number
20   or profile that you have?
21       A.   No.
22       Q.   Is there any separate What's App
23   number or profile that he has?
24       A.   Not that I know of.  Not with me.
25       Q.   Would you have any objection to us

Page 60

          M. GAMMELLA
1
2    looking at the text messages between you and
3    Mr. Tizzano after his deposition of June 3rd of
4    2022?
5        A.   Yes, I do.  Even before.  Before and
6    after there is a lot of personal things, a lot
7    of things that don't concern anyone else.
8        Q.   What personal things are in there
9    that you believe -- I don't want to know the
10   specifics.  What personal subjects are in there
11   that you believe should be protected?
12       A.   Family, sexual preferences -- all
13   kinds of stuff that has nothing to do with
14   this.  That's personal stuff.  So I am not
15   going to go there not that I want him to even
16   ask.
17       Q.   Okay.  But if you and him had
18   communicated by text message about his
19   testimony --
20       A.   We communicate every day almost.
21       Q.   -- by text messages it would be in
22   the What's App message if, in fact, you did?
23       A.   Talk about what?
24       Q.   His testimony.
25       A.   If I talked about his testimony then?

15  (Pages 57 to 60)

Page 61

```
 1            M. GAMMELLA
 2   He was here at the time.  So at the time I
 3   don't think we text.  I think we spoke.
 4        Q.   Okay.  And you haven't sent any text
 5   message to him and he hasn't sent any text
 6   message to you about his testimony of June 3rd
 7   of 2022?
 8        A.   Other than now, yesterday, no.  We
 9   text all the time, yes, all kinds of stuff,
10   yes.
11        Q.   Yesterday what did you text about?
12        A.   Just that I was to go and he remind
13   me because I am all over the place.  I got a
14   lot going on.  I told him yes, I know.  As a
15   matter of fact your secretary called me as
16   well.  She said she couldn't find my e-mail
17   address.  It was wrong, which I don't think if
18   it's possible.  So I did ask him about what it
19   was.  And he actually told me.  And then I got
20   in touch with your secretary and she told me
21   the address and the room.  That's it.
22        Q.   Do you believe that Mr. Santos
23   Hernandez or Mr. Emanuel De Jesus Lievano have
24   any valid claim against you or Rosso Uptown?
25        A.   No.
```

Page 62

```
 1            M. GAMMELLA
 2        Q.   Can you please explain why not?
 3        A.   Because at the time when we did
 4   work -- open and working, they did get paid
 5   what they supposed to get paid.  They never
 6   told us otherwise.  Even when we were about to
 7   close -- the other one left, Emanuel Lievano.
 8   He left way before.  He never even told us why.
 9   He just left.  We never heard again except when
10   he show up at the other place.  Mr. Hernandez,
11   he worked for us, like I said, longer.  But he
12   never -- was only dishwasher.  He never told us
13   any issues that he had with pay.  And then we
14   end up closing because we lost everything
15   unfortunately.  It's not like we were
16   flourishing and we doing all this business and
17   we not underpay these people.  We actually
18   closed.  I lost everything.  This is not
19   something that it was my plan.  I lost
20   literally everything including my house.
21        Q.   And when we talk about -- you said
22   you had an account at Chase for Rosso Uptown.
23   Where were your bank accounts for Pepe Rosso?
24        A.   Where were they?  They were at --
25   it's a small bank.  One was Bank of America.
```

Page 63

```
 1            M. GAMMELLA
 2   It was not a Chase.  They closed the bank.
 3   They closed the branch by us.  It was a
 4   different bank.  I'm sorry.  I don't recall.  I
 5   can get it for you.  I can definitely get it
 6   for you.
 7        Q.   Was Mr. Tizzano ever a signatory on
 8   the Rosso Uptown bank account?
 9        A.   No.
10        Q.   Was he ever a co-owner?
11        A.   No.
12            MR. MOSER:  Is there anything
13        else you would like to add?
14            MR. GAMMELLA:  No.
15            MR. MOSER:  Thank you so much
16        for your time.  I appreciate it.
17            (Time noted:  11:20 a.m.)
18
19
20        _____
21            MASSIMO GAMMELLA
22   Subscribed and sworn to
     before me this       day
23   of          , 2022.
24
25   NOTARY PUBLIC
```

Page 64

```
 1
 2            INDEX TO TESTIMONY
 3
 4   WITNESS      EXAMINATION BY    PAGE
 5   M. Gammella   Mr. Moser        5
 6
 7
 8            EXHIBITS
 9   PLAINTIFFS'              PAGE
10   Exhibit 21    One-page document  10
11
12
13        REQUESTS FOR PRODUCTION
14   DESCRIPTION             PAGE
15   An employment record of Mr.      47
16   Miquel Antonio Vasques with
17   his signature to compare it to
18   the signature on Plaintiff's
19   Exhibit 21
20
21
22            INSERTS
23   (None)
24
25
```

16 (Pages 61 to 64)

July 22, 2022

Page 65

```
 1
 2          C E R T I F I C A T E
 3
 4      I, ANNE SIMPSON, a shorthand reporter
 5   and Notary Public within and for the State
 6   of New York, do hereby certify:
 7      That the witness(es) whose testimony
 8   is hereinbefore set forth was duly sworn
 9   by me, and the foregoing transcript is a
10   true record of the testimony given by such
11   witness(es).
12      I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I am
15   in no way interested in the outcome of
16   this matter.
17
18
19          _____
20            ANNE SIMPSON
21
22
23
24
25
```

Page 66

```
 1   ERRATA SHEET FOR: MASSIMO GAMELLA
 2      MASSIMO GAMELLA, being duly sworn, deposes and
 3   says: I have reviewed the transcript of my
     proceeding taken on 07/22/2022. The following
 4   changes are necessary to correct my testimony.
 5   _____
 6   PAGE LINE   CHANGE         REASON
 7   ----|----|-----------------------|---------------
 8   ----|----|-----------------------|---------------
 9   ----|----|-----------------------|---------------
10   ----|----|-----------------------|---------------
11   ----|----|-----------------------|---------------
12   ----|----|-----------------------|---------------
13   ----|----|-----------------------|---------------
14   ----|----|-----------------------|---------------
15   ----|----|-----------------------|---------------
16   ----|----|-----------------------|---------------
17   ----|----|-----------------------|---------------
18   ----|----|-----------------------|---------------
19   ----|----|-----------------------|---------------
20   ----|----|-----------------------|---------------
21   ----|----|-----------------------|---------------
22      Witness Signature:_____
     Subscribed and sworn to, before me
23   this ____ day of _____, 20 ___.
24   _____      _____
25   (NOTARY PUBLIC)      MY COMMISSION EXPIRES
```

17 (Pages 65 to 66)

| **A** | | | | |
|---|---|---|---|---|

**a.m (2)**
1:19 63:17
**ability (1)**
45:2
**able (2)**
4:17 42:14
**above-entitle...**
1:22
**access (2)**
16:4,24
**account (15)**
31:4,22 32:2,3
  32:21 33:14
  33:17 34:6,9
  34:16,17,20
  36:10 62:22
  63:8
**accountant (...**
30:3,5,6,11
  36:13,18 37:2
  37:3,6,8,13
  38:13,14,15
  39:4,11 40:8
  40:11 44:9
  45:4,12
**accounts (4)**
31:8,10 49:8
  62:23
**action (2)**
1:22 65:14
**actual (1)**
7:13
**add (3)**
25:25 32:21
  63:13
**address (6)**
5:11,18,20,22
  61:17,21
**ADP (5)**
29:15,17,17,20
  29:21
**against- (1)**
1:9

**ago (22)**
6:7,12,13,14
  6:24 7:12,19
  8:7,15 26:3
  29:6 34:16,17
  34:22,24
  38:19,24,25
  41:2,22 44:19
  47:5
**agree (1)**
20:23
**AGREED (3)**
3:4,10,15
**agrees (1)**
12:24
**America (1)**
62:25
**amount (3)**
7:23 50:12
  51:12
**Anne (4)**
1:23 3:23 65:4
  65:20
**answer (8)**
16:8 29:22
  36:17 47:22
  47:24 48:8
  52:22 57:3
**answered (2)**
15:21 59:2
**Anthony (2)**
53:9,10
**Antonio (5)**
1:7 9:10 10:2
  47:9 64:16
**anybody (2)**
9:2,23
**anyway (4)**
9:2 23:8 34:25
  59:18
**apologize (1)**
11:11
**App (5)**
59:15,17,19,22

60:22
**appreciate (1)**
63:16
**approximate...**
40:23,24
**area (1)**
23:15
**asked (7)**
8:16 9:8 17:3
  37:20 38:16
  38:18 57:18
**asking (4)**
32:9 49:16,17
  57:25
**attempt (1)**
29:10
**attention (1)**
27:8
**attorney (3)**
12:22 36:8
  38:6
**Attorneys (1)**
2:6
**August (1)**
52:17
**authority (4)**
26:14,20 47:10
  48:2
**Average (1)**
5:3
**aware (2)**
46:13 55:24
**awhile (1)**
9:15

| **B** | |
|---|---|

**back (17)**
6:3 14:20 18:6
  19:6,7,16,25
  25:10 26:4
  32:24,25
  39:16 44:11
  45:13,23 47:5
  55:10

**bag (1)**
24:20
**bank (21)**
31:8,10,16
  32:15,21 33:2
  33:6,14 34:5
  35:3,9,19
  40:14,17 49:7
  62:23,25,25
  63:2,4,8
**banks (1)**
36:6
**bar (2)**
54:6,7
**based (1)**
35:23
**basement (1)**
28:5
**basically (6)**
21:6 28:7
  41:15 51:6,7
  53:18
**beginning (5)**
37:5,11,23
  45:22 55:4
**belief (1)**
35:23
**believe (24)**
8:5,25 12:15
  17:12 29:17
  31:5 35:4,18
  35:19,22
  40:13,19
  41:14,21
  42:16 45:17
  47:3,23 51:22
  52:2 53:10
  60:9,11 61:22
**belong (1)**
8:22
**Berrara (4)**
6:21,22,25
  7:20
**best (5)**

44:12,25 45:11
  45:14,18
**big (2)**
24:24 32:23
**birthday (1)**
54:14
**birthdays (1)**
54:11
**bit (1)**
15:11
**Black (1)**
21:15
**blood (1)**
65:14
**books (4)**
28:16,19,20,21
**borrowed (2)**
24:11,24
**bottom (1)**
23:22
**Boulevard (5)**
2:15 5:13,19
  10:12 52:24
**branch (1)**
63:3
**Brazil (2)**
19:25 47:3
**Brazilian (1)**
19:22
**bring (4)**
19:6,16 25:8,9
**Broadhollow...**
1:15
**brought (6)**
19:3 24:18
  25:3,14,18,22
**building (1)**
52:25
**business (4)**
7:15 41:19
  51:2 62:16
**busy (1)**
51:9
**buy (1)**

7:15

**C**

**C (3)**
2:2 65:2,2
**call (7)**
23:17 30:19
  38:11,12,14
  45:12 56:8
**called (10)**
21:20 22:7,8
  30:11 38:15
  39:14 45:3
  50:25 59:11
  61:15
**cameras (1)**
8:17
**car (2)**
33:13 35:2
**case (2)**
7:21 9:23
**cash (3)**
28:22,25 50:13
**celebrate (2)**
54:11,14
**cell (3)**
59:4,6,12
**certain (3)**
20:12,12 51:12
**certification ...**
3:7
**certify (2)**
65:6,12
**change (3)**
19:24 21:25
  66:6
**changed (4)**
9:12 22:3,4
  59:10
**changes (2)**
53:23 66:4
**changing (1)**
59:11
**charge (2)**

19:20 48:15
**Chase (8)**
31:3,12,16,25
  32:3,20 62:22
  63:2
**check (12)**
28:23,24 29:2
  29:2,3,15,20
  29:21,23 30:2
  30:5 33:11
**checked (1)**
35:15
**checks (8)**
32:13,16 33:10
  33:10,16,16
  40:14,17
**chef (4)**
19:19 20:4
  25:6 48:14
**choice (1)**
41:18
**claim (1)**
61:24
**clarify (1)**
25:13
**clear (1)**
33:12
**clients' (1)**
45:10
**close (2)**
34:19 62:7
**closed (19)**
8:7 17:24 18:3
  18:13 26:2
  34:7,9,10,19
  37:12 41:14
  41:15,16,17
  41:17 42:18
  62:18 63:2,3
**closing (2)**
46:12 62:14
**co-owner (1)**
63:10
**color (2)**

24:2,6
**combine (1)**
20:13
**come (1)**
21:8
**coming (1)**
56:6
**COMMISSI...**
66:25
**communicat...**
59:14 60:20
**communicat...**
60:18
**community (1)**
22:22
**company (22)**
15:18 16:20,22
  17:3 28:18
  29:4,7,8,11
  31:24 32:4,19
  33:3 35:7,10
  35:20 37:14
  39:21,24 40:4
  45:5 53:5
**compare (1)**
64:17
**compensatio...**
43:23
**completely (1)**
48:8
**computer (1)**
36:20
**concern (1)**
60:7
**concerned (1)**
56:13
**concerning (2)**
56:11,12
**condition (1)**
4:23
**conference (2)**
56:7 58:16
**confirming (2)**
47:16,17

**confused (2)**
41:13 49:12
**considered (1)**
23:16
**consulting (2)**
53:18,18
**control (2)**
48:6 49:4
**controlled (1)**
48:12
**convenient (1)**
7:3
**copies (3)**
31:12 32:13,16
**copy (8)**
14:2,3,6,9,13
  14:21,23
  47:15
**corporation ...**
20:22
**correct (15)**
6:20 10:13
  21:12,17,21
  33:4,5 35:15
  38:13 39:12
  39:14 42:21
  44:15 49:11
  66:4
**counsel (1)**
3:5
**country (3)**
19:25 47:4,6
**couple (1)**
35:2
**course (5)**
20:10 31:9
  56:2 59:11,12
**court (10)**
1:2 3:19 4:8
  31:13,16,20
  36:3,22 38:3
  58:9
**created (1)**
21:19

**cups (1)**
24:23

**D**

**Dark (1)**
42:12
**darker (1)**
42:12
**date (5)**
6:15 10:18
  12:15 40:23
  42:20
**dates (3)**
25:14 50:3
  52:21
**day (9)**
17:24 51:14,15
  51:17 55:11
  55:11 60:20
  63:22 66:23
**days (4)**
17:18,20 18:3
  18:3
**De (14)**
1:6 8:12 9:25
  26:9 42:3,7
  44:3 46:5,19
  48:4,7,18
  52:13 61:23
**decision (1)**
26:13
**decisionmak...**
26:19
**decisions (1)**
26:20
**Defendant (1)**
1:21
**Defendants (1)**
1:12
**deficit (1)**
4:22
**definitely (3)**
26:5 28:14
  63:5

**deny (1)**
31:22
**Department ...**
50:19
**deposes (1)**
66:2
**deposition (13)**
3:7,16 26:25
56:4,6,10,11
56:12,14,17
56:23 57:7
60:3
**depositions (2)**
44:13 45:10
**describe (2)**
42:7,9
**DESCRIPTI...**
64:14
**destroy (1)**
36:6
**details (5)**
56:17 57:4,10
57:13 58:24
**determine (2)**
30:3 48:23
**different (3)**
9:14 10:8 63:4
**direct (1)**
27:7
**discounts (1)**
20:15
**dishwasher (2)**
50:9 62:12
**DISTRICT (2)**
1:2,3
**document (32)**
10:14,16,21,23
10:25 11:2,5
11:15,18,21
11:24 12:4,20
12:24 13:8,18
13:20 14:7,14
14:16 26:23
27:2,8,15,19

27:22 28:11
30:23 39:10
44:22 47:19
64:10
**documents (...**
15:4,12,17,23
15:24 16:2,5
17:4 27:11,14
27:18,23
28:10 30:11
30:22 31:3,16
32:7,10 36:2
38:3,4,17
39:19 44:18
45:19,20
50:16
**doing (3)**
20:3 57:14
62:16
**dragging (1)**
38:24
**drink (1)**
54:14
**Drive (1)**
6:7
**duly (3)**
3:22 65:8 66:2
**duty (1)**
39:10

_____
E
E (5)
2:2,2 3:21 65:2
65:2
**e-mail (2)**
14:20 61:16
**easier (1)**
15:11
**East (1)**
2:7
**EASTERN (1)**
1:3
**effect (1)**
3:18

**effort (4)**
44:9 45:11,14
45:18
**eight (4)**
29:5 34:16,17
55:20
**either (2)**
15:20 26:10
**elevated (1)**
23:18
**Emanuel (15)**
1:6 8:12 9:25
26:9 42:3,7
44:3 46:5,19
48:4,7,18
52:13 61:23
62:7
**employed (6)**
49:22,25 50:4
52:14,16,22
**employee (2)**
49:19 51:8
**employees (1)**
26:15
**employer (1)**
47:9
**employment ...**
48:17,21 64:15
**English (2)**
12:25 13:4
**entity (1)**
22:21
**ERRATA (1)**
66:1
**Especially (1)**
46:11
**ESQ (1)**
2:9
**established (1)**
38:12
**estate (2)**
7:7,13
**events (1)**
54:12

**exact (2)**
6:15 52:21
**exactly (2)**
7:24 50:3
**EXAMINAT...**
1:21 5:6 64:4
**examined (1)**
3:24
**execute (1)**
15:16
**Exhibit (6)**
10:17,20 26:25
44:18 64:10
64:19
**EXHIBITS (1)**
64:8
**EXPIRES (1)**
66:25
**explain (4)**
12:19 13:10
44:24 62:2
**explaining (1)**
36:24
**explanation (...**
51:7
**explanations...**
36:14,15
**extra (1)**
51:13

_____
F
F (1)
65:2
**fact (6)**
22:5 24:2,6
34:8 60:22
61:15
**fair (1)**
44:21
**familiar (3)**
22:14,15 50:24
**family (4)**
21:7 54:12,15
60:12

**far (2)**
26:4 51:15
**father (1)**
55:10
**fax (1)**
14:20
**federal (1)**
38:3
**fellow (3)**
8:5 19:22
53:13
**fifteen (2)**
53:25 54:24
**figure (1)**
9:12
**figured (1)**
22:16
**filing (1)**
3:6
**finally (1)**
8:23
**find (15)**
29:10,13 30:22
31:6 33:20
34:2,3,4 35:5
36:21 42:22
45:4 47:7
53:7 61:16
**finds (1)**
44:10
**fine (2)**
47:23 56:25
**finish (2)**
14:5 24:5
**fire (1)**
26:14 48:3
**fired (2)**
41:3,5
**firing (1)**
26:20
**FIRM (1)**
2:5
**first (3)**
3:22 17:22,22

July 22, 2022

**five (12)**
17:19,20,22
  18:3 24:21
  26:3 34:22
  36:5,7 55:7
  55:12,20
**fix (1)**
7:15
**Flanders (3)**
6:7,16 7:7
**flood (1)**
28:5
**flourishing (1)**
62:16
**flows (1)**
15:11
**fluent (1)**
13:2
**following (2)**
22:19 66:3
**follows (1)**
3:25
**food (4)**
19:2 20:3
  25:22 53:23
**foods (2)**
24:18 25:14
**force (1)**
3:18
**foreclosure (1)**
7:4
**foregoing (1)**
65:9
**forget (2)**
19:21 58:17
**form (4)**
3:11 15:16
  16:18 50:18
**forth (2)**
18:6 65:8
**forty (3)**
51:8 52:2,6
**found (3)**
31:3 34:25

36:22
**four (4)**
34:21 36:5,7
  55:9
**frequently (1)**
25:22
**friend (2)**
21:7 53:20
**friends (6)**
20:21 53:24
  54:4,9,23
  58:18
**further (3)**
3:10,15 65:12

---
**G**

**G (1)**
3:21
**Gamella (3)**
5:10 66:1,2
**Gammella (7...**
1:11,21 2:13
  4:1,3 5:1 6:1
  7:1 8:1 9:1
  10:1 11:1,10
  11:11 12:1
  13:1 14:1
  15:1 16:1
  17:1 18:1
  19:1 20:1
  21:1 22:1
  23:1 24:1
  25:1 26:1
  27:1 28:1
  29:1 30:1
  31:1 32:1
  33:1 34:1
  35:1 36:1
  37:1 38:1
  39:1 40:1
  41:1 42:1
  43:1 44:1
  45:1 46:1
  47:1,20 48:1

49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1,14,20
64:5
**getting (2)**
41:13 57:23
**girlfriend (2)**
6:9 9:5
**girlfriend's (1)**
8:20
**give (16)**
13:20 14:16
  16:14,17 17:6
  30:18 32:8
  36:4,14,15,18
  40:23 45:11
  47:4 47:6
  50:15
**given (1)**
65:10
**go (24)**
18:6 25:7
  32:15,20,24
  32:25 33:11
  33:20 34:2,5
  34:11 38:4
  39:11 44:6
  45:13 51:6,12
  51:17 57:3
  58:9,10,15
  60:15 61:12
**going (17)**
4:3 10:14,19
  13:6 18:5
  19:13 23:13
  25:10 26:23
  27:7 31:22
  34:4 36:4
  47:21 58:10

60:15 61:14
**good (6)**
4:2 5:2 21:25
  22:6,9 44:8
**guarantee (1)**
45:15
**guess (6)**
6:25 7:22
  12:11 40:25
  46:11 51:18
**guy (3)**
16:9 19:20
  26:18
**guys (2)**
9:13 18:10

---
**H**

**hair (1)**
42:12
**half (1)**
51:22
**Handing (2)**
10:21 27:3
**handling (3)**
29:16,24 30:3
**happened (1)**
58:22
**happening (1)**
34:23
**Haven (8)**
2:15 5:13,19
  10:11 52:24
  53:2,4,12
**heard (1)**
62:9
**held (1)**
1:22
**help (2)**
18:11 53:20
**helped (1)**
53:22
**helper (2)**
52:12,12
**helping (1)**

53:17
**hereinbefore...**
65:8
**hereto (1)**
3:6
**Hernandez (...**
1:6 6:17,18 8:4
  9:25 26:6
  28:15 40:2,9
  40:15,21 41:9
  41:10,10,12
  41:24 43:3,5
  43:11,17
  44:14 46:2,15
  48:3,7,12,18
  49:10,11,13
  49:16,17,19
  61:23 62:10
**Hernandez' (...**
43:22
**hill (1)**
23:21
**hire (1)**
48:3
**hired (7)**
15:15,22 16:22
  26:6,9 40:21
  50:16
**hiring (2)**
26:7,20
**home (1)**
14:17
**honestly (4)**
4:18 7:24 13:5
  58:3
**hour (2)**
43:17,20
**hours (20)**
17:10 43:10,13
  44:3 45:25
  46:4,14,18
  50:5,25 51:3
  51:5,8,11,13
  51:14,16,18

51:24 52:3
**house (4)**
6:6,11 7:4
62:20
**Huntington (1)**
2:8

**I**

**ID (2)**
14:23,25
**idea (6)**
8:21 15:6
23:14 36:10
36:12 40:3
**ideas (2)**
21:8 53:21
**identificatio...**
10:18 47:11,16
**ill (1)**
55:10
**important (1)**
15:9
**including (1)**
62:20
**Incorporate...**
53:2
**INDEX (1)**
64:2
**indicating (1)**
25:17
**individual (3)**
8:3,11 9:9
**individuals (2)**
46:13,17
**information ...**
47:6
**INSERTS (1)**
64:22
**intentionally...**
32:25
**interested (1)**
65:15
**investigate (3)**
9:15 37:16

53:12
**involved (1)**
13:14
**issued (1)**
50:18
**issues (2)**
55:16 62:13
**Italian (1)**
23:10
**items (2)**
24:22 26:5

**J**

**Japan (2)**
19:25 47:4
**Jersey (1)**
53:9
**Jesus (14)**
1:6 8:12 9:25
26:9 42:3,7
44:3 46:5,19
48:4,7,18
52:13 61:23
**Joe (1)**
53:13
**Joseph (1)**
53:13
**judge (4)**
36:16 56:7,16
57:23
**July (3)**
1:18 49:23
52:17
**June (14)**
12:14 26:25
54:20 55:2,4
55:8,14,25
56:4,11 57:7
58:20 60:3
61:6

**K**

**keep (4)**
23:12 36:2,9
36:10

**kept (5)**
12:11 18:5
20:16 50:23
59:10
**kicked (3)**
28:8 45:6,23
**kids (1)**
20:21
**kind (3)**
22:11 57:17,19
**kinds (2)**
60:13 61:9
**kitchen (2)**
24:24 52:12
**knew (5)**
33:2 56:7,14
56:15 57:21
**know (83)**
4:16 7:3 8:3,11
8:16,16,24
9:9,11,12,21
10:8,24 12:21
14:8 16:6,8,9
16:10 18:12
20:2 22:10,17
22:17 23:5,7
23:12,19,19
23:23 24:17
24:21 25:2,25
31:19 33:3
35:9,12,13,13
36:3,8,9,10
36:13 37:22
38:9 39:6
40:7,10,13,16
40:20 41:7
42:12 45:9,16
45:21 46:14
46:17,18
47:12,25
49:22 50:2,5
50:8 51:16
52:3,9,16
53:6,7,22

57:2,15,19,23
58:7,11 59:24
60:9 61:14
**known (3)**
5:15 22:21,23
**knows (1)**
58:9

**L**

**L (3)**
3:2,21,21
**Labor (1)**
50:19
**landlord (4)**
28:8 53:3,6,8
**large (1)**
7:23
**law (2)**
2:5 47:13
**lawsuit (11)**
6:18,19,22 7:2
8:21 9:4,7
11:4 13:13
27:5 30:14
**leave (1)**
12:11
**left (13)**
8:23 33:13
41:4,5,6,7,15
41:16 45:3
47:4 62:7,8,9
**leftover (1)**
31:2
**Lievano (23)**
1:7 8:12 9:25
26:9 28:15
40:6,12,18
42:4,8,14
43:14,19
44:14 46:5,19
48:4,7,13,18
52:13 61:23
62:7
**Lievano's (3)**

44:3 52:7,11
**liked (2)**
23:9 24:4
**Limited (5)**
8:9 10:3 49:2,5
49:8
**LINE (1)**
66:6
**list (1)**
47:21
**listen (1)**
15:19
**literally (1)**
62:20
**little (5)**
6:3 13:2,6
15:11 26:4
**live (2)**
5:24 6:5
**lived (1)**
6:6
**living (2)**
6:2,23
**locate (2)**
30:22 45:18
**located (2)**
10:11 23:16
31:11
**location (3)**
11:23 25:3
31:2
**long (9)**
6:6 7:19 16:10
36:9 40:25
41:24 42:3
43:2 52:23
**longer (2)**
46:22 62:11
**look (11)**
27:4 29:13
30:25 36:19
36:20 37:16
38:7,10,20
44:6 53:11

looked (2)
42:10 45:2
looking (1)
60:2
lost (4)
19:23 62:14,18
62:19
lot (8)
8:17 18:12
23:19 55:16
55:22 60:6,6
61:14
loyal (1)
22:19
lunch (3)
8:21 9:3,5

**M**

M (65)
3:21,21,21,21
4:1 5:1 6:1
7:1 8:1 9:1
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1

54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:5
Main (3)
2:7 23:20,23
maintain (1)
48:17
managed (1)
26:17
manager (6)
19:22 26:8,11
48:9,10,11
manger (1)
46:22
Manhasset (1)
54:6
Manor (8)
2:15 5:13,19
10:11 52:24
53:2,4,12
March (1)
49:23
marked (4)
10:15,17,20
26:24
marriage (1)
65:14
Massimo (11)
1:11,21 2:13
5:10 11:10,11
25:6 57:15
63:20 66:1,2
matches (1)
47:18
materials (3)
24:11,17 25:2
matter (2)
61:15 65:16
mean (10)
7:11 13:22
21:3,14 36:3

38:24 49:11
53:12 55:22
58:8
meaning (3)
22:13 48:19
58:6
meant (2)
38:8 47:2
Melville (1)
1:16
memory (4)
4:22,23 5:2,4
menu (1)
53:23
menus (2)
53:17,21
mess (1)
32:23
message (5)
59:16 60:18,22
61:5,6
messages (2)
60:2,21
met (2)
54:5,7
Michael (4)
1:10 11:7
18:24 53:15
mind (1)
41:22
mine (1)
17:9
Miquel (7)
1:7 9:10,11,25
41:10 47:9
64:16
missing (1)
19:2
moment (2)
10:23 27:3
Monday (2)
17:25 18:4
money (2)
32:22,22

month (1)
55:3
months (3)
8:15 28:7 42:5
morning (1)
4:2
Moser (15)
2:5,9 4:2,10,16
4:21,25 5:5,7
14:4 15:7
47:14 63:12
63:15 64:5
mouth (1)
13:7
moved (3)
7:17 19:24
20:2
moving (1)
6:8
Multiple (1)
55:15

**N**

N (2)
2:2 3:2
name (26)
5:8 8:3,11 9:9
9:12,16 10:8
11:7 19:21
20:19,22,23
20:24 21:12
21:25 22:24
23:8 24:4,7
29:11 32:11
33:17 35:7
45:5 47:8
53:7
named (10)
20:18,25 21:6
21:9,16,17
22:8 23:3
24:3,8
names (5)
5:16 9:14

19:24 20:20
22:4
necessary (1)
66:4
need (3)
25:7 30:13,15
needed (2)
30:7,12
never (22)
18:19,23,23
30:6 35:15
37:16,21,21
37:23,24,24
38:20 39:16
45:23 46:8
57:25 58:11
62:5,8,9,12
62:12
New (11)
1:3,16,24 2:8
2:16 3:24
5:14 6:8
50:19 54:5
65:6
noon (2)
17:14,15
Nope (2)
25:24 50:14
normal (1)
5:3
Nos (1)
30:23
Notary (6)
1:23 3:17,23
63:24 65:5
66:25
noted (1)
63:17
notice (2)
50:15,20
number (6)
51:14 59:4,7
59:13,19,23
numbered (1)

27:22

---

**O**

**O (2)**
3:2,21
**oath (4)**
4:6,7,11,12
**objection (1)**
59:25
**objections (1)**
3:11
**obligated (1)**
17:6
**obligation (4)**
33:20 34:2
  38:4 39:3
**obtain (1)**
42:14
**obviously (2)**
5:25 9:21
**October (1)**
41:22
**office (1)**
28:6
**official (1)**
50:20
**okay (21)**
5:5 7:6 8:22,23
  10:10 27:7,10
  28:10 30:9,17
  30:21 31:7
  34:8 39:21
  41:13 44:24
  53:4 56:19
  58:2 60:17
  61:4
**old (4)**
6:6 38:19 54:6
  54:7
**once (1)**
41:17
**one-page (2)**
10:16 64:10
**onions (1)**

24:21
**open (4)**
32:21 34:16,17
  62:4
**operation (1)**
17:10
**operational (1)**
49:4
**opinion (1)**
36:6
**order (4)**
1:22 19:14,14
  20:14
**orders (1)**
20:14
**outcome (1)**
65:15
**overdrawn (5)**
31:14 33:15
  34:11,21 35:3
**overtime (6)**
43:23 44:3
  46:8,9,11,12
**owed (1)**
32:22
**owned (6)**
7:6,13 18:21
  18:23,24
  21:11
**owner (6)**
23:6,8 48:25
  52:4 53:9,11
**owns (2)**
52:24 53:4

---

**P**

**P (3)**
2:2,2 3:2
**P.C (1)**
2:5
**p.m (2)**
17:16,17
**Page (5)**
27:8 64:4,9,14

66:6
**paid (13)**
28:19,20,22,25
  31:25 33:10
  40:15 43:17
  43:20 51:19
  51:21 62:4,5
**paper (6)**
13:15 24:23
  33:14 35:2,16
  36:20
**papers (2)**
37:24 45:3
**part (4)**
23:3 52:8,9,19
**partially (4)**
28:22,23,25
  29:2
**particularly ...**
24:9
**parties (2)**
3:6 65:13
**pay (13)**
28:7,15 31:24
  33:8 36:12
  48:23 50:10
  50:12,25 51:3
  51:11,13
  62:13
**payable (1)**
40:18
**paycheck (1)**
16:12
**Paychex (1)**
29:23
**paying (2)**
28:14 32:19
**payroll (49)**
15:18,23 16:19
  16:21,22,24
  17:3 28:18,24
  29:4,7,11,16
  29:18,24 30:4
  30:7,12,17

31:24 32:4,19
  33:3 35:6,10
  35:20 37:14
  37:18,25
  38:19 39:21
  39:23,24,25
  40:4,5,8
  42:13,19 43:4
  43:12,15,18
  44:2,7,22
  45:10 48:20
  48:22
**pays (1)**
33:6
**pending (1)**
32:24
**people (7)**
22:10,14 23:5
  26:11 28:14
  38:5 62:17
**Pepe (15)**
10:5,10 11:25
  19:3,8 20:11
  21:12,14
  22:18,18 23:4
  23:9 29:8
  37:4 62:23
**pepper (4)**
21:15,17 22:7
  23:12
**percent (1)**
31:18
**period (4)**
8:14 50:4
  52:20,23
**permission (2)**
16:14,17
**person (1)**
9:13
**personal (5)**
37:9 60:6,8,10
  60:14
**personally (2)**
14:11 42:9

**phone (4)**
59:4,6,9,12
**physical (1)**
11:23
**physically (1)**
38:8
**pick (2)**
9:3,5
**picking (1)**
8:20
**place (17)**
1:22 6:4 8:15
  11:19 14:18
  18:13,24
  19:12 22:12
  22:17 34:19
  41:15 45:7,24
  57:14 61:13
  62:10
**places (1)**
53:19
**Plaintiff's (5)**
10:17,20 26:24
  44:18 64:18
**Plaintiffs (2)**
1:8 2:6
**PLAINTIFF...**
64:9
**plan (1)**
62:19
**please (5)**
5:8,11 24:5
  47:24 62:2
**plenty (1)**
55:19
**Plus (1)**
21:25
**point (1)**
17:19
**Pointing (2)**
11:6,10
**Port (6)**
2:16 5:13
  22:10 23:15

July 22, 2022

23:19 53:10
**portion (2)**
18:17,21
**possession (3)**
33:22,24 38:5
**possible (1)**
61:18
**possibly (1)**
59:2
**power (1)**
48:3
**precise (1)**
42:20
**preferences (1)**
60:12
**present (4)**
11:17,20 12:3
17:2
**presently (1)**
9:19
**pretty (2)**
11:25 54:3
**previous (3)**
6:19 22:24
28:4
**previously (2)**
6:5 26:24
**printed (1)**
33:16
**Pro (1)**
2:14
**probably (4)**
13:5 15:17
34:21 42:23
**proceeding (1)**
66:3
**produce (2)**
45:19 47:15
**produced (1)**
44:22
**production (2)**
30:10 64:13
**products (1)**
24:11

**profile (2)**
59:20,23
**promise (1)**
44:11
**promised (1)**
4:12
**protected (1)**
60:11
**Public (6)**
1:23 3:17,23
63:24 65:5
66:25
**purchase (1)**
20:13
**purchasing (6)**
19:17 20:3,5,8
20:11 25:11
**pursuant (1)**
1:22
**pushing (1)**
12:11
**put (3)**
13:6 31:19
32:22

_____

**Q**

**question (10)**
3:12 14:5,13
15:20,20 24:5
24:13 29:19
29:19 36:25
**questions (4)**
4:4 47:22
57:18,20

_____

**R**

**R (2)**
2:2 65:2
**rarely (1)**
46:9
**rate (1)**
48:23
**read (3)**
10:23 13:4,17
**real (3)**

7:7,13 53:11
**really (10)**
6:13 7:24 16:7
18:22 22:13
23:7,17 24:9
51:25 54:13
**reason (9)**
4:17 21:24
22:6 23:3,25
24:7 33:21
39:18 66:6
**recall (29)**
6:13,15 7:20
7:24 15:3
25:24 26:4
28:21 29:5
40:22 46:3,7
46:10 49:25
50:3,7,14
51:25 52:5,8
52:10,18,18
52:21,23 53:8
53:14 55:21
63:4
**receive (1)**
25:9
**received (3)**
30:10 38:16
44:17
**recognize (2)**
10:21,25
**record (16)**
5:9,12 24:10
25:4,5,11,13
25:21 26:5
33:7 35:10,18
35:20 47:15
64:15 65:10
**recording (1)**
8:18
**records (39)**
16:25 24:14
25:17 30:7,12
30:17 31:23

33:20 35:8
36:7,18,18,19
36:21 37:19
37:25 38:18
39:4,11,22,25
40:5,9,11,14
40:17 42:13
42:19,22,24
43:4 44:2,7
45:10 48:17
48:19,20,21
57:20
**red (19)**
21:5,6,9,17,20
22:2,7,8 23:9
23:10,10,12
23:13,13 24:2
24:4,6,7,8
**referring (2)**
18:9,15
**regard (2)**
27:21 43:3
**regular (2)**
7:18 51:18
**related (1)**
65:13
**release (2)**
13:11,15
**remaining (1)**
27:21
**remember (7)**
28:21 29:12
35:7 41:16
45:5 59:3,8
**remind (2)**
58:16 61:12
**Renato (11)**
19:21 20:5
26:8,10,11,18
46:21,22,24
46:25 47:3
**rent (2)**
6:3 28:7
**Repeat (1)**

24:13
**reporter (2)**
1:23 65:4
**request (15)**
17:2,8 27:8,15
27:19 28:11
30:10 36:12
38:3,16,17
39:3 44:17
45:19 48:19
**requested (1)**
13:12
**requests (5)**
27:12,22,24
30:23 64:13
**reserved (1)**
3:12
**reside (1)**
5:20
**residence (1)**
5:19
**respective (1)**
3:5
**response (2)**
27:19 30:23
**responses (1)**
4:14
**responsive (6)**
27:12,15,24
28:11 38:17
45:19
**restate (1)**
46:21
**restaurant (1...**
6:2 7:12,17
10:10 21:9,12
21:17,20 22:7
22:25 24:12
24:18 25:15
25:18,22
**restaurants (3)**
24:3,8 53:19
**retrieve (1)**
45:8

return (1)
37:9
reviewed (1)
66:3
Reviewing (6)
10:22 27:5,10
27:20,25
28:13
right (10)
5:24 9:20 11:6
16:7 30:11
33:10 34:12
41:17 52:2
58:8
Road (1)
1:15
room (1)
61:21
rosso (54)
1:10 8:8 10:2,6
10:10 12:2
17:11 18:18
18:21 19:2,3
19:4,8,9,17
20:6,8,11,18
20:24,25 21:3
21:12,14
22:15,18,18
23:4,4,6,10
23:10,16 24:8
26:15,17,21
29:8 31:7
37:3,4,14
39:25 48:25
49:5,8,20
52:4,14 53:16
61:24 62:22
62:23 63:8
run (5)
18:13 19:5,11
19:15 24:22

S

S (5)

2:2 3:2,2,21,21
salary (1)
50:10
Saldano (1)
53:10
Santos (16)
1:6 8:4 9:24
26:6 40:15
41:12,14,24
43:3 46:15
48:7,18 49:11
49:13,17
61:22
saved (1)
35:4
saying (1)
58:2
says (5)
9:2 32:7,9,12
66:3
schedule (2)
52:7,10
scheduled (1)
50:5
schedules (2)
48:6,12
Se (1)
2:14
sealing (1)
3:6
search (5)
27:11,14,17,18
27:23
searched (1)
15:25
second (1)
32:6
secretary (2)
61:15,20
see (7)
11:14 29:15,24
35:17 45:12
45:13 54:18
seen (4)

54:21,22,25
55:7
sell (3)
6:10,16 7:5
send (8)
12:17,17 13:15
14:20 16:21
17:8 31:5,12
sent (4)
31:16,19 61:4
61:5
separate (5)
20:16,17 25:11
59:19,22
September (1)
41:22
set (1)
65:8
settled (2)
6:25 7:21
seven (3)
26:3 55:12,20
seven-page (1)
27:2
sexual (1)
60:12
SHEET (1)
66:1
short (2)
8:14 42:6
shorthand (2)
1:23 65:4
show (18)
10:14,19 14:18
26:23 32:3
33:18 42:14
42:20,24 43:4
43:7,10,13,16
43:19,22 44:2
62:10
showing (1)
25:21
shut (2)
41:18,20

sign (10)
9:22 11:14
12:14,18,24
14:19 15:22
16:21 23:24
50:22
signatory (2)
49:7 63:7
signature (12)
11:5,8,9,12
14:25 15:5,13
47:17,18
64:17,18
66:22
signed (21)
3:16,18 11:3
11:17,20,24
12:4,6,6,16
12:20 13:9,16
13:22 14:17
14:19 15:17
15:24 16:19
16:20 47:19
signing (1)
16:18
similarly (1)
23:4
simple (1)
14:12
Simpson (4)
1:23 3:23 65:4
65:20
single (1)
44:22
Sir (1)
39:7
situation (1)
12:9
six (8)
17:20,20,22,23
18:7 26:3
55:12,20
skin (1)
42:12

skinny (1)
42:12
small (3)
24:22,25 62:25
smaller (1)
19:12
sold (2)
6:24 7:16
someplace (1)
5:24
son (1)
18:11
sorry (2)
51:6 63:4
sound (1)
34:23
sounded (1)
22:6
sounds (2)
21:25 22:9
Spanish (1)
13:3
speak (5)
12:25 13:2
38:22 55:16
57:9
Speakeasy (1)
54:7
speaking (1)
8:8
special (2)
21:24 22:13
specifics (1)
60:10
spoke (10)
56:5,6,10,16
57:13 58:6,8
58:13,25 61:3
spoken (1)
55:13
spread (3)
50:25 51:3,11
started (4)
42:15,17,20

July 22, 2022

[Page 76]

43:5
state (6)
1:23 3:24 5:8
5:11 50:19
65:5
stated (1)
44:5
statement (1)
33:14
STATES (1)
1:2
staying (1)
5:24
STEVEN (1)
2:9
STIPULAT...
3:4,10,15
stop (1)
26:12
stopped (3)
9:17 42:25
43:7
story (1)
9:21
straight (1)
16:19
Stream (2)
6:7,10
street (4)
2:7 23:20,23
23:24
stress (1)
18:12
stuff (11)
19:6,11,15
23:11 24:25
31:3,19 38:7
60:13,14 61:9
subjects (1)
60:10
Subscribed (2)
63:21 66:22
sued (2)
6:17 27:6

suffering (1)
4:21
summarize (2)
9:24 31:7
supplies (4)
19:2,9 20:14
24:18
suppose (3)
47:12,13 51:15
supposed (6)
18:22 51:5,13
51:19,20 62:5
sure (2)
11:25 32:5
swears (2)
9:3,6
switched (2)
17:20 18:2
sworn (6)
3:18,23 63:21
65:8 66:2,22

_____
T
T (4)
3:2,2 65:2,2
take (6)
4:7 10:23
14:17 15:7
19:7 27:3
taken (2)
1:22 66:3
takes (1)
9:15
talk (12)
12:7,9 13:14
55:21,23 56:3
56:13,17
57:12 58:24
60:23 62:21
talked (3)
9:7 58:12
60:25
talking (14)
6:21 7:8 8:19

9:23 24:20,21
25:25 26:3
30:9 34:15,18
34:22 41:8,11
tax (2)
16:18 37:9
taxes (2)
15:16 16:11
tell (11)
4:12 18:20
22:11 25:6
30:21 32:18
56:9 57:22
58:10,13,20
tells (3)
36:3 41:23
50:21
ten (1)
55:17
testified (7)
3:25 18:25
34:10 55:24
56:19,20 58:3
testify (1)
4:18
testifying (2)
4:8 31:15
testimony (11)
58:5,20,22
60:19,24,25
61:6 64:2
65:7,10 66:4
text (10)
59:15,16 60:2
60:18,21 61:3
61:4,5,9,11
Thank (1)
63:15
thing (17)
7:15 12:6,17
12:23 13:16
26:10 30:14
30:25 33:11
33:12 35:3,5

35:5 36:2,22
36:22 38:24
things (14)
7:14,15 18:5
19:12 20:12
20:12,17
24:25 25:12
35:2 55:23
60:6,7,8
think (7)
9:16 14:11
23:22 35:24
61:3,3,17
three (10)
6:12,13,14,24
26:2 34:20
38:23,25
41:21 47:5
time (38)
1:22 3:13 6:7
6:23 7:19
8:14 10:3,7
13:21 15:8
16:10 18:7,10
19:5,11,20
20:4 21:11
28:12 29:25
36:15 40:25
48:16 50:4,16
50:21 51:22
52:8,9,19
55:22 57:14
61:2,2,9 62:3
63:16,17
times (17)
22:2,3,4 37:20
38:22,23 46:3
54:19,25 55:8
55:9,12,12,13
55:15,18,20
title (2)
50:8 52:11
Tizzano (15)
1:10 11:8

18:15,17,24
18:25 53:15
54:18 55:2,5
55:14 56:10
59:14 60:3
63:7
Tizzano's (2)
26:25 59:6
today (5)
4:4,14,19
31:15 44:22
today's (1)
10:18
told (27)
8:23 12:10,16
12:18,21,23
13:10,18
16:20 18:23
26:18 30:6,12
37:21 42:11
45:22 56:14
57:15,22
58:23,24
61:14,19,20
62:6,8,12
tomatoes (4)
24:20 25:7,8
25:12
touch (1)
61:20
transcript (2)
65:9 66:3
translate (1)
13:8
trial (3)
1:21 3:13
36:15
tried (3)
18:11 44:8
45:2
true (2)
19:5 65:10
truth (4)
4:13 8:25

57:13 59:2
**truthful (1)**
4:13
**truthfully (2)**
4:18 57:2
**try (7)**
18:13 23:12
30:22 34:3
44:12,12 45:8
**trying (2)**
18:6 29:12
**Tuesday (1)**
18:4
**twelve (2)**
7:12,18
**twenty (2)**
22:25 58:19
**twenty-five (1)**
22:25
**twice (1)**
39:14
**two (10)**
6:12,12,14
12:5 18:3
20:17 24:8
38:23 42:2
47:4

___

**U**

**U (1)**
3:2
**ultimate (1)**
26:19
**underpay (1)**
62:17
**understand (8)**
4:5,11 33:19
33:25 38:2
44:13 49:11
49:15
**understandi...**
51:10
**understood (5)**
38:7 39:2,5,9

57:2
**unfortunatel...**
62:15
**UNITED (1)**
1:2
**upcoming (1)**
44:14
**upset (1)**
12:8
**upsidedown ...**
7:16
**uptown (51)**
1:10 8:6,8 9:16
10:2 17:11
18:18,21 19:2
19:4,9,11,18
20:6,9,18,24
20:25 21:6,9
21:20 22:2,3
22:8,15 23:4
23:6,13,16,16
23:17,21,23
25:9 26:15,17
26:21 31:8
37:3,14 39:25
48:25 49:5,8
49:20 52:4,14
53:16 61:24
62:22 63:8
**use (2)**
9:14 25:8

___

**V**

**valid (1)**
61:24
**Valley (2)**
6:7,10
**Vasques (17)**
1:7 9:10,11,18
9:20 10:2,5
11:14 12:4,20
14:6,10,13,17
47:10 49:13
64:16

**Vasques' (2)**
15:13 16:12
**vendors (3)**
33:7,9,9
**verbally (1)**
13:10
**video (1)**
8:18
**Visco (2)**
53:13,13

___

**W**

**wage (3)**
50:15,20,21
**wait (4)**
14:4 15:9,10
32:6
**waived (1)**
3:8
**walk (1)**
13:14
**want (18)**
7:22 11:3 12:7
12:7,9,23
13:12,13
14:19 22:10
31:17 34:11
36:13 38:10
53:7 57:20
60:9,15
**wants (2)**
9:22,22
**Washington ...**
2:16 5:14
22:10 23:15
23:19 53:10
**wasn't (4)**
19:10 34:10
37:23 43:2
**water (2)**
23:18,20
**way (9)**
12:13 25:24
27:16 42:8

45:22 51:14
58:17 62:8
65:15
**we've (2)**
38:11 58:18
**week (5)**
17:18,21 18:3
43:11,14
45:25 46:4,19
51:6,15,24
52:3 54:19,25
55:8,9
**went (14)**
6:22 7:16 19:6
19:15,25
20:20 41:18
47:5 55:10
56:21,25 57:8
58:2,7
**weren't (1)**
18:5
**whatsoever (1)**
25:4
**wife (1)**
18:10
**withdrawn (1)**
31:4
**withhold (1)**
16:11
**withholding ...**
15:16
**witness (8)**
3:22 4:9,15,20
4:24 5:3 64:4
66:22
**witness(es) (2)**
65:7,11
**wondering (1)**
8:19
**word (2)**
13:17,18
**words (1)**
13:7
**work (22)**

8:15 9:18 14:8
14:9,24 41:24
42:4 46:2,5
46:10 48:6,12
51:16,17 52:7
53:15 54:16
55:15,21,22
58:18 62:4
**worked (16)**
8:6,13 10:2
19:22 43:11
43:14 44:4
46:6,8,9,20
48:16 51:7
52:20 55:5
62:11
**working (13)**
7:18 9:17 10:9
42:15,17,21
42:25 43:5,8
46:15,19 51:5
62:4
**workplace (1)**
5:23
**works (2)**
9:20 10:5
**wouldn't (1)**
57:17
**wrong (1)**
61:17

___

**X**

**x (2)**
1:5,13

___

**Y**

**yeah (10)**
8:13 14:24
16:20 19:5
21:8 22:17
28:14 33:23
54:22 58:6
**year (5)**
36:11 40:24
42:5 44:19

45:18
**years (40)**
6:12,13,14,24
7:8,12,18 8:7
22:25,25 26:2
26:3 29:6
34:7,9,16,17
34:20,22,24
35:25 36:5,7
36:11 38:19
38:24,25,25
41:21 42:2,2
42:17 44:10
45:13 47:5
53:21,24,25
54:24 58:19
**yesterday (2)**
61:8,11
**York (11)**
1:3,16,24 2:8
2:16 3:24
5:14 6:8
50:19 54:5
65:6

___

**Z**

___

**0**

___

**07/22/2022 (1)**
66:3

___

**1**

___

**1 (3)**
27:9,15 30:23
**10 (1)**
64:10
**10.00 (1)**
50:22
**10:00 (1)**
1:19
**100 (1)**
31:17
**11-Zero (1)**
22:3
**11:20 (1)**

63:17
**11050 (2)**
2:17 5:14
**11581 (1)**
6:8
**11747 (1)**
2:8
**12:00 (3)**
17:12,14,15
**16,000 (1)**
7:23
**17,000 (1)**
7:23
**1st (2)**
49:23 52:17

___

**2**

___

**2 (1)**
27:19
**2:20-CV-040... **
1:4
**20 (1)**
66:23
**200 (1)**
1:15
**2016 (5)**
40:24 42:18
49:23 50:2
52:17
**2018 (4)**
41:21,22 49:24
52:17
**2022 (12)**
1:18 12:14
27:2 54:21
55:2,14,25
56:4 57:7
60:4 61:7
63:22
**20th (1)**
49:23
**21 (7)**
10:15,17,20
27:23 30:24

64:10,19
**22 (2)**
1:18 56:11
**24 (7)**
2:15 5:13,19
52:24 53:2,4
53:11

___

**3**

___

**3 (2)**
27:22 55:25
**3rd (10)**
27:2 54:20
55:2,14 56:4
56:11 57:7
58:20 60:3
61:6

___

**4**

___

**47 (1)**
64:15

___

**5**

___

**5 (4)**
2:7 27:8 28:11
64:5
**516)262-997... **
59:13
**516)633-797... **
59:5

___

**6**

___

**664 (3)**
6:7,16 7:7
**6th (1)**
12:14

___

**7**

___

**8**

___

**8 (2)**
26:25 44:18

___

**9**

___

**9.00 (1)**

50:22
**9:00 (3)**
17:13,15,17