June 3, 2022

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
SANTOS HERNANDEZ, EMANUEL DE JESUS LIEVANO
and MIGUEL ANTONIO VASQUEZ,

              Plaintiffs,

    -against-    Case No. 20-CV-4026

ROSSO UPTOWN, LTD., MICHELE TIZZANO s/h/a
MICHAEL TIZZANO and MASSIMO GAMMELLA,
              Defendants.
---------------------------------------------X
        200 Broad Hollow Road
        Melville, New York

        June 3, 2022
        10:00 a.m.


        DEPOSITION Pro Se of the Defendant,
MICHELE TIZZANO s/h/a MICHAEL TIZZANO, taken by
the Plaintiff, pursuant to Order, held at the
above-mentioned time and place, before Grace
Nuccio, a Notary Public of the State of New York.

## Page 2

1
2  A P P E A R A N C E S :
3  MOSER LAW FIRM, P.C.
4      Attorneys for Plaintiffs
5      5 East Main Street
6      Huntington, New York 11743
7  BY:  STEVEN JOHN MOSER, ESQ.
8      File No. 18-00021
9
10
11
12
13
14
15  A L S O   P R E S E N T :
16  MOSER LAW FIRM, P.C.
17  BY:  SHIRLEY NAVARRO-LOSITO, Paralegal
18
19
20
21
22
23
24
25        * * * *

## Page 3

1
2     F E D E R A L   S T I P U L A T I O N S
3
4      IT IS HEREBY STIPULATED AND AGREED by and
5  between the attorneys for the respective parties
6  herein, that the sealing, filing and certification
7  of the within deposition be waived; that such
8  deposition may be signed and sworn to before any
9  officer authorized to administer and oath, with
10  the same force and effect as if signed and sworn
11  to before the officer before whom said deposition
12  is taken.
13      IT IS FURTHER STIPULATED AND AGREED that all
14  objections, except as to form, are reserved to the
15  time of trial.
16
17
18
19
20
21
22
23
24
25        **********

## Page 4

1       -Michele Tizzano-
2  M I C H E L E   T I Z Z A N O,
3      called as a witness pro se, having
4      been first duly sworn, was examined
5      and testified as follows:
6  BY THE REPORTER:
7      Q.  Please state your name for the
8  record.
9      A.  Michele Tizzano.
10      Q.  Please state your address for the
11  record.
12      A.  Home address is 44 Sintsink Drive
13  East, Apartment E, Port Washington, New York
14  11050.
15  EXAMINATION BY
16  MR. MOSER:
17      Q.  Good morning, Mr. Tizzano.  My name
18  is Steve Moser and I'm not sure if we've met
19  before.  I believe we may have met in court once
20  but I'm not sure.
21      A.  I think I just crossed you.  I didn't
22  know it was you.
23      Q.  I represent three individuals who are
24  suing Rosso Uptown, you and Massimo Gammella for
25  violations of the New York Labor Law and the Fair

June 3, 2022

## Page 5

-Michele Tizzano-

1    -Michele Tizzano-
2    Labor Standards Act.
3        I'm going to have some questions for
4    you today.  If you don't the question, don't
5    answer it.  You let me know and I will make the
6    question understandable for you.  I'll repeat it
7    as many times as necessary so that you fully
8    understand the question before you answer it.
9        Is that okay?
10    A.   It's okay.
11    Q.   Have you ever testified at a
12    deposition before?
13    A.   Once.
14    Q.   When was that?
15    A.   During my divorce.
16    Q.   How many years ago was that?
17    A.   2017.
18    Q.   Have you been known by any other name
19    other than Michele Tizzano?
20    A.   Yes.
21    Q.   What other names have you been known
22    by?
23    A.   Michael.
24    Q.   And that would Michael Tizzano?
25    A.   Yes.

## Page 6

1    -Michele Tizzano-
2    Q.   Beside Michael Tizzano and Michele
3    Tizzano, have you been known by any other names?
4    A.   No.
5    Q.   Do you have a twin brother or a
6    sister?
7    A.   No.
8    Q.   Have you ever been the victim of
9    identity theft?
10    A.   It could be.
11    Q.   Do you recall specifically any
12    incident in which someone stole your identity?
13    A.   No.
14    Q.   To your knowledge, has anyone ever
15    pretended to be you?
16    A.   No.
17    Q.   Have you ever given permission to
18    someone else to pretend to be you?
19    A.   No.
20    Q.   I'm just going to go over your
21    employment history for the past ten years.
22        Are you currently employed now?
23    A.   Yes.
24    Q.   Where are you employed?
25    A.   At a restaurant.

## Page 7

1    -Michele Tizzano-
2    Q.   What's the name of that restaurant?
3    A.   Pepe Rosso 24 Inc.
4    Q.   What is your job title at Pepe Rosso?
5    A.   I'm the owner.
6    Q.   How long have you been the owner of
7    Pepe Rosso 24, Inc.?
8    A.   Since 2010.
9    Q.   May I refer to Pepe Rosso 24, Inc. as
10    Pepe Rosso?
11    A.   Mm-hmm, yes, you can.
12    Q.   What do you do at Pepe Rosso?
13    A.   I watch over the restaurant's
14    operation.
15    Q.   Do you have any partners?
16    A.   Yes.
17    Q.   What are the names of your partners?
18    A.   Massimo Gammella.
19    Q.   Besides Mr. Gammella, do you have any
20    other partners at Pepe Rosso?
21    A.   No.
22    Q.   Do you manage any other restaurants
23    other than Pepe Rosso?
24    A.   No.
25    Q.   Do you own any other restaurants

## Page 8

1    -Michele Tizzano-
2    other than Pepe Rosso?
3    A.   No.
4    Q.   Have you managed any restaurants
5    other than Pepe Rosso in the past ten years?
6    A.   What do you mean by manage?
7    Q.   Let me ask it a different way.
8        Have you had any ownership interest
9    in any businesses other than Pepe Rosso in the
10    past ten years?
11    A.   No.
12    Q.   Have you ever helped anyone else run
13    a restaurant in the past ten years?
14    A.   Yes.
15    Q.   Whom did you help run a restaurant?
16    A.   I do consulting.  So I've helped
17    several restaurants.
18    Q.   What type of consulting do you do?
19    A.   I help with menus, recipes, training
20    wait staff, decor, relationship with vendors.
21    Q.   Is there a company that does that or
22    is that just you individually?
23    A.   Only me individually.
24    Q.   How long have you been doing this
25    consulting work?

2  (Pages 5 to 8)

June 3, 2022

**Page 9**

-Michele Tizzano-

1
2    A.    I would not define it as consulting
3  work.  It's if somebody calls me, I offer if I can
4  help; fine.  So...
5    Q.    What restaurants have you done this
6  work for in the past ten years?
7    A.    There was a pizzeria up in
8  Connecticut and a restaurant in Rockville Centre.
9    Q.    What was the name of the pizzeria in
10  Connecticut?
11    A.    Grimaldi's.
12    Q.    Do you know the address of that?
13    A.    I do not remember.
14    Q.    Do you remember the city it was in?
15    A.    Woodbridge.
16    Q.    Who was your contact at Grimaldi's?
17    A.    The owner's name was I believe Tony
18  Piscina (phonetic).  The restaurant is closed now.
19    Q.    What was the name of the restaurant
20  in Rockville Centre that you did the consulting
21  for?
22    A.    Habanero.
23    Q.    Is Habanero still in business?
24    A.    Yes.
25    Q.    Have you ever told anybody that you

**Page 10**

-Michele Tizzano-

1
2  were the manager of Habanero?
3    A.    Yes.
4    Q.    Whom did you tell that you were the
5  manager of Habanero?
6    A.    Define manager because --
7    Q.    I'm not talking about your definition
8  of manager or my definition of manager or anyone
9  else's definition of manager.  I just want to know
10  if you told anyone at any time that you were the
11  manager of Habanero.
12    A.    I might have.
13    Q.    Who might you have told that you were
14  the manager?
15    A.    Some customer.
16    Q.    Other than perhaps a customer, would
17  you have told anyone else that you were the
18  manager of Habanero?
19    A.    No.
20    Q.    You mentioned that the pizzeria in
21  Connecticut, Grimaldi's, is out of business,
22  correct?
23    A.    I believe so.
24    Q.    These are the only two businesses
25  that you helped in the past ten years?

**Page 11**

-Michele Tizzano-

1
2    A.    Yes.
3    Q.    Do you currently have any ownership
4  in any business other than Pepe Rosso?
5    A.    No.
6    Q.    Have you owned any business other
7  than Pepe Rosso in the past ten years?
8    A.    No.
9    Q.    Are you familiar with a business
10  called Rosso Uptown, Limited?
11    A.    Yes.
12    Q.    What is Rosso Uptown, Limited?
13    A.    It was a restaurant.
14    Q.    Where was that restaurant located?
15    A.    Main Street in Port Washington.
16    Q.    Did you ever work at Rosso Uptown?
17    A.    No.
18    Q.    How do you know that Rosso Uptown,
19  Limited was a restaurant that did business that
20  was located on Main Street?
21    A.    Because it's owned by my partner.
22    Q.    When you say your partner, we're
23  speaking about Massimo Gammella?
24    A.    Yes.
25    Q.    Did Rosso Uptown, Limited do business

**Page 12**

-Michele Tizzano-

1
2  as Rosso Uptown?
3    A.    Yes.
4    Q.    Did it do business under any other
5  names other than Rosso Uptown?
6    A.    He changed identity three times.
7    Q.    What was its first identity?
8    A.    Rosso Uptown.
9    Q.    When was it identified as Rosso
10  Uptown?
11    A.    In terms of the time?
12    Q.    Approximately, yes.
13    A.    I don't know when he opened; 2015.
14    Q.    Is that an approximation?
15    A.    Yeah, probably.
16    Q.    When did it change from Rosso Uptown
17  to something else?
18    A.    Exactly I would not know.
19    Q.    What did it change to next?
20    A.    Osteria, the Brick Osteria.
21    Q.    When did it change from Rosso Uptown
22  to Brick Osteria?
23    A.    I would not know.
24    Q.    Did it change from Brick Osteria to
25  something else?

3  (Pages 9 to 12)

June 3, 2022

Page 13

1           -Michele Tizzano-
2     A.     Yes.
3     Q.     What did it change to?
4     A.     11 Zero 50.
5     Q.     Other than Rosso Uptown, Brick
6  Osteria and 11 Zero 50, did Rosso Uptown, Limited
7  do business under any other names?
8     A.     No.
9     Q.     How do you know this information
10 about Rosso Uptown, Limited?
11    A.     Through my partner.
12    Q.     Is it based upon your conversations
13 with him?
14    A.     Yes.
15    Q.     Other than your conversations with
16 Massimo Gammella, is your knowledge regarding
17 Rosso Uptown, Limited based on anything else?
18    A.     Can you rephrase that?
19    Q.     You testified briefly today that
20 there was this business Rosso Uptown, Limited
21 located on Main Street in Port Washington and you
22 mentioned that it did business under three
23 names -- Rosso Uptown, Brick Osteria and 11 Zero
24 50 -- and this information you know through your
25 partner, Massimo Gammella.

Page 14

1           -Michele Tizzano-
2     A.     Mm-hmm.
3     Q.     My question is:  Other than Massimo
4  Gammella telling you this, was there any other way
5  that you knew these particular facts?
6     A.     No.
7     Q.     For the purposes of this deposition,
8  when I use the term Rosso Uptown, I'm going to
9  mean Rosso Uptown, Limited and any trade name that
10 it did business under.  Do you understand that?
11    A.     Yes.
12    Q.     Did you ever supervise employees of
13 Rosso Uptown?
14    A.     No.
15    Q.     Did you ever work at Rosso Uptown?
16    A.     I might have helped Massimo, yes.
17    Q.     When you say you might have helped,
18 when might you have helped?
19    A.     Whenever he needed me.  It was not on
20 an ongoing basis.
21    Q.     Do you recall how many times you
22 worked at Rosso Uptown?
23    A.     The specific numbers, no.  And if it
24 was, it was maybe an hour or two hours.
25    Q.     Can you give me any approximation as

Page 15

1           -Michele Tizzano-
2  to how many different times you helped out at
3  Rosso Uptown?
4     A.     I can't.
5     Q.     Can you say if you helped out less
6  than a hundred times?
7     A.     Yes.
8     Q.     Can you say whether it was less than
9  50 times?
10    A.     It could be.
11    Q.     Other than being less than a hundred,
12 can you give me any other approximation of how
13 many times you helped out at Rosso Uptown?
14    A.     I cannot approximate.
15    Q.     How would you help out at Rosso
16 Uptown?
17    A.     If he was short of a waiter, I would
18 pitch in.  If he needed a driver, I would make
19 deliveries.  If he needed a cook, I would cook.
20    Q.     Other than pitching in as a waiter, a
21 driver or a cook, did you help out in any other
22 way at Rosso Uptown?
23    A.     Maybe I brought stuff from one
24 restaurant to another if he was short of
25 something.

Page 16

1           -Michele Tizzano-
2     Q.     What other restaurant would you bring
3  things from?
4     A.     From Pepe Rosso.
5     Q.     What types of items would you bring?
6     A.     Regular food items if he was short of
7  bread or if he needed sugar or flour.
8     Q.     When you brought the food items from
9  Pepe Rosso to Rosso Uptown, would Rosso Uptown pay
10 Pepe Rosso for those items?
11    A.     He would replace the items.
12    Q.     So it would be a loan?
13    A.     Yes.
14    Q.     Then Rosso Uptown would then after
15 purchasing additional stuff give it to back to
16 Pepe Rosso?
17    A.     Yes.
18    Q.     On how many occasions were food items
19 brought from Pepe Rosso to Rosso Uptown?
20    A.     Very rarely.
21    Q.     Did Pepe Rosso and Rosso Uptown share
22 any common employees?
23    A.     No.
24    Q.     Was there any worker who ever worked
25 at both Pepe Rosso and Rosso Uptown?

4  (Pages 13 to 16)

June 3, 2022

Page 17

-Michele Tizzano-
1
2    A.    Simultaneously?
3    Q.    Yes.
4    A.    No.
5    Q.    Other than simultaneously, was there
6    ever an individual who worked for both Rosso
7    Uptown and Pepe Rosso?
8    A.    I think so.
9    Q.    Do you know how many individuals
10   would have worked for both Rosso Uptown and Pepe
11   Rosso at any time?
12   A.    Maybe one.
13   Q.    Do you recall the name of that
14   individual?
15   A.    No.
16   Q.    Were you ever an owner of Rosso
17   Uptown?
18   A.    No.
19   Q.    Were you ever a joint owner and
20   manager of Rosso Uptown?
21   A.    No.
22   Q.    Did you ever own any shares in Rosso
23   Uptown?
24   A.    No.
25   Q.    Did you ever tell anyone that you

Page 18

-Michele Tizzano-
1
2    were a manager of Rosso Uptown?
3    A.    It could be.
4    Q.    Whom would you have told that you
5    were a manager of Rosso Uptown?
6    A.    Customers.
7    Q.    Why would you tell customers that you
8    were a manager Rosso Uptown?
9    A.    Especially when Massimo was in
10   difficulties.
11   Q.    So that would relate to the timing of
12   when you would tell people that you were a manager
13   of Rosso Uptown?
14   A.    Can you rephrase that?
15   Q.    My question was:  Why did you tell
16   customers that you were a manager of Rosso Uptown?
17   A.    Because there was a time that Massimo
18   was in difficulties and I thought that it could
19   have benefits from customers knowing that I was
20   part of the -- you know, that I was managing the
21   restaurant.
22   Q.    What do you mean when you say the
23   times that Massimo was in difficulties?
24   A.    Well, we just stated that Rosso
25   Uptown changed identities for three times.  If a

Page 19

-Michele Tizzano-
1
2    restaurant does well, it does change an entity
3    three times.
4    Q.    Would you say that from the time
5    Rosso Uptown opened until it closed that Massimo
6    was having difficulties at that restaurant?
7    A.    Yes.
8    Q.    How many times did you tell people
9    that you were a manager of Rosso Uptown?
10   A.    Maybe a few times.  I can't pinpoint
11   exactly how many times.
12   Q.    Other than Massimo having
13   difficulties at that restaurant, is there any
14   other reason why you would tell customers that you
15   were a manager of Rosso Uptown?
16   A.    No.
17   Q.    Where were these customers?
18   A.    What?
19   Q.    The customers that you told that you
20   were the manager of Rosso Uptown to, were those
21   customers at Pepe Rosso or Rosso Uptown?
22   A.    Well, we live in a small town.  So
23   most probably.
24   Q.    Most probably --
25   A.    Restaurants share customers.  Now, if

Page 20

-Michele Tizzano-
1
2    they were Pepe Rosso's customers or other
3    customers, it's hard to say.
4    Q.    Did you ever tell customers while you
5    were at Pepe Rosso that you were the manager of
6    Rosso Uptown?
7    A.    Yes.
8    Q.    On how many occasions?
9    A.    I could not pinpoint.
10   Q.    Could you whether it was more than 20
11   times or less than 20 times?
12   A.    I would not know.
13   Q.    So it could be more than more than 20
14   or it could be less than 20?
15   A.    Mr. Moser, I don't want to guess.
16   Q.    Did you tell customers at Pepe Rosso
17   fewer than a hundred times that you were the
18   manager Rosso Uptown?
19   A.    I'm not doing a guessing game with
20   you, Mr. Moser.
21   Q.    So it could have been more than a
22   hundred or it could have been less than a hundred;
23   we don't know?
24   A.    We don't know.
25   Q.    Let talk about times that you told

5  (Pages 17 to 20)

June 3, 2022

Page 21

1          -Michele Tizzano-
2   customers at Rosso Uptown that you were the
3   manager of Rosso Uptown.  On how many occasions
4   did you tell individuals at Rosso Uptown that you
5   managed Rosso Uptown?
6       A.     What are we talking; now we're
7   talking about Rosso Uptown before?
8       Q.     We were talking about Pepe Rosso.
9              So my question before -- let me
10  clarify and maybe I need to correct myself but my
11  question before was:  When you were at Pepe Rosso,
12  did you tell customers that you were the manager
13  of Rosso Uptown?
14      A.     Okay, for me to understand, your
15  question now is while I was working at Pepe Rosso,
16  have I said that I was a manager at Rosso Uptown?
17      Q.     Correct, thank you.
18      A.     Because before you were not clear.
19      Q.     Okay, thank you.
20      A.     I would not know how many times I
21  told customers at Pepe Rosso that I was somehow
22  managing Uptown.
23      Q.     How about when you were at Rosso
24  Uptown, do you recall how many times you told
25  customers at Rosso Uptown that you were the

Page 22

1          -Michele Tizzano-
2   manager of Rosso Uptown?
3       A.     No.
4       Q.     Can you give me any approximation
5   whatsoever?
6       A.     No, Mr. Moser, I can't.
7       Q.     For what purpose did you tell people
8   that you were the manager of Rosso Uptown?
9       A.     I beg your pardon?
10      Q.     For what purpose did you tell people
11  that you were the manager of Rosso Uptown?
12      A.     I thought that Massimo could benefit
13  if people knew that I was doing a job there, that
14  I was working there.
15      Q.     Did you have any role in the
16  formation of Rosso Uptown?
17      A.     Can you define role?
18      Q.     Did you do anything to help Massimo
19  start the business?
20      A.     If he was asking for advice, yes.
21      Q.     Did he ask you for advice?
22      A.     Yes.
23      Q.     What advice did you give him?
24      A.     Do not take the location.
25      Q.     Other than telling him do not take

Page 23

1          -Michele Tizzano-
2   the location, did you tell him anything else?
3       A.     If he was asking, yes.
4       Q.     What other subjects did you advise
5   Massimo Gammella on when it came to Rosso Uptown?
6       A.     Can you rephrase that?
7       Q.     You mentioned that you gave advice to
8   him and part of that advice was do not take the
9   location.  Did you give him any other advice about
10  Rosso Uptown?
11      A.     It depended on what he was asking me
12  for.
13      Q.     What did he ask you?
14      A.     You have to ask him.
15      Q.     Do you recall anything that he asked
16  you or anything that you told him other than do
17  not take the location?
18      A.     If he was asking for specific advice,
19  I might have said something, yes.
20      Q.     Do you recall any specific instance
21  in which you gave Massimo advice about Rosso
22  Uptown other than that time that you told him do
23  not take the location?
24      A.     I think you are repeating the
25  question; and yes, I did.

Page 24

1          -Michele Tizzano-
2       Q.     What other things did you tell him or
3   advise him on?
4       A.     Maybe the food, what he should do;
5   the decor that he should apply.
6       Q.     So you had input into the menu?
7       A.     No.
8       Q.     Did you give him advice on what to do
9   with the menu?
10      A.     Yes.
11      Q.     Did you give him advice on what to do
12  with the design?
13      A.     Yes.
14      Q.     Did you ever have any access to the
15  business records of Rosso Uptown?
16      A.     No.
17      Q.     Other than customers, did you ever
18  tell anyone else that you were the manager of
19  Rosso Uptown?
20      A.     No.
21      Q.     Were you ever a signatory on any
22  Rosso Uptown bank accounts?
23      A.     Never.
24      Q.     Did you ever hire any Rosso Uptown
25  employees?

6 (Pages 21 to 24)

## Page 25

-Michele Tizzano-

1
2     A.     No.
3     Q.     Did you ever fire any Rosso Uptown
4  employees?
5     A.     No.
6     Q.     Who did all the hiring and firing at
7  Rosso Uptown?
8     A.     Massimo, Massimo.
9     Q.     And by Massimo, you mean Massimo
10 Gammella?
11    A.     Yes.
12    Q.     Who managed the day-to-day operations
13 of Rosso Uptown?
14    A.     Besides Massimo, there was a guy that
15 worked there.
16    Q.     How much time did Massimo spend at
17 Rosso Uptown when it was open?
18    A.     Obviously not much.
19    Q.     Who managed the day-to-day operations
20 of Rosso Uptown other than Massimo?
21    A.     I knew of one guy only.
22    Q.     Who was that guy?
23    A.     It was a Brazilian guy.
24    Q.     Do you know an individual by the name
25 of Santos Hernandez?

## Page 26

-Michele Tizzano-

1
2     A.  Did he go with another name?  Do
3  you have a picture?
4     Q.     Do you know an individual by the name
5  of Emanuel De Jesus Lievano?
6     A.     I might.
7     Q.     How might you know him?
8     A.     Because he stopped at Pepe Rosso
9  about maybe a month ago.
10    Q.     Did you record him when he stopped at
11 Pepe Rosso a month ago?
12    A.     Massimo did.
13    Q.     Did you listen to that recording?
14    A.     Yes.
15    Q.     Is that recording in English or
16 Spanish or a combination?
17    A.     I don't remember.  I think Spanish.
18    Q.     Does Massimo speak some Spanish?
19    A.     He does.
20    Q.     Do you speak some Spanish?
21    A.     I think I do.
22    Q.     What was the sum and substance of
23 what was recorded?
24    A.     Basically Massimo told him what the
25 heck are you doing here.  The guy was surprised.

## Page 27

-Michele Tizzano-

1  I referred to him in a rude manner.  Massimo
2  showed him the summons, the complaint, with his
3  name on it and he said that he had nothing to do
4  with it.  That was the core of the conversation.
5     Q.     Was he looking for a job when he went
6  to Pepe Rosso?
7     A.     No.
8     Q.     Why did you go to Pepe Rosso?
9     A.     He got food for his girlfriend.
10    Q.     Did Emanuel De Jesus Lievano ever
11 work for Pepe Rosso?
12    A.     He might have.
13    Q.     When might he have worked for Pepe
14 Rosso?
15    A.     I do not remember.  Maybe during the
16 pandemic.
17    Q.     Did Emanuel De Jesus Lievano ever
18 work for Rosso Uptown?
19    A.     Yes.
20    Q.     When did he work for Rosso Uptown?
21    A.     A specific time I don't know.
22    Q.     Did you ever manage him?
23    A.     No.
24    Q.     Do you know an individual by the name

## Page 28

-Michele Tizzano-

1  of Miguel Antonio Vasquez?
2     A.     It could be.
3     Q.     How would you know Miguel Antonio
4  Vasquez?
5     A.     Because I think he works at Pepe
6  Rosso with us.
7     Q.     Has Miguel Antonio Vasquez spoken to
8  either you or Mr. Gammella about this lawsuit?
9     A.     No.
10    Q.     Did Miguel Antonio Vasquez indicate
11 to either of you whether he wants to continue this
12 lawsuit?
13    A.     No.
14    Q.     Did you ever ask him anything about
15 this lawsuit?
16    A.     Do you mean me personally or Massimo?
17    Q.     You personally.
18    A.     No.
19    Q.     Did Massimo ever him anything about
20 this lawsuit?
21    A.     You have to ask Massimo.
22    Q.     When you were presented with the
23 summons and complaint in this case, did you see
24 Miguel Antonio Vasquez's name on it?

7 (Pages 25 to 28)

June 3, 2022

Page 29

-Michele Tizzano-

1
2    A.    Yes.
3    Q.    Was he an employee of yours at that
4    time?
5    A.    It could be, yes.
6    Q.    Is there a particular reason why you
7    didn't ask him about the lawsuit?
8    A.    Yes.
9    Q.    What was that reason?
10   A.    Because these people they go by
11   different names and I wasn't sure.
12   Q.    How do you know it's him now?
13   A.    Because you told me so.
14   Q.    Is it fair to say that if these three
15   individuals worked for Rosso Uptown that you
16   wouldn't know who hired them?
17   A.    You mean the three of them?
18   Q.    Yes.
19   A.    Yes, that is fair.
20   Q.    Is it also fair to say that if these
21   three individuals worked for Rosso Uptown that you
22   wouldn't know when they stopped working there?
23   A.    Not necessarily.
24   Q.    How would you know when they stopped
25   working?

Page 30

-Michele Tizzano-

1
2    A.    Especially when the restaurant
3    changed the identity for the third time, I know
4    because it was a different concept; and according
5    to Massimo, they were not suitable to execute the
6    new menu.
7    Q.    Do you know when Mr. Hernandez
8    started working or stopped working for Rosso
9    Uptown?
10   A.    No.
11   Q.    Do you know when Mr. Lievano started
12   working or stopped working for Rosso Uptown?
13   A.    No.
14   Q.    Do you know when Mr. Vasquez started
15   working or stopped working for Rosso Uptown?
16   A.    No.
17   Q.    Do you know how much Mr. Hernandez
18   was paid when he worked for Rosso Uptown?
19   A.    No.
20   Q.    Do you know how much Mr. Lievano was
21   paid when he worked for Rosso Uptown?
22   A.    No.
23   Q.    Do you know how much Mr. Vasquez was
24   paid when he worked for Rosso Uptown?
25   A.    No.

Page 31

-Michele Tizzano-

1
2    Q.    Do you have any personal knowledge
3    regarding Mr. Hernandez's work schedule when he
4    was at Rosso Uptown?
5    A.    No.
6    Q.    Do you have any personal knowledge
7    regarding Mr. Lievano's work schedule when he was
8    at Rosso Uptown?
9    A.    No.
10   Q.    Do you have any knowledge about
11   Mr. Vasquez's schedule when he was at Rosso
12   Uptown?
13   A.    No.
14   Q.    Did you ever talk to Mr. Gammella
15   about this lawsuit?
16   A.    Yes.
17   Q.    How many times did you speak to
18   Mr. Gammella about this lawsuit?
19   A.    Is that a serious question?  Is this
20   a serious question?
21   Q.    Yes.
22   A.    25 times.
23   Q.    Did you ask him whether these three
24   individuals who were suing you worked at Rosso
25   Uptown?

Page 32

-Michele Tizzano-

1
2    A.    Yes.
3    Q.    What did he say?
4    A.    That he might recognize two of them.
5    Q.    Do you recall any other conversations
6    that you had with Mr. Gammella about this lawsuit?
7    A.    Besides the 25 times that we spoke
8    about it?
9    Q.    Well, those are the numbers of times
10   but I want to know generally what you spoke about.
11   A.    The specifics?
12   Q.    As best you can recall.
13   A.    Yes, what should we do about this
14   now.
15   Q.    Did you ever receive any compensation
16   from Rosso Uptown?
17   A.    No.
18   Q.    Did you ever enter into any contracts
19   with Rosso Uptown?
20   A.    No.
21   Q.    Did you ever do any promotional work
22   for Rosso Uptown?
23   A.    Yes.
24   Q.    What promotional work did you do for
25   Rosso Uptown?

8 (Pages 29 to 32)

Page 33

1         -Michele Tizzano-
2    A.   Social media.
3    Q.   What type of social media?
4    A.   Facebook, Instagram.
5    Q.   Were you collecting a percentage of
6    any of the earnings of Rosso Uptown?
7    A.   No.
8    Q.   Were you getting paid for any of the
9    work that you did for Rosso Uptown?
10   A.   No.
11   Q.   Why did you do it?
12   A.   To help Massimo.
13   Q.   To help Massimo?  Is Massimo your
14   friend?
15   A.   A very good friend.
16   Q.   Did you have the authority to sign
17   anything on behalf of Rosso Uptown?
18   A.   No.
19   Q.   Were you ever given permission by
20   Massimo to speak for Rosso Uptown?
21   A.   No.
22   Q.   Did you ever speak to the press on
23   behalf of Rosso Uptown?
24   A.   I beg your pardon?
25   Q.   Did you ever speak to any member of

Page 34

1         -Michele Tizzano-
2    the press on behalf of Rosso Uptown?
3    A.   Yes.
4    Q.   On how many occasions?
5    A.   It depends if they were calling me.
6    Q.   Why would a member of the press call
7    you?
8    A.   Why they were calling me?
9    Q.   Yes, why would a member of the press
10   call you?
11   A.   Ask them.
12   Q.   Why would a member of the press call
13   you about Rosso Uptown?
14   A.   You have to ask them.
15   Q.   How would anyone know that you were
16   affiliated with Rosso Uptown?
17   A.   You have to ask them.
18   Q.   How many different members of the
19   press called you to speak about Rosso Uptown?
20   A.   Maybe one, two.
21   Q.   Do you know how they got your number?
22   A.   No.
23   Q.   Did you ever publish your number
24   publicly in a format where people would know that
25   you were involved in some way with Rosso Uptown?

Page 35

1         -Michele Tizzano-
2    A.   No.
3    Q.   Do you know how they got your number?
4    A.   No.
5    Q.   Did you ask them how they got your
6    number?
7    A.   No.
8    Q.   Did you ever tell any of these
9    members of the press that you were the manager of
10   Rosso Uptown?
11   A.   No.
12   Q.   Have you ever been sued at any other
13   time for violations of the Fair Labor Standards
14   Act or the New York Labor Law?
15   A.   Yes.
16   Q.   When were you sued?
17   A.   The specific time?
18   Q.   Approximately.
19   A.   Maybe two years ago.
20   Q.   Do you recall the name of the
21   individual that sued you?
22   A.   No.
23   Q.   Where was that case venued; in which
24   court?
25   A.   You know, I don't remember.  I don't

Page 36

1         -Michele Tizzano-
2    think it was federal.  It could be.
3    Q.   Who represented you in that lawsuit?
4    A.   Our attorney.
5    Q.   When you our, who was sued in that
6    lawsuit?
7    A.   Me and Massimo.
8    Q.   Was Rosso Uptown also sued in that
9    lawsuit?
10   A.   It could be.
11   Q.   Which attorneys represented you in
12   that case?
13   A.   Initially Franco Tini.
14   Q.   I don't want to know about anything
15   that you told Mr. Tini because that is completely
16   confidential.  I just want to know:  Did you tell
17   Mr. Tini the truth?
18   A.   Yes.
19   Q.   In that lawsuit that you were sued
20   in, did you file any documents with the court?
21   A.   I don't recall.  I don't think so.
22   Q.   Did any Mr. Tini file any documents
23   with the court?
24   A.   You have to get in touch with Tini.
25   I don't recall.

9  (Pages 33 to 36)

June 3, 2022

Page 37

```
 1              -Michele Tizzano-
 2      Q.    Did you ever go to that particular
 3  court in that lawsuit?
 4      A.    No.
 5      Q.    Who handles all of the hiring and
 6  firing at Pepe Rosso?
 7      A.    Both me and Massimo.
 8      Q.    Who negotiates wages with employees
 9  on behalf of Pepe Rosso?
10      A.    Both Massimo and I.
11      Q.    Who manages the employees of Pepe
12  Rosso?
13      A.    Both Massimo and I.
14      Q.    How long have you been operating
15  restaurants in Nassau County?
16      A.    Since 1998.
17      Q.    Is it lawful to pay cooks a salary in
18  Nassau County?
19      A.    It depends.
20      Q.    What does it depend on?
21      A.    If they are the managers or -- there
22  are some specifics which I'm not sure about it.
23  But there are some cases that you can pay by
24  salary.
25      Q.    Is it legal to pay waiters a salary
```

Page 38

```
 1              -Michele Tizzano-
 2  in Nassau County?
 3      A.    What's the question?
 4      Q.    Is it legal to pay waiters or wait
 5  staff a salary in Nassau County?
 6      A.    It is legal, that's what you're
 7  asking me?
 8      Q.    Yes.
 9      A.    I don't know.
10      Q.    Is it legal to pay bussers a salary
11  in Nassau County?
12      A.    I don't know.
13      Q.    Do you know what the minimum wage is
14  for restaurant employees in Nassau County?
15      A.    Yes.
16      Q.    What is that?
17      A.    15 dollars an hour.
18      Q.    What is the tips minimum wage for
19  employees in Nassau County?
20      A.    15 with a five dollars credit; tip
21  credit it's called.
22          MR. MOSER:  We can take a
23      two-minute break.
24          (Whereupon, a recess was taken.)
25          (Whereupon, the Deposition was
```

Page 39

```
 1              -Michele Tizzano-
 2  continued.)
 3          MR. MOSER:  Mark them all.
 4          (Whereupon, a six-page document
 5      was marked as Plaintiff's Exhibit No.
 6      1 for identification only, as of this
 7      date.)
 8          (Whereupon, a five-page document
 9      was marked as Plaintiff's Exhibit No.
10      2 for identification only, as of this
11      date.)
12          (Whereupon, a four-page document
13      was marked as Plaintiff's Exhibit No.
14      3 for identification only, as of this
15      date.)
16          (Whereupon, a one-page document
17      was marked as Plaintiff's Exhibit No.
18      4 for identification only, as of this
19      date.)
20          (Whereupon, a six-page document
21      was marked as Plaintiff's Exhibit No.
22      5 for identification only, as of this
23      date.)
24          (Whereupon, a three-page
25      document was marked as Plaintiff's
```

Page 40

```
 1              -Michele Tizzano-
 2  Exhibit No. 6 for identification
 3      only, as of this date.)
 4          (Whereupon, a one-page document
 5      was marked as Plaintiff's Exhibit No.
 6      7 for identification only, as of this
 7      date.)
 8  BY MR. MOSER:
 9      Q.    I just want to go back briefly.  When
10  you would work at Rosso Uptown, did the other
11  employees know that you owned Pepe Rosso?
12      A.    They probably do.
13      Q.    How would they know that?
14      A.    They know me from town.
15      Q.    Were you recognized as a co-owner of
16  Pepe Rosso with Massimo Gammella by the employees
17  of Rosso Uptown?
18      A.    Yes.
19      Q.    Did you ever direct any of the
20  activities of any employee at Rosso Uptown?
21      A.    Direct, what do you mean?
22      Q.    Did you ever tell any employee of
23  Rosso Uptown while you were working there to do
24  anything?
25      A.    When I was helping there, yes.
```

10  (Pages 37 to 40)

June 3, 2022

```
 1              -Michele Tizzano-
 2      Q.     What would you tell the employees to
 3  do when you were helping?
 4      A.     If I was helping the in dining room,
 5  I would show them how to work properly.
 6      Q.     How would you show them how to work
 7  properly?
 8      A.     That's what I do, Mr. Moser.  If
 9  somebody comes to your office, I can show them how
10  to how to file, how to do this.  You have to be
11  there to do it, right?
12      Q.     How many times would show employees
13  of Rosso Uptown how to do their jobs properly?
14      A.     As many times as I saw that things
15  were not done properly.
16      Q.     On how many different occasions did
17  you do that?
18      A.     When I was helping there?
19      Q.     Correct.
20      A.     I don't know.  I cannot approximate.
21      Q.     Did you tell employees of Rosso
22  Uptown what to do more than a hundred times or
23  less than a hundred times?
24      A.     I cannot guess.
25      Q.     So is it fair to say it could be more
```

```
 1              -Michele Tizzano-
 2  than a hundred times or it could be less than a
 3  hundred times; we don't know?
 4      A.     Mr. Moser, I am not playing this
 5  guessing game with you.
 6      Q.     Who gave you the authority to tell
 7  employees of Rosso Uptown what to do?
 8      A.     Nobody gave me the authority.
 9      Q.     If there was an employee of Rosso
10  Uptown that was especially difficult, what would
11  you do?
12      A.     I would tell Massimo.
13      Q.     Would Massimo listen to your advice?
14      A.     Sometimes he did and sometimes he
15  didn't.
16      Q.     On how many times did you give
17  Massimo advice on what to do with employees of
18  Rosso Uptown?
19      A.     I cannot guess.  I don't want to
20  guess.
21      Q.     Did you give Massimo advice on what
22  to do with employees of Rosso Uptown more than a
23  hundred times?
24      A.     Mr. Moser, again, I'm not doing this
25  guessing game with you.  Unless you have a
```

```
 1              -Michele Tizzano-
 2  specific question, the next time I'm not doing a
 3  guessing game with you.
 4      Q.     So it could have been more than a
 5  hundred times or it could have been less than a
 6  hundred times that you gave Massimo advice on what
 7  to do with employees of Rosso Uptown?
 8      A.     Are you repeating the same question
 9  to me again over and over?  You're repeating the
10  same question.  My answer would be the same; I'm
11  not doing this guessing game with you.
12      Q.     Well, can we say it was more or less
13  than five times?
14      A.     I'm not doing a guessing with you,
15  Mr. Moser.
16      Q.     Was there any specific instance that
17  you can recall in which you spoke to Massimo about
18  the employees of Rosso Uptown?
19      A.     Not a specific instance.
20      Q.     Do you recall generally what those
21  conversations were about?
22      A.     No.
23      Q.     Why would you give Massimo advice on
24  what to do with employees of Rosso Uptown?
25      A.     It's only if he asked me to.
```

```
 1              -Michele Tizzano-
 2      Q.     So if he asked you, you would give
 3  him the advice?
 4      A.     Certainly.
 5      Q.     Do you recall how many times he asked
 6  you to give him advice about the employees?
 7      A.     No.
 8      Q.     Are you aware of any documents which
 9  show who the actual owners of Rosso Uptown were?
10      A.     It's a matter of public record; so
11  yes.
12      Q.     There's a matter of public record
13  which shows who the owners of Rosso Uptown were?
14      A.     Yes.
15      Q.     What is that record?
16      A.     You can go online and get it.  It's a
17  matter of public record.  You do a search and it
18  shows up.
19      Q.     I'm going to show you what's been
20  marked as Plaintiff's Exhibit 1, and I'd like you
21  to take a look at it and then I'll have some
22  questions for you about it (handing).
23      A.     (Perusing).  Okay.
24      Q.     What is the first page of this
25  document?
```

11  (Pages 41 to 44)

June 3, 2022

| | |
|---|---|

Page 45

-Michele Tizzano-

1
2    A.    It's an answer.
3    Q.    Is it your original answer to the
4  complaint in this case?
5    A.    Yes.
6    Q.    What is page two?
7    A.    An affidavit.
8    Q.    Is that your signature below where it
9  says Michele Tizzano?
10   A.    Yes.
11   Q.    Then Exhibit A, what is Exhibit A?
12   A.    A certificate of incorporation.
13   Q.    How did you come into possession of
14  this document?
15   A.    I think it was given to me by
16  Massimo.
17   Q.    Where can we see who the owners of
18  Rosso Uptown were; where is it a matter of public
19  record?
20   A.    I think it says over here.  No?
21  Secretary of State.  Massimo is the only name;
22  sole proprietor, no?
23   Q.    Is this the document that you're
24  talking about that you say identifies who the
25  owners were?

Page 47

-Michele Tizzano-

1
2  designated as agent of the corporation upon whom
3  process against the corporation may be served, and
4  the address to which the Secretary of State shall
5  mail a copy of any process against the corporation
6  served upon him is:  Care of Massimo Gammella, 664
7  Flanders Drive, Valley Stream, New York 11581.
8        Is that what you're referring to?
9    A.    Yes, sir.
10   Q.    Is that the only reference in any
11  document that you believe shows who the owners of
12  Rosso Uptown were?
13   A.    This is what you gave me, so yes; but
14  there's another paper that shows that the sole
15  proprietor of Rosso Uptown is Massimo Gammella.
16   Q.    What is that document?
17   A.    I can provide it to you or maybe I
18  would produce for you.
19   Q.    How do we know who the shareholders
20  were according to this; does it say anywhere in
21  this document who the shareholders were?
22   A.    No.
23   Q.    That being said, does it show
24  anywhere in this document who the actual owners
25  are?

Page 46

-Michele Tizzano-

1
2    A.    Maybe not fully, but probably yes.
3    Q.    Do you know of any other document
4  other than this which actually shows who the
5  owners of Rosso Uptown were?
6    A.    Not at this time.
7    Q.    Where in this document does it say
8  who the owners of Rosso Uptown were?
9    A.    I see only one name on it.  So it
10  should be only one.
11   Q.    Where in this document if you could
12  please point to me in the document where it tells
13  us who the owners of Rosso Uptown are?
14   A.    I'm not a lawyer but I think that
15  it's right here where it says Massimo's name on it
16  (indicating).
17   Q.    So you're pointing to the second to
18  the last page?
19   A.    Yes.
20   Q.    Where it begins fifth on the top
21  there?
22   A.    Mm-hmm, yes.
23   Q.    I'm going to read that into the
24  record:
25        Fifth:  The Secretary of State is

Page 48

-Michele Tizzano-

1
2    A.    No, but I can produce documents for
3  you showing it.  So if I produce documents who the
4  owner is, what happens?  You are assuming.  If I
5  provide a copy of papers that it shows that Rosso
6  Uptown is owned by a sole proprietor, what happens
7  to this lawsuit, Mr. Moser?  You're making a lot
8  of assumptions.
9    Q.    I'm going to show you what's been
10  marked as Plaintiff's Exhibit 5 for identification
11  (handing).
12   A.    Okay, where do you want me to look
13  (perusing)?
14   Q.    Is this the document that you are
15  referring to that you say shows that Mr. Gammella
16  was the only owner of Rosso Uptown?
17   A.    No.
18   Q.    I want you to look at page one.  I'm
19  going to read the second paragraph and I'll begin
20  after Rosso Uptown, Limited.
21        It says:  I cannot provide any
22  documents or records to answer Mr. Moser (sic)
23  discovery requests/instructions from one to two
24  and from A to D three to five, definitions from
25  one to 12, interrogatories from one to 22.

12  (Pages 45 to 48)

June 3, 2022

Page 49

-Michele Tizzano-

1
2      Did you sign that?
3      A.    Yes.
4      Q.    So you already said that you can't
5   provide any document responses to this lawsuit; is
6   that true?
7      A.    What was the question again?  Can you
8   rephrase it?
9      Q.    This is addressed to the Court,
10  correct?
11     A.    Right.
12     Q.    Did you tell the Court that you don't
13  have any documents?
14     A.    Documents -- well, the way it says
15  over here, I think you were referring to documents
16  and records for Rosso Uptown employees.
17     Q.    Were you truthful to the Court when
18  you wrote this letter?
19     A.    I beg your pardon?
20     Q.    Were you truthful to the Court when
21  you wrote this letter?
22     A.    Yes.
23     Q.    Is everything in this letter the
24  truth?
25     A.    Yes.

Page 50

-Michele Tizzano-

1
2      Q.    Were you ever present for any food
3   inspections or public health inspections at Rosso
4   Uptown?
5      A.    I might have.
6      Q.    On how many occasions?
7      A.    I cannot say.
8      Q.    Was it more than once?
9      A.    I cannot guess.
10     Q.    Was it more than ten times?
11     A.    I cannot guess.
12     Q.    Did you have a food preparation
13  certificate on file for Rosso Uptown?
14     A.    It could be.
15     Q.    Why?
16     A.    Because it's good to have it so I can
17  use it.
18     Q.    So you can work at the restaurant?
19     A.    Not necessarily.
20     Q.    Why would you have a food inspection
21  certificate on file with a restaurant that you had
22  no ownership in?
23     A.    I'm not sure if it was on file but
24  it's good to have a food certificate.
25     Q.    So it could have been on file?

Page 51

-Michele Tizzano-

1
2      A.    It could have been on file.
3           MR. MOSER:  I'm going to have to
4      have this marked as Exhibit 8.
5           (Whereupon, a seven-page
6      document was marked as Plaintiff's
7      Exhibit No. 8 for identification
8      only, as of this date.)
9      Q.    Was what's been marked as Plaintiff's
10  Exhibit 5 your response to what I'm going to show
11  you now which is Plaintiff's Exhibit 8 (handing)?
12     A.    (Perusing).  It could possibly be.
13     Q.    I don't want to know possibly.
14     A.    I don't remember.  You got to give me
15  time, but you send us --
16     Q.    Take as much time as you need to
17  review the document.
18     A.    (Perusing).  Well, thank you for
19  pointing it out to me.  Yes, I think it is.  And
20  maybe my answer, I made a mistake here in
21  answering over here.  Because I do have --
22     Q.    So you --
23     A.    I'm speaking.  I do have some
24  documents maybe that they can show who the
25  corporation defendant is, the sole proprietor.

Page 52

-Michele Tizzano-

1
2   Yes, maybe you're right and --
3      Q.    So --
4      A.    I'm speaking, Mr. Moser.  And thank
5   you for pointing out to me that I made a mistake
6   in answering over here because I do have documents
7   on record that can show that Rosso Uptown is a
8   corporation owned by a sole proprietor.
9           I'm not a lawyer.  And when I
10  presented this answer, I may have made a mistake
11  in identifying all the paragraphs (phonetic).
12  You're right.  Thank you for pointing it out to
13  me.  I do have a document that shows who the sole
14  proprietor is.
15     Q.    My original question was:  Is
16  Plaintiff's Exhibit 5 your response to Exhibit 8?
17     A.    Yes.
18     Q.    When you wrote this -- Plaintiff's
19  Exhibit 5 -- you addressed it to Your Honor,
20  correct?
21     A.    That's what it says, yes.
22     Q.    That was addressed to Magistrate
23  Judge Steven Locke, correct?
24     A.    Yes, yes.
25     Q.    And he's a federal judge, correct?

13  (Pages 49 to 52)

Page 53

-Michele Tizzano-

1
2    A.    Yes.
3    Q.    Somebody notarized your signature,
4    correct?
5    A.    Yes.
6    Q.    Your signature appears below your
7    name?
8    A.    Yes.
9    Q.    When this individual notarized your
10   signature, did she ask you to raise your right
11   hand and say that the information herein is true
12   and correct?
13   A.    No.
14   Q.    What did she do?
15   A.    Looked at my driver's license.
16   Q.    You said in the second to the last
17   paragraph to Judge Locke:  I cannot provide any
18   documents or records to answer Mr. Moser's
19   discovery requests...
20         Did you in fact tell that to Judge
21   Locke?
22   A.    Yes.  But you pointed something out
23   to me and you were right because I should of maybe
24   not included all the paragraphs from A to D, three
25   to five, one to 12 and one to 22 because I do have

Page 54

-Michele Tizzano-

1
2    some papers that maybe can provide that Rosso
3    Uptown is owned only by a sole proprietor.
4    Q.    Where are these documents?
5    A.    I have to ask Massimo.
6    Q.    As you're sitting here today, have
7    you produced any document in this case which shows
8    that you were not an owner of Rosso Uptown?
9    A.    It could be.  I got to go through all
10   my answers.
11   Q.    I'm talking about an independent
12   document; I'm not talking about your can answers.
13         As we're sitting here today, have you
14   produced any documents which show that you were
15   not an owner of Rosso Uptown?
16   A.    No, but I can produce one to you.
17   And I'm asking you if I produce one, what happens?
18   Q.    Well, I don't know why it hasn't been
19   produced to date.  In fact, I don't know why you
20   would tell Judge Locke that you don't have it and
21   then come to a deposition and tell me that somehow
22   you do.  So I'm confused.
23   A.    Mr. Moser, I'm not a lawyer.  When I
24   presented the answer over here, I should have
25   maybe leave (sic) out some paragraphs that say --

Page 55

-Michele Tizzano-

1
2    maybe document request number 19:  Records
3    concerning the names, titles and duties of each
4    member of the board of the directors of each
5    corporate defendant, during the relevant time
6    period, along with the dates on which each title
7    was held.
8         I can produce a document for you if
9    you want.
10  * Q.    Please do.  When can you get me that
11   document?
12   A.    I will speak to Massimo and I will
13   forward it to you as soon as possible.
14   Q.    Are you aware that Massimo told me
15   that he doesn't have that document?
16   A.    You have to ask Massimo.
17   Q.    I'll show you his response.  I'm
18   going to show you what's been marked as
19   Plaintiff's Exhibit 7.  You're seen his Gammella's
20   signature before; have you not?
21   A.    It says his name.  I don't know -- I
22   mean, his signature it could be, yes.
23   Q.    Before today have you ever seen
24   Mr. Gammella's signature?
25   A.    Yes.

Page 56

-Michele Tizzano-

1
2    Q.    Does that appear to be his signature
3    on this document?
4    A.    Yes.
5    Q.    I'm just going to read this into the
6    record as well.
7    A.    But I think -- I believe --
8    Q.    There's no question.
9    A.    No, it's not a question.  All right,
10   go ahead.
11   Q.    The first the sentence says:  I,
12   Massimo Gammella, president and sole proprietor of
13   Rosso Uptown, Limited in reference to Mr. Moser's
14   discovery request can't produce any records
15   related to his demands.
16         Do you see that?
17   A.    Mm-hmm, yes.
18   Q.    If Mr. Gammella already told us that
19   he doesn't have these records, how would you get
20   them from him?
21   A.    Okay, first of all, the records that
22   I referred in my answer and the records I believe
23   Massimo is referring in his answer are the records
24   related to payroll; not to produce a document
25   where he can prove that he's the sole proprietor;

14  (Pages 53 to 56)

Page 57

1        -Michele Tizzano-
2   and even though you can go to public records or to
3   the Secretary of State and get papers that shows
4   that a corporation is owned by one individual, two
5   individuals, three individuals.  Like I said, we
6   are not lawyers.
7        So my answer to your Exhibit 5 over
8   here and Exhibit 8 was related to payroll
9   documents that you were asking.
10       Q.    So now you're limiting your responses
11  in both your letter which is Plaintiff's Exhibit 5
12  and Mr. Massimo's letter which is Exhibit 7 to
13  only include payroll records?  In other words, you
14  said you had no records.  What you really meant is
15  we just don't have payroll record but we have
16  everything else?
17       A.    I can produce the other paper here,
18  the other document that shows who the owner of the
19  corporation is.
20       Q.    Are you familiar with a case by the
21  name of Barrera against Pepe Rosso?
22       A.    Yes.
23       Q.    Are you aware that that was venued in
24  the United States District Court for the Eastern
25  District of New York?

Page 58

1        -Michele Tizzano-
2        A.    I told you before I don't know in
3   which court it was held.
4             MR. MOSER:  Mark this.
5             (Whereupon, a 19-page document
6             was marked as Plaintiff's Exhibit No.
7             9 for identification only, as of this
8             date.)
9        Q.    I'm going to show what's been marked
10  Plaintiff's Exhibit 9 for identification.  Does
11  this refresh your memory about where the other
12  lawsuit was filed (handing)?
13       A.    (Perusing).  It says in the District
14  Court.  So I don't know where the court is.
15       Q.    Didn't you in fact represent yourself
16  in this lawsuit at some point in time?
17       A.    We asked Mr. Tini to resign, yes.
18       Q.    So you represented yourself?
19       A.    We started negotiating with
20  Borrelli's office, yes.
21       Q.    So in fact you did represent yourself
22  in this lawsuit?
23       A.    We were speaking through Borrelli's
24  lawyers, yes.
25       Q.    Did you represent yourself in this

Page 59

1        -Michele Tizzano-
2   lawsuit?
3        A.    We started negotiating with the
4   lawyers; we started negotiating with Borrelli's
5   office.
6        Q.    Who represented you at the time you
7   were negotiating with Borrelli's office?
8        A.    Mr. Tini; yes, Mr. Tini.
9        Q.    Did you eventually come to a
10  resolution of the case?
11       A.    Yes.
12       Q.    Were you represented by counsel when
13  you resolved the case?
14       A.    Are you asking if we had a lawyer at
15  the time?
16       Q.    Yes.
17       A.    No.
18       Q.    I'm going to show you what's been
19  marked as Plaintiff's Exhibit 6.  It appears to
20  be a letter from Mr. Gammella to the Judge in that
21  other case.  Do you see this (handing)?
22       A.    (Perusing).
23       Q.    Did you ever write any letters to the
24  Judge in that case?
25       A.    You know, I don't remember.

Page 60

1        -Michele Tizzano-
2        Q.    Who prepared this document; who typed
3   this?  Who typed that?
4        A.    Who typed it; who physically typed
5   it?
6        Q.    Correct.
7        A.    I assume Massimo.
8        Q.    Who printed it?
9        A.    Massimo.
10       Q.    I'll show you what's been marked as
11  Plaintiff's Exhibit 3 for identification.  Do you
12  recognize that document (handing)?
13       A.    (Perusing).  Yes.
14       Q.    Who wrote this document?
15       A.    I did.
16       Q.    Who typed this document?
17       A.    I assume I did.
18       Q.    Who printed this document?
19       A.    I did.
20       Q.    Can you can explain why Plaintiff's
21  Exhibits 6 and 3 are almost identical in their
22  format?
23       A.    Yes.
24       Q.    How can you explain that?
25       A.    We share the same printer in the

15 (Pages 57 to 60)

June 3, 2022

Page 61

-Michele Tizzano-

1   -Michele Tizzano-
2   office, the same computer in the office.
3        Q.    Did someone just change the names on
4   this for you and Mr. Gammella and leave everything
5   else the same in the letter?
6        A.    Well, we have a template.  So if you
7   have a template, you know, we follow it.
8        Q.    Who did that?
9        A.    We both did.
10       Q.    You're the one who actually typed
11  this up?
12       A.    I don't remember.
13       Q.    You just testified --
14       A.    I typed mine for sure.
15       Q.    You typed yours for sure but you
16  might not have typed his; is that fair to say?
17       A.    Yes.
18       Q.    Where did you mail this letter?
19       A.    It was filed and then mailed to
20  Borrelli, I assume, if it was mailed.
21       Q.    Somebody filed this with the United
22  States District Clerk (sic) for the Eastern
23  District of New York.  Was that you?
24       A.    Maybe Massimo because I -- you know.
25  What does this case have to do with Uptown?

Page 62

1   -Michele Tizzano-
2        Q.    Does this refresh your memory as to
3   where the Barrera case was brought?
4        A.    Well, I see the District Court, yes.
5        Q.    Which is the same court that our case
6   is in, correct; the United States District Court
7   for the Eastern District of New York?
8        A.    No, we filed yours in federal; in
9   Islip, no?
10       Q.    Do you see the caption here?  If we
11  look at this caption here -- and I'm pointing to
12  Plaintiff's Exhibit 9 -- it says United States
13  District Court, Eastern District of New York.  Do
14  you see that?
15       A.    Yes.
16       Q.    Isn't that the same court where we
17  are now?
18       A.    Our case?
19       Q.    Yes.
20       A.    I think ours in Islip, no, in federal
21  court?
22       Q.    Correct.
23       A.    Isn't it federal court, Mr. Moser?
24       Q.    Yes.
25       A.    The United States District Court is

Page 63

1   -Michele Tizzano-
2   federal court?
3        Q.    Yes.
4        A.    Then yes.
5        Q.    Is everything that you told the Judge
6   in the Barrera case true?
7        A.    Yes.
8        Q.    Did your attorney, Mr. Tini, answer
9   the complaint in the Barrera matter?
10       A.    In the beginning he must have, yes.
11       Q.    Was everything in that answer
12  truthful?
13       A.    I assume yes.
14       Q.    I don't want you to assume.  I want
15  you to tell me if you were honest with the Court
16  in your answer.
17       A.    Yes.
18            MR. MOSER:  I'm going to mark
19       this one.
20            (Whereupon, a five-page document
21       was marked as Plaintiff's Exhibit No.
22       10 for identification only, as of
23       this date.)
24       Q.    I'm going to show you what's been
25  marked as Plaintiff's Exhibit 10.  I'd like you to

Page 64

1   -Michele Tizzano-
2   turn to the last page.  Is your signature on this
3   document?
4        A.    Yes.
5        Q.    Is Mr. Gammella's signature on this
6   document?
7        A.    Yes.
8        Q.    Below your signature it says that
9   you're signing pro se, on behalf of himself, and
10  all corporate defendants.  Do you see that?
11       A.    Yes.
12       Q.    Did you sign on behalf of all
13  corporate defendants?
14       A.    Yes.
15       Q.    Did you have the authority to sign on
16  behalf of all corporate defendants?
17       A.    Yes.
18       Q.    Thank you.
19            (Whereupon, a six-page document
20       consisting of long pages was marked
21       as Plaintiff's Exhibit No. 11 for
22       identification only, as of this
23       date.)
24       Q.    Mr. Tizzano, I'm going to show you
25  what's been marked as Plaintiff's Exhibit 11 for

16  (Pages 61 to 64)

June 3, 2022

Page 65

```
1              -Michele Tizzano-
2    identification.  I'll tell you what this is
3    because it's not evident from the face of the
4    document.
5         A.    (Perusing).
6         Q.    The New York State Department of
7    Health keeps records of all inspections of
8    restaurants.  Are you aware of that?
9         A.    Yes.
10        Q.    This is a printout of the records
11   maintained by the New York State Department of
12   Health for Rosso Uptown.  I see that on the first
13   page, your name is mentioned.  It says FMTC
14   Michael Tizzano on the lower right-hand corner.
15   Do you see that?
16        A.    Mm-hmm, yes.
17        Q.    Do you know why your name appears on
18   this document?
19        A.    We discussed before that my food
20   certificate might have been on file.
21        Q.    This says that the date of inspection
22   was October 26th of 2017.  So your food
23   certificate was on file as of that date?
24        A.    It could be before.  It could be,
25   yes.
```

Page 66

```
1              -Michele Tizzano-
2         Q.    If you look on page two on the lower
3    right-hand corner, it mentions your name again,
4    correct?
5         A.    Mm-hmm, of course it does.
6         Q.    That's because your food certificate
7    was on file with Rosso Uptown?
8         A.    Yes, sir.
9         Q.    If we look at each page of this
10   document, does your name appear on each page of
11   this document?
12        A.    Yes, it goes to the first inspection
13   date.  So that's why it shows.
14        Q.    Were you present for all of those
15   inspections?
16        A.    It could be; maybe not.  Who owns the
17   certificate, you know, a manager doesn't have to
18   be on the premises for the inspection.
19        Q.    When you obtain a food certificate
20   for a restaurant, do you make certain
21   representations about what you're doing there?
22        A.    No.
23        Q.    So you don't say that you're the one
24   preparing the food?
25        A.    No.
```

Page 67

```
1              -Michele Tizzano-
2         Q.    You're not saying that you're the one
3    responsible for making sure that the food is
4    healthy and fit for public consumption?
5         A.    Yes.
6         Q.    So you told the Department of Health
7    that you were responsible for making sure that the
8    food served at Rosso Uptown was fit for public
9    consumption?
10        A.    No, because this certificate, you
11   could have it for one location and another
12   location.  So it applies to the location that
13   you're going to post the certificate.
14        Q.    The food certificate identifies the
15   individual who is responsible for making sure that
16   the food that is served is fit for public
17   consumption, correct?
18        A.    It could be a manager.  It could be a
19   waiter.  It could be --
20        Q.    It could be anybody?
21        A.    -- a counterperson, yes.
22        Q.    The food certificate identifies that
23   individual, correct?
24        A.    Yes.
25        Q.    That particular individual was
```

Page 68

```
1              -Michele Tizzano-
2    identified as you, correct?
3         A.    Yes.
4         Q.    For Rosso Uptown, correct?
5         A.    If the certificate is for Rosso
6    Uptown, yes.
7         Q.    Why did you represent to the New York
8    State Department of Health that you were
9    responsible for making sure that the food served
10   at Rosso Uptown was fit for public consumption?
11        A.    Because Pepe Rosso holds Massimo's
12   name and Massimo needed somebody.  And at that
13   time Massimo could not find a manager or a cook to
14   hold the certificate.  So I went to get it.
15        Q.    So you did it to help Massimo?
16        A.    Yes, sir.
17        Q.    Were you in fact responsible for
18   making sure that the food served at Rosso Uptown
19   was fit for human consumption?
20        A.    Yes and no.
21        Q.    What do you mean?
22        A.    Because the matter of truth is you
23   can hold the certificate but it doesn't mean that
24   you are there constantly.  That's what happens.
25   It's the truth, it's reality but that's what
```

17 (Pages 65 to 68)

Page 69

-Michele Tizzano-

1    happens. And whoever owns a certificate, a
2    manager, does not certainly mean that you own a
3    business. I can have a restaurant and I can have
4    a manager go get a food certificate and post it.
5    That doesn't mean he's the owner. You can go
6    tomorrow and get a certificate and post it in a
7    deli. That doesn't make you the owner.
8         MR. MOSER: Mark these.
9         (Whereupon, a one-page document
10        was marked as Plaintiff's Exhibit No.
11        12 for identification only, as of
12        this date.)
13        (Whereupon, a one-page document
14        was marked as Plaintiff's Exhibit No.
15        13 for identification only, as of
16        this date.)
17        (Whereupon, an eight-page
18        document was marked as Plaintiff's
19        Exhibit No. 14 for identification
20        only, as of this date.)
21   Q.   I'm going to show you what's been
22   marked as Plaintiff's Exhibit 12 for
23   identification. Do you recognize this document
24   (handing)?

Page 70

-Michele Tizzano-

1    A.   (Perusing). Yes.
2    Q.   What is this?
3    A.   It looks a page from either Facebook
4    or Instagram.
5    Q.   Is this your Facebook page?
6    A.   Mm-hmm, yes -- no, not mine; the
7    restaurant's, maybe a manager.
8    Q.   Was this --
9    A.   Oh, my Facebook page. It is my
10   personal Facebook page.
11   Q.   Just to clarify, Plaintiff's Exhibit
12   12 is a printout of a posting from your personal
13   Facebook page?
14   A.   Yes.
15   Q.   It says we are hiring?
16   A.   Yes.
17   Q.   Why did you put this on your Facebook
18   page?
19   A.   Well, if Massimo was in need of
20   recruiting employees, I would help. Before we
21   said it that I used to manage; you know, I helped
22   with Instagram and Facebook page. I don't see
23   nothing wrong.
24   Q.   Mm@rossouptown, whose e-mail address

Page 71

-Michele Tizzano-

1    is that?
2    A.   That's the website e-mail.
3    Q.   Who has access to that e-mail?
4    A.   Right now, Massimo and I both do.
5    Q.   You both have access to that e-mail,
6    correct?
7    A.   Recently we do, yes.
8    Q.   Who created that e-mail address?
9    A.   Massimo did.
10   Q.   I'm looking at Plaintiff's Exhibit 12
11   and do you see where it say text at (516) 382-5529
12   (sic)?
13   A.   5549, yes.
14   Q.   5549, correct. Whose phone number is
15   that?
16   A.   It used to be mine.
17   Q.   Your phone number?
18   A.   Mm-hmm, yeah.
19   Q.   So is it fair to say that you put a
20   job posting for Rosso Uptown asking for people who
21   are looking to be hired to text you?
22   A.   Yes.
23   Q.   Why?
24   A.   They would text me and I referred

Page 72

-Michele Tizzano-

1    them to Massimo or I used to tell them, you know,
2    what kind of position that needs to be filled and
3    I pass them on to Massimo.
4    Q.   Did you have permission from Massimo
5    to do this?
6    A.   Sometimes yes and sometimes no.
7    Q.   Why did you put your phone number
8    here instead of Massimo's if Massimo was the one
9    doing the hiring?
10   A.   Because I think I have a better
11   character of judgment when it comes to this.
12   Q.   So you were better qualified to
13   determine --
14   A.   I have a niche for it.
15   Q.   You were better qualified to make
16   hiring decisions for Rosso Uptown than
17   Mr. Gammella?
18   A.   No hiring.
19   Q.   Then what would you call it?
20   A.   Judge of character.
21   Q.   Judge of character of --
22   A.   Just by talking to people.
23   Q.   Judge of character of potential
24   employees?

June 3, 2022

Page 73

-Michele Tizzano-

1
2    A.    If Massimo agreed, probably.
3    Q.    How would you judge the character of
4    potential employees who were applying?
5    A.    Asking questions:  Where they worked
6    before; what type of abilities; if they know the
7    difference between, you know, how to cook a set
8    (phonetic) recipe; how to use a machine.
9    Q.    So you would conduct a job interview?
10   A.    No, not necessary.
11   Q.    So you would ask them about their
12   experience, correct?
13   A.    Mm-hmm, yeah.
14   Q.    You would ask them about their
15   knowledge?
16   A.    Yes.
17   Q.    And you would make a determination as
18   to their character, correct?
19   A.    If I met them personally, probably
20   yes.
21   Q.    And this was not a job interview?
22   A.    No.
23   Q.    How many times did you meet with
24   people personally to determine their character
25   before they were hired at Rosso Uptown?

Page 74

-Michele Tizzano-

1
2    A.    I'm not doing a guessing game again.
3    Q.    Could it have been a hundred times?
4    A.    Mr. Moser, again, I'm not guessing.
5    Q.    Can you give me any approximation of
6    how many times you met with people who were
7    applying for work at Rosso Uptown to evaluate
8    their character?
9    A.    No.
10   Q.    I want you to look at 13.  Is this
11   also a posting on your Facebook page?
12   A.    It says my name on it; August of
13   2018, yes.
14   Q.    Were people in fact e-mailing you at
15   mm@rossouptown in August of 2018?
16   A.    We established that
17   mm@rossouptown.com is a shared e-mail with
18   Massimo.  So we both had access.
19   Q.    Why; why would you have access to the
20   Rosso Uptown e-mail?
21   A.    Because Massimo and I shared an
22   e-mail.  It makes sense for us.
23   Q.    Even though you were not a manager
24   and did not own the restaurant and had nothing to
25   do with it?

Page 75

-Michele Tizzano-

1
2    A.    But any mail name does not define a
3    business per se.  I could have mm@whatever --
4    mainstreet, bakery.  What does it mean, Mr. Moser.
5    You're talking about 2018.
6    Q.    I'm going to show you what's been
7    marked as Exhibit 14 and I'd like you to look at
8    this (handing).
9    A.    (Perusing).
10   Q.    What is this?
11   A.    It seems you had a good time going
12   through my Facebook page.
13   Q.    Is it your Facebook page?
14   A.    Yes, it is.
15   Q.    Where it says on the second page
16   Brick Osteria --
17   A.    The second page?
18   Q.    Yes.
19   A.    Where?
20   Q.    The second page.
21   A.    Anthony Soldano and 12 others at
22   Brick Osteria?
23   Q.    Do you see that?
24   A.    Are you talking about the bottom?
25   Q.    Yes, I'm talking about the first post

Page 76

-Michele Tizzano-

1
2    underneath the word posts.
3    A.    Yes, Michael Tizzano is with Anthony
4    Soldano and 12 others at Brick Osteria.
5    Q.    Did you in fact make this post?
6    A.    Yes.
7    Q.    When it says Brick Osteria, does that
8    mean that you were at the same premises of Rosso
9    Uptown?
10   A.    It's a Facebook page.  Most probably
11   yes, we were at the location and 12 others.
12   Q.    Whenever we see Brick Osteria in this
13   document, it's referring to Rosso Uptown, Limited
14   doing business as Brick Osteria, correct?
15   A.    We established before that Rosso
16   Uptown changed identities three times; Brick
17   Osteria, 11 Zero 50.  Yes, so it's a correct
18   assumption that we're referring to Rosso Uptown.
19   Q.    You were in all of these postings.
20   Were you just eating at the restaurant; why were
21   you making these posts?
22   A.    Well, it could be probably that I was
23   having dinner there and I posted; like all the
24   influencers do now in social media.
25   Q.    I want you to look at the fourth page

19  (Pages 73 to 76)

June 3, 2022

Page 77

-Michele Tizzano-
1
2   which has basically a picture of a pizza.
3       A.   Okay.
4       Q.   You put a posting here:  Our version
5   of upside down cheese at the bottom sauce on top
6   and lots of parmesan.
7       A.   Mm-hmm.
8       Q.   Did you write that?
9       A.   If it's on my Facebook page, yes.
10      Q.   When you say our version, whom are
11  you referring to?
12      A.   The restaurant itself.
13      Q.   You're referring to Rosso Uptown?
14      A.   Yeah.  A word, what does it mean, you
15  know.  If I would say my version of upside down,
16  it would be, you know, my restaurant if it's our
17  restaurant.  I don't get it.
18      Q.   Were you truthful when you said it
19  was our version?
20      A.   Yeah, it could be from the
21  restaurant, yes; why not.  If I was teaching them
22  something, maybe experimenting, you know.
23      Q.   I'd like you to keep changing the
24  pages until you see like a half pepperoni and a
25  half spinach pie.

Page 78

1       -Michele Tizzano-
2       The second line here says:  Happy
3   holidays from all of us at Brick.
4       You wrote that?
5       A.   Yes.
6       Q.   When you say all of us, whom are you
7   referring to?
8       A.   Whoever was in the room.
9       Q.   You're referring to Rosso Uptown,
10  correct?
11      A.   If it was at Brick, yes.
12      Q.   Then if you look at the bottom, again
13  it says:  Happy holidays from all of us at Brick.
14      That refers to Rosso Uptown, correct?
15      A.   We just said that, yes.
16          MR. MOSER:  Mark these.
17          (Whereupon, a two-page document
18      was marked as Plaintiff's Exhibit No.
19      15 for identification only, as of
20      this date.)
21          (Whereupon, a two-page document
22      was marked as Plaintiff's Exhibit No.
23      16 for identification only, as of
24      this date.)
25          (Whereupon, an 11-page document

Page 79

1       -Michele Tizzano-
2       was marked as Plaintiff's Exhibit No.
3       17 for identification only, as of
4       this date.)
5           (Whereupon, an eight-page
6       document was marked as Plaintiff's
7       Exhibit No. 18 for identification
8       only, as of this date.)
9           (Whereupon, a two-page document
10      was marked as Plaintiff's Exhibit No.
11      19 for identification only, as of
12      this date.)
13          (Whereupon, a ten-page document
14      was marked as Plaintiff's Exhibit No.
15      20 for identification only, as of
16      this date.)
17      Q.   I'm going to show you what's been
18  marked Plaintiff's Exhibit 15.
19      Do you know a woman by the name of
20  Joanne Starkey (handing)?
21      A.   (Perusing).  Not personally know her;
22  but yes, who she is or who she was.
23      Q.   Who is she?
24      A.   She was a writer for the New York
25  Times.

Page 80

1       -Michele Tizzano-
2       Q.   Let's go to Exhibit 16.  Do you know
3   an individual by the name of Luke Torrence?
4       A.   Luke Torrence, no.
5       Q.   Did you ever tell a member of the
6   press that you were the general manager of Rosso
7   Uptown?
8       A.   I might have.
9       Q.   Why would you tell a member of the
10  press that you were the general manager of Rosso
11  Uptown?
12      A.   If they call me and they assume that
13  I was and I told them, like I told you before, it
14  was to help Massimo.
15      Q.   When people called the telephone
16  number for Rosso Uptown, would you answer the
17  phone?
18      A.   The physical location of the
19  restaurant?
20      Q.   Yes.
21      A.   If I was there, yes.
22      Q.   Did you in fact speak to a reporter
23  in approximately September of 2017 about Rosso
24  Uptown?
25      A.   2017, I might have.

20  (Pages 77 to 80)

June 3, 2022

Page 81

-Michele Tizzano-

1
2     Q.    Do you recall saying any of these
3  things to a reporter?
4     A.    Yes.
5     Q.    Do you have any reason to believe
6  that you didn't say the things that are printed in
7  this document?
8     A.    That I did not?
9     Q.    Yes.  In other words, as you're
10  sitting here today, are you saying that you didn't
11  say any of the things that are listed in this
12  document?
13     A.    I don't remember the nature of the
14  conversation.  So maybe yes or maybe not.  2017?
15     Q.    But you did tell him that you were
16  the general manager of Rosso Uptown?
17     A.    General manager is big way of
18  describing what I did over there; if I ever helped
19  or if I was there for an hour or two in a week or
20  so.
21     Q.    But you did in fact tell the reporter
22  that you were the general manager of Rosso Uptown?
23     A.    I might have.
24     Q.    Let's turn to Plaintiff's Exhibit 17.
25  Have you ever seen this before (handing)?

Page 82

-Michele Tizzano-

1
2     A.    (Perusing).  Mm-hmm, yes.
3     Q.    When did you see this?
4     A.    I guess when it came out.
5     Q.    No, what is this?
6     A.    The date?
7     Q.    No, what is this?
8     A.    Oh, what is it?
9     Q.    Yes.
10     A.    It's a review.
11     Q.    Published by Newsday?
12     A.    Yes.
13     Q.    Did you speak with Erica Marcus of
14  Newsday?
15     A.    Yes.
16     Q.    Did you tell her that you were the
17  general manager of Rosso Uptown?
18     A.    I might have.
19     Q.    I'm not talking about what you might
20  have.  I'm talking about when she prints on this
21  document and she says general manager Michael
22  Tizzano, did she make that up or did you tell her
23  that?
24     A.    I might have told her.
25     Q.    Did you tell her that or did she make

Page 83

-Michele Tizzano-

1
2  it up?
3     A.    No, I told her.
4     Q.    Let's go to Exhibit 18.  Do you
5  recognize this (handing)?
6     A.    (Perusing).  Yes.
7     Q.    Do you recall speaking to Erica
8  Marcus about this particular article?
9     A.    Yes.
10     Q.    Did she interview you?
11     A.    I think it was a telephone
12  conversation.
13     Q.    Did you tell her that you were the
14  general manager of 11 Zero 50?
15     A.    In this particular conversation, I
16  don't remember.
17     Q.    If we with look at the second page,
18  it says here when request referring to Rosso
19  Uptown that:  Partners Michael Tizzano and Massimo
20  Gammella have brought on consulting executive chef
21  Michael Heinlein -- H-E-I-N-L-E-I-N -- to re-boot
22  the kitchen.
23         Is that correct?
24     A.    Yes she's referring to my partner
25  because Massimo and I are partners Pepe Rosso.

Page 84

-Michele Tizzano-

1
2     Q.    Where was Mr. Heinlein brought to
3  re-boot the kitchen?
4     A.    When or where?
5     Q.    Where?
6     A.    At Rosso Uptown when he changed to 11
7  Zero 50.
8     Q.    Did you in fact bring on consulting
9  executive chef Michael Heinlein into Rosso Uptown?
10     A.    Did I bring him in?
11     Q.    Yes.
12     A.    I think it was Massimo's decision.
13     Q.    Who put Massimo in touch with him?
14     A.    There was a guy that used to work at
15  Sysco that recommended Mike Heinlein.  And I told
16  Massimo I do not like this guy, do not hire him.
17     Q.    Were you partners with Mr. Gammella
18  at Rosso Uptown?
19     A.    No.
20     Q.    Did you tell the reporter that wrote
21  the article that's listed in this exhibit that you
22  were partners with Massimo at Rosso Uptown?
23     A.    No, it was a short-lived lived
24  restaurant.  It was open for three months.
25     Q.    I'm going to show you what's been

21  (Pages 81 to 84)

Page 85

1    -Michele Tizzano-
2    marked as Plaintiff's Exhibit 19. Did you speak
3    with Mr. Torrence about 11 Zero 50 (handing)?
4    A.    (Perusing). No, I don't think so.
5    Q.    Did you speak with any reporter about
6    the closing of 11 Zero 50?
7    A.    Yes.
8    Q.    Do you recall which reporters you
9    spoke to?
10   A.    No, I don't recall, Mr. Moser.
11   Q.    I want you to take a moment to read
12   through this document and please tell me if
13   there's anything in here that's incorrect.
14   A.    (Perusing). Well, it says that the
15   restaurant was re-branding itself; that Michael
16   Tizzano co-owns the restaurant Massimo Gammella.
17   But you have to ask him why he wrote that. Get in
18   touch with Mr. Torrence and ask him.
19   Q.    Did you say the things that are
20   quoted as being said by you?
21   A.    Can you rephrase that?
22   Q.    Did you tell Luke Torrence that you
23   were a co-owner with Massimo Gammella of 11 Zero
24   50?
25   A.    No.

Page 86

1    -Michele Tizzano-
2    Q.    So Mr. Torrence if he wrote that,
3    he's lying?
4    A.    You can ask him. Send him a subpoena
5    and ask him.
6    Q.    So in your words he made that up?
7    A.    It could possibly be. I would assume
8    that because I own Pepe Rosso, he must have.
9    Q.    Can you think of a reason why he wold
10   just make that up?
11   A.    I don't know.
12   Q.    I'm going to point your attention to
13   basically the third paragraph where it opens with
14   a quote and it says, "We are not sad, we are mad."
15       Did you say that?
16   A.    Yes.
17   Q.    Did you also say that you were, "Mad
18   at a system that does not protect employers, a
19   system that allows others to reach into your
20   pocket and entitles them to whatever they think
21   they are entitled to?"
22   A.    I certainly did.
23   Q.    Is that your opinion of the wage laws
24   that protect restaurant employees?
25   A.    Yes. You have to own a restaurant to

Page 87

1    -Michele Tizzano-
2    understand it.
3    Q.    I'm going to show you what's been
4    marked Plaintiff's Exhibit 20.
5        Actually, let me go back to Exhibit
6    19. What were you mad about?
7    A.    Because 11 Zero 50 which was the
8    third reincarnation of Uptown lived for three
9    months. The guy that Massimo hired -- Mike
10   Heinlein -- to supervise the kitchen, a new menu
11   because it was a new concept, Massimo opened up I
12   think it was a Monday and the guy didn't show up
13   on Tuesday. He was left with nobody.
14       Mr. Moser, I worked two months in the
15   kitchen helping Massimo. And in August I think --
16   no, maybe in October of 2018 or in August of 2018,
17   we were served with Mr. Borrelli's lawsuit. So by
18   the time you hire a lawyer and this and that, we
19   were left with zero, nothing. I really broke my
20   back to help him out with no results whatsoever
21   and then decided to close the doors.
22       So from August of 2018 to October of
23   2018, he lost a lot of money and that was why I
24   was mad. Because I think we've been always very
25   fair with our employees.

Page 88

1    -Michele Tizzano-
2    Q.    You think you shouldn't be sued if
3    you're fair with employees?
4    A.    No. Okay, now maybe from a
5    conversation -- from a question and now we go to a
6    conversation, I don't want to do that. I have my
7    opinion.
8    Q.    Do you think it's enough to just be
9    fair with employees?
10   A.    No. I think it's unfair when you do
11   the right thing and then the law gives them an
12   upper hand to come and to sue you and meets their
13   way of coming, you know, above you.
14   Q.    How does the law give them an upper
15   hand?
16   A.    We're here now. Right? What are we
17   doing here? I'm here defending myself, you know.
18   You're asking me questions already for three
19   hours. I got to leave my things to come here and
20   answer you.
21   Q.    Why do you say that the employees
22   have the upper hand?
23   A.    Because they can go to somebody like
24   you and expose their case and the court maybe can
25   give them, you know, a reason and say you know

22  (Pages 85 to 88)

Page 89

```
1           -Michele Tizzano-
2  what, now pay up Mr. Tizzano.
3      Q.    The truth is that you and
4  Mr. Gammella did not keep proper records of the
5  hours that your employees were working; isn't that
6  true?
7      A.    You have to ask my accountant.
8      Q.    And because you didn't keep proper
9  records, you're exposed to lawsuits; isn't that
10 true?
11     A.    Ask my accountant.
12     Q.    The reason why you have to say that
13 you had nothing to do with the management or
14 operation of this business is because at least on
15 three occasions you swore under oath to a federal
16 judge that you had nothing to do with the
17 operation of Rosso Uptown?
18     A.    Yes.
19     Q.    And you can't go back on that?
20     A.    I swore that I was never an owner.
21 If you can show me concrete evidence that I own it
22 legally -- you cannot come here and show me a
23 Facebook page, Mr. Moser, when I take pictures and
24 --
25     Q.    So here's my concern:  Every single
```

Page 90

```
1           -Michele Tizzano-
2  document that we've seen today suggests that you
3  were the manager and owner of this restaurant but
4  I haven't seen one document that says otherwise
5  and you already told Judge Locke that you don't
6  have any other documents that show otherwise.  So
7  can you please explain to me why you still say
8  that you had nothing to do with the operation of
9  this business?
10     A.    Because I didn't.  And when we
11 started the deposition, when you say manager and I
12 told you before managing, it's a vast array of
13 things.  If you think that being in a place and
14 helping Massimo -- maybe directing a waiter or
15 tasting tomato sauce or making a pizza -- is
16 owning a business, then I owned it.  But legally I
17 don't own it.  If I was there to help him out, I
18 don't think that makes me an owner.  If I helped
19 him in the kitchen, literally sweating just to
20 help him out when the guy walked out of it, then
21 you tell me if that makes me an owner.  You will
22 have to find -- I guess.  I'm sure you did in the
23 past.
24     Q.    I know that you're saying you weren't
25 an owner.  Are you saying that you didn't direct
```

Page 91

```
1           -Michele Tizzano-
2  employees at Rosso Uptown?
3      A.    Mr. Moser, if I was there for an hour
4  or two and I saw things not going right, I would
5  tell them what to do or how to do it.  Does that
6  make me an owner of a business?
7      Q.    Were there any categories of
8  employees that you would not correct or give
9  advice to when you worked there?
10     A.    Maybe if he had any drivers on, like
11 delivery guys, I have nothing to do with that.
12 That was not for me to -- you know, I have no
13 expertise in that.
14         MR. MOSER:  Thank you for your
15     time.  I have no further questions.
16         (Time noted:  12:45 P.M.)
17     _____
18         MICHELE TIZZANO
19
20 Subscribed and sworn to
21 before me this    day
22 of        , 2022.
23
24 _____
25 NOTARY PUBLIC
```

Page 92

```
1
2              I N D E X
3  EXAMINATION BY                    PAGE
4  MR. MOSER                      04
5
6
7
8             E X H I B I T S
9  PLF'S
10 FOR ID DESCRIPTION                  Pg  Ln
11 1    Six-page document          39  04
12 2    Five-page document         39  08
13 3    Four-page document         39  12
14 4    One-page document          39  16
15 5    Six-page document          39  20
16 6    Three-page document        39  24
17 7    One-page document          40  04
18 8    Seven-page document        51  05
19 9    19-page document           58  05
20 10   Five-page document         63  20
21 11   Six-page document consisting
22      of long pages             64  19
23 12   One-page document          69  10
24
25 (Index continued on the next page.)
```

23  (Pages 89 to 92)

Page 93

```
 1
 2              CONTINUED INDEX
 3
 4           CONTINUED EXHIBITS
 5    PLF'S
 6    FOR ID DESCRIPTION            Pg  Ln
 7    13   One-page document        69  14
 8    14   Eight-page document      69  18
 9    15   Two-page document        78  17
10    16   Two-page document        78  21
11    17   11-page document         78  25
12    18   Eight-page document      79  05
13    19   Two-page document        79  09
14    20   Ten-page document        79  13
15
16
17        REQUESTS AND DOCUMENT PRODUCTION
18    Pg  Ln
19    55  10   Document
20
21
22            RULINGS
23              NONE
24
25
```

Page 94

```
 1
 2           CERTIFICATE
 3
 4        I, GRACE NUCCIO, a Shorthand and
 5    Notary Public of the State of New York, do hereby
 6    certify:
 7
 8        That, MICHELE TIZZANO, the witness
 9    whose examination is hereinbefore set forth, was
10    duly sworn, and that such examination is a true
11    record of the testimony given by such witness.
12
13        I further certify that I am not
14    related to any of the parties to this action by
15    blood or marriage; and that I am in no way
16    interested in the outcome of this matter.
17
18                   _____
19              GRACE NUCCIO
20
21
22
23
24
25
```

Page 95

```
 1    ERRATA SHEET FOR: MICHELE TIZZANO, PRO SE
        MICHELE TIZZANO, PRO SE, being duly sworn, deposes and
 2    says: I have reviewed the transcript of my
        proceeding taken on 06/03/2022. The following
 3    changes are necessary to correct my testimony.
 4    _____
 5    PAGE LINE   CHANGE           REASON
 6    ----|-----|------------------|----------------
 7    ----|-----|------------------|----------------
 8    ----|-----|------------------|----------------
 9    ----|-----|------------------|----------------
10    ----|-----|------------------|----------------
11    ----|-----|------------------|----------------
12    ----|-----|------------------|----------------
13    ----|-----|------------------|----------------
14    ----|-----|------------------|----------------
15    ----|-----|------------------|----------------
16    ----|-----|------------------|----------------
17    ----|-----|------------------|----------------
18    ----|-----|------------------|----------------
19    ----|-----|------------------|----------------
20    ----|-----|------------------|----------------
21    ----|-----|------------------|----------------
22    ----|-----|------------------|----------------
23         Witness Signature:_____
        Subscribed and sworn to, before me
24    this ____ day of _____, 20 ____.
                   _____
25    (NOTARY PUBLIC)        MY COMMISSION EXPIRES
```

June 3, 2022

[Page 96]

**A**

**a.m (1)**
1:14
**abilities (1)**
73:6
**above-menti...**
1:21
**access (5)**
24:14 71:4,6
74:18,19
**accountant (2)**
89:7,11
**accounts (1)**
24:22
**Act (2)**
5:2 35:14
**action (1)**
94:14
**activities (1)**
40:20
**actual (2)**
44:9 47:24
**additional (1)**
16:15
**address (6)**
4:10,12 9:12
47:4 70:25
71:9
**addressed (3)**
49:9 52:19,22
**administer (1)**
3:9
**advice (18)**
22:20,21,23
23:7,8,9,18
23:21 24:8,11
42:13,17,21
43:6,23 44:3
44:6 91:9
**advise (2)**
23:4 24:3
**affidavit (1)**
45:7
**affiliated (1)**

34:16
**against- (1)**
1:7
**agent (1)**
47:2
**ago (4)**
5:16 26:9,11
35:19
**agreed (3)**
3:4,13 73:2
**ahead (1)**
56:10
**allows (1)**
86:19
**answer (18)**
5:5,8 43:10
45:2,3 48:22
51:20 52:10
53:18 54:24
56:22,23 57:7
63:8,11,16
80:16 88:20
**answering (2)**
51:21 52:6
**answers (2)**
54:10,12
**Anthony (2)**
75:21 76:3
**Antonio (6)**
1:5 28:2,4,8,11
28:25
**anybody (2)**
9:25 67:20
**Apartment (1)**
4:13
**appear (2)**
56:2 66:10
**appears (3)**
53:6 59:19
65:17
**applies (1)**
67:12
**apply (1)**
24:5

**applying (2)**
73:4 74:7
**approximate...**
15:14 41:20
**approximate...**
12:12 35:18
80:23
**approximati...**
12:14 14:25
15:12 22:4
74:5
**array (1)**
90:12
**article (2)**
83:8 84:21
**asked (5)**
23:15 43:25
44:2,5 58:17
**asking (11)**
22:20 23:3,11
23:18 38:7
54:17 57:9
59:14 71:21
73:5 88:18
**assume (7)**
60:7,17 61:20
63:13,14
80:12 86:7
**assuming (1)**
48:4
**assumption (1)**
76:18
**assumptions ...**
48:8
**attention (1)**
86:12
**attorney (2)**
36:4 63:8
**attorneys (3)**
2:4 3:5 36:11
**August (5)**
74:12,15 87:15
87:16,22
**authority (4)**

33:16 42:6,8
64:15
**authorized (1)**
3:9
**aware (4)**
44:8 55:14
57:23 65:8

**B**

**B (2)**
92:8 93:4
**back (5)**
16:15 40:9
87:5,20 89:19
**bakery (1)**
75:4
**bank (1)**
24:22
**Barrera (4)**
57:21 62:3
63:6,9
**based (2)**
13:12,17
**basically (3)**
26:24 77:2
86:13
**basis (1)**
14:20
**beg (3)**
22:9 33:24
49:19
**beginning (1)**
63:10
**begins (1)**
46:20
**behalf (7)**
33:17,23 34:2
37:9 64:9,12
64:16
**believe (7)**
4:19 9:17
10:23 47:11
56:7,22 81:5
**benefit (1)**

22:12
**benefits (1)**
18:19
**best (1)**
32:12
**better (3)**
72:11,13,16
**big (1)**
81:17
**blood (1)**
94:15
**board (1)**
55:4
**Borrelli (1)**
61:20
**Borrelli's (5)**
58:20,23 59:4
59:7 87:17
**bottom (3)**
75:24 77:5
78:12
**Brazilian (1)**
25:23
**bread (1)**
16:7
**break (1)**
38:23
**Brick (15)**
12:20,22,24
13:5,23 75:16
75:22 76:4,7
76:12,14,16
78:3,11,13
**briefly (2)**
13:19 40:9
**bring (4)**
16:2,5 84:8,10
**Broad (1)**
1:12
**broke (1)**
87:19
**brother (1)**
6:5
**brought (6)**

15:23 16:8,19
62:3 83:20
84:2
**business (21)**
9:23 10:21
11:4,6,9,19
11:25 12:4
13:7,20,22
14:10 22:19
24:15 69:4
75:3 76:14
89:14 90:9,16
91:6
**businesses (2)**
8:9 10:24
**bussers (1)**
38:10

**C**

**C (6)**
2:2 4:2 93:2,4
94:2,2
**call (5)**
34:6,10,12
72:20 80:12
**called (5)**
4:3 11:10
34:19 38:21
80:15
**calling (2)**
34:5,8
**calls (1)**
9:3
**caption (2)**
62:10,11
**Care (1)**
47:6
**case (17)**
1:7 28:24
35:23 36:12
45:4 54:7
57:20 59:10
59:13,21,24
61:25 62:3,5

62:18 63:6
88:24
**cases (1)**
37:23
**categories (1)**
91:7
**Centre (2)**
9:8,20
**certain (1)**
66:20
**certainly (3)**
44:4 69:3
86:22
**certificate (19)**
45:12 50:13,21
50:24 65:20
65:23 66:6,17
66:19 67:10
67:13,14,22
68:5,14,23
69:2,5,7
**certification ...**
3:6
**certify (2)**
94:6,13
**change (9)**
12:16,19,21,22
12:24 13:3
19:2 61:3
95:5
**changed (5)**
12:6 18:25
30:3 76:16
84:6
**changes (1)**
95:3
**changing (1)**
77:23
**character (8)**
72:12,21,22,24
73:3,18,24
74:8
**cheese (1)**
77:5

**chef (2)**
83:20 84:9
**city (1)**
9:14
**clarify (2)**
21:10 70:12
**clear (1)**
21:18
**Clerk (1)**
61:22
**close (1)**
87:21
**closed (2)**
9:18 19:5
**closing (1)**
85:6
**co-owner (2)**
40:15 85:23
**co-owns (1)**
85:16
**collecting (1)**
33:5
**combination ...**
26:16
**come (6)**
45:13 54:21
59:9 88:12,19
89:22
**comes (2)**
41:9 72:12
**coming (1)**
88:13
**COMMISSI...**
95:25
**common (1)**
16:22
**company (1)**
8:21
**compensatio...**
32:15
**complaint (4)**
27:3 28:24
45:4 63:9
**completely (1)**

36:15
**computer (1)**
61:2
**concept (2)**
30:4 87:11
**concern (1)**
89:25
**concerning (1)**
55:3
**concrete (1)**
89:21
**conduct (1)**
73:9
**confidential ...**
36:16
**confused (1)**
54:22
**Connecticut ...**
9:8,10 10:21
**consisting (2)**
64:20 92:21
**constantly (1)**
68:24
**consulting (7)**
8:16,18,25 9:2
9:20 83:20
84:8
**consumption...**
67:4,9,17
68:10,19
**contact (1)**
9:16
**continue (1)**
28:12
**continued (2)**
39:2 92:25
**contracts (1)**
32:18
**conversation...**
27:5 81:14
83:12,15 88:5
88:6
**conversation...**
13:12,15 32:5

43:21
**cook (5)**
15:19,19,21
68:13 73:7
**cooks (1)**
37:17
**copy (2)**
47:5 48:5
**core (1)**
27:5
**corner (2)**
65:14 66:3
**corporate (4)**
55:5 64:10,13
64:16
**corporation ...**
47:2,3,5 51:25
52:8 57:4,19
**correct (29)**
10:22 21:10,17
41:19 49:10
52:20,23,25
53:4,12 60:6
62:6,22 66:4
67:17,23 68:2
68:4 71:7,15
73:12,18
76:14,17
78:10,14
83:23 91:8
95:3
**counsel (1)**
59:12
**counterperso...**
67:21
**County (7)**
37:15,18 38:2
38:5,11,14,19
**course (1)**
66:5
**court (25)**
1:2 4:19 35:24
36:20,23 37:3
49:9,12,17,20

57:24 58:3,14
58:14 62:4,5
62:6,13,16,21
62:23,25 63:2
63:15 88:24
**created (1)**
71:9
**credit (2)**
38:20,21
**crossed (1)**
4:21
**currently (2)**
6:22 11:3
**customer (2)**
10:15,16
**customers (18)**
18:6,7,16,19
19:14,17,19
19:21,25 20:2
20:3,4,16
21:2,12,21,25
24:17

— D —

**D (7)**
3:2 48:24
53:24 92:2
93:2,2,4
**date (25)**
39:7,11,15,19
39:23 40:3,7
51:8 54:19
58:8 63:23
64:23 65:21
65:23 66:13
69:13,17,21
78:20,24 79:4
79:8,12,16
82:6
**dates (1)**
55:6
**day (2)**
91:21 95:24
**day-to-day (2)**

25:12,19
**De (4)**
1:5 26:5 27:11
27:18
**decided (1)**
87:21
**decision (1)**
84:12
**decisions (1)**
72:17
**decor (2)**
8:20 24:5
**defendant (3)**
1:18 51:25
55:5
**defendants (4)**
1:10 64:10,13
64:16
**defending (1)**
88:17
**define (4)**
9:2 10:6 22:17
75:2
**definition (3)**
10:7,8,9
**definitions (1)**
48:24
**deli (1)**
69:8
**deliveries (1)**
15:19
**delivery (1)**
91:11
**demands (1)**
56:15
**Department ...**
65:6,11 67:6
68:8
**depend (1)**
37:20
**depended (1)**
23:11
**depends (2)**
34:5 37:19

**deposes (1)**
95:1
**deposition (9)**
1:18 3:7,8,11
5:12 14:7
38:25 54:21
90:11
**describing (1)**
81:18
**DESCRIPTI...**
92:10 93:6
**design (1)**
24:12
**designated (1)**
47:2
**determinatio...**
73:17
**determine (2)**
72:14 73:24
**difference (1)**
73:7
**different (6)**
8:7 15:2 29:11
30:4 34:18
41:16
**difficult (1)**
42:10
**difficulties (5)**
18:10,18,23
19:6,13
**dining (1)**
41:4
**dinner (1)**
76:23
**direct (3)**
40:19,21 90:25
**directing (1)**
90:14
**directors (1)**
55:4
**discovery (3)**
48:23 53:19
56:14
**discussed (1)**

65:19
**District (13)**
1:2,3 57:24,25
58:13 61:22
61:23 62:4,6
62:7,13,13,25
**divorce (1)**
5:15
**document (85)**
39:4,8,12,16
39:20,25 40:4
44:25 45:14
45:23 46:3,7
46:11,12
47:11,16,21
47:24 48:14
49:5 51:6,17
52:13 54:7,12
55:2,8,11,15
56:3,24 57:18
58:5 60:2,12
60:14,16,18
63:20 64:3,6
64:19 65:4,18
66:10,11
69:10,14,19
69:24 76:13
78:17,21,25
79:6,9,13
81:7,12 82:21
85:12 90:2,4
92:11,12,13
92:14,15,16
92:17,18,19
92:20,21,23
93:7,8,9,10
93:11,12,13
93:14,17,19
**documents (...**
36:20,22 44:8
48:2,3,22
49:13,14,15
51:24 52:6
53:18 54:4,14

57:9 90:6
**doing (13)**
8:24 20:19
22:13 26:25
42:24 43:2,11
43:14 66:21
72:10 74:2
76:14 88:17
**dollars (2)**
38:17,20
**doors (1)**
87:21
**Drive (2)**
4:12 47:7
**driver (2)**
15:18,21
**driver's (1)**
53:15
**drivers (1)**
91:10
**duly (3)**
4:4 94:10 95:1
**duties (1)**
55:3

— E —

**E (17)**
2:2,2,15,15 3:2
3:2 4:2,2,13
92:2,8 93:2,2
93:4,4 94:2,2
**e-mail (8)**
70:25 71:3,4,6
71:9 74:17,20
74:22
**e-mailing (1)**
74:14
**earnings (1)**
33:6
**East (2)**
2:5 4:13
**Eastern (5)**
1:3 57:24
61:22 62:7,13

eating (1)
76:20
effect (1)
3:10
eight-page (4)
69:18 79:5
93:8,12
either (3)
28:9,12 70:4
else's (1)
10:9
Emanuel (4)
1:5 26:5 27:11
27:18
employed (2)
6:22,24
employee (4)
29:3 40:20,22
42:9
employees (32)
14:12 16:22
24:25 25:4
37:8,11 38:14
38:19 40:11
40:16 41:2,12
41:21 42:7,17
42:22 43:7,18
43:24 44:6
49:16 70:21
72:25 73:4
86:24 87:25
88:3,9,21
89:5 91:2,8
employers (1)
86:18
employment ...
6:21
English (1)
26:15
enter (1)
32:18
entitled (1)
86:21
entitles (1)

86:20
entity (1)
19:2
Erica (2)
82:13 83:7
ERRATA (1)
95:1
especially (3)
18:9 30:2
42:10
ESQ (1)
2:7
established (2)
74:16 76:15
evaluate (1)
74:7
eventually (1)
59:9
evidence (1)
89:21
evident (1)
65:3
exactly (2)
12:18 19:11
examination ...
4:15 92:3 94:9
94:10
examined (1)
4:4
execute (1)
30:5
executive (2)
83:20 84:9
exhibit (53)
39:5,9,13,17
39:21 40:2,5
44:20 45:11
45:11 48:10
51:4,7,10,11
52:16,16,19
55:19 57:7,8
57:11,12 58:6
58:10 59:19
60:11 62:12

63:21,25
64:21,25
69:11,15,20
69:23 70:12
71:11 75:7
78:18,22 79:2
79:7,10,14,18
80:2 81:24
83:4 84:21
85:2 87:4,5
Exhibits (1)
60:21
experience (1)
73:12
experimenti...
77:22
expertise (1)
91:13
EXPIRES (1)
95:25
explain (3)
60:20,24 90:7
expose (1)
88:24
exposed (1)
89:9

_____
**F**
F (2)
3:2 94:2
face (1)
65:3
Facebook (14)
33:4 70:4,6,10
70:11,14,18
70:23 74:11
75:12,13
76:10 77:9
89:23
fact (10)
53:20 54:19
58:15,21
68:17 74:14
76:5 80:22

81:21 84:8
facts (1)
14:5
fair (11)
4:25 29:14,19
29:20 35:13
41:25 61:16
71:20 87:25
88:3,9
familiar (2)
11:9 57:20
federal (7)
36:2 52:25
62:8,20,23
63:2 89:15
fewer (1)
20:17
fifth (2)
46:20,25
file (12)
2:8 36:20,22
41:10 50:13
50:21,23,25
51:2 65:20,23
66:7
filed (4)
58:12 61:19,21
62:8
filing (1)
3:6
filled (1)
72:3
find (2)
68:13 90:22
fine (1)
9:4
fire (1)
25:3
firing (2)
25:6 37:6
FIRM (2)
2:3,16
first (8)
4:4 12:7 44:24

56:11,21
65:12 66:12
75:25
fit (5)
67:4,8,16
68:10,19
five (4)
38:20 43:13
48:24 53:25
five-page (4)
39:8 63:20
92:12,20
Flanders (1)
47:7
flour (1)
16:7
FMTC (1)
65:13
follow (1)
61:7
following (1)
95:2
follows (1)
4:5
food (22)
16:6,8,18 24:4
27:10 50:2,12
50:20,24
65:19,22 66:6
66:19,24 67:3
67:8,14,16,22
68:9,18 69:5
force (1)
3:10
form (1)
3:14
format (2)
34:24 60:22
formation (1)
22:16
forth (1)
94:9
forward (1)
55:13

four-page (2)
39:12 92:13
fourth (1)
76:25
Franco (1)
36:13
friend (2)
33:14,15
fully (2)
5:7 46:2
further (3)
3:13 91:15
94:13

_____ G _____
G (1)
93:22
game (6)
20:19 42:5,25
43:3,11 74:2
Gammella (2...
1:9 4:24 7:18
7:19 11:23
13:16,25 14:4
23:5 25:10
28:9 31:14,18
32:6 40:16
47:6,15 48:15
56:12,18
59:20 61:4
72:18 83:20
84:17 85:16
85:23 89:4
Gammella's ...
55:19,24 64:5
general (8)
80:6,10 81:16
81:17,22
82:17,21
83:14
generally (2)
32:10 43:20
getting (1)
33:8

girlfriend (1)
27:10
give (18)
14:25 15:12
16:15 22:4,23
23:9 24:8,11
42:16,21
43:23 44:2,6
51:14 74:5
88:14,25 91:8
given (4)
6:17 33:19
45:15 94:11
gives (1)
88:11
go (18)
6:20 26:2 27:9
29:10 37:2
40:9 44:16
54:9 56:10
57:2 69:5,6
80:2 83:4
87:5 88:5,23
89:19
goes (1)
66:12
going (25)
5:3 6:20 14:8
44:19 46:23
48:9,19 51:3
51:10 55:18
56:5 58:9
59:18 63:18
63:24 64:24
67:13 69:22
75:6,11 79:17
84:25 86:12
87:3 91:4
good (5)
4:17 33:15
50:16,24
75:11
Grace (3)
1:21 94:4,19

Grimaldi's (3)
9:11,16 10:21
guess (8)
20:15 41:24
42:19,20 50:9
50:11 82:4
90:22
guessing (8)
20:19 42:5,25
43:3,11,14
74:2,4
guy (10)
25:14,21,22,23
26:25 84:14
84:16 87:9,12
90:20
guys (1)
91:11

_____ H _____
H (3)
4:2 92:8 93:4
H-E-I-N-L-E...
83:21
Habanero (6)
9:22,23 10:2,5
10:11,18
half (2)
77:24,25
hand (4)
53:11 88:12,15
88:22
handing (12)
44:22 48:11
51:11 58:12
59:21 60:12
69:25 75:8
79:20 81:25
83:5 85:3
handles (1)
37:5
happens (5)
48:4,6 54:17
68:24 69:2

Happy (2)
78:2,13
hard (1)
20:3
health (5)
50:3 65:7,12
67:6 68:8
healthy (1)
67:4
heck (1)
26:25
Heinlein (5)
83:21 84:2,9
84:15 87:10
held (3)
1:20 55:7 58:3
help (14)
8:15,19 9:4
15:15,21
22:18 33:12
33:13 68:15
70:21 80:14
87:20 90:17
90:20
helped (12)
8:12,16 10:25
14:16,17,18
15:2,5,13
70:22 81:18
90:18
helping (6)
40:25 41:3,4
41:18 87:15
90:14
hereinbefore...
94:9
Hernandez (4)
1:5 25:25 30:7
30:17
Hernandez's...
31:3
hire (3)
24:24 84:16
87:18

hired (4)
29:16 71:22
73:25 87:9
hiring (6)
25:6 37:5
70:16 72:10
72:17,19
history (1)
6:21
hold (2)
68:14,23
holds (1)
68:11
holidays (2)
78:3,13
Hollow (1)
1:12
Home (1)
4:12
honest (1)
63:15
Honor (1)
52:19
hour (4)
14:24 38:17
81:19 91:3
hours (3)
14:24 88:19
89:5
human (1)
68:19
hundred (13)
15:6,11 20:17
20:22,22
41:22,23 42:2
42:3,23 43:5
43:6 74:3
Huntington (1)
2:6

_____ I _____
ID (2)
92:10 93:6
identical (1)

60:21
**identificatio...**
39:6,10,14,18
39:22 40:2,6
48:10 51:7
58:7,10 60:11
63:22 64:22
65:2 69:12,16
69:20,24
78:19,23 79:3
79:7,11,15
**identified (2)**
12:9 68:2
**identifies (3)**
45:24 67:14,22
**identifying (1)**
52:11
**identities (2)**
18:25 76:16
**identity (5)**
6:9,12 12:6,7
30:3
**incident (1)**
6:12
**include (1)**
57:13
**included (1)**
53:24
**incorporatio...**
45:12
**incorrect (1)**
85:13
**independent ...**
54:11
**Index (1)**
92:25
**indicate (1)**
28:11
**indicating (1)**
46:16
**individual (12)**
17:6,14 25:24
26:4 27:25
35:21 53:9

57:4 67:15,23
67:25 80:3
**individually ...**
8:22,23
**individuals (8)**
4:23 17:9 21:4
29:15,21
31:24 57:5,5
**influencers (1)**
76:24
**information ...**
13:9,24 53:11
**Initially (1)**
36:13
**input (1)**
24:6
**inspection (4)**
50:20 65:21
66:12,18
**inspections (4)**
50:3,3 65:7
66:15
**Instagram (3)**
33:4 70:5,23
**instance (3)**
23:20 43:16,19
**interest (1)**
8:8
**interested (1)**
94:16
**interrogatori...**
48:25
**interview (3)**
73:9,21 83:10
**involved (1)**
34:25
**Islip (2)**
62:9,20
**items (6)**
16:5,6,8,10,11
16:18

_____
**J**
**Jesus (4)**

1:5 26:5 27:11
27:18
**Joanne (1)**
79:20
**job (6)**
7:4 22:13 27:6
71:21 73:9,21
**jobs (1)**
41:13
**JOHN (1)**
2:7
**joint (1)**
17:19
**judge (14)**
52:23,25 53:17
53:20 54:20
59:20,24 63:5
72:21,22,24
73:3 89:16
90:5
**judgment (1)**
72:12
**June (1)**
1:13

_____
**K**
**keep (3)**
77:23 89:4,8
**keeps (1)**
65:7
**kind (1)**
72:3
**kitchen (5)**
83:22 84:3
87:10,15
90:19
**knew (3)**
14:5 22:13
25:21
**know (79)**
4:22 5:5 9:12
10:9 11:18
12:13,18,23
13:9,24 17:9

18:20 20:12
20:23,24
21:20 25:24
26:4,7 27:22
27:25 28:4
29:12,16,22
29:24 30:3,7
30:11,14,17
30:20,23
32:10 34:15
34:21,24 35:3
35:25 36:14
36:16 38:9,12
38:13 40:11
40:13,14
41:20 42:3
46:3 47:19
51:13 54:18
54:19 55:21
58:2,14 59:25
61:7,24 65:17
66:17 70:22
72:2 73:6,7
77:15,16,22
79:19,21 80:2
86:11 88:13
88:17,25,25
90:24 91:12
**knowing (1)**
18:19
**knowledge (6)**
6:14 13:16
31:2,6,10
73:15
**known (3)**
5:18,21 6:3

_____
**L**
**L (5)**
2:15 3:2,2 4:2
93:22
**Labor (4)**
4:25 5:2 35:13
35:14

**law (6)**
2:3,16 4:25
35:14 88:11
88:14
**lawful (1)**
37:17
**laws (1)**
86:23
**lawsuit (20)**
28:9,13,16,21
29:7 31:15,18
32:6 36:3,6,9
36:19 37:3
48:7 49:5
58:12,16,22
59:2 87:17
**lawsuits (1)**
89:9
**lawyer (5)**
46:14 52:9
54:23 59:14
87:18
**lawyers (3)**
57:6 58:24
59:4
**leave (3)**
54:25 61:4
88:19
**left (2)**
87:13,19
**legal (4)**
37:25 38:4,6
38:10
**legally (2)**
89:22 90:16
**Let's (3)**
80:2 81:24
83:4
**letter (8)**
49:18,21,23
57:11,12
59:20 61:5,18
**letters (1)**
59:23

**license (1)**
53:15
**Lievano (6)**
1:5 26:5 27:11
27:18 30:11
30:20
**Lievano's (1)**
31:7
**Limited (12)**
11:10,12,19,25
13:6,10,17,20
14:9 48:20
56:13 76:13
**limiting (1)**
57:10
**line (2)**
78:2 95:5
**listed (2)**
81:11 84:21
**listen (2)**
26:13 42:13
**literally (1)**
90:19
**live (1)**
19:22
**lived (2)**
84:23 87:8
**Ln (3)**
92:10 93:6,18
**loan (1)**
16:12
**located (3)**
11:14,20 13:21
**location (10)**
22:24 23:2,9
23:17,23
67:11,12,12
76:11 80:18
**Locke (5)**
52:23 53:17,21
54:20 90:5
**long (5)**
7:6 8:24 37:14
64:20 92:22

**look (11)**
44:21 48:12,18
62:11 66:2,9
74:10 75:7
76:25 78:12
83:17
**Looked (1)**
53:15
**looking (3)**
27:6 71:11,22
**looks (1)**
70:4
**lost (1)**
87:23
**lot (2)**
48:7 87:23
**lots (1)**
77:6
**lower (2)**
65:14 66:2
**Luke (3)**
80:3,4 85:22
**lying (1)**
86:3

— — — — —

**M**
**M (1)**
4:2
**machine (1)**
73:8
**mad (4)**
86:14,17 87:6
87:24
**Magistrate (1)**
52:22
**mail (3)**
47:5 61:18
75:2
**mailed (2)**
61:19,20
**Main (4)**
2:5 11:15,20
13:21
**mainstreet (1)**

75:4
**maintained (1)**
65:11
**making (8)**
48:7 67:3,7,15
68:9,18 76:21
90:15
**manage (4)**
7:22 8:6 27:23
70:22
**managed (4)**
8:4 21:5 25:12
25:19
**management...**
89:13
**manager (45)**
10:2,5,6,8,8,9
10:11,14,18
17:20 18:2,5
18:8,12,16
19:9,15,20
20:5,18 21:3
21:12,16 22:2
22:8,11 24:18
35:9 66:17
67:18 68:13
69:3,5 70:8
74:23 80:6,10
81:16,17,22
82:17,21
83:14 90:3,11
**managers (1)**
37:21
**manages (1)**
37:11
**managing (3)**
18:20 21:22
90:12
**manner (1)**
27:2
**Marcus (2)**
82:13 83:8
**mark (5)**
39:3 58:4

63:18 69:9
78:16
**marked (35)**
39:5,9,13,17
39:21,25 40:5
44:20 48:10
51:4,6,9
55:18 58:6,9
59:19 60:10
63:21,25
64:20,25
69:11,15,19
69:23 75:7
78:18,22 79:2
79:6,10,14,18
85:2 87:4
**marriage (1)**
94:15
**Massimo (86)**
1:9 4:24 7:18
11:23 13:16
13:25 14:3,16
18:9,17,23
19:5,12 22:12
22:18 23:5,21
25:8,8,9,9,14
25:16,20
26:12,18,24
27:2 28:17,20
28:22 30:5
33:12,13,13
33:20 36:7
37:7,10,13
40:16 42:12
42:13,17,21
43:6,17,23
45:16,21 47:6
47:15 54:5
55:12,14,16
56:12,23 60:7
60:9 61:24
68:12,13,15
70:20 71:5,10
72:2,4,5,9

73:2 74:18,21
80:14 83:19
83:25 84:13
84:16,22
85:16,23 87:9
87:11,15
90:14
**Massimo's (5)**
46:15 57:12
68:11 72:9
84:12
**matter (7)**
44:10,12,17
45:18 63:9
68:22 94:16
**mean (15)**
8:6 14:9 18:22
25:9 28:17
29:17 40:21
55:22 68:21
68:23 69:3,6
75:4 76:8
77:14
**meant (1)**
57:14
**media (3)**
33:2,3 76:24
**meet (1)**
73:23
**meets (1)**
88:12
**Melville (1)**
1:12
**member (7)**
33:25 34:6,9
34:12 55:4
80:5,9
**members (2)**
34:18 35:9
**memory (2)**
58:11 62:2
**mentioned (4)**
10:20 13:22
23:7 65:13

June 3, 2022

[Page 103]

**mentions (1)**
66:3
**menu (4)**
24:6,9 30:6
87:10
**menus (1)**
8:19
**met (4)**
4:18,19 73:19
74:6
**Michael (12)**
1:9,19 5:23,24
6:2 65:14
76:3 82:21
83:19,21 84:9
85:15
**Michele (98)**
1:8,19 4:1,9
5:1,19 6:1,2
7:1 8:1 9:1
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1,9
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1

58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1,18
94:8 95:1,1
**Miguel (6)**
1:5 28:2,4,8,11
28:25
**Mike (2)**
84:15 87:9
**mine (3)**
61:14 70:7
71:17
**minimum (2)**
38:13,18
**mistake (3)**
51:20 52:5,10
**Mm-hmm (11)**
7:11 14:2
46:22 56:17
65:16 66:5
70:7 71:19
73:13 77:7
82:2
**mm@rossou...**
70:25 74:15
**mm@rossou...**
74:17
**mm@whate...**
75:3
**moment (1)**

85:11
**Monday (1)**
87:12
**money (1)**
87:23
**month (2)**
26:9,11
**months (3)**
84:24 87:9,14
**morning (1)**
4:17
**Moser (33)**
2:3,7,16 4:16
4:18 20:15,20
22:6 38:22
39:3 40:8
41:8 42:4,24
43:15 48:7,22
51:3 52:4
54:23 58:4
62:23 63:18
69:9 74:4
75:4 78:16
85:10 87:14
89:23 91:3,14
92:4
**Moser's (2)**
53:18 56:13

_____
**N**
_____
**N (11)**
2:2,15 3:2 4:2
92:2 93:2,2,2
93:4,4,22
**name (31)**
4:7,17 5:18 7:2
9:9,17,19
14:9 17:13
25:24 26:2,4
27:4,25 28:25
35:20 45:21
46:9,15 53:7
55:21 57:21
65:13,17 66:3

66:10 68:12
74:12 75:2
79:19 80:3
**names (9)**
5:21 6:3 7:17
12:5 13:7,23
29:11 55:3
61:3
**Nassau (7)**
37:15,18 38:2
38:5,11,14,19
**nature (1)**
81:13
**NAVARRO-...**
2:17
**necessarily (2)**
29:23 50:19
**necessary (5)**
5:7 73:10 95:3
**need (3)**
21:10 51:16
70:20
**needed (5)**
14:19 15:18,19
16:7 68:12
**needs (1)**
72:3
**negotiates (1)**
37:8
**negotiating (4)**
58:19 59:3,4,7
**never (2)**
24:23 89:20
**new (20)**
1:3,12,22 2:6
4:13,25 30:6
35:14 47:7
57:25 61:23
62:7,13 65:6
65:11 68:7
79:24 87:10
87:11 94:5
**Newsday (2)**
82:11,14

**niche (1)**
72:15
**notarized (2)**
53:3,9
**Notary (4)**
1:22 91:25
94:5 95:25
**noted (1)**
91:16
**Nuccio (3)**
1:22 94:4,19
**number (9)**
34:21,23 35:3
35:6 55:2
71:15,18 72:8
80:16
**numbers (2)**
14:23 32:9

_____
**O**
_____
**O (5)**
2:15 3:2 4:2
93:2,4
**oath (2)**
3:9 89:15
**objections (1)**
3:14
**obtain (1)**
66:19
**Obviously (1)**
25:18
**occasions (7)**
16:18 20:8
21:3 34:4
41:16 50:6
89:15
**October (3)**
65:22 87:16,22
**offer (1)**
9:3
**office (6)**
41:9 58:20
59:5,7 61:2,2
**officer (2)**

3:9,11
Oh (2)
70:10 82:8
okay (9)
5:9,10 21:14
21:19 44:23
48:12 56:21
77:3 88:4
once (3)
4:19 5:13 50:8
one-page (8)
39:16 40:4
69:10,14
92:14,17,23
93:7
ongoing (1)
14:20
online (1)
44:16
open (2)
25:17 84:24
opened (3)
12:13 19:5
87:11
opens (1)
86:13
operating (1)
37:14
operation (4)
7:14 89:14,17
90:8
operations (2)
25:12,19
opinion (2)
86:23 88:7
Order (1)
1:20
original (2)
45:3 52:15
Osteria (13)
12:20,20,22,24
13:6,23 75:16
75:22 76:4,7
76:12,14,17

outcome (1)
94:16
owned (8)
11:6,21 40:11
48:6 52:8
54:3 57:4
90:16
owner (17)
7:5,6 17:16,19
48:4,16 54:8
54:15 57:18
69:6,8 89:20
90:3,18,21,25
91:6
owner's (1)
9:17
owners (9)
44:9,13 45:17
45:25 46:5,8
46:13 47:11
47:24
ownership (3)
8:8 11:3 50:22
owning (1)
90:16
owns (2)
66:16 69:2

_____

**P**
P (4)
2:2,2,15 3:2
P.C (2)
2:3,16
P.M (1)
91:16
page (30)
44:24 45:6
46:18 48:18
64:2 65:13
66:2,9,10
70:4,6,10,13
70:14,19,23
74:11 75:12
75:13,15,17

75:20 76:10
76:25 77:9
83:17 89:23
92:3,25 95:5
pages (3)
64:20 77:24
92:22
paid (4)
30:18,21,24
33:8
pandemic (1)
27:17
paper (2)
47:14 57:17
papers (3)
48:5 54:2 57:3
paragraph (3)
48:19 53:17
86:13
paragraphs (3)
52:11 53:24
54:25
Paralegal (1)
2:17
pardon (3)
22:9 33:24
49:19
parmesan (1)
77:6
part (2)
18:20 23:8
particular (6)
14:5 29:6 37:2
67:25 83:8,15
parties (2)
3:5 94:14
partner (5)
11:21,22 13:11
13:25 83:24
partners (7)
7:15,17,20
83:19,25
84:17,22
pass (1)

72:4
pay (7)
16:9 37:17,23
37:25 38:4,10
89:2
payroll (4)
56:24 57:8,13
57:15
people (13)
18:12 19:8
22:7,10,13
29:10 34:24
71:21 72:23
73:24 74:6,14
80:15
Pepe (46)
7:3,4,7,9,10,12
7:20,23 8:2,5
8:9 11:4,7
16:4,9,10,16
16:19,21,25
17:7,10 19:21
20:2,5,16
21:8,11,15,21
26:8,11 27:7
27:9,12,14
28:6 37:6,9
37:11 40:11
40:16 57:21
68:11 83:25
86:8
pepperoni (1)
77:24
percentage (1)
33:5
period (1)
55:6
permission (3)
6:17 33:19
72:5
personal (4)
31:2,6 70:11
70:13
personally (5)

28:17,18 73:19
73:24 79:21
perusing (15)
44:23 48:13
51:12,18
58:13 59:22
60:13 65:5
70:2 75:9
79:21 82:2
83:6 85:4,14
Pg (3)
92:10 93:6,18
phone (4)
71:15,18 72:8
80:17
phonetic (3)
9:18 52:11
73:8
physical (1)
80:18
physically (1)
60:4
picture (2)
26:3 77:2
pictures (1)
89:23
pie (1)
77:25
pinpoint (2)
19:10 20:9
Piscina (1)
9:18
pitch (1)
15:18
pitching (1)
15:20
pizza (2)
77:2 90:15
pizzeria (3)
9:7,9 10:20
place (2)
1:21 90:13
Plaintiff (1)
1:20

**Plaintiff's (42)**
39:5,9,13,17
  39:21,25 40:5
  44:20 48:10
  51:6,9,11
  52:16,18
  55:19 57:11
  58:6,10 59:19
  60:11,20
  62:12 63:21
  63:25 64:21
  64:25 69:11
  69:15,19,23
  70:12 71:11
  78:18,22 79:2
  79:6,10,14,18
  81:24 85:2
  87:4
**Plaintiffs (2)**
1:6 2:4
**playing (1)**
42:4
**please (6)**
4:7,10 46:12
  55:10 85:12
  90:7
**PLF'S (2)**
92:9 93:5
**pocket (1)**
86:20
**point (3)**
46:12 58:16
  86:12
**pointed (1)**
53:22
**pointing (5)**
46:17 51:19
  52:5,12 62:11
**Port (3)**
4:13 11:15
  13:21
**position (1)**
72:3
**possession (1)**

45:13
**possible (1)**
55:13
**possibly (3)**
51:12,13 86:7
**post (5)**
67:13 69:5,7
  75:25 76:5
**posted (1)**
76:23
**posting (4)**
70:13 71:21
  74:11 77:4
**postings (1)**
76:19
**posts (2)**
76:2,21
**potential (2)**
72:24 73:4
**premises (2)**
66:18 76:8
**preparation ...**
50:12
**prepared (1)**
60:2
**preparing (1)**
66:24
**present (2)**
50:2 66:14
**presented (3)**
28:23 52:10
  54:24
**president (1)**
56:12
**press (9)**
33:22 34:2,6,9
  34:12,19 35:9
  80:6,10
**pretend (1)**
6:18
**pretended (1)**
6:15
**printed (3)**
60:8,18 81:6

**printer (1)**
60:25
**printout (2)**
65:10 70:13
**prints (1)**
82:20
**pro (5)**
1:18 4:3 64:9
  95:1,1
**probably (9)**
12:15 19:23,24
  40:12 46:2
  73:2,19 76:10
  76:22
**proceeding (1)**
95:2
**process (2)**
47:3,5
**produce (9)**
47:18 48:2,3
  54:16,17 55:8
  56:14,24
  57:17
**produced (3)**
54:7,14,19
**PRODUCTI...**
93:17
**promotional ...**
32:21,24
**proper (2)**
89:4,8
**properly (4)**
41:5,7,13,15
**proprietor (9)**
45:22 47:15
  48:6 51:25
  52:8,14 54:3
  56:12,25
**protect (2)**
86:18,24
**prove (1)**
56:25
**provide (6)**
47:17 48:5,21

49:5 53:17
  54:2
**public (14)**
1:22 44:10,12
  44:17 45:18
  50:3 57:2
  67:4,8,16
  68:10 91:25
  94:5 95:25
**publicly (1)**
34:24
**publish (1)**
34:23
**Published (1)**
82:11
**purchasing (1)**
16:15
**purpose (2)**
22:7,10
**purposes (1)**
14:7
**pursuant (1)**
1:20
**put (5)**
70:18 71:20
  72:8 77:4
  84:13

**Q**
**qualified (2)**
72:13,16
**question (20)**
5:4,6,8 14:3
  18:15 21:9,11
  21:15 23:25
  31:19,20 38:3
  43:2,8,10
  49:7 52:15
  56:8,9 88:5
**questions (5)**
5:3 44:22 73:5
  88:18 91:15
**quote (1)**
86:14

**quoted (1)**
85:20

**R**
**R (5)**
2:2,15 3:2
  93:22 94:2
**raise (1)**
53:10
**rarely (1)**
16:20
**re-boot (2)**
83:21 84:3
**re-branding ...**
85:15
**reach (1)**
86:19
**read (4)**
46:23 48:19
  56:5 85:11
**reality (1)**
68:25
**really (2)**
57:14 87:19
**reason (8)**
19:14 29:6,9
  81:5 86:9
  88:25 89:12
  95:5
**recall (18)**
6:11 14:21
  17:13 21:24
  23:15,20 32:5
  32:12 35:20
  36:21,25
  43:17,20 44:5
  81:2 83:7
  85:8,10
**receive (1)**
32:15
**recess (1)**
38:24
**recipe (1)**
73:8

**recipes (1)**
8:19
**recognize (4)**
32:4 60:12
69:24 83:5
**recognized (1)**
40:15
**recommende...**
84:15
**record (13)**
4:8,11 26:10
44:10,12,15
44:17 45:19
46:24 52:7
56:6 57:15
94:11
**recorded (1)**
26:23
**recording (2)**
26:13,15
**records (17)**
24:15 48:22
49:16 53:18
55:2 56:14,19
56:21,22,23
57:2,13,14
65:7,10 89:4
89:9
**recruiting (1)**
70:21
**refer (1)**
7:9
**reference (2)**
47:10 56:13
**referred (3)**
27:2 56:22
71:25
**referring (12)**
47:8 48:15
49:15 56:23
76:13,18
77:11,13 78:7
78:9 83:18,24
**refers (1)**

78:14
**refresh (2)**
58:11 62:2
**regarding (3)**
13:16 31:3,7
**Regular (1)**
16:6
**reincarnatio...**
87:8
**relate (1)**
18:11
**related (4)**
56:15,24 57:8
94:14
**relationship ...**
8:20
**relevant (1)**
55:5
**remember (10)**
9:13,14 26:17
27:16 35:25
51:14 59:25
61:12 81:13
83:16
**repeat (1)**
5:6
**repeating (3)**
23:24 43:8,9
**rephrase (5)**
13:18 18:14
23:6 49:8
85:21
**replace (1)**
16:11
**reporter (6)**
4:6 80:22 81:3
81:21 84:20
85:5
**reporters (1)**
85:8
**represent (5)**
4:23 58:15,21
58:25 68:7
**representati...**

66:21
**represented ...**
36:3,11 58:18
59:6,12
**request (3)**
55:2 56:14
83:18
**requests (2)**
53:19 93:17
**requests/inst...**
48:23
**reserved (1)**
3:14
**resign (1)**
58:17
**resolution (1)**
59:10
**resolved (1)**
59:13
**respective (1)**
3:5
**response (3)**
51:10 52:16
55:17
**responses (2)**
49:5 57:10
**responsible (5)**
67:3,7,15 68:9
68:17
**restaurant (3...**
6:25 7:2 8:13
8:15 9:8,18
9:19 11:13,14
11:19 15:24
16:2 18:21
19:2,6,13
30:2 38:14
50:18,21
66:20 69:4
74:24 76:20
77:12,16,17
77:21 80:19
84:24 85:15
85:16 86:24

86:25 90:3
**restaurant's ...**
7:13 70:8
**restaurants (8)**
7:22,25 8:4,17
9:5 19:25
37:15 65:8
**results (1)**
87:20
**review (2)**
51:17 82:10
**reviewed (1)**
95:2
**right (12)**
41:11 46:15
49:11 52:2,12
53:10,23 56:9
71:5 88:11,16
91:4
**right-hand (2)**
65:14 66:3
**Road (1)**
1:12
**Rockville (2)**
9:8,20
**role (2)**
22:15,17
**room (2)**
41:4 78:8
**Rosso (217)**
1:8 4:24 7:3,4
7:7,9,10,12
7:20,23 8:2,5
8:9 11:4,7,10
11:12,16,18
11:25 12:2,5
12:8,9,16,21
13:5,6,10,17
13:20,23 14:8
14:9,13,15,22
15:3,13,15,22
16:4,9,9,9,10
16:14,16,19
16:19,21,21

16:25,25 17:6
17:7,10,11,16
17:20,22 18:2
18:5,8,13,16
18:24 19:5,9
19:15,20,21
19:21 20:5,6
20:16,18 21:2
21:3,4,5,7,8
21:11,13,15
21:16,21,23
21:25 22:2,8
22:11,16 23:5
23:10,21
24:15,19,22
24:24 25:3,7
25:13,17,20
26:8,11 27:7
27:9,12,15,19
27:21 28:7
29:15,21 30:8
30:12,15,18
30:21,24 31:4
31:8,11,24
32:16,19,22
32:25 33:6,9
33:17,20,23
34:2,13,16,19
34:25 35:10
36:8 37:6,9
37:12 40:10
40:11,16,17
40:20,23
41:13,21 42:7
42:9,18,22
43:7,18,24
44:9,13 45:18
46:5,8,13
47:12,15 48:5
48:16,20
49:16 50:3,13
52:7 54:2,8
54:15 56:13
57:21 65:12

66:7 67:8
68:4,5,10,11
68:18 71:21
72:17 73:25
74:7,20 76:8
76:13,15,18
77:13 78:9,14
80:6,10,16,23
81:16,22
82:17 83:18
83:25 84:6,9
84:18,22 86:8
89:17 91:2
**Rosso's (1)**
20:2
**rude (1)**
27:2
**run (2)**
8:12,15

---

**S**

**S (8)**
2:2,15,15 3:2,2
92:8 93:4,22
**s/h/a (2)**
1:8,19
**sad (1)**
86:14
**salary (5)**
37:17,24,25
38:5,10
**Santos (2)**
1:5 25:25
**sauce (2)**
77:5 90:15
**saw (2)**
41:14 91:4
**saying (5)**
67:2 81:2,10
90:24,25
**says (25)**
45:9,20 46:15
48:21 49:14
52:21 55:21

56:11 58:13
62:12 64:8
65:13,21
70:16 74:12
75:15 76:7
78:2,13 82:21
83:18 85:14
86:14 90:4
95:2
**schedule (3)**
31:3,7,11
**se (6)**
1:18 4:3 64:9
75:3 95:1,1
**sealing (1)**
3:6
**search (1)**
44:17
**second (8)**
46:17 48:19
53:16 75:15
75:17,20 78:2
83:17
**Secretary (4)**
45:21 46:25
47:4 57:3
**see (17)**
28:24 45:17
46:9 56:16
59:21 62:4,10
62:14 64:10
65:12,15
70:23 71:12
75:23 76:12
77:24 82:3
**seen (5)**
55:19,23 81:25
90:2,4
**send (2)**
51:15 86:4
**sense (1)**
74:22
**sentence (1)**
56:11

**September (1)**
80:23
**serious (2)**
31:19,20
**served (7)**
47:3,6 67:8,16
68:9,18 87:17
**set (2)**
73:7 94:9
**seven-page (2)**
51:5 92:18
**share (3)**
16:21 19:25
60:25
**shared (2)**
74:17,21
**shareholders...**
47:19,21
**shares (1)**
17:22
**SHEET (1)**
95:1
**SHIRLEY (1)**
2:17
**short (3)**
15:17,24 16:6
**short-lived (1)**
84:23
**Shorthand (1)**
94:4
**show (28)**
41:5,6,9,12
44:9,19 47:23
48:9 51:10,24
52:7 54:14
55:17,18 58:9
59:18 60:10
63:24 64:24
69:22 75:6
79:17 84:25
87:3,12 89:21
89:22 90:6
**showed (1)**
27:3

**showing (1)**
48:3
**shows (12)**
44:13,18 46:4
47:11,14 48:5
48:15 52:13
54:7 57:3,18
66:13
**sic (4)**
48:22 54:25
61:22 71:13
**sign (4)**
33:16 49:2
64:12,15
**signatory (1)**
24:21
**signature (12)**
45:8 53:3,6,10
55:20,22,24
56:2 64:2,5,8
95:23
**signed (2)**
3:8,10
**signing (1)**
64:9
**simultaneous...**
17:2,5
**single (1)**
89:25
**Sintsink (1)**
4:12
**sir (3)**
47:9 66:8
68:16
**sister (1)**
6:6
**sitting (3)**
54:6,13 81:10
**six-page (6)**
39:4,20 64:19
92:11,15,21
**small (1)**
19:22
**social (3)**

33:2,3 76:24
**Soldano (2)**
75:21 76:4
**sole (9)**
45:22 47:14
48:6 51:25
52:8,13 54:3
56:12,25
**somebody (6)**
9:3 41:9 53:3
61:21 68:12
88:23
**soon (1)**
55:13
**Spanish (4)**
26:16,17,18,20
**speak (12)**
26:18,20 31:17
33:20,22,25
34:19 55:12
80:22 82:13
85:2,5
**speaking (5)**
11:23 51:23
52:4 58:23
83:7
**specific (8)**
14:23 23:18,20
27:22 35:17
43:2,16,19
**specifically (1)**
6:11
**specifics (2)**
32:11 37:22
**spend (1)**
25:16
**spinach (1)**
77:25
**spoke (4)**
32:7,10 43:17
85:9
**spoken (1)**
28:8
**staff (2)**

June 3, 2022

[Page 108]

8:20 38:5
**Standards (2)**
5:2 35:13
**Starkey (1)**
79:20
**start (1)**
22:19
**started (7)**
30:8,11,14
58:19 59:3,4
90:11
**state (11)**
1:22 4:7,10
45:21 46:25
47:4 57:3
65:6,11 68:8
94:5
**stated (1)**
18:24
**States (6)**
1:2 57:24
61:22 62:6,12
62:25
**Steve (1)**
4:18
**Steven (2)**
2:7 52:23
**STIPULAT...**
3:4,13
**stole (1)**
6:12
**stopped (7)**
26:8,10 29:22
29:24 30:8,12
30:15
**Stream (1)**
47:7
**Street (4)**
2:5 11:15,20
13:21
**stuff (2)**
15:23 16:15
**subjects (1)**
23:4

**subpoena (1)**
86:4
**Subscribed (2)**
91:20 95:23
**substance (1)**
26:22
**sue (1)**
88:12
**sued (7)**
35:12,16,21
36:5,8,19
88:2
**sugar (1)**
16:7
**suggests (1)**
90:2
**suing (2)**
4:24 31:24
**suitable (1)**
30:5
**sum (1)**
26:22
**summons (2)**
27:3 28:24
**supervise (2)**
14:12 87:10
**sure (13)**
4:18,20 29:11
37:22 50:23
61:14,15 67:3
67:7,15 68:9
68:18 90:22
**surprised (1)**
26:25
**sweating (1)**
90:19
**swore (2)**
89:15,20
**sworn (7)**
3:8,10 4:4
91:20 94:10
95:1,23
**Sysco (1)**
84:15

**system (2)**
86:18,19

---

**T**

**T (10)**
2:15 3:2,2 4:2
92:8 93:2,4,4
94:2,2
**take (10)**
22:24,25 23:8
23:17,23
38:22 44:21
51:16 85:11
89:23
**taken (4)**
1:19 3:12
38:24 95:2
**talk (2)**
20:25 31:14
**talking (13)**
10:7 21:6,7,8
45:24 54:11
54:12 72:23
75:5,24,25
82:19,20
**tasting (1)**
90:15
**teaching (1)**
77:21
**telephone (2)**
80:15 83:11
**tell (43)**
10:4 17:25
18:7,12,15
19:8,14 20:4
20:16 21:4,12
22:7,10 23:2
24:2,18 35:8
36:16 40:22
41:2,21 42:6
42:12 49:12
53:20 54:20
54:21 63:15
65:2 72:2

80:5,9 81:15
81:21 82:16
82:22,25
83:13 84:20
85:12,22
90:21 91:5
**telling (2)**
14:4 22:25
**tells (1)**
46:12
**template (2)**
61:6,7
**ten (8)**
6:21 8:5,10,13
9:6 10:25
11:7 50:10
**ten-page (2)**
79:13 93:14
**term (1)**
14:8
**terms (1)**
12:11
**testified (4)**
4:5 5:11 13:19
61:13
**testimony (2)**
94:11 95:3
**text (3)**
71:12,22,25
**thank (7)**
21:17,19 51:18
52:4,12 64:18
91:14
**theft (1)**
6:9
**thing (1)**
88:11
**things (10)**
16:3 24:2
41:14 81:3,6
81:11 85:19
88:19 90:13
91:4
**think (29)**

4:21 17:8
23:24 26:17
26:21 28:6
36:2,21 45:15
45:20 46:14
49:15 51:19
56:7 62:20
72:11 83:11
84:12 85:4
86:9,20 87:12
87:15,24 88:2
88:8,10 90:13
90:18
**third (3)**
30:3 86:13
87:8
**thought (2)**
18:18 22:12
**three (17)**
4:23 12:6
13:22 18:25
19:3 29:14,17
29:21 31:23
48:24 53:24
57:5 76:16
84:24 87:8
88:18 89:15
**three-page (2)**
39:24 92:16
**time (27)**
1:21 3:15
10:10 12:11
17:11 18:17
19:4 23:22
25:16 27:22
29:4 30:3
35:13,17 43:2
46:6 51:15,16
55:5 58:16
59:6,15 68:13
75:11 87:18
91:15,16
**times (41)**
5:7 12:6 14:21

15:2,6,9,13
18:23,25 19:3
19:8,10,11
20:11,11,17
20:25 21:20
21:24 31:17
31:22 32:7,9
41:12,14,22
41:23 42:2,3
42:16,23 43:5
43:6,13 44:5
50:10 73:23
74:3,6 76:16
79:25
**timing (1)**
18:11
**Tini (9)**
36:13,15,17,22
36:24 58:17
59:8,8 63:8
**tip (1)**
38:20
**tips (1)**
38:18
**title (2)**
7:4 55:6
**titles (1)**
55:3
**Tizzano (22)**
1:8,9,19,19 4:9
4:17 5:19,24
6:2,3 45:9
64:24 65:14
76:3 82:22
83:19 85:16
89:2 91:18
94:8 95:1,1
**Tizzano- (88)**
4:1 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1

19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:1 44:1
45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1 64:1
65:1 66:1
67:1 68:1
69:1 70:1
71:1 72:1
73:1 74:1
75:1 76:1
77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1
85:1 86:1
87:1 88:1
89:1 90:1
91:1
**today (7)**
5:4 13:19 54:6
54:13 55:23
81:10 90:2
**told (26)**
9:25 10:10,13
10:17 18:4

19:19 20:25
21:21,24
23:16,22
26:24 29:13
36:15 55:14
56:18 58:2
63:5 67:6
80:13,13
82:24 83:3
84:15 90:5,12
**tomato (1)**
90:15
**tomorrow (1)**
69:7
**Tony (1)**
9:17
**top (2)**
46:20 77:5
**Torrence (6)**
80:3,4 85:3,18
85:22 86:2
**touch (3)**
36:24 84:13
85:18
**town (2)**
19:22 40:14
**trade (1)**
14:9
**training (1)**
8:19
**transcript (1)**
95:2
**trial (1)**
3:15
**true (6)**
49:6 53:11
63:6 89:6,10
94:10
**truth (5)**
36:17 49:24
68:22,25 89:3
**truthful (4)**
49:17,20 63:12
77:18

**Tuesday (1)**
87:13
**turn (2)**
64:2 81:24
**twin (1)**
6:5
**two (12)**
10:24 14:24
32:4 34:20
35:19 45:6
48:23 57:4
66:2 81:19
87:14 91:4
**two-minute (1)**
38:23
**two-page (6)**
78:17,21 79:9
93:9,10,13
**type (3)**
8:18 33:3 73:6
**typed (9)**
60:2,3,4,4,16
61:10,14,15
61:16
**types (1)**
16:5

_____
**U**

**U (4)**
3:2 93:2,4,22
**underneath (1)**
76:2
**understand (4)**
5:8 14:10
21:14 87:2
**understanda...**
5:6
**unfair (1)**
88:10
**United (6)**
1:2 57:24
61:21 62:6,12
62:25
**upper (3)**

88:12,14,22
**upside (2)**
77:5,15
**Uptown (175)**
1:8 4:24 11:10
11:12,16,18
11:25 12:2,5
12:8,10,16,21
13:5,6,10,17
13:20,23 14:8
14:9,13,15,22
15:3,13,16,22
16:9,9,14,19
16:21,25 17:7
17:10,17,20
17:23 18:2,5
18:8,13,16,25
19:5,9,15,20
19:21 20:6,18
21:2,3,4,5,7
21:13,16,22
21:24,25 22:2
22:8,11,16
23:5,10,22
24:15,19,22
24:24 25:3,7
25:13,17,20
27:19,21
29:15,21 30:9
30:12,15,18
30:21,24 31:4
31:8,12,25
32:16,19,22
32:25 33:6,9
33:17,20,23
34:2,13,16,19
34:25 35:10
36:8 40:10,17
40:20,23
41:13,22 42:7
42:10,18,22
43:7,18,24
44:9,13 45:18
46:5,8,13

June 3, 2022

[Page 110]

47:12,15 48:6
48:16,20
49:16 50:4,13
52:7 54:3,8
54:15 56:13
61:25 65:12
66:7 67:8
68:4,6,10,18
71:21 72:17
73:25 74:7,20
76:9,13,16,18
77:13 78:9,14
80:7,11,16,24
81:16,22
82:17 83:19
84:6,9,18,22
87:8 89:17
91:2
**use (3)**
14:8 50:17
73:8

────────
**V**
**Valley (1)**
47:7
**Vasquez (7)**
1:5 28:2,5,8,11
30:14,23
**Vasquez's (2)**
28:25 31:11
**vast (1)**
90:12
**vendors (1)**
8:20
**venued (2)**
35:23 57:23
**version (4)**
77:4,10,15,19
**victim (1)**
6:8
**violations (2)**
4:25 35:13

────────
**W**
**wage (3)**

38:13,18 86:23
**wages (1)**
37:8
**wait (2)**
8:20 38:4
**waiter (4)**
15:17,20 67:19
90:14
**waiters (2)**
37:25 38:4
**waived (1)**
3:7
**walked (1)**
90:20
**want (17)**
10:9 20:15
32:10 36:14
36:16 40:9
42:19 48:12
48:18 51:13
55:9 63:14,14
74:10 76:25
85:11 88:6
**wants (1)**
28:12
**Washington ...**
4:13 11:15
13:21
**wasn't (1)**
29:11
**watch (1)**
7:13
**way (8)**
8:7 14:4 15:22
34:25 49:14
81:17 88:13
94:15
**we're (5)**
11:22 21:6
54:13 76:18
88:16
**we've (3)**
4:18 87:24
90:2

**website (1)**
71:3
**week (1)**
81:19
**went (2)**
27:6 68:14
**weren't (1)**
90:24
**whatsoever (2)**
22:5 87:20
**witness (4)**
4:3 94:8,11
95:23
**wold (1)**
86:9
**woman (1)**
79:19
**Woodbridge ...**
9:15
**word (2)**
76:2 77:14
**words (3)**
57:13 81:9
86:6
**work (19)**
8:25 9:3,6
11:16 14:15
27:12,19,21
31:3,7 32:21
32:24 33:9
40:10 41:5,6
50:18 74:7
84:14
**worked (15)**
14:22 16:24
17:6,10 25:15
27:14 29:15
29:21 30:18
30:21,24
31:24 73:5
87:14 91:9
**worker (1)**
16:24
**working (12)**

21:15 22:14
29:22,25 30:8
30:8,12,12,15
30:15 40:23
89:5
**works (1)**
28:6
**wouldn't (2)**
29:16,22
**write (2)**
59:23 77:8
**writer (1)**
79:24
**wrong (1)**
70:24
**wrote (8)**
49:18,21 52:18
60:14 78:4
84:20 85:17
86:2

────────
**X**
**X (6)**
1:4,11 92:2,8
93:2,4

────────
**Y**
**yeah (5)**
12:15 71:19
73:13 77:14
77:20
**years (9)**
5:16 6:21 8:5
8:10,13 9:6
10:25 11:7
35:19
**York (17)**
1:3,12,22 2:6
4:13,25 35:14
47:7 57:25
61:23 62:7,13
65:6,11 68:7
79:24 94:5

────────
**Z**

**Z (2)**
4:2,2
**zero (11)**
13:4,6,23
76:17 83:14
84:7 85:3,6
85:23 87:7,19

────────
**0**
**04 (3)**
92:4,11,17
**05 (3)**
92:18,19 93:12
**06/03/2022 (1)**
95:2
**08 (1)**
92:12
**09 (1)**
93:13

────────
**1**
**1 (3)**
39:6 44:20
92:11
**10 (5)**
63:22,25 92:20
92:23 93:19
**10:00 (1)**
1:14
**11 (13)**
13:4,6,23
64:21,25
76:17 83:14
84:6 85:3,6
85:23 87:7
92:21
**11-page (2)**
78:25 93:11
**11050 (1)**
4:14
**11581 (1)**
47:7
**11743 (1)**
2:6
**12 (11)**

48:25 53:25
69:12,23
70:13 71:11
75:21 76:4,11
92:13,23
**12:45 (1)**
91:16
**13 (4)**
69:16 74:10
93:7,14
**14 (4)**
69:20 75:7
93:7,8
**15 (5)**
38:17,20 78:19
79:18 93:9
**16 (4)**
78:23 80:2
92:14 93:10
**17 (4)**
79:3 81:24
93:9,11
**18 (4)**
79:7 83:4 93:8
93:12
**18-00021 (1)**
2:8
**19 (6)**
55:2 79:11
85:2 87:6
92:22 93:13
**19-page (2)**
58:5 92:19
**1998 (1)**
37:16

___
**2**

**2 (2)**
39:10 92:12
**20 (10)**
20:10,11,13,14
79:15 87:4
92:15,20
93:14 95:24

**20-CV-4026 ...**
1:7
**200 (1)**
1:12
**2010 (1)**
7:8
**2015 (1)**
12:13
**2017 (5)**
5:17 65:22
80:23,25
81:14
**2018 (7)**
74:13,15 75:5
87:16,16,22
87:23
**2022 (2)**
1:13 91:22
**21 (1)**
93:10
**22 (2)**
48:25 53:25
**24 (4)**
7:3,7,9 92:16
**25 (3)**
31:22 32:7
93:11
**26th (1)**
65:22

___
**3**

**3 (5)**
1:13 39:14
60:11,21
92:13
**382-5529 (1)**
71:12
**39 (6)**
92:11,12,13,14
92:15,16

___
**4**

**4 (2)**
39:18 92:14
**40 (1)**

92:17
**44 (1)**
4:12

___
**5**

**5 (9)**
2:5 39:22
48:10 51:10
52:16,19 57:7
57:11 92:15
**50 (11)**
13:4,6,24 15:9
76:17 83:14
84:7 85:3,6
85:24 87:7
**51 (1)**
92:18
**516 (1)**
71:12
**55 (1)**
93:19
**5549 (2)**
71:14,15
**58 (1)**
92:19

___
**6**

**6 (4)**
40:2 59:19
60:21 92:16
**63 (1)**
92:20
**64 (1)**
92:22
**664 (1)**
47:6
**69 (3)**
92:23 93:7,8

___
**7**

**7 (4)**
40:6 55:19
57:12 92:17
**78 (3)**
93:9,10,11

**79 (3)**
93:12,13,14

___
**8**

**8 (6)**
51:4,7,11
52:16 57:8
92:18

___
**9**

**9 (4)**
58:7,10 62:12
92:19