

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

December 1, 2023

**VIA ECF**

Hon. Joan M. Azrack, USDJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Hernandez, et ano v Rosso Uptown Ltd, et al,* Case No. 20-cv-04026-JMA-SIL

Dear Judge Azrack:

    I represent the Plaintiffs in the above referenced action.

    I write to respectfully request brief extension of the time to complete the pretrial order from today until December 8, 2023, and an extension of the pretrial conference from December 6, 2023 until December 13, 2023, or such other time as is convenient to the Court.

    Earlier in November Keith Johnson, the attorney for the Defendants, indicated that he would prepare a proposed PTO. We have not yet received the Defendants' proposed submission, and since on or about November 4, 2023 I have been out intermittently due to a lingering illness with flu-like symptoms.

    I have reached out to Mr. Johnson this week but have been unable to reach him by email or phone regarding the PTO or this request.

                        Respectfully submitted,

                        *Steven J. Moser*
                        Steven J. Moser

CC:    All counsel of record via ECF