UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
SANTOS HERNANDEZ, EMANUEL DE JESUS
LIEVANO and MIGUEL ANOTONIO VASQUEZ,          Case No. 2:20-cv-04026-JMA-SIL

                                 Plaintiffs,          NOTICE OF
                                                      APPEARANCE BY COUNSEL

        -against-

ROSSO UPTOWN LTD., MICHAEL TIZZANO, and
MASSIMO GAMMELLA,

                                 Defendants.
----------------------------------------------------------------------X

        PLEASE TAKE NOTICE, that the undersigned and counsel, HAMRA LAW GROUP, P.C.,

does hereby appear in this action on behalf of Defendants, MICHAEL TIZZANO and MASSIMO

GAMMELLA, for all purposes.

        PLEASE TAKE FURTHER NOTICE, that all papers, notices, filings, and proceedings, and

the like, had in this action shall be served at the post office and electronic address below the

undersigned's signature.


Dated:  Great Neck, New York
        December 14, 2023


                                                Hamra Law Group, P.C.

                                                _____
                                                By:     Kevin S. Johnson, Esq.
                                                1 Linden Place, Suite 207
                                                Great Neck, NY 11021
                                                (646) 590 – 0571
                                                kjohnson@hamralawgroup.com