

| | | |
|---|---|---|
| Kevin S. Johnson, Esq<br>President & Managing Attorney<br>kjohnson@jlitlaw.com | | (Service & Mailing Address)<br>1 Linden Place, Suite 207<br>Great Neck, NY 11021 |
| Glenn R. Meyers, Esq.<br>Of Counsel<br>gmeyers@jlitlaw.com | | (By Appointment Only)<br>11 Park Place, Ste 1503<br>New York, NY 10007 |
| Tina Vaswani<br>Office Manager<br>tvaswani@jlitlaw.com | | (646) 590 - 0571<br>legal@jlitlaw.com<br>www.jlitlaw.com |

December 14, 2023

**VIA ECF**:
Hon. Steven I. Locke, U.S.M.J.
US District Court – EDNY
100 Federal Plaza
Central Islip, NY 11717

RE:    Hernandez, et anon v. Rosso Uptown Ltd, et al.
       Civil Case No. 20-cv-04026-JMA-SIL

**RESPONSE TO MOTION BY PLAINTIFF TO ADJOURN CONFERENCE**

To Your Honor:

This office represents the individual defendants (see Dkt. No. 59, NOA). This office joins in Plaintiff's request for an adjournment and is ready to proceed under the expanded notice of appearance filed today. Additionally, counsel's office does not have coverage for the appearance today, and so joins the request also for those purposes.

Counsel and defendants thank the Court for its time and attention today.

Best regards,

Kevin S. Johnson, Esq.

**CC (VIA EMAIL)**
Steven J. Moser, Esq.
steven.moser@moserlawfirm.com