| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE                                                                 DATE: 12/14/23
          U.S. MAGISTRATE JUDGE                                                      TIME:  11:30 am

CASE:  CV 20-4026(JMA) Hernandez v. Russo Uptown Ltd. et al

TYPE OF CONFERENCE:    STATUS              FTR: 11:43-11:49

APPEARANCES:
        For Plaintiff:    Steven Moser

        For Defendant: Massimo Gammella (pro se)
                             Michael Tizzano (pro se)

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☒    Other:  Oral argument held.  Plaintiff's motion for an extension of time to file the proposed pretrial order, DE [58], is granted.  ALL counsel are ORDERED to appear for the final pretrial conference on January 29, 2024 at 12:00pm.  The proposed pretrial order will be filed in advance of the final pretrial conference in accordance with the Court's individual rules.  The Court admonishes defense counsel as to his conduct to date.  Earlier today, the day of this conference, he filed a letter stating that he joins Plaintiff's request to adjourn today's conference.  Initially, Plaintiff never requested that this conference be adjourned.  The statement in Mr. Johnson's letter to the contrary is false.  Moreover, filing a request to adjourn a conference hours before a conference is it go forward is unacceptable and a violation of the Court's individual rules.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      1/29/24 at 12:00 pm      : Pretrial conference.  A joint proposed pretrial order
                                              must be electronically filed 3 days prior to this
                                              conference.

                                                 SO ORDERED

                                                  /s/Steven I. Locke
                                                 STEVEN I. LOCKE
                                                 United States Magistrate Judge