| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE: 1/29/24<br>TIME: 12:00 pm |

CASE:  CV 20-4026(JMA) Hernandez v. Russo Uptown Ltd. et al

TYPE OF CONFERENCE: STATUS              FTR: 11:58-12:09

APPEARANCES:
  For Plaintiff:  Steven Moser

  For Defendant: Michael Tizzano (pro se)
                 Massimo Gammella (pro se)

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [  ] submitted by the parties.

☒  Other: Status conference held. Plaintiffs have discharged their newly retained lawyer Kevin Johnson, who although filing a notice of appearance on December 14, 2023, see DE [59], failed to appear that the last conference or at today's conference. The individual defendants retain their rights with respect to Mr. Johnson and are prepared to appear pro se. Plaintiffs do not object. At today's conference the pro se Defendants produced a set of documents for the first time. The conference is therefore adjourned so that Plaintiff's counsel can review the documents and return to court to address next steps. Next Court conference: February 27, 2024 at 11:30am. The parties will be prepared to address bringing discovery to a conclusion at the next conference. Plaintiffs' counsel is directed to serve a copy of this order on Plaintiffs and file proof of service accordingly.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   2/27/24 at 11:30 am          : Status conference

                            SO ORDERED

                            /s/Steven I. Locke
                            STEVEN I. LOCKE
                            United States Magistrate Judge