Massimo Gammella
141 42 72 Dr.
Flushing NY 11367

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 15 2024 ★

LONG ISLAND OFFICE

New York February 13, 2024

Case No. 2:20-cv-04026-JMA-SIL

Ref: change of address.

Dear Honorable Judge Natasha C. Merle,

I hope this letter finds you well, here comes Mr. Gammella Massimo pro se defendant in the above-mentioned case.
I know that you are now presiding over my case and substituted the honorable judge Joan M. Azrack.
I called today your chambers and Ms. Alicia Guy suggested that I will provide the court with my new address and update an old one that was on file so she could mail me the judge rules.
As a courtesy I am providing you with copies of files, also exchanged with Mr. Moser at my last pretrial conference.

My new address is: Mr. Massimo Gammella 141-42 72 Drive. Flushing NY 11367.

Respectfully,

Massimo Gammella