## WRITTEN DEMAND FOR PAYMENT OF PAST DUE RENT

September 2, 2018

Re: 52 MAIN STREET,
STORE Nos. 3 & 4,
PORT WASHINGTON, N.Y. 11050
Used for Business

To: Rosso Uptown, LTD.
Attn: Massimo Gammella, President
Tenants, under-tenants or assigns and
Every person in possession of the premises

Take Notice that you owe Rent for the following periods:

| | |
|---|---|
| June 2018 - | $4,320.00 |
| July 2018 - | $4,500.00 |
| August 2018- | $4,500.00 |
| September 2018 - | $4,500.00 |

The TOTAL now due is $17,820.00.

If you do not pay the total rent due on or before the expiration of THREE DAYS from the date of the service of this notice, or surrender up possess of the premises to the landlord, the landlord will commence summary proceedings to evict you.

Landlord: H & W Homes, Inc.
By: _____
Scott Harding, Vice President

Address: 404 Main Street, Port Washington, New York 11050

# EXHIBIT B

EXHIBIT B

Page 10

```
1                    E. LIEVANO
2           Why not saying to us, to me, the first week,
3    few weeks, a month, two months?  Why waiting, you know,
4    years after the place was closed for this to come up?
5                MR. MOSER:  Are you asking him why he didn't
6    sue you when he was working there?
7    BY MR. GAMMELLA:
8         Q.   No.  I'm asking why wouldn't he tell us if his
9    wages weren't correct or we didn't pay him enough or --
10   I couldn't -- I didn't think at the time he knew he was
11   going to sue us.  It's four years ago.
12           That's what I'm saying.  I'm saying at the
13   time if he thought it was not correct what we were
14   paying, why wouldn't he tell us?
15        A.   Well, I don't know.  Well, he told me that I'm
16   going to pay it to you in cash, and I didn't have a lot
17   of knowledge.
18        Q.   How did you end up meeting or retaining Mr.
19   Moser as representing your case in this case?
20        A.   It was Antonio.  When Antonio was fired,
21   Antonio went to him, and they were given my information
22   and they contacted me.
23        Q.   Do you remember the first time when you went
24   to see him, Mr. Moser?
25        A.   This is the first time.
```

OVER →



Page 11

```
 1                        E. LIEVANO
 2       Q.   So this is the first time. The question was
 3  what was (inaudible) with you. I guess this is the
 4  first time so there's no sense. Well, now I know but do
 5  you know if Mr. Moser speaks Spanish. I know my answer,
 6  but go ahead.
 7       A.   I know because I spoke to him now, but I
 8  didn't know, I had not spoken to him.
 9       Q.   There's two other individual's names on the
10  complaint.
11            Do you know them?
12            THE INTERPRETER: I'm sorry. Go ahead.
13  BY MR. GAMMELLA:
14       Q.   I'm saying there was two more individuals on
15  the lawsuit.
16            Do you know them?
17       A.   I do know Antonio. He used to work as a
18  dishwasher. Miguel, who used to work in the kitchen.
19       Q.   You named them. Okay, so it was Antonio and
20  Miguel. Okay. Miguel according to him when he signed
21  some papers, he decided to drop the case. Do you know
22  who is that person that dropped the case, this Miguel?
23            Do you know him personally?
24       A.   Yes.
25       Q.   Do you remember going to Pepe Rosso where I
```

