# EXHIBIT  C

*Exhibit C.*

Page 15

```
1                S. HERNANDEZ
2     Q.  Were the same people working there
3  when you started until you left?
4     A.  Yes.
5     Q.  You always worked at Rosso Uptown?
6     A.  Yes.
7     Q.  Is this the only labor lawsuit you
8  were involved with?
9     A.  Yes.          Not True
10    Q.  Now, you are saying that you worked
11 at Rosso Uptown for various years from
12 whenever he says 2016 to '18, about a couple
13 of years, according to him.
14         The lawsuit says that, you know, we
15 owe him lost wages, and the question is:
16 Why wouldn't you say in, you know, the first
17 week, or the first day, or the first month,
18 or a few months later that you were not
19 getting paid correctly, or there was a
20 discrepancy in the pay?
21         Why would you wait, you know, two
22 years after the place closed to do this?
23    A.  When they hired me, I requested a
24 raise and they didn't listen to me.  They
25 said no, that that was what I was going to
```



MAGNA LEGAL SERVICES