# EXHIBIT E

EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SANTOS HERNANDEZ, on behalf of
himself and those similarly situated,

                Plaintiffs,

-against-                                  **VERIFICATION**

TRATTORIA DI MEO,

                Defendant,
-------------------------------------------------------X

STATE OF NEW YORK  )
                            ss.:
COUNTY OF SUFFOLK  )

I, Santos Hernandez, am the Plaintiff in the within action for. I have read the foregoing Complaint and know the contents thereof. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

                                                _Santos Hernandez_
                                                Santos Hernandez

Sworn to before me on this _10th_
day of _June_, 2016.

_[Notary signature]_

SYLVIA BOTTEMEO
Notary Public, State of New York
No. 01CO6070360
Qualified in Suffolk County
Commission Expires 12/14/2019

17-Aug-22   17Aug22-2169

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G17Aug22-2169**
Sequence number 008590875155   Posting date 05-Sep-17   Amount 277.20

ROSCO UPTOWN LTD
63 Main Road
Port Washington, NY 11050

Payroll Check Number: 50125
Pay Date: 09/01/2017

Pay to the order of: Santos Hernandez

TWO HUNDRED SEVENTY SEVEN AND 20/100   $277.20

Chase

⑆50125⑆ ⑈021000021⑈ 169033950⑈

H32621310