EXHIBIT GHIL __

ROSSOUP 07/25/2016 2:44 PM

# Form 1120S — U.S. Income Tax Return for an S Corporation — 2015

Department of the Treasury — Internal Revenue Service
▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0123

For calendar year 2015 or tax year beginning _____, ending _____

- **A** S election effective date: 01/15/13
- **B** Business activity code number (see instructions): 445291
- **C** Check if Sch. M-3 attached: ☐
- **Name:** ROSSO UPTOWN LTD
- **Number, street, and room or suite no.:** 52 MAIN STREET
- **City, state, ZIP:** Port Washington NY 11050-2952
- **D** Employer identification number: 46-1806292
- **E** Date incorporated: 01/15/2013
- **F** Total assets: $ 193,083

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 446,287 |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | 446,287 |
| 2 | Cost of goods sold (attach Form 1125-A) | 182,658 |
| 3 | Gross profit. Subtract line 2 from line 1c | 263,629 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (see instructions—attach statement) | |
| 6 | Total income (loss). Add lines 3 through 5 | 263,629 |

### Deductions

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 11,400 |
| 8 | Salaries and wages (less employment credits) | 71,980 |
| 9 | Repairs and maintenance | 10,247 |
| 10 | Bad debts | |
| 11 | Rents | 46,700 |
| 12 | Taxes and licenses | 8,859 |
| 13 | Interest | 1,621 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 13,797 |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | 7,060 |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement) See Stmt 1 | 79,976 |
| 20 | Total deductions. Add lines 7 through 19 | 251,640 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 11,989 |

### Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | |
| 23a | 2015 estimated tax payments and 2014 overpayment credited to 2015 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26 Credited to 2016 estimated tax ▶ _____ Refunded ▶ | |

**Sign Here:** Signature of officer: MASSIMO GAMMELLA — Title: PRESIDENT AND CEO
May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**
- Print/Type preparer's name: Dan Martin CPA, EA
- Preparer's signature: Dan Martin CPA, EA
- Date: 03/13/16
- Check if self-employed: ☒
- Firm's name: M. DANIEL MARTIN CPA, EA
- Firm's address: 40 COOPER ST, BABYLON, NY 11702-2902
- Firm's EIN: 11-2924994
- Phone no.: 631-321-2900

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2015)

DAA

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | | OMB No 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | | | **2016** |

For calendar year 2016 or tax year beginning _____, ending _____

| A | S election effective date **01/15/13** | TYPE OR PRINT | Name **ROSSO UPTOWN LTD** | D | Employer identification number **46-1806292** |
|---|---|---|---|---|---|
| B | Business activity code number (see instructions) **445291** | | Number, street, and room or suite no. If a P.O. box, see instructions. **52 MAIN STREET** | E | Date incorporated **01/15/2013** |
| C | Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code **PORT WASHINGTON    NY 11050-2952** | F | Total assets (see instructions) $ **175,542** |

G  Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed
H  Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
I   Enter the number of shareholders who were shareholders during any part of the tax year ▶ **1**

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 589,654 |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 589,654 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 284,033 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 305,621 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 305,621 |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 26,000 |
| | 8 | Salaries and wages (less employment credits) | 8 | 51,900 |
| | 9 | Repairs and maintenance | 9 | 22,451 |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | 64,900 |
| | 12 | Taxes and licenses | 12 | 7,170 |
| | 13 | Interest | 13 | 5,895 |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 13,797 |
| | 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| | 16 | Advertising | 16 | 23,958 |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Other deductions (attach statement)       SEE STMT 1 ▶ | 19 | 90,392 |
| | 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 306,463 |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -842 |
| Tax and Payments | 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| | b | Tax from Schedule D (Form 1120S) | 22b | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| | 23a | 2016 estimated tax payments and 2015 overpayment credited to 2016 | 23a | |
| | b | Tax deposited with Form 7004 | 23b | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| | d | Add lines 23a through 23c | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| | 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 | Enter amount from line 26 Credited to 2017 estimated tax ▶       Refunded ▶ | 27 | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
|---|---|---|---|
| | Signature of officer **MASSIMO GAMMELLA**   Date | Title **CEO** | |

| Paid Preparer Use Only | Print/Type preparer's name **M. DANIEL MARTIN CPA, EA** | Preparer's signature **M. DANIEL MARTIN CPA, EA** | Date **09/13/17** | Check ☒ if self-employed | PTIN **P00047701** |
|---|---|---|---|---|---|
| | Firm's name ▶ **M. DANIEL MARTIN CPA, EA** | | | Firm's EIN ▶ | **11-2924994** |
| | Firm's address ▶ **40 COOPER ST BABYLON, NY    11702-2902** | | | Phone no | **631-321-2900** |

For Paperwork Reduction Act Notice, see separate instructions.                    Form **1120S** (2016)

DAA


| Form **1120S** | **U.S. Income Tax Return for an S Corporation** ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ Go to www.irs.gov/Form1120S for instructions and the latest information. | OMB No. 1545-0123 **2017** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | |

For calendar year 2017 or tax year beginning _____ , ending _____

| A | S election effective date **01/15/13** | TYPE OR PRINT | Name **ROSSO UPTOWN LTD** | D | Employer identification number **46-1806292** |
|---|---|---|---|---|---|
| B | Business activity code number (see instructions) **445291** | | Number, street, and room or suite no. If a P O box, see instructions. **52 MAIN STREET** | E | Date incorporated **01/15/2013** |
| C | Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code **PORT WASHINGTON     NY 11050-2952** | F | Total assets (see instructions) $ **162,452** |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed
H Check if:  (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
I Enter the number of shareholders who were shareholders during any part of the tax year ▶ **1**

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**
| 1a | Gross receipts or sales | 1a | 464,886 | | |
|---|---|---|---|---|---|
| b | Returns and allowances | 1b | | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 464,886 |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 237,464 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 227,422 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | | | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 | | ▶ | 6 | 227,422 |

**Deductions (see instructions for limitations)**
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 26,000 |
|---|---|---|---|
| 8 | Salaries and wages (less employment credits) | 8 | 52,650 |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 69,875 |
| 12 | Taxes and licenses | 12 | 6,933 |
| 13 | Interest | 13 | 1,950 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 13,797 |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | 7,655 |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)      SEE STMT 1          ▶ | 19 | 56,286 |
| 20 | Total deductions. Add lines 7 through 19            ▶ | 20 | 235,146 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -7,724 |

**Tax and Payments**
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | | |
|---|---|---|---|---|---|
| b | Tax from Schedule D (Form 1120S) | 22b | | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| 23a | 2017 estimated tax payments and 2016 overpayment credited to 2017 | 23a | | | |
| b | Tax deposited with Form 7004 | 23b | | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| d | Add lines 23a through 23c | | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| 27 | Enter amount from line 26 Credited to 2018 estimated tax ▶ | | Refunded ▶ | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶ **MASSIMO GAMMELLA**   Date _____   Title **CEO**

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**
| Print/Type preparer's name **M. DANIEL MARTIN CPA, EA** | Preparer's signature **M. DANIEL MARTIN CPA, EA** | Date **09/16/18** | Check ☒ if self-employed | PTIN **P00047701** |
|---|---|---|---|---|
| Firm's name ▶ **M. DANIEL MARTIN CPA** | | | Firm's EIN ▶ **11-2924994** | |
| Firm's address ▶ **40 COOPER ST  BABYLON, NY  11702** | | | Phone no **631-321-2900** | |

For Paperwork Reduction Act Notice, see separate instructions.                                        Form **1120S** (2017)

DAA

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>▶ Go to www.irs.gov/Form1120S for instructions and the latest information. | | **2018** |

For calendar year 2018 or tax year beginning _____, ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>01/15/13 | **TYPE**<br>**OR**<br>**PRINT** | Name<br>ROSSO UPTOWN LTD | **D** | Employer identification number<br>46-1806292 |
| **B** Business activity code number (see instructions)<br>445291 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>24 MANORHAVEN BLVD | **E** | Date incorporated<br>01/15/2013 |
| **C** Check if Sch M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>PORT WASHINGTON NY 11050-1608 | **F** | Total assets (see instructions)<br>$ 0 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed
**H** Check if: (1) [illegible] (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 219,619 |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 219,619 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 139,765 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 79,854 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| | 6 | Total income (loss). Add lines 3 through 5 ▶ | 6 | 79,854 |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions–attach Form 1125-E) | 7 | 13,000 |
| | 8 | Salaries and wages (less employment credits) | 8 | 16,300 |
| | 9 | Repairs and maintenance | 9 | 1,742 |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | 65,000 |
| | 12 | Taxes and licenses | 12 | 2,921 |
| | 13 | Interest (see instructions) | 13 | |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 11,497 |
| | 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| | 16 | Advertising | 16 | 5,967 |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Other deductions (attach statement) SEE STMT 1 | 19 | 31,446 |
| | 20 | Total deductions. Add lines 7 through 19 ▶ | 20 | 147,873 |
| | 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -68,019 |
| Tax and Payments | 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| | b | Tax from Schedule D (Form 1120S) | 22b | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| | 23a | 2018 estimated tax payments and 2017 overpayment credited to 2018 | 23a | |
| | b | Tax deposited with Form 7004 | 23b | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| | d | Refundable credit from Form 8827, line 8c | 23d | |
| | e | Add lines 23a through 23d | 23e | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| | 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| | 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 | Enter amount from line 26: Credited to 2019 estimated tax ▶ Refunded ▶ | 27 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: MASSIMO GAMMELLA    Date:    Title: CEO

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name<br>M. DANIEL MARTIN CPA, EA | Preparer's signature<br>M. DANIEL MARTIN CPA, EA | Date<br>08/11/19 | Check ☒ if self-employed | PTIN<br>P00047701 |
|---|---|---|---|---|---|
| | Firm's name ▶ M. DANIEL MARTIN CPA | | | Firm's EIN ▶ | 11-2924994 |
| | Firm's address ▶ 40 COOPER ST<br>BABYLON, NY 11702 | | | Phone no. | 631-321-2900 |

For Paperwork Reduction Act Notice, see separate instructions.    Form **1120S** (2018)
DAA