United States District Court
Eastern District of New York

| Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez,, | **CERTIFICATE OF SERVICE BY MAIL** |
|---|---|
| Plaintiff(s), | Case No. 20-cv-04026-JMA-SIL |
| -*against*- | |
| Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,, | |
| Defendant(s). | |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 2/23/2024 I served the annexed Civil Conference Minute Order via first class mail courtesy of the United States Postal Service to the following addresses:

Rosso Uptown, Ltd.
141-42 72 Drive
Flushing, NY 11367

Michele Tizzano
44 Sintsink Dr. East Apt E
Port Washington, NY 11050

I certify that the foregoing is true and correct.

Dated: Huntington, New York
February 23, 2024

Shirley Navarro-Losito

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 1/29/24<br>TIME: 12:00 pm |

CASE:  **CV 20-4026(JMA) Hernandez v. Russo Uptown Ltd. et al**

TYPE OF CONFERENCE:  STATUS                    FTR: 11:58-12:09

APPEARANCES:
   For Plaintiff:    Steven Moser

   For Defendant: Michael Tizzano (pro se)
                  Massimo Gammella (pro se)

**THE FOLLOWING RULINGS WERE MADE:**
☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒   Other: Status conference held. Plaintiffs have discharged their newly retained lawyer Kevin Johnson, who although filing a notice of appearance on December 14, 2023, see DE [59], failed to appear that the last conference or at today's conference. The individual defendants retain their rights with respect to Mr. Johnson and are prepared to appear pro se. Plaintiffs do not object. At today's conference the pro se Defendants produced a set of documents for the first time. The conference is therefore adjourned so that Plaintiff's counsel can review the documents and return to court to address next steps. Next Court conference: February 27, 2024 at 11:30am. The parties will be prepared to address bringing discovery to a conclusion at the next conference. Plaintiffs' counsel is directed to serve a copy of this order on Plaintiffs and file proof of service accordingly.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   _____2/27/24 at 11:30 am_____: Status conference


                                        SO ORDERED

                                        /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge