| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>       U.S. MAGISTRATE JUDGE | DATE: 2/27/24<br>TIME: 11:30 am |

CASE: **CV 20-4026(JMA) Hernandez et al v. Rosso Uptown, Ltd. et al**

TYPE OF CONFERENCE:   STATUS                    FTR:

APPEARANCES:
   For Plaintiff:   No appearance

   For Defendant:  Massimo Gammella and Michael Tizzano

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   No appearance from Plaintiff. Plaintiff is reminded that repeated failures to appear may result in a dismissal of this action pursuant to the Fed. R. C. P. Rule 41.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   4/10/24 at 11:30 am           : Status conference

.

                        SO ORDERED

                         /s/Steven I. Locke
                        STEVEN I. LOCKE
                        United States Magistrate Judge