Michele Tizzano
11 Yennicock Ave
Port Washington, NY 11050

New York January 25, 2024

The Honorable Joan M. Azrack
District Judge
United States District Court
Eastern District of New York
100 federal Plaza
Central Islip, New York 117222

RECEIVED
IN CLERK ... ICE
U.S. DISTRICT ... E.D.N.Y.
★ FEB 29 2024 ★
LONG ISLAND OFFICE

Re: Hernandez vs Rosso Uptown
Case 2:20-cv-04026-JMA-SIL

**PRETRIAL**

**Motion to dismiss pre trial**

Dear Judge Azrack,

I hope this letter of mine finds you well. It has been impossible for me to establish any contact with the attorney that is representing Mr. Gammella and that was extending his help to me. I tried to reach him and asked if he could present any letter to the court stating he would withdraw from the case allowing me to proceed pro-se, all my attempts have been unsuccessful.

I am writing to bring to your attention certain key aspects of the ongoing case, specifically the plaintiffs' attorney claims against me as on officer and owner of the corporation in question. I have legal proof that I was never an employee or an officer of "Rosso Uptown LTD"

I have diligently cooperated with the plaintiffs' attorney through the discovery and deposition process, I have provided Mr. Moser extensive documentation, including Schedule k-1 (form 1120s) **Exhibit A,** and form 2553 **Exhibit B,** which unequivocally demonstrate that I hold zero ownership in the corporation being sued, these documents are not only legally valid but also refute the plaintiffs' baseless assertions.

Furthermore, I would like to highlight that upon information shared with me by Mr. Gammella, the corporation's annual sales fall below the $500,000 thresholds, rendering it exempt under the fair Labor standard Act (FLSA). This exemption further underscores the lack of merit in the plaintiffs' claims against me as I don't qualify as an employer.

**According to the U.S. Department of Labor, the act applies to businesses with $ 500,000 in annual dollar volume of business or more. A company with less than half a million dollars in annual business is generally not covered"**

It is essential to note that the evidence presented to me at deposition by the plaintiffs' lawyer in the form of Facebook posts or Newspaper's ads, is largely **hearsay** and lacks the necessary legal foundation. Despite my efforts to provide Mr. Moser with irrefutable proof of my non-involvement in the ownership of the corporation, the plaintiffs' case remains unsupported by credible evidence.

Furthermore, I am attaching supporting documentation (**Exhibit C**) that illustrate the extent of my financial distress. Due to unforeseen circumstances, I am currently facing significant economic hardship that if the court will impose me to fulfill any monetary compensation, my obligations to the State and IRS (and Income Execution **Exhibit D**) it will make it nearly impossible for the plaintiffs to collect.

In light of the aforementioned circumstances, I kindly request the court's dismissal in the **interest of justice** of this case against me. The plaintiffs' failure to present **competent legal evidence** and clear documentation proving my non-ownership should be sufficient grounds for dismissal.

In the eventuality of a trial, this is my list of witnesses and subpoenas I intent to exercise:

Joe De Guida,
Chase Bank

I appreciate your attention to the matter and trust that the court will evaluate the evidence objectively. Thank you for your time and consideration.

Respectfully,

Michael Tizzano



# EXHIBIT A

*FILED*
2024 FEB 29

# EXHIBIT B

| Form **2553** | Filed Pursuant to Rev. Proc. 2013-30 | |
|---|---|---|
| (Rev. December 2012) | **Election by a Small Business Corporation** | |
| Department of the Treasury | (Under section 1362 of the Internal Revenue Code) | OMB No. 1545-0123 |
| Internal Revenue Service | ▶ See Parts II and III on page 3. | |
| | ▶ You can fax this form to the IRS (see separate instructions). | |
| | ▶ Information about Form 2553 and its separate instructions is at www.irs.gov/form2553. | |

Note. This election to be an S corporation can be accepted only if all the tests are met under Who May Elect in the instructions, all shareholders have signed the consent statement, an officer has signed below, and the exact name and address of the corporation (entity) and other required form information have been provided.

### Part I  Election Information

**Type or Print**

| Name (see instructions) | A Employer Identification number |
|---|---|
| ROSSO UPTOWN LTD | 46-1806292 |
| Number, street, and room or suite no. (If a P.O. box, see instructions.) | B Date Incorporated |
| 52 MAIN STREET | 01/15/2013 |
| City or town, state, and ZIP code | C State of Incorporation |
| Port Washington      NY 11050-2952 | NY |

D Check the applicable box(es) if the corporation (entity), after applying for the EIN shown in A above, changed its ☐ name or ☐ address

E Election is to be effective for tax year beginning (month, day, year) (see instructions) .................................... Form 1128 ▶ 01/15/13

Caution. A corporation (entity) making the election for its first tax year in existence will usually enter the beginning date of a short tax year that begins on a date other than January 1.

F Selected tax year:
(1) ☒ Calendar year
(2) ☐ Fiscal year ending (month and day) ▶ _____
(3) ☐ 52-53-week year ending with reference to the month of December
(4) ☐ 52-53-week year ending with reference to the month of ▶ _____

If box (2) or (4) is checked, complete Part II

G If more than 100 shareholders are listed for Item J (see page 2), check this box if treating members of a family as one shareholder results in no more than 100 shareholders (see test 2 under Who May Elect in the instructions) ........ ▶ ☐

H Name and title of officer or legal representative who the IRS may call for more information
MASSIMO GAMMELLA                                      PRESIDENT

I Telephone number of officer or legal representative
516-633-7977

If this S corporation election is being filed late, I declare that I had reasonable cause for not filing Form 2553 timely, and if this late election is made by an entity eligible to elect to be treated as a corporation, I declare that I also had reasonable cause for not filing an entity classification election timely and that the representations listed in Part IV are true. See below for my explanation of the reasons the election or elections were not made on time and a description of my diligent actions to correct the mistake upon its discovery (see instructions).

Election was filed for both NYS and the IRS.

For some reason there was an administrative error and the original 2553 was not recorded.

**Sign Here** ▶ [signature] | PRESIDENT AND CEO | 8/3/15
Signature of officer | Title | Date

For Paperwork Reduction Act Notice, see separate instructions.                Form **2553** (Rev. 12-2013)
DAA    MASSIMO GAMMELLA

Form 2553 (Rev. 12-2013)   ROSSO UPTOWN LTD                                    46-1806292              Page 2

**Part I    Election Information (continued)** Note. If you need more rows, use additional copies of page 2.

| J — Name and address of each shareholder or former shareholder required to consent to the election. (see instructions) / K — Shareholders' Consent Statement / Signature / Date | L — Stock owned or percentage of ownership | | M — Social security number or employer identification number (see instructions) | N — Shareholder's tax year ends (month and day) |
|---|---|---|---|---|
| | Number of shares or percentage of ownership | Date(s) acquired | | |
| MASSIMO GAMMELLA<br>664 FLANDERS DR<br>VALLEY STREAM  NY 11581<br>[signature]  8/3/15 | 100.000 | 01/15/13 | ███-██-5941 | 12/31 |

↑

100% OWNER

Form 2553 (Rev. 12-2013)

CAA

# EXHIBIT C

**Department of Taxation and Finance**

# New York State Tax Warrants

## Warrant Search

Enter the search criteria and select **Search**. The search results will only include open New York State tax warrants. For information on satisfied warrants, visit the New York State Department of State website at Tax Warrant Notice System. Select **Clear** to start over.

Select to learn more about a particular field

### Warrant search

The information in this database is current up to January 24, 2024.

| Field | Value |
|---|---|
| Name search: | Contains this word(s) |
| Taxpayer name: | Michele tizzano |
| County in which warrant is filed: | All  or  Select county  or  Select county |
| City specified in warrant address record: | |
| ZIP Code specified in warrant address record: | |
| Warrant ID: | |
| Docket amount ($): | .00 to .00 |
| Docket date: | to |
| Tax type: | All |
| Sort: | Descending on Docket amount |

[ Clear ]  [ Search ]

### Warrant details

Select ▷ to view the current balance due for a docketed warrant.

Showing 1-3 out of 3

| Warrant ID | Taxpayer name | County | Tax type | Docket date | Docket amount ($) |
|---|---|---|---|---|---|
| E036958168W001 | MICHELE TIZZANO INDIVIDUALLY AND AS A RESPONSIBLE PERSON OF ROMANTICO NEXT DOOR, INC. | NASSAU | SALES TAX | 11/03/2014 | 411,965.69 |
| | Current balance ($): | | | | 1,133,206.17 |
| E036958168W002 | MICHELE TIZZANO INDIVIDUALLY AND AS A RESPONSIBLE PERSON OF I TRETRE, LTD. | NASSAU | SALES TAX | 11/03/2014 | 335,218.74 |
| | Current balance ($): | | | | 746,683.94 |
| E036958168W008 | MICHELE TIZZANO | NASSAU | PERSONAL INCOME TAX | 07/27/2017 | 53,828.05 |
| | Current balance ($): | | | | 78,792.60 |

Showing 1-3 out of 3



# EXHIBIT 

**NEW YORK STATE Department of Taxation and Finance**

Civil Enforcement Division
W A Harriman Campus, Albany NY 12227-0841

Date: 10/14/2022
Taxpayer ID: ####7964
IE ID: E-036958168-E018-4
IE Balance Due: $70,449.77
(as of Billing Date)

## Income Execution Billing Notice

Payment Amount Due:
Up to 10% of gross wages and/or commissions for each payroll period.
Instructions are on second page.

TIZZANO-MICHELE
44 SINTSINK DR E APT E
PORT WASHINGTON NY 11050-2054

| For Your Records |  |
|---|---|
| Payment Due | Payment Amount |
|  |  |
|  |  |
|  |  |

Keep this part for your records.

Return this part with your payment.

DTF-982.4 (5/15)
**Income Execution Payment Document**

Taxpayer ID: ####7964
• Income Execution ID: E-036958168-E018-4

TIZZANO-MICHELE
FIRST SERVICE

Enter amount enclosed ➡ $ _____
For the payroll period _____ to _____

Make your check or money order payable to the **Commissioner of Taxation and Finance**. Include the IE ID number on your payment.

Enter change of address below:
For:  ☐ Employee   ☐ Employer

For office use only
- Form track number
- Amount received
- Payment effect/rec'd dates

Mail to the address below
⬇
NYS ASSESSMENT RECEIVABLES
PO BOX 4127
BINGHAMTON NY 13902-4127

DTF-982.4 (5/15)    1DA0 - 2742200    P0013330 - 01

E036958168E0184    00000000000

**Income Execution Payment Document**

Taxpayer ID: ####7964
• Income Execution ID: E-036958168-E018-4

TIZZANO-MICHELE
FIRST SERVICE

Enter amount enclosed ➡ $ _____
For the payroll period _____ to _____

Make your check or money order payable to the **Commissioner of Taxation and Finance**. Include the IE ID number on your payment.

Return this part with your payment.

Enter change of address below:
For:  ☐ Employee   ☐ Employer

For office use only
- Form track number
- Amount received
- Payment effect/rec'd dates

Mail to the address below
⬇
NYS ASSESSMENT RECEIVABLES
PO BOX 4127
BINGHAMTON NY 13902-4127

DTF-982.4 (5/15)    1DA0 - 2742200    P0013330 - 01

E036958168E0184    00000000000