| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE: 4/10/2024<br>TIME: 11:30 am |

CASE:   CV 20-4026(NCM) Hernandez et al v. Rosso Uptown, Ltd. et al

TYPE OF CONFERENCE:   STATUS                FTR: 11:28-11:39

APPEARANCES:
    For Plaintiff:   Steven Moser

    For Defendant: Michael Tizzano (pro se)
                   Massimo Gammella (pro se)

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  Status conference held.  DISCOVERY IS CLOSED.  Plaintiff's counsel will provide a draft pretrial order to Defendants via email no later than April 18, 2024. Defendants will add their portion of the draft pretrial order to that document and provide it to Plaintiff's counsel no later than May 2, 2024, also via email.  Plaintiffs' counsel will file the completed proposed pretrial order on May 26, 2024.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    5/30/24 at 11:30 am    : Pretrial conference. A joint proposed pretrial order must be electronically filed 3 days prior to this conference.


                                SO ORDERED

                                /s/Steven I. Locke
                                STEVEN I. LOCKE
                                United States Magistrate Judge