United States District Court
Eastern District of New York

| Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez,, |
|---|
| Plaintiff(s), |
| -against- |
| Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,, |
| Defendant(s). |

**CERTIFICATE OF SERVICE BY E-MAIL**

Case No. 20-cv-04026-JMA-SIL

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 4/10/2024 I served the last court Order, Docket #71, on pro se Defendants via email to the following addresses:

Massimo Gammella, email: mm@rossouptown.com

Michele Tizzano, email: michaelcapri@optonline.net

I certify that the foregoing is true and correct.

Dated: Huntington, New York
April 10, 2024

Shirley Navarro-Losito