

# EXHIBIT A

2:20-cv-04026-JMA-SIL

mystat mashomes.com

**From:** Norse <support@flynorse.com>
**Sent:** Thursday, February 8, 2024 12:26 PM
**To:** mystat mashomes.com
**Subject:** Your booking confirmation DCGR7E



# Confirmation

Thank you for choosing to fly Norse! We can't wait to welcome you onboard

## Confirmation number

# DCGR7E

### New York - JFK (JFK) to Rome, Fiumicino - FCO (FCO)

Manage reservation

## Departing flight

**Mon, 29 Apr**   00:30 JFK   →   14:40 FCO   8 hours 10 minutes

Economy Cabin, Economy Light
Flight N0402

Operated by Norse Atlantic Airways AS

## Passenger Details

1

mystat mashomes.com

| | |
|---|---|
| From: | Norse <support@flynorse.com> |
| Sent: | Thursday, February 8, 2024 12:26 PM |
| To: | mystat mashomes.com |
| Subject: | Your booking confirmation S7KPMJ |



## Confirmation

Thank you for choosing to fly Norse! We can't wait to welcome you onboard

## Confirmation number



Rome, Fiumicino - FCO (FCO) to New York - JFK (JFK)



### Departing flight

**Mon, 13 May**   18:55 FCO   ✈   22:30 JFK   9 hours 35 minutes

Economy Cabin, Economy Light
Flight N0401

Operated by Norse Atlantic Airways AS

## Passenger Details

1



**MASSIMO GAMMELLA**

| | |
|---|---|
| **Flight** | JFK - FCO |
| **Seat** | |
| **Bags** | |

## Purchase summary

| | |
|---|---|
| Fares | $296.00 |
| Taxes | $52.30 |
| Additional | $0.00 |

<u>View receipt</u>

| | |
|---|---|
| **Total** | **$348.30** |

## Payment summary

| | |
|---|---|
| Method of payment | VISA ending 8703 |
| Date of purchase | 08 Feb 2024 |
| Amount | $348.30 |

**Baggage allowances**

In order to keep our fares low, we only charge you for a bag if you need one.

Economy light fares include an underseat bag only. Please check the baggage allowance associated with your fare here:

<u>Economy Cabin</u>
It's cheaper to add baggage online and most expensive at the airport. <u>Add baggage now</u>

2