FILED
2024 APR 26 PM 2:...

# EXHIBIT "B"

2:20-CV-04026-JMA-SIL

# order draft

April 25, 2024  1:15 PM



Steven Moser    to 2 recipients                    Details

 2024-04-18 J...er draft.docx        Save
27 KB (100%)

Gentlemen

Please see attached which <u>was prepared on April 18 but not emailed to you.</u>

Best,

Steve Moser