*HERNANDEZ ET AL v. ROSSO UPTOWN LTD 2:20 CV 04026 JMA-SIL*

## RE: Michael Tizzano

June 13, 2024  4:18 PM

Shirley Navarr... and 1 recipient    Details

Show images

I need you guys to produce those for me, you are putting in the trial order as exhibits, elements and citations, so you should have them handy, I have no means on how to research.
Thanks.

**EXHIBIT A**

-------- Original message --------
From: Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>
Date: 6/13/24 1:10 PM (GMT-05:00)
To: michaelcapri <michaelcapri@optonline.net>, Steven Moser <steven.moser@moserlawfirm.com>
Subject: RE: Michael Tizzano

## Re: Michael Tizzano

June 13, 2024  9:56 PM

Steven Moser   and 1 recipient   **Details**

Show images

It's not my job to research what you include as exhibits, citations, elements. You must disclose what you intend to present at trial, regardless if I have showed the ability to perform a research. I wait till Tuesday, then I will let the judge know about this.
Thanks.

-------- Original message --------
From: Steven Moser <steven.moser@moserlawfirm.com>
Date: 6/13/24 5:02 PM (GMT-05:00)
To: michaelcapri <michaelcapri@optonline.net>, Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>

## Re: Michael Tizzano

June 13, 2024  10:23 PM

Steven Moser   and 1 recipient   **Details**

Show images

Ok, when you do please email them to me before Tuesday June 18th.
I need to see how the cases/codes/citations etc you refer to relate to the case.
Thanks.

Sent from my T-Mobile 5G Device

-------- Original message --------
From: Steven Moser <steven.moser@moserlawfirm.com>
Date: 6/13/24 10:00 PM (GMT-05:00)
To: michaelcapri

Reply   Reply all   Forward   Delete   More

## Michael Tizzano

June 13, 2024  11:44 AM

Steven Moser     and 1 recipient          Details

I would also need all the Elements and copies of cases Mr. Moser refers to (citations) and the codes/rules he refers to in regards to NYLL and Fsla.
Thanks

Sent from my T-Mobile 5G Device