HERNANDEZ ET AL V. Rub UPTOWN LTD 2:20 CV 04026
JMA-SIL

<shirleylosito@moserlawfirm.com>
Date: 6/13/24 1:10 PM (GMT-05:00)
To: michaelcapri <michaelcapri@optonline.net>, Steven Moser <steven.moser@moserlawfirm.com>
Subject: RE: Michael Tizzano

Mr. Moser is away and is difficult to reach him. I will relay your request, however, I believe you should be able to find that information.

Attached are exhibits 21 and 22.

Best Regards,



**Shirley Navarro-Losito**
Practice Administrator, Moser Law Firm, PC
631.759.9766
133C New York Avenue, Huntington, NY 11743
PO Box 710, Huntington, NY 11743
www.moserlawfirm.com
shirleylosito@moserlawfirm.com

EXHIBIT B

From: michaelcapri

-------- Original message --------
From: Steven Moser <steven.moser@moserlawfirm.com>
Date: 6/13/24 5:02 PM (GMT-05:00)
To: michaelcapri <michaelcapri@optonline.net>, Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>
Subject: Re: Michael Tizzano

There are numerous free online databases including Findlaw.com, google scholar and Justia.com. ==It is not our responsibility to perform any research for you and you have already shown the ability to perform research.==

Steven Moser
MOSER LAW FIRM PC
133C New York Ave
PO Box 710
Huntington NY 11743
516-671-1150

From: michaelcapri <michaelcapri@optonline.net>
Sent: Thursday, June 13, 2024 2:18:06 PM
To: Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>;

Date: 6/13/24 10:00 PM (GMT-05:00)

To: michaelcapri <michaelcapri@optonline.net>, Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>

Subject: Re: Michael Tizzano

This is to confirm that you have the ability to perform your own research but choose not to. I have not printed the cases or statutes. If I had I would have provided them to you.

Best,
Steven

Steven Moser
MOSER LAW FIRM PC
133C New York Ave
PO Box 710
Huntington NY 11743
516-671-1150

From: Steven Moser <steven.moser@moserlawfirm.com>
Sent: Thursday, June 13, 2024 7:57:12 PM

