

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 08, 2024

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Hernandez, et ano v Rosso Uptown Ltd, et al,* Case No. 20-cv-04026-JMA-SIL

Dear Judge Locke:

    Between July 1, 2024 and today I have received no fewer than <u>18 emails</u> from the pro-se defendants containing *inter alia:* individual pretrial orders prepared by each *pro-se* plaintiff, along with legal citations, arguments, proposed exhibits, and specific instructions from the pro-se defendants to file all of these documents on their behalf.  *See* Email history annexed hereto.

    Defendants originally prepared their own pretrial orders containing approximately 50 pages each and asked us to file them separately on their behalf.  We respectfully refused, and have indicated that we will not be filing a barrage of documents with the Court unless the Court instructs us to do so.  The Defendants then provided their modifications to the Joint pretrial order on July 3, 2024.  The joint PTO was filed today.

    We believe that the current version of the joint pre-trial order is unworkable.  We respectfully request that pro-se defendants be directed to speak with the pro-se clerk to finalize a joint pretrial order and/or to file whatever documents they would like to file directly with the Court, and that the current conference scheduled for July 15, 2024 be adjourned for two weeks.

                                 Respectfully Submitted,

                                   *Steven J. Moser*
                                   Steven J. Moser

CC:    Defendants, Via Email