Today

| | | | | |
|---|---|---|---|---|
| mystat mashomes.com | Pre trial including Citations and evidence Massimo Gammella | Mon 7/8/2024 12:36 PM | | 7 MB |

Hi Mr. Moser  Please let me know you received this email as I sent to you with a receipt request few times already and it seems to be some confusion about it this file does contain citations and exhibits in it (and that is how I like to be filed )  I will...

| | | | | |
|---|---|---|---|---|
| michaelcapri | Re: pre trial documents Massimmo Gammella | Mon 7/8/2024 11:57 AM | | 94 KB |

Mr. Moser look in the very first emails.  There is one attachment named Citations and one exhibits, I want those to be included in the PTO, what's so hard to understand?  If you refuse to include them I will bring a copy to the next conference.  Se...

| | | | | |
|---|---|---|---|---|
| michaelcapri | Re: pre trial documents Massimmo Gammella | Mon 7/8/2024 11:23 AM | | 89 KB |

If you look in my very first email 07/01, there are attachments labeled Citations, A1, A2.....plus copies of all my exhibits. Same for Mr. Gammella.  Actually Mr. Gammella missed some in his exhibits that were supposed to go along with his exhibits K or L...

| From | Subject | Received | Size |
|---|---|---|---|
| Steven Moser | RE: Massimo Pre Trial documents | Tue 7/2/2024 8:00 AM | 41 KB |
| | Gentlemen  The reason why I provided you with a word version of the "Joint Pretrial Order" with space for you to enter your respective positions under your name(s) is because the Court directed us to place all of our positions in a single document – the… | | |
| mystat mashomes.com | Fwd: Updated pre trial documents | Mon 7/1/2024 7:22 PM | 119 KB |
| | Good evening  Mr Moser I just Updated this file it's the same as already sent earlier I added  Exhibit y and z the two Depositions for  Mr Hernandez  And Mr Lievano  Thank you   <end> | | |
| Massimo | Massimo Gammella Lievano Deposition | Mon 7/1/2024 7:11 PM | 629 KB |
| | Hi please find Atached Lievano Deposition  Exhibit "z" <end> | | |
| Massimo | Massimo Gammella Hernandez deposition | Mon 7/1/2024 7:04 PM | 714 KB |
| | Just in case we missed it  <end> | | |
| michaelcapri | Hernandez deposition Exhibit Q | Mon 7/1/2024 6:56 PM | 730 KB |
| | Please add as exhibit Q to my PTO  Thanks  Michael Tizzano <end> | | |
| michaelcapri | Lievano Deposition exhibit P | Mon 7/1/2024 6:53 PM | 643 KB |
| | Please add as exhibit P to my PTO  Sent from my T-Mobile 5G Device  <end> | | |
| michaelcapri | RE: 2024-05-29 Joint Pre Trial Order (SJM) | Mon 7/1/2024 5:55 PM | 57 KB |
| | I would like also add to the exhibits the full depositions of the Plaintiffs.  "For impeachment only"  I am sure you have them. In case I can email them to you.  Let me know.  Thank you.  Michael Tizzano | | |
| michaelcapri | RE: 2024-05-29 Joint Pre Trial Order (SJM) | Mon 7/1/2024 5:22 PM | 80 KB |
| | Hello Mr. Moser,  The PTO I just sent you includes my Statement of fact, exhibits, objections, request for a trial by jury, citations, list of witnesses etc…which is way too much to type next to what you sent us. I hope I was as specific as I could be i… | | |
| Steven Moser | 2024-05-29 Joint Pre Trial Order (SJM) | Mon 7/1/2024 4:31 PM | 69 KB |
| | Gentlemen  Annexed find the proposed joint pretrial order originally furnished to you on May 29, to which you were supposed to make changes.  Kindly type your changes into the existing PTO so that it can be filed.  Steve  <end> | | |
| Pepe Rosso 24 | rossouptown tax returns | Mon 7/1/2024 3:09 PM | 479 KB |
| | Hi please find attached as requested Rossouptown tax returns from 2014 until store closed 2018  Thank you  Massimo Gammella <end> | | |
| michaelcapri | Pre trial final Michael Tizzano | Mon 7/1/2024 2:59 PM | 4 MB |
| | Hello,  Hope this email finds you well.  Please accept this as final joint order.  Mr. Gammella will send you separately complete tax returns for Rosso Uptown, 2015/16/17/18, you can add those to my joint order as Exhibits "o".  Any questions, feel free  <end> | | |