PLANTIFF'S LICVANO DEPOSITION

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
--------------------------------------X
SANTOS HERNANDEZ, EMANUEL DE JESUS LIEVANO
and MIGUEL ANTONIO VASQUEZ,

        Plaintiffs,

        -against-

ROSSO UPTOWN LTD., MICHAEL TIZZANO and
MASSIMO GAMMELLA,

        Defendants.
--------------------------------------X

        Via Zoom
        WEDNESDAY, AUGUST 10, 2022
        10:23 a.m.

        VIDEOCONFERENCE DEPOSITION of EMANUEL DE JESUS

LIEVANO, the Plaintiff herein, taken by the Defendant,

held before Colleen Bjornholm, a Court Reporter and

Notary Public of the State of New York.

* * *

MAGNA LEGAL SERVICES
(866) 624 6221
www.MagnaLS.com



Page 2

```
 1   APPEARANCES:
     (Via Zoom)
 2
     MOSER LAW FIRM, P.C.
 3   Attorney for Plaintiff
     5 E. Main Street
 4   Huntington, NY 11743
     (516) 671-1150
 5
     BY: STEVEN MOSER, ESQ.
 6

 7

 8   MASSIMO GAMMELLA, Pro Se

 9

10
     ALSO PRESENT:
11   MILADY MONTENEGRO, Spanish Interpreter

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



MAGNA
LEGAL SERVICES

Page 3

1                          E. LIEVANO

2          MILADY MONTENEGRO, Interpreter, was duly sworn

3    to translate from English to Spanish and Spanish to

4    English.

5          THE INTERPRETER:  I do.

6          EMANUEL DE JESUS LIEVANO, after having first

7    been duly sworn by a Notary Public of the State of New

8    York through the Interpreter, was examined and testified

9    as follows:

10          THE WITNESS:  Yes.

11                          - - -

12                        EXAMINATION

13                          - - -

14   BY MR. GAMMELLA:

15      Q.   I'm just going to ask some questions, and I

16   guess just going to translate for him, and I'm going to

17   take it from there.  My name is Massimo Gammella, and

18   I'll be representing myself.  That's for the court for

19   sake.  Okay.

20          The first question is what is your full name?

21      A.   Emanuel de Jesus.

22          THE INTERPRETER:  I think you're going to need

23   the spelling.  Lievano Rivera.

24      Q.   Do you go by any other names?

25      A.   No.



```
                                                      Page 4
 1                          E. LIEVANO
 2       Q.   What is your legal status?
 3            MR. MOSER:  Objection.  Don't answer that
 4   question.
 5   BY MR. GAMMELLA:
 6       Q.   Do you have (inaudible) residency while
 7   employed by Rosso Uptown?
 8            MR. MOSER:  Objection.  Don't answer that
 9   question.
10   BY MR. GAMMELLA:
11       Q.   What is the meaning of minimum wage?
12       A.   Minimum wage means that you have to be paid
13   the minimum wage by the government.
14       Q.   Tell me what's the current minimum wage now?
15       A.   Fifteen dollars an hour.
16       Q.   The same when you worked at Rosso Uptown?
17       A.   No.
18       Q.   Can you tell me what working overtime means?
19       A.   That you would be paid a little bit more than
20   the minimum per hour.
21       Q.   What is the rate of overtime now?  Do you
22   know?
23       A.   I'm not too aware of it.
24       Q.   A tax return?
25            MR. MOSER:  Objection.  Don't answer that
```



Page 5

1                          E. LIEVANO

2    question.

3    BY MR. GAMMELLA:

4         Q.    How did you know that Rosso Uptown was looking

5    to hire?

6         A.    I found out from some acquaintances in the

7    area near the restaurant.

8         Q.    How did you get hired by Rosso Uptown?

9         A.    It was through Michael.

10        Q.    Who hired you?  It was Michael I guess?

11        A.    Michael, and I spoke with him as well when I

12   was hired.

13        Q.    While you were employed at Rosso Uptown, did

14   you work anywhere else?

15        A.    No, only there.

16        Q.    You never held another job while you worked at

17   Rosso Uptown?

18        A.    No.

19        Q.    When did Rosso Uptown open for the first time?

20              Do you remember?

21        A.    No.

22        Q.    Can you describe the job of what did you do at

23   Rosso Uptown?

24        A.    Salads and I used to cook.

25        Q.    What was your weekly salary while working at



.

Page 6

1                           E. LIEVANO

2   Rosso Uptown?

3        A.    In 2016, it was 460.

4        Q.    How did you come up with that number?

5        A.    I still remember it.

6        Q.    How were you getting paid?

7        A.    Cash.

8        Q.    How long had you been employed at Rosso

9   Uptown?  How long have you been a Rosso Uptown employee?

10       A.    Since August of 2016 through August 2018.

11       Q.    So you were getting paid 460 weekly for 52

12  weeks?

13       A.    No, because later on it was increased around

14  2018, the beginning of 2018, to 530.

15            MR. GAMMELLA:  So we can ask the questions.

16  We cannot request tax return or anything like that, Mr.

17  Moser, correct?

18            MR. MOSER:  If we have to.

19            MR. GAMMELLA:  To see further.

20            MR. MOSER:  I can't give you legal advice.

21            MR. GAMMELLA:  Can I ask you a question?

22            MR. MOSER:  My opinion as an attorney is that

23  it's not relevant.

24            MR. GAMMELLA:  It's not relevant.  Okay.  But

25  can we request tax returns from your client?



```
                                                    Page 7
 1                        E. LIEVANO
 2              MR. MOSER:  You can request.  I would probably
 3   object to that, but you'd be more than happy to, you
 4   know.
 5              MR. GAMMELLA:  That was one of the questions.
 6   That's okay.  I'll move on.
 7   BY MR. GAMMELLA:
 8      Q.   Do you remember who worked there?
 9              THE INTERPRETER:  I'm sorry.  Can you repeat?
10   BY MR. GAMMELLA:
11      Q.   Do you remember who worked there?
12      A.   Yes.
13      Q.   At the time you said you were employed by
14   Rosso Uptown, where did you live?
15      A.   I lived in Huntington and later on in 2017 I
16   moved to Mineola.
17      Q.   At the time you say you were employed by Rosso
18   Uptown how did you get to work?
19      A.   By bus.
20      Q.   Were you always on time?
21      A.   Sometimes I will be over 10 minutes.
22      Q.   What time more or less you arrived at Rosso
23   Uptown?
24      A.   10:30 always.
25      Q.   Did you have a key to open the front door?
```



```
                                                        Page 8

 1                         E. LIEVANO

 2        A.    No.

 3        Q.    Who usually would open the door in the

 4   morning?

 5        A.    The pizza maker would open it.

 6        Q.    Was a man called Renato there?

 7        A.    Renato, yes.

 8        Q.    Do you know the hours, or do you remember the

 9   hours of operation at Rosso Uptown?

10        A.    Yes.

11        Q.    Which one you thin it was?  Or who was?

12        A.    Sixty-five hours per week.

13        Q.    What was the operation hours for Rosso Uptown

14   from 10 to whatever.  That's not the question of how

15   many hours he worked, that he thinks he worked.

16        A.    Okay, from 10:30 in the morning until 10 at

17   night.  Okay, Monday through Thursday I was working from

18   10:30 in the morning until 10 at night.  Friday and

19   Saturday I used to work from 10:30 to 11 p.m.

20        Q.    That was always the same?

21        A.    Yes, and Sunday from 11 to 10 p.m.  I was off

22   on Tuesday.

23        Q.    Until approximately you worked at Rosso

24   Uptown, when was the last day there?

25        A.    No, I can't remember that.
```



Page 9

1                          E. LIEVANO

2       Q.   At least the year?  The year that you worked

3    there?

4       A.   Yes, 2018.

5       Q.   Were the same people working there from when

6    you started until you left?

7       A.   Yes.

8       Q.   You always worked at Rosso Uptown?

9            THE INTERPRETER:  Did you always work at Rosso

10   Uptown is the question?

11           MR. GAMMELLA:  Yes, did he always work there.

12           THE WITNESS:  Yes, always, since I started in

13   2016 through 2018.

14   BY MR. GAMMELLA:

15      Q.   Is this -- I don't know if this is a very good

16   question, is this the only lawsuit on labor lawsuit that

17   you have, or you are involved with?

18      A.   This is the only one.

19      Q.   Okay, now let me do these questions.  You're

20   saying that you worked approximately two years at Rosso

21   Uptown?

22      A.   Yes.

23      Q.   So when you worked those two years at Rosso

24   Uptown, and you're now declaring in this lawsuit that we

25   owe you lost wages and whatnot.



Page 10

1                          E. LIEVANO

2          Why not saying to us, to me, the first week,

3   few weeks, a month, two months?  Why waiting, you know,

4   years after the place was closed for this to come up?

5          MR. MOSER:  Are you asking him why he didn't

6   sue you when he was working there?

7   BY MR. GAMMELLA:

8      Q.   No.  I'm asking why wouldn't he tell us if his

9   wages weren't correct or we didn't pay him enough or --

10  I couldn't -- I didn't think at the time he knew he was

11  going to sue us.  It's four years ago.

12          That's what I'm saying.  I'm saying at the

13  time if he thought it was not correct what we were

14  paying, why wouldn't he tell us?

15     A.   Well, I don't know.  Well, he told me that I'm

16  going to pay it to you in cash, and I didn't have a lot

17  of knowledge.

18     Q.   How did you end up meeting or retaining Mr.

19  Moser as representing your case in this case?

20     A.   It was Antonio.  When Antonio was fired,

21  Antonio went to him, and they were given my information

22  and they contacted me.

23     Q.   Do you remember the first time when you went

24  to see him, Mr. Moser?

25     A.   This is the first time.



```
                                                          Page 11
 1                          E. LIEVANO

 2       Q.   So this is the first time.  The question was

 3   what was (inaudible) with you.  I guess this is the

 4   first time so there's no sense.  Well, now I know but do

 5   you know if Mr. Moser speaks Spanish.  I know my answer,

 6   but go ahead.

 7       A.   I know because I spoke to him now, but I

 8   didn't know, I had not spoken to him.

 9       Q.   There's two other individual's names on the

10   complaint.

11            Do you know them?

12            THE INTERPRETER:  I'm sorry.  Go ahead.

13   BY MR. GAMMELLA:

14       Q.   I'm saying there was two more individuals on

15   the lawsuit.

16            Do you know them?

17       A.   I do know Antonio.  He used to work as a

18   dishwasher.  Miguel, who used to work in the kitchen.

19       Q.   You named them.  Okay, so it was Antonio and

20   Miguel.  Okay.  Miguel according to him when he signed

21   some papers, he decided to drop the case.  Do you know

22   who is that person that dropped the case, this Miguel?

23            Do you know him personally?

24       A.   Yes.

25       Q.   Do you remember going to Pepe Rosso where I
```



Page 12

1                           E. LIEVANO

2    work a few months ago?

3         A.   What was the reason of the visit there?

4         Q.   I went with a girlfriend because we wanted to

5    have wings, so we went by, but at the time I didn't know

6    what was going on.  It was later on when they reached

7    out to me with some papers and Antonio told me that

8    there was a lawsuit and that you're part of it.

9         Q.   Is that true that you swear to me that you had

10   no idea of the lawsuit, and you were not suing us at all

11   when I asked you because you were there at my workplace

12   and I told you it was not appropriate for you to be

13   there as you're suing me.  And you told me that you had

14   no idea.  That's when I showed you, we showed the piece

15   of paper showing you that you were actually suing us,

16   and you told me you had no idea.

17        A.   Yes because Antonio who gave my information

18   and said, okay, so they called me.  But they also didn't

19   pay overtime and the law now -- well, if this continues,

20   the lawsuit is already in progress.

21             MR. GAMMELLA:  I don't know if this is

22   possible, but I would like to submit a recording done in

23   my workplace from the camera we have there.  There is a

24   recording.  So I don't know how to go about this if I

25   have to submit this or you are able to submit this



Page 13

1                          E. LIEVANO
2    somehow.  It's an evidence, a recording about what we
3    were talking about, where we showed them, and they swear
4    they had no idea and that was the first time he ever
5    heard it and whatever he said.  That is correct.
6    Process approve.  Is she there?
7             THE INTERPRETER:  Miss Court Reporter?
8             THE COURT REPORTER:  Yes, I'm here.
9             MR. GAMMELLA:  It is possible, is that up to
10   you for me to submit this piece of evidence as exhibit
11   of.the recording of what we were talking about, that we
12   were -- this is a camera recording.  We have security
13   there, and this was recorded at the time.  We had no
14   idea that he was going to be there obviously, as he
15   said, and he spoke the truth.  So I just want to make
16   sure that the judge or somebody gets this, that we are
17   saying the truth.
18                          -   -   -
19             (Whereupon, Defendant's Exhibit A was marked
20   for identification.)
21                          -   -   -
22             THE COURT REPORTER:  Okay.  You can email me
23   the audio if that's possible.
24             MR. GAMMELLA:  Yes.
25             MR. MOSER:  I have not been provided with a



copy of this recording, and I would request that I be provided a copy of this recording like immediately.

MR. GAMMELLA: Okay. I will send it. I will email it to both. However, actually I made a smaller version on email that will fit because it's a long recording.

MR. MOSER: Again, I would -- do you have a copy of that?

MR. GAMMELLA: The email is the same type as this, same length. It's another recording. It's the same length as -- this is on the thumb drive. If you want it, you can, actually you can -- you can transfer that on your computer. This way there's no misunderstanding. Here. It's a thumb drive. You can do it after if you want (inaudible) and email it to Santos. It's the exact same thing. It's just, you know, compressed. It's right here so we can make a copy and I will email. I have your email somehow or --

THE INTERPRETER: In there.

MR. GAMMELLA: It's in there, yeah I can't but you have it. Okay. All right, very well. That's all. That's pretty much it other than that.

MR. MOSER: Thank you.

THE COURT REPORTER: I'm sorry. Mr. Gammella?

Page 15

1                         E. LIEVANO

2           MR. GAMMELLA:  Yes.

3           THE COURT REPORTER:  Do you want a copy of the

4    transcript?

5           MR. GAMMELLA:  Yes if you could email it to

6    me.

7           THE COURT REPORTER:  Okay.  If you could put

8    your email in the chat, that would be great.

9           MR. GAMMELLA:  You can email me anything, and

10   then I will respond to you, okay?

11                         -   -   -

12           (Whereupon, the Witness was excused.)

13                         -   -   -

14           (Time noted:  10:50 a.m.)

15                         -   -   -

16

17

18

19

20

21

22

23

24

25



Page 16

1

2

3 _____
EMANUEL DE JESUS LIEVANO

4 Signed and subscribed to

5 before me, this _____ day
of _____ 2022.

6

7 _____
Notary Public

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
                                          Page 17

1               I N D E X   O F   W I T N E S S

2    EXAMINATION BY                              PAGE

3        MR. GAMMELLA........................... 03

4

5               I N D E X   O F   E X H I B I T S

6    NO.            DESCRIPTION                  PAGE

7    DEFENDANT A     Recording (retained).......... 13

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 18

1

2                    C E R T I F I C A T E

3

4
            I, COLLEEN BJORNHOM, a Notary Public within
5
     And for the State of New York, do hereby certify:
6
            THAT EMANUEL DE JESUS LIEVANO, the witness
7
     whose deposition is hereinbefore set forth, was duly
8
     sworn by me and that such deposition is a true record of
9
     the testimony given by such witness.
10
            I further certify that I am not related to any
11
     of the parties to this action by blood or marriages; and
12
     that I am in no way interested in the outcome of this
13
     matter.
14
            IN WITNESS WHEREOF, I have hereunto set my
15
     hand this 10th day of August 2022.
16

17                  *COLLEEN BJORNHOLM*
18                  COLLEEN BJORNHOLM

19

20

21

22

23

24

25



Page 19

```
 1                         LAWYER'S NOTES
 2     PAGE   LINE
 3     ____   ____   _____
 4     ____   ____   _____
 5     ____   ____   _____
 6     ____   ____   _____
 7     ____   ____   _____
 8     ____   ____   _____
 9     ____   ____   _____
10     ____   ____   _____
11     ____   ____   _____
12     ____   ____   _____
13     ____   ____   _____
14     ____   ____   _____
15     ____   ____   _____
16     ____   ____   _____
17     ____   ____   _____
18     ____   ____   _____
19     ____   ____   _____
20     ____   ____   _____
21     ____   ____   _____
22     ____   ____   _____
23     ____   ____   _____
24     ____   ____   _____
25     ____   ____   _____
```





**A**

a.m 1:10 15:14
able 12:25
acquaintances 5:6
action 18:11
advice 6:20
against- 1:5
ago 10:11 12:2
ahead 11:6,12
answer 4:3,8,25 11:5
Antonio 1:3 10:20,20,21
  11:17,19 12:7,17
APPEARANCES 2:1
appropriate 12:12
approve 13:6
approximately 8:23 9:20
area 5:7
arrived 7:22
asked 12:11
asking 10:5,8
attorney 2:3 6:22
audio 13:23
August 1:10 6:10,10 18:15
aware

4:23

**B**

B 17:5
beginning 6:14
bit 4:19
Bjornholm 1:16 18:18
BJORNHOM 18:4
blood 18:11
bus 7:19

**C**

C 18:2,2
called 8:6 12:18
camera 12:23 13:12
case 10:19,19 11:21,22
cash 6:7 10:16
certify 18:5,10
chat 15:8
client 6:25
closed 10:4
Colleen 1:16 18:4,18
come 6:4 10:4
complaint 11:10
compressed 14:18
computer

14:14
contacted 10:22
continues 12:19
cook 5:24
copy 14:2,3,9,18 15:3
correct 6:17 10:9,13 13:5
court 1:1,16 3:18 13:7,8,22
current 14:25 15:3,7

**D**

D 17:1,5
day 8:24 16:5 18:15
de 1:3,14 3:6,21 16:3
decided 18:6
declaring 11:21
9:24
Defendant 1:15 17:7
Defendant's 13:19
Defendants 1:8
deposition 1:14 18:7,8
describe 5:22
DESCRIPTION 17:6
dishwasher 11:18
DISTRICT 1:1,2
dollars

4:15
door 7:25 8:3
drive 14:12,15
drop 11:21
dropped 11:22
duly 3:2,7 18:7

**E**

E 2:3 3:1 4:1 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 17:1,1,5,5 18:2
18:2
EASTERN 1:2
email 13:22 14:5,6,10,16
14:19,19 15:5,8,9
Emanuel 1:3,14 3:6,21 16:3
18:6
employed 4:7 5:13 6:8 7:13,17
employee 6:9
English 3:3,4
ESQ 2:5
evidence 13:2,10
exact 14:17
EXAMINATION 3:12 17:2
examined 3:8
excused 15:12
exhibit

MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 13:10,19 | give<br>6:20<br>given<br>10:21 18:9<br>go<br>3:24 11:6,12 12:24<br>going<br>3:15,16,16,22 10:11<br> 10:16 11:25 12:6<br> 13:14<br>good<br>9:15<br>government<br>4:13<br>great<br>15:8<br>guess<br>3:16 5:10 11:3 | **I** | 12:5,21,24 14:18<br>knowledge<br>10:17 |
| **F** | | idea<br>12:10,14,16 13:4,14<br>identification<br>13:20<br>immediately<br>14:3<br>inaudible<br>4:6 11:3 14:16<br>increased<br>6:13<br>individual's<br>11:9<br>individuals<br>11:14<br>information<br>10:21 12:17<br>interested<br>18:12<br>Interpreter<br>2:11 3:2,5,8,22 7:9<br> 9:9 11:12 13:7<br> 14:20<br>involved<br>9:17 | **L** |
| F<br>17:1,5 18:2<br>Fifteen<br>4:15<br>fired<br>10:20<br>FIRM<br>2:2<br>first<br>3:6,20 5:19 10:2,23<br> 10:25 11:2,4 13:4<br>fit<br>14:6<br>follows<br>3:9<br>forth<br>18:7<br>found<br>5:6<br>four<br>10:11<br>Friday<br>8:18<br>front<br>7:25<br>full<br>3:20<br>further<br>6:19 18:10 | | | labor<br>9:16<br>law<br>2:2 12:19<br>lawsuit<br>9:16,16,24 11:15<br> 12:8,10,20<br>LAWYER'S<br>19:1<br>left<br>9:6<br>legal<br>1:24 4:2 6:20<br>length<br>14:11,12<br>Lievano<br>1:3,15 3:1,6,23 4:1<br> 5:1 6:1 7:1 8:1 9:1<br> 10:1 11:1 12:1 13:1<br> 14:1 15:1 16:3 18:6<br>LINE<br>19:2<br>little<br>4:19<br>live<br>7:14<br>lived<br>7:15<br>long<br>6:8,9 14:6<br>looking<br>5:4<br>lost<br>9:25<br>lot<br>10:16 |
| | **H** | | |
| | H<br>17:5<br>hand<br>18:15<br>happy<br>7:3<br>heard<br>13:5<br>held<br>1:16 5:16<br>hereinbefore<br>18:7<br>hereunto<br>18:14<br>HERNANDEZ<br>1:3<br>hire<br>5:5<br>hired<br>5:8,10,12<br>hour<br>4:15,20<br>hours<br>8:8,9,12,13,15<br>Huntington<br>2:4 7:15 | **J** | |
| **G** | | Jesus<br>1:3,14 3:6,21 16:3<br> 18:6<br>job<br>5:16,22<br>judge<br>13:16 | |
| Gammella<br>1:7 2:8 3:14,17 4:5<br> 4:10 5:3 6:15,19,21<br> 6:24 7:5,7,10 9:11<br> 9:14 10:7 11:13<br> 12:21 13:9,24 14:4<br> 14:10,21,25 15:2,5<br> 15:9 17:3<br>getting<br>6:6,11<br>girlfriend<br>12:4 | | **K** | **M** |
| | | key<br>7:25<br>kitchen<br>11:18<br>knew<br>10:10<br>know<br>4:22 5:4 7:4 8:8 9:15<br> 10:3,15 11:4,5,5,7,8<br> 11:11,16,17,21,23 | MAGNA<br>1:24<br>Main |



2:3
maker
8:5
man
8:6
marked
13:19
marriages
18:11
Massimo
1:7 2:8 3:17
matter
18:13
meaning
4:11
means
4:12,18
meeting
10:18
Michael
1:6 5:9,10,11
Miguel
1:3 11:18,20,20,22
MILADY
2:11 3:2
Mineola
7:16
minimum
4:11,12,13,14,20
minutes
7:21
misunderstanding
14:15
Monday
8:17
MONTENEGRO
2:11 3:2
month
10:3
months
10:3 12:2
morning
8:4,16,18
Moser
2:2,5 4:3,8,25 6:17
   6:18,20,22 7:2 10:5

10:19,24 11:5 13:25
14:8,24
move
7:6
moved
7:16

## N

N
17:1,1,5
name
3:17,20
named
11:19
names
3:24 11:9
near
5:7
need
3:22
never
5:16
New
1:2,17 3:7 18:5
night
8:17,18
Notary
1:17 3:7 16:7 18:4
noted
15:14
NOTES
19:1
number
6:4
NY
2:4

## O

O
17:1,5
object
7:3
Objection
4:3,8,25
obviously
13:14

okay
3:19 6:24 7:6 8:16,17
   9:19 11:19,20 12:18
   13:22 14:4,22 15:7
   15:10
open
5:19 7:25 8:3,5
operation
8:9,13
opinion
6:22
outcome
18:12
overtime
4:18,21 12:19
owe
9:25

## P

P.C
2:2
p.m
8:19,21
PAGE
17:2,6 19:2
paid
4:12,19 6:6,11
paper
12:15
papers
11:21 12:7
part
12:8
parties
18:11
pay
10:9,16 12:19
paying
10:14
people
9:5
Pepe
11:25
person
11:22
personally

11:23
piece
12:14 13:10
pizza
8:5
place
10:4
Plaintiff
1:15 2:3
Plaintiffs
1:4
possible
12:22 13:9,23
PRESENT
2:10
pretty
14:23
Pro
2:8
probably
7:2
Process
13:6
progress
12:20
provided
13:25 14:3
Public
1:17 3:7 16:7 18:4
put
15:7

## Q

question
3:20 4:4,9 5:2 6:21
   8:14 9:10,16 11:2
questions
3:15 6:15 7:5 9:19

## R

R
18:2
rate
4:21
reached
12:6



| | | | |
|---|---|---|---|
| **reason**<br>12:3<br>**record**<br>18:8<br>**recorded**<br>13:13<br>**recording**<br>12:22,24 13:2,11,12<br> 14:2,3,7,11 17:7<br>**related**<br>18:10<br>**relevant**<br>6:23,24<br>**remember**<br>5:20 6:5 7:8,11 8:8<br> 8:25 10:23 11:25<br>**Renato**<br>8:6,7<br>**repeat**<br>7:9<br>**Reporter**<br>1:16 13:7,8,22 14:25<br> 15:3,7<br>**representing**<br>3:18 10:19<br>**request**<br>6:16,25 7:2 14:2<br>**residency**<br>4:6<br>**respond**<br>15:10<br>**restaurant**<br>5:7<br>**retained**<br>17:7<br>**retaining**<br>10:18<br>**return**<br>4:24 6:16<br>**returns**<br>6:25<br>**right**<br>14:18,22<br>**Rivera**<br>3:23<br>**Rosso** | 1:6 4:7,16 5:4,8,13<br> 5:17,19,23 6:2,8,9<br> 7:14,17,22 8:9,13<br> 8:23 9:8,9,20,23<br> 11:25<br><br>——————————————<br>**S**<br>**S**<br>17:1,1,5<br>**sake**<br>3:19<br>**Salads**<br>5:24<br>**salary**<br>5:25<br>**Santos**<br>1:3 14:17<br>**Saturday**<br>8:19<br>**saying**<br>9:20 10:2,12,12<br> 11:14 13:17<br>**Se**<br>2:8<br>**security**<br>13:12<br>**see**<br>6:19 10:24<br>**send**<br>14:4<br>**sense**<br>11:4<br>**SERVICES**<br>1:24<br>**set**<br>18:7,14<br>**showed**<br>12:14,14 13:3<br>**showing**<br>12:15<br>**signed**<br>11:20 16:4<br>**Sixty-five**<br>8:12<br>**smaller**<br>14:5 | **somebody**<br>13:16<br>**sorry**<br>7:9 11:12 14:25<br>**Spanish**<br>2:11 3:3,3 11:5<br>**speaks**<br>11:5<br>**spelling**<br>3:23<br>**spoke**<br>5:11 11:7 13:15<br>**spoken**<br>11:8<br>**started**<br>9:6,12<br>**State**<br>1:17 3:7 18:5<br>**STATES**<br>1:1<br>**status**<br>4:2<br>**STEVEN**<br>2:5<br>**Street**<br>2:3<br>**submit**<br>12:22,25,25 13:10<br>**subscribed**<br>16:4<br>**sue**<br>10:6,11<br>**suing**<br>12:10,13,15<br>**Sunday**<br>8:21<br>**sure**<br>13:16<br>**swear**<br>12:9 13:3<br>**sworn**<br>3:2,7 18:8<br><br>——————————————<br>**T**<br>**T**<br>17:1,5 18:2,2 | **take**<br>3:17<br>**taken**<br>1:15<br>**talking**<br>13:3,11<br>**tax**<br>4:24 6:16,25<br>**tell**<br>4:14,18 10:8,14<br>**testified**<br>3:8<br>**testimony**<br>18:9<br>**Thank**<br>14:24<br>**thin**<br>8:11<br>**thing**<br>14:17<br>**think**<br>3:22 10:10<br>**thinks**<br>8:15<br>**thought**<br>10:13<br>**thumb**<br>14:12,15<br>**Thursday**<br>8:17<br>**time**<br>5:19 7:13,17,20,22<br> 10:10,13,23,25 11:2<br> 11:4 12:5 13:4,13<br> 15:14<br>**TIZZANO**<br>1:6<br>**told**<br>10:15 12:7,12,13,16<br>**transcript**<br>15:4<br>**transfer**<br>14:13<br>**translate**<br>3:3,16<br>**true** |



12:9 18:8
**truth**
13:15,17
**Tuesday**
8:22
**two**
9:20,23 10:3 11:9,14
**type**
14:10

---

**U**

**UNITED**
1:1
**Uptown**
1:6 4:7,16 5:4,8,13
  5:17,19,23 6:2,9,9
  7:14,18,23 8:9,13
  8:24 9:8,10,21,24
**usually**
8:3

---

**V**

**VASQUEZ**
1:3
**version**
14:6
**VIDEOCONFER...**
1:14
**visit**
12:3

---

**W**

**W**
17:1
**wage**
4:11,12,13,14
**wages**
9:25 10:9
**waiting**
10:3
**want**
13:15 14:13,16 15:3
**wanted**
12:4
**way**
14:14 18:12

---

**WEDNESDAY**
1:10
**week**
8:12 10:2
**weekly**
5:25 6:11
**weeks**
6:12 10:3
**went**
10:21,23 12:4,5
**weren't**
10:9
**whatnot**
9:25
**WHEREOF**
18:14
**wings**
12:5
**witness**
3:10 9:12 15:12 18:6
  18:9,14
**work**
5:14 7:18 8:19 9:9,11
  11:17,18 12:2
**worked**
4:16 5:16 7:8,11 8:15
  8:15,23 9:2,8,20,23
**working**
4:18 5:25 8:17 9:5
  10:6
**workplace**
12:11,23
**wouldn't**
10:8,14
**www.MagnaLS.com**
1:25

---

**X**

**X**
1:2,8 17:1,5,5

---

**Y**

**yeah**
14:21
**year**
9:2,2

---

**years**
9:20,23 10:4,11
**York**
1:2,17 3:8 18:5

---

**Z**

**Zoom**
1:9 2:1

---

**0**

**03**
17:3

---

**1**

**10**
1:10 7:21 8:14,16,18
  8:21
**10:23**
1:10
**10:30**
7:24 8:16,18,19
**10:50**
15:14
**10th**
18:15
**11**
8:19,21
**11743**
2:4
**13**
17:7

---

**2**

**2016**
6:3,10 9:13
**2017**
7:15
**2018**
6:10,14,14 9:4,13
**2022**
1:10 16:5 18:15

---

**3**

---

**4**

**460**
6:3,11

---

**5**

**5**
2:3
**516**
2:4
**52**
6:11
**530**
6:14

---

**6**

**6221**
1:24
**624**
1:24
**671-1150**
2:4

---

**7**

---

**8**

**866**
1:24

---

**9**

