PLAINTIFF  HERNANDEZ's DEPOSITION

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
Santos Hernandez, Emanuel De Jesus Lievano
and Miguel Antonio Vasquez,

                                    Case No.:

          Plaintiffs,        20CV04026-JMA(SIL)

          -against-
Rosso Uptown Ltd., Michael Tizzano and
Massimo Gammella,

          Defendants.
-------------------------------------------X
          1129 Northern Boulevard
          Manhasset, New York
          August 11, 2022
          9:57 a.m.

     DEPOSITION of SANTOS HERNANDEZ, a
Plaintiff herein, taken by the Defendants,
pursuant to Article 31 of the Civil Practice
Law & Rules of Testimony, and Order, held at
the above-mentioned time and place, before,
Jane Martone, a Court Reporter and Notary
Public of the State of New York.


               *   *   *

          MAGNA LEGAL SERVICES
           (866) 624-6221
           www.MagnaLS.com





Page 2

1
2    APPEARANCES:
3    MOSER LAW FIRM, ESQ.            ·
     Attorneys for Plaintiff
4    SANTOS HERNANDEZ
     Five East Main Street
5    Huntington, New York 11542
6    BY:  Steven John Moser, Esq.
7
     Massimo Gammella, Pro Se
8    24 Manorhaven Boulevard
     Port Washington, New York 11050
9
10   ALSO PRESENT:
11   MILADY MONTENEGRO, Spanish Interpreter from
     Eiber Translations
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 3

1

2

3                    FEDERAL STIPULATIONS

4

5                    IT IS HEREBY STIPULATED AND

6    AGREED by

7    and between the parties hereto, through

8    their respective counsel, that the

9    certification, sealing and filing of the

10   within examination will be and the same are

11   hereby waived;

12                    IT IS FURTHER STIPULATED AND

13   AGREED

14   that all objections, except as to the form

15   of the question, will be reserved to the

16   time of the trial;

17                    IT IS FURTHER STIPULATED AND

18   AGREED that the within examination may be

19   signed before any Notary Public with the

20   same force and effect as if signed and sworn

21   to before this Court.

22

23

24

25



Page 4

1

2  M I L A D Y   M O N T E N E G R O, a Spanish

3  interpreter, solemnly swore to translate the

4  following questions from English to Spanish

5  and answers from Spanish to English:

6

7  S A N T O S   H E R N A N D E Z, called as a

8  witness, having been first duly sworn,

9  through an interpreter, by a Notary Public

10  of the State of New York, was examined and

11  testified as follows:

12  EXAMINATION  BY

13  THE COURT REPORTER:

14    Q.  State your name for the record,

15  please.

16    A.  Santos Hernandez.

17    Q.  State your address for the record,

18  please.

19    A.  34 Hendrick Avenue, Glen Cove, New

20  York 11542.

21  EXAMINATION BY

22  MR. GAMMELLA:

23    Q.  Mr. Hernandez, do you understand that

24  you're under oath and that being under oath

25  means that you are sworn to tell the truth?



```
 1                    S. HERNANDEZ
 2     A.  Yes.
 3     Q.  Have you ever had a deposition taken
 4  in the past?
 5     A.  No.
 6     Q.  What is your full name?
 7     A.  Santos Hernandez.
 8     Q.  Have you ever used any other name,
 9  maiden name, or anything like that?
10     A.  No.
11     Q.  What is your date of birth and where
12  were you born?
13     A.  November 22, '53.  Honduras.
14     Q.  What's your age?
15     A.  I am already 68.  I am about to be
16  69.
17     Q.  What is your current address?
18     A.  34 Hendrick Avenue in Glen Cove.
19     Q.  How long have you lived there?
20     A.  It's been many years already.  I
21  don't know how many years, but it's been a
22  lot of years.
23     Q.  Where else have you lived previously?
24  Anyplace else?
25     A.  I lived in Glen Cove as well.  The
```



Page 6

```
 1                    S. HERNANDEZ
 2   address was 27 -- I forget the address, but
 3   it was in Glen Cove by the beach, and I also
 4   have lived in Roslyn.
 5      Q.  Did anyone live with you?
 6      A.  Yes, my oldest son.
 7      Q.  For how long?
 8      A.  It's been about 12 years we have been
 9   living together more or less.
10      Q.  Have you ever been married?
11      A.  Not here.
12      Q.  Do you have children?  Obviously.
13   How many children do you have?
14      A.  I have eight children.  Four boys and
15   four girls.
16      Q.  Are any of them, I guess, living here
17   are they employed?
18              MR. MOSER:  Objection.  My
19         objection is to the relevancy of the
20         employment of his children to this
21         action.
22              MR. GAMMELLA:  The son that lives
23         with him.
24      Q.  Is the son that lives with you
25   employed?
```



MAGNA
LEGAL SERVICES

```
 1                    S. HERNANDEZ
 2              MR. GAMMELLA:  If you want to
 3         object, that's okay.
 4    A.  He has a company.
 5    Q.  He owns a company.  Okay.
 6         Have you ever been arrested?
 7    A.  No.
 8    Q.  Did you prepare for this deposition?
 9    A.  No.
10    Q.  Have you spoken to anyone about, you
11  know, this case?  About what's going on here
12  in this lawsuit?
13    A.  No.
14    Q.  Now, what is the meaning of minimum
15  wage?  Can you explain?  Do you know?
16    A.  Look, when I started working for this
17  gentleman --
18    Q.  That's not the question.  The
19  question is:  What's the meaning of minimum
20  wage?
21    A.  Well, I don't know.
22    Q.  Can you tell me then what it is the
23  meaning of minimum wage now?  No, you don't
24  know?
25    A.  Well, at the jobs that I've worked at
```



Page 8

1              S. HERNANDEZ

2    I have been paid $15.00 an hour.  That's

3    what I have been paid, and the overtime has

4    been paid to me at 22.

5       Q.  Was it the same when you worked at

6    Rosso Uptown?

7       A.  No.

8       Q.  Can you tell us what's working

9    overtime means?

10      A.  Well, at the other jobs I have worked

11   40 hours at $15.00 an hour.  After eight

12   hours, it's paid overtime.

13      Q.  The $15.00 an hour that you

14   supposedly get paid now, was that the same

15   at Rosso Uptown when you were working there?

16      A.  Around that time I was not being paid

17   like that.

18      Q.  Do you remember what was the minimum

19   wage then?

20      A.  I was working --

21      Q.  Well, that's not the question.

22   Again, that's not the question.  The

23   question is:  What was getting paid then as

24   minimum wage?  You say that minimum wage --

25   now he's getting paid 15 according to him.



Page 9

```
 1                    S. HERNANDEZ
 2   Does he know what he was paid then at Rosso
 3   Uptown?  If he knows.  If you don't, that's
 4   fine.
 5       A.  I don't recall around that time.
 6       Q.  How do you know Rosso Uptown was
 7   looking to hire then when you got the job?
 8       A.  I was looking for it.
 9       Q.  You were looking?  You just stopped
10   in, or somebody told him?  I know you were
11   looking for it.
12       A.  I walked in.  I walked into the
13   restaurant.
14       Q.  How did you get hired by Rosso
15   Uptown?
16       A.  With the gentleman.
17       Q.  Who hired you?
18       A.  Mr. Massimo.
19       Q.  While you were employed at Rosso
20   Uptown, did you work anyplace else?
21       A.  No.
22       Q.  When did Rosso Uptown open for the
23   first time, do you remember?
24       A.  I started March 20th of 2016.  From
25   March 20th through May 31st I was being paid
```



Page 10

```
 1                   S. HERNANDEZ
 2   400.00.
 3     Q.  We'll let it lie, but that was not
 4   the question, again.  I'll re-ask it.
 5        When was the first time Rosso Uptown
 6   was opened?  But that's okay.
 7     A.  No.
 8     Q.  Can you describe the job that you
 9   did -- that you did do at Rosso Uptown?
10     A.  Yes.  I was a dishwasher.
11     Q.  What was your weekly salary when you
12   worked at Rosso Uptown?
13     A.  $400.00 working six days.
14     Q.  That was the next question.
15        How did you come up with that number?
16     A.  I got to the job.  I got there.
17     Q.  How did you get paid?
18     A.  I was being paid for six days
19   $400.00.
20     Q.  How?
21     A.  Cash.
22     Q.  You were never on the payroll?
23            MR. MOSER:  Objection as to form.
24     A.  From March 31, 2017, I started to get
25   paid 350 by check and 125 by cash until from
```



Page 11

```
 1                    S. HERNANDEZ
 2     May 31, 2017, through July 1, 2018, and the
 3     job finished at that point.  They closed.
 4     They said they were going to remodel, and
 5     they didn't call me back.
 6               MR. GAMMELLA:  The actual place
 7          was closed, shut down.  Closed the
 8          doors.  That's why there was no call
 9          back.
10     Q.  Do you remember who worked there at
11     Rosso Uptown?
12     A.  Yes.  Emanuel, a guy named Miguel
13     worked there.  There were others.  I don't
14     recall their names.  I only remember those
15     two.
16     Q.  I suppose at the time you were
17     employed by Rosso Uptown, where did you
18     live?  At the same place?
19     A.  At the same place.
20     Q.  Do you have a valid driver's license
21     or an ID?
22     A.  No.  I would go by bus.  Sometimes by
23     taxi.
24     Q.  I'm just asking if he has a valid ID
25     or a driver's license?
```



Page 12

```
 1                  S. HERNANDEZ
 2      A.  No.
 3      Q.  I guess we cannot see that either.
 4          My next question was, may I please
 5   see it?  But we can't see that.
 6          At the time you say you were employed
 7   by Rosso Uptown, how did you get to work?
 8      A.  By bus.
 9      Q.  Were you always on time?
10      A.  Yes.
11      Q.  What time, more or less, you arrived
12   at Rosso Uptown?
13      A.  From Tuesday through Thursday we used
14   to go in at 11:00, and we would get out at
15   10:00.  Friday and Saturdays from 11:00 to
16   11:00 p.m.
17      Q.  Do you have the key to open the front
18   door?  Do you have the keys?
19      A.  No.
20      Q.  Who was usually there to open the
21   door in the morning?
22      A.  When we arrived, it was already
23   opened.  I don't know who was the person who
24   opened it.
25      Q.  Again, the question was before:  What
```



Page 13

```
 1                    S. HERNANDEZ
 2    time did he arrive?  What time did he
 3    arrive?  Just -- I don't want to know the
 4    time that it closed or opened.  What time
 5    did he arrive at the place?
 6       A.  To the job from Tuesday through
 7    Thursday, I arrived at 11:00 a.m., and we
 8    got out at 10:00 p.m.  Friday and Saturdays
 9    we went in at 11:00, and we got out at 11:00
10    p.m.
11       Q.  The answer is, he would get there at
12    11:00 a.m.  Got you.
13       A.  I arrived early, yes.  I arrived
14    first.  Sometimes when they opened, I was
15    already there.
16       Q.  That's the confusion.  He said he
17    didn't open the place, the place was already
18    opened.  At the same time he is telling me
19    that he got there earlier before the place
20    was open.  Which one is it?
21             MR. MOSER:  Objection as to form.
22             MR. GAMMELLA:  I just asked him.
23       A.  No, I would enter at the time to work
24    when the time was up.
25       Q.  Do you remember the manager of Rosso
```



Page 14

1                    S. HERNANDEZ

2    Uptown?

3       A.   The manager was Mr. Massimo and

4    Michael.

5       Q.   You don't remember anybody else by

6    the name of Renato that he was there always

7    open in the morning?

8       A.   No.

9       Q.   So you don't remember anyone working

10   there by the name of Renato?

11      A.   No.   Renato, I don't remember.   No.

12      Q.   Do you know the hours of operation of

13   Rosso Uptown?  But I believe he already told

14   us.   If you want to ask him, please?

15      A.   Yes.   Tuesdays through Thursdays from

16   11:00 a.m. to 10:00 p.m., and Fridays and

17   Saturdays from 11:00 a.m. to 11:00 p.m., and

18   Sunday we went in at 12:00 p.m. through

19   10:00 p.m.

20      Q.   Was your schedule always the same?

21      A.   The same.

22      Q.   And when you worked, approximately,

23   you worked at Rosso Uptown, and when was the

24   last day?

25      A.   July 1, 2018, that was the last day.



Page 15

1                    S. HERNANDEZ

2      Q.  Were the same people working there

3   when you started until you left?

4      A.  Yes.

5      Q.  You always worked at Rosso Uptown?

6      A.  Yes.

7      Q.  Is this the only labor lawsuit you

8   were involved with?

9      A.  Yes.

10     Q.  Now, you are saying that you worked

11  at Rosso Uptown for various years from

12  whenever he says 2016 to '18, about a couple

13  of years, according to him.

14         The lawsuit says that, you know, we

15  owe him lost wages, and the question is:

16  Why wouldn't you say in, you know, the first

17  week, or the first day, or the first month,

18  or a few months later that you were not

19  getting paid correctly, or there was a

20  discrepancy in the pay?

21         Why would you wait, you know, two

22  years after the place closed to do this?

23     A.  When they hired me, I requested a

24  raise and they didn't listen to me.  They

25  said no, that that was what I was going to



Page 16

```
 1                    S. HERNANDEZ
 2  be given.  I then told Michael, and Michael
 3  threatened me.  He told me you could leave,
 4  he said.  So I said to him, "So, are you
 5  firing me?"  He said, "No, stay", he said.
 6     Q.  How did you end up retaining
 7  Mr. Moser, your attorney, that is
 8  representing you in your case?
 9     A.  This was later on.  When I already
10  saw that I was lied to, that they told me
11  that they were going to remodel, and I was
12  waiting.  So I then looked for a way.
13     Q.  So the answer would be, you went to
14  see Mr. Moser?
15         The question was:  How did you retain
16  him?  Did you go see him, or did you call
17  him?  I don't know whatever happened.
18     A.  No, I looked for him.  I looked for
19  him at the office.
20     Q.  So you know him before the lawsuit?
21  You know him beforehand?
22     A.  No, I was asking around.
23     Q.  Do you remember when was the first
24  time you went to see him?
25     A.  No, I don't recall.
```



Page 17

1                      S. HERNANDEZ

2      Q.  Was anyone else there with you?

3      A.  No.

4      Q.  There are two other individuals named

5  on the Complaint.  Do you know them?

6      A.  I know Emanuel.  And I know Miguel.

7      Q.  That is the next question.  Do you

8  know their names?

9          One of the persons here in question

10  decided to drop the case.  Do you know who

11  this person is?

12     A.  No, no.

13     Q.  So you don't know the name of this

14  person that was on the lawsuit that is

15  coming off of the lawsuit?  You don't know

16  his name, or his last name, or anything?

17     A.  The name I do know, but I don't know

18  who it is.  What I do know are the two

19  people, which are Emanuel and Miguel, but I

20  don't know which of the two have decided not

21  to continue with the case.

22              MR. GAMMELLA:  We're pretty much

23         done here.

24              MR. MOSER:  I just want to put a

25         statement on the record.



Page 18

```
 1              S. HERNANDEZ
 2          Mr. Tizzano was advised and has
 3     knowledge of both of these
 4     depositions.  In fact, I think he
 5     scheduled the court reporter to be
 6     here.  He has not appeared on either
 7     day.
 8          I don't know if Mr. Gammella can
 9     represent whether or not he is
10     questioning on behalf of all the
11     defendants here.
12          (Continued on next page to
13     accommodate the jurat.)
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 19

```
 1                 S. HERNANDEZ
 2            MR. GAMMELLA:  Yeah, I'm
 3       questioning for everybody.  For me,
 4       Michael Tizzano, and Rosso Uptown.
 5       The whole deposition.
 6            MR. MOSER:  Okay.  Thank you.
 7            MR. GAMMELLA:  There is a reason
 8       why he is not here today, but I'm not
 9       going to say it because it's his
10       business.
11            (Time noted:  10:25 a.m.)
12
13       _____

              SANTOS HERNANDEZ
14
15   Signed and subscribed to
     before me, this        day
16   of              2022.
17
     Notary Public
18
19
20
21
22
23
24
25
```



Page 20

1

2                    I N D E X

3   WITNESS              EXAMINATION BY            PAGE

4   Santos Hernandez      Mr. Gammella            4

5

           I N D E X   O F   E X H I B I T S

6

    NO.           DESCRIPTION                    PAGE

7

          (No exhibits were marked.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 21

1

2                CERTIFICATE

3    STATE OF NEW YORK        )

                             :

4    COUNTY OF NASSAU         )

5

6                I, Jane Martone, a Notary

7    Public within and for the State of New York,

8    do hereby certify:

9                THAT SANTOS HERNANDEZ, the

10   witness, whose deposition is hereinbefore

11   set forth, was duly sworn by me and that

12   such deposition is a true record of the

13   testimony given by such witness.

14                I further certify that I am not

15   related to any of the parties to this action

16   by blood or marriage; and that I am in no

17   way interested in the outcome of this

18   matter.

19                IN WITNESS WHEREOF, I have

20   hereunto set my hand this 11th day of

21   August, 2022, 2022.

22

23                *Jane Martone*
                  Jane Martone

24

25



Page 22

1
2                          LAWYER'S NOTES
3     PAGE              LINE
4     ____  ____    _____
5     ____  ____    _____
6     ____  ____    _____
7     ____  ____    _____
8     ____  ____    _____
9     ____  ____    _____
10    ____  ____    _____
11    ____  ____    _____
12    ____  ____    _____
13    ____  ____    _____
14    ____  ____    _____
15    ____  ____    _____
16    ____  ____    _____
17    ____  ____    _____
18    ____  ____    _____
19    ____  ____    _____
20    ____  ____    _____
21    ____  ____    _____
22    ____  ____    _____
23    ____  ____    _____
24    ____  ____    _____
25    ____  ____    _____



## A

**a.m**
1:11 13:7,12 14:16
  14:17 19:11
**above-mentioned**
1:17
**accommodate**
18:13
**action**
6:21 21:15
**actual**
11:6
**address**
4:17 5:17 6:2,2
**advised**
18:2
**against-**
1:6
**age**
5:14
**AGREED**
3:6,13,18
**answer**
13:11 16:13
**answers**
4:5
**Antonio**
1:4
**anybody**
14:5
**anyplace**
5:24 9:20
**APPEARANCES**
2:2
**appeared**
18:6
**approximately**
14:22
**arrested**
7:6
**arrive**
13:2,3,5
**arrived**
12:11,22 13:7,13,13
**Article**

1:15
**asked**
13:22
**asking**
11:24 16:22
**attorney**
16:7
**Attorneys**
2:3
**August**
1:11 21:21
**Avenue**
4:19 5:18

## B

**B**
20:5
**back**
11:5,9
**beach**
6:3
**behalf**
18:10
**believe**
14:13
**birth**
5:11
**blood**
21:16
**born**
5:12
**Boulevard**
1:9 2:8
**boys**
6:14
**bus**
11:22 12:8
**business**
19:10

## C

**C**
21:2,2
**call**
11:5,8 16:16
**called**

4:7
**case**
1:4 7:11 16:8 17:10
  17:21
**cash**
10:21,25
**certification**
3:9
**certify**
21:8,14
**check**
10:25
**children**
6:12,13,14,20
**Civil**
1:15
**closed**
11:3,7,7 13:4 15:22
**come**
10:15
**coming**
17:15
**company**
7:4,5
**Complaint**
17:5
**confusion**
13:16
**continue**
17:21
**Continued**
18:12
**correctly**
15:19
**counsel**
3:8
**COUNTY**
21:4
**couple**
15:12
**court**
1:2,18 3:21 4:13 18:5
**Cove**
4:19 5:18,25 6:3
**current**
5:17

## D

**D**
4:2,7 20:2,5
**date**
5:11
**day**
14:24,25 15:17 18:7
  19:15 21:20
**days**
10:13,18
**De**
1:3
**decided**
17:10,20
**defendants**
1:8,14 18:11
**deposition**
1:13 5:3 7:8 19:5
  21:10,12
**depositions**
18:4
**describe**
10:8
**DESCRIPTION**
20:6
**discrepancy**
15:20
**dishwasher**
10:10
**DISTRICT**
1:2,2
**door**
12:18,21
**doors**
11:8
**driver's**
11:20,25
**drop**
17:10
**duly**
4:8 21:11

## E

**E**
4:2,2,7,7 20:2,5,5



Page  2

21:2,2
earlier
13:19
early
13:13
East
2:4
EASTERN
1:2
effect
3:20
Eiber
2:11
eight
6:14 8:11
either
12:3 18:6
Emanuel
1:3 11:12 17:6,19
employed
6:17,25 9:19 11:17
  12:6
employment
6:20
English
4:4,5
enter
13:23
Esq
2:3,6
everybody
19:3
examination
3:10,18 4:12,21 20:3
examined
4:10
exhibits
20:7
explain
7:15

**F**

F
20:5 21:2
fact
18:4

FEDERAL
3:3
filing
3:9
fine
9:4
finished
11:3
firing
16:5
FIRM
2:3
first
4:8 9:23 10:5 13:14
  15:16,17,17 16:23
Five
2:4
following
4:4
follows
4:11
force
3:20
forget
6:2
form
3:14 10:23 13:21
forth
21:11
four
6:14,15
Friday
12:15 13:8
Fridays
14:16
front
12:17
full
5:6
further
3:12,17 21:14

**G**

G
4:2
Gammella

1:7 2:7 4:22 6:22 7:2
  11:6 13:22 17:22
  18:8 19:2,7 20:4
gentleman
7:17 9:16
getting
8:23,25 15:19
girls
6:15
given
16:2 21:13
Glen
4:19 5:18,25 6:3
go
11:22 12:14 16:16
going
7:11 11:4 15:25
  16:11 19:9
guess
6:16 12:3
guy
11:12

**H**

H
4:7 20:5
hand
21:20
happened
16:17
held
1:16
Hendrick
4:19 5:18
hereinbefore
21:10
hereto
3:7
hereunto
21:20
Hernandez
1:3,13 2:4 4:16,23
  5:1,7 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1
  18:1 19:1,13 20:4

21:9
hire
9:7
hired
9:14,17 15:23
Honduras
5:13
hour
8:2,11,13
hours
8:11,12 14:12
Huntington
2:5

**I**

ID
11:21,24
individuals
17:4
interested
21:17
interpreter
2:11 4:3,9
involved
15:8

**J**

Jane
1:18 21:6,23
Jesus
1:3
job
9:7 10:8,16 11:3 13:6
jobs
7:25 8:10
John
2:6
July
11:2 14:25
jurat
18:13

**K**

key
12:17
keys



12:18
know
5:21 7:11,15,21,24
  9:2,6,10 12:23 13:3
  14:12 15:14,16,21
  16:17,20,21 17:5,6
  17:6,8,10,13,15,17
  17:17,18,20 18:8
knowledge
18:3
knows
9:3

**L**

L
4:2
labor
15:7
Law
1:16 2:3
lawsuit
7:12 15:7,14 16:20
  17:14,15
LAWYER'S
22:2
leave
16:3
left
15:3
LEGAL
1:23
license
11:20,25
lie
10:3
lied
16:10
Lievano
1:3
LINE
22:3
listen
15:24
live
6:5 11:18
lived

5:19,23,25 6:4
lives
6:22,24
living
6:9,16
long
5:19 6:7
Look
7:16
looked
16:12,18,18
looking
9:7,8,9,11
lost
15:15
lot
5:22

**M**

M
4:2,2
MAGNA
1:23
maiden
5:9
Main
2:4
manager
13:25 14:3
Manhasset
1:10
Manorhaven
2:8
March
9:24,25 10:24
marked
20:7
marriage
21:16
married
6:10
Martone
1:18 21:6,23
Massimo
1:7 2:7 9:18 14:3
matter

21:18
meaning
7:14,19,23
means
4:25 8:9
Michael
1:7 14:4 16:2,2 19:4
Miguel
1:4 11:12 17:6,19
MILADY
2:11
minimum
7:14,19,23 8:18,24
  8:24
MONTENEGRO
2:11
month
15:17
months
15:18
morning
12:21 14:7
Moser
2:3,6 6:18 10:23
  13:21 16:7,14 17:24
  19:6

**N**

N
4:2,2,7,7,7 20:2,5
name
4:14 5:6,8,9 14:6,10
  17:13,16,16,17
named
11:12 17:4
names
11:14 17:8
NASSAU
21:4
never
10:22
New
1:2,10,19 2:5,8 4:10
  4:19 21:3,7
Northern
1:9

Notary
1:18 3:19 4:9 19:17
  21:6
noted
19:11
NOTES
22:2
November
5:13
number
10:15

**O**

O
4:2,2,7 20:5
oath
4:24,24
object
7:3
objection
6:18,19 10:23 13:21
objections
3:14
Obviously
6:12
office
16:19
okay
7:3,5 10:6 19:6
oldest
6:6
open
9:22 12:17,20 13:17
  13:20 14:7
opened
10:6 12:23,24 13:4
  13:14,18
operation
14:12
Order
1:16
outcome
21:17
overtime
8:3,9,12
owe



15:15
owns
7:5

**P**

**p.m**
12:16 13:8,10 14:16
  14:17,18,19
**page**
18:12 20:3,6 22:3
**paid**
8:2,3,4,12,14,16,23
  8:25 9:2,25 10:17
  10:18,25 15:19
**parties**
3:7 21:15
**pay**
15:20
**payroll**
10:22
**people**
15:2 17:19
**person**
12:23 17:11,14
**persons**
17:9
**place**
1:17 11:6,18,19 13:5
  13:17,17,19 15:22
**Plaintiff**
1:14 2:3
**Plaintiffs**
1:5
**please**
4:15,18 12:4 14:14
**point**
11:3
**Port**
2:8
**Practice**
1:15
**prepare**
7:8
**PRESENT**
2:10
**pretty**

17:22
**previously**
5:23
**Pro**
2:7
**Public**
1:19 3:19 4:9 19:17
  21:7
**pursuant**
1:15
**put**
17:24

**Q**

**question**
3:15 7:18,19 8:21,22
  8:23 10:4,14 12:4
  12:25 15:15 16:15
  17:7,9
**questioning**
18:10 19:3
**questions**
4:4

**R**

**R**
4:2,7 21:2
**raise**
15:24
**re-ask**
10:4
**reason**
19:7
**recall**
9:5 11:14 16:25
**record**
4:14,17 17:25 21:12
**related**
21:15
**relevancy**
6:19
**remember**
8:18 9:23 11:10,14
  13:25 14:5,9,11
  16:23
**remodel**

11:4 16:11
**Renato**
14:6,10,11
**reporter**
1:18 4:13 18:5
**represent**
18:9
**representing**
16:8
**requested**
15:23
**reserved**
3:15
**respective**
3:8
**restaurant**
9:13
**retain**
16:15
**retaining**
16:6
**Roslyn**
6:4
**Rosso**
1:7 8:6,15 9:2,6,14
  9:19,22 10:5,9,12
  11:1,17 12:7,12
  13:25 14:13,23 15:5
  15:11 19:4
**Rules**
1:16

**S**

**S**
4:7,7 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:5
**salary**
10:11
**Santos**
1:3,13 2:4 4:16 5:7
  19:13 20:4 21:9
**Saturdays**
12:15 13:8 14:17
**saw**

16:10
**saying**
15:10
**says**
15:12,14
**schedule**
14:20
**scheduled**
18:5
**Se**
2:7
**sealing**
3:9
**see**
12:3,5,5 16:14,16,24
**SERVICES**
1:23
**set**
21:11,20
**shut**
11:7
**signed**
3:19,20 19:15
**six**
10:13,18
**solemnly**
4:3
**somebody**
9:10
**son**
6:6,22,24
**Spanish**
2:11 4:2,4,5
**spoken**
7:10
**started**
7:16 9:24 10:24 15:3
**State**
1:19 4:10,14,17 21:3
  21:7
**statement**
17:25
**STATES**
1:2
**stay**
16:5



Steven
2:6
STIPULATED
3:5,12,17
STIPULATIONS
3:3
stopped
9:9
Street
2:4
subscribed
19:15
Sunday
14:18
suppose
11:16
supposedly
8:14
swore
4:3
sworn
3:20 4:8,25 21:11

**T**

T
4:2,7 20:5 21:2,2
taken
1:14 5:3
taxi
11:23
tell
4:25 7:22 8:8
telling
13:18
testified
4:11
testimony
1:16 21:13
Thank
19:6
think
18:4
threatened
16:3
Thursday
12:13 13:7

Thursdays
14:15
time
1:17 3:16 8:16 9:5,23
  10:5 11:16 12:6,9
  12:11 13:2,2,4,4,18
  13:23,24 16:24
  19:11
Tizzano
1:7 18:2 19:4
today
19:8
told
9:10 14:13 16:2,3,10
translate
4:3
Translations
2:11
trial
3:16
true
21:12
truth
4:25
Tuesday
12:13 13:6
Tuesdays
14:15
two
11:15 15:21 17:4,18
  17:20

**U**

understand
4:23
UNITED
1:2
Uptown
1:7 8:6,15 9:3,6,15
  9:20,22 10:5,9,12
  11:11,17 12:7,12
  14:2,13,23 15:5,11
  19:4
usually
12:20

**V**

valid
11:20,24
various
15:11
Vasquez
1:4

**W**

wage
7:15,20,23 8:19,24
  8:24
wages
15:15
wait
15:21
waiting
16:12
waived
3:11
walked
9:12,12
want
7:2 13:3 14:14 17:24
Washington
2:8
way
16:12 21:17
We'll
10:3
We're
17:22
week
15:17
weekly
10:11
went
13:9 14:18 16:13,24
WHEREOF
21:19
witness
4:8 20:3 21:10,13,19
work
9:20 12:7 13:23
worked

7:25 8:5,10 10:12
  11:10,13 14:22,23
  15:5,10
working
7:16 8:8,15,20 10:13
  14:9 15:2
wouldn't
15:16
www.MagnaLS.com
1:24

**X**

X
1:3,9 20:2,5,5

**Y**

Y
4:2
Yeah
19:2
years
5:20,21,22 6:8 15:11
  15:13,22
York
1:2,10,19 2:5,8 4:10
  4:20 21:3,7

**Z**

Z
4:7

**0**

**1**

1
11:2 14:25
10:00
12:15 13:8 14:16,19
10:25
19:11
11
1:11
11:00
12:14,15,16 13:7,9,9
  13:12 14:16,17,17
11050



2:8
**1129**
1:9
**11542**
2:5 4:20
**11th**
21:20
**12**
6:8
**12:00**
14:18
**125**
10:25
**15**
8:25
**15.00**
8:2,11,13
**18**
15:12

**————— 2 —————**
**2016**
9:24 15:12
**2017**
10:24 11:2
**2018**
11:2 14:25
**2022**
1:11 19:16 21:21,21
**20CV04026-JMA(...**
1:5
**20th**
9:24,25
**22**
5:13 8:4
**24**
2:8
**27**
6:2

**————— 3 —————**
**31**
1:15 10:24 11:2
**31st**
9:25
**34**

4:19 5:18
**350**
10:25

**————— 4 —————**
**4**
20:4
**40**
8:11
**400.00**
10:2,13,19

**————— 5 —————**
**53**
5:13

**————— 6 —————**
**624-6221**
1:23
**68**
5:15
**69**
5:16

**————— 7 —————**

**————— 8 —————**
**866**
1:23

**————— 9 —————**
**9:57**
1:11

