United States District Court
Eastern District of New York

| Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez,, | **CERTIFICATE OF SERVICE BY MAIL** |
|---|---|
| Plaintiff(s), | Case No. 20-cv-04026-JMA-SIL |
| -against- | |
| Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,, | |
| Defendant(s). | |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 7/11/2024 I served the last Docket Order filed by the Court on 07-09-2024, via e-mail to the following addresses:

Michael Tizzano, email: michaelcapri@optonline.net,
Massimo Gammella, email: mm@rossouptown.com, mystat@mashomes.com,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
July 11, 2024

_Shirley Navarro-Losito_