| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 7/15/24<br>TIME: 12:00 pm |

CASE:  **CV 20-4026 (NCM) Hernandez et al v. Rosso Uptown Ltd et al**

TYPE OF CONFERENCE:  STATUS                          FTR: 12:03-12:38

APPEARANCES:
    For Plaintiff:  <u>Steven Moser</u>

    For Defendant: <u>Michael Tizzano (pro se)</u>
                       <u>Massimo Gammella (pro se)</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other:  Pretrial conference held. The proposed pretrial order will be revised by Plaintiff's counsel and emailed to Defendants on July 29, 2024. Defendants will email any objections concerning the draft to Plaintiff's counsel on August 5, 2024. Plaintiff's counsel will file the revised proposed pretrial order on August 6, 2024 for the Court's review.

                                                    SO ORDERED

                                                    /s/Steven I. Locke
                                                    STEVEN I. LOCKE
                                                    United States Magistrate Judge