United States District Court
Eastern District of New York

| | |
|---|---|
| Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez,,<br><br>Plaintiff(s),<br><br>-against-<br><br>Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,<br><br>Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL**<br><br>Case No. 20-cv-04026-JMA-SIL |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 7/16/2024 I served the last Docker Order filed on 07-15-2024 via e-mail to the following addresses:

Michael Tizzano, email: michaelcapri@optonline.net,
Massimo Gammella, email: mm@rossouptown.com, mystat@mashomes.com,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
July 16, 2024

Shirley Navarro-Losito