| | As Of | 8/6/2024 |

# PLAINTIFFS' PROPOSED DAMAGES MODEL
## *Hernandez v Rosso Uptown, Ltd.*

| PLAINTIFF NAME | Santos Hernandez |
|---|---|

### Dates of Employment

| | Month | Day | Year |
|---|---|---|---|
| First Date of Employment | 3 | 20 | 2016 |
| Last Date of Employment | 7 | 1 | 2018 |

### Wages/Rates

| From | To | Rate | Hourly Rate | Overtime Rate (1.5 x Hourly Rate) | Min Wage |
|---|---|---|---|---|---|
| 3/20/2016 | 12/31/2016 | $ 400.00 | 10.00 | $ 15.00 | $ 9.00 |
| 1/1/2017 | 5/31/2017 | $ 400.00 | 10.00 | $ 15.00 | $ 10.00 |
| 1/1/2018 | 7/1/2018 | $ 475.00 | 11.88 | $ 17.81 | $ 11.00 |

### Hours Worked

| | From | To | Lunch (Hrs) | Hours Worked | SOH |
|---|---|---|---|---|---|
| Mon | | | | | |
| Tue | 11:00 AM | 10:00 PM | 1.00 | 10.00 | 11.00 |
| Wed | 11:00 AM | 10:00 PM | 1.00 | 10.00 | 11.00 |
| Th | 11:00 AM | 10:00 PM | 1.00 | 10.00 | 11.00 |
| Fri | 11:00 AM | 11:00 PM | 1.00 | 11.00 | 12.00 |
| Sat | 11:00 AM | 11:00 PM | 1.00 | 11.00 | 12.00 |
| Sun | 12:00 PM | 10:00 PM | 1.00 | 9.00 | 10.00 |
| | | | | | SOH Days |
| | | | | 61.00 | 6.00 |

### OVERTIME

| From | To | Weeks | Average Hours Worked/Week | Regular Rate | OT Rate | OT Hours | Unpaid OT | Total | |
|---|---|---|---|---|---|---|---|---|---|
| 3/20/2016 | 12/31/2016 | 41.00 | 61.00 | $ 15.00 | $ 22.50 | 21.00 | $ 472.50 | $19,372.50 | |
| 1/1/2017 | 12/31/2017 | 52.00 | 61.00 | $ 15.00 | $ 22.50 | 21.00 | $ 472.50 | $24,570.00 | |
| 1/1/2018 | 8/1/2018 | 30.00 | 61.00 | $ 11.88 | $ 17.81 | 21.00 | $ 374.06 | $11,221.88 | |
| | | | | | | | | | $ 55,164.38 |

### SPREAD OF HOURS PAY

| From | To | Weeks | SOH Days/Week | Min Wage | SOH Owed/Wk | Total | |
|---|---|---|---|---|---|---|---|
| 3/20/2016 | 12/31/2016 | 41.00 | 6.00 | $ 9.00 | $ 54.00 | $ 2,214.00 | |
| 1/1/2017 | 12/31/2017 | 52.00 | 6.00 | $ 10.00 | $ 60.00 | $ 3,120.00 | |
| 1/1/2018 | 8/1/2018 | 30.00 | 6.00 | $ 11.00 | $ 66.00 | $ 1,980.00 | |
| | | | | | | | $ 7,314.00 |

### Liquidated Damages

| | | | | |
|---|---|---|---|---|
| Overtime | $55,164 | | | $ 55,164.38 |
| Spread of Hours Pay | $7,314.00 | | | $ 7,314.00 |
| Wage Statement Violations (NYLL 195(3) & 198) | | $5,000.00 | | $ 5,000.00 |
| Wage Notice Violations (NYLL 195(1) & 198) | | $5,000.00 | | $ 5,000.00 |

### PREJUDGMENT INTEREST

| From | To | Midpoint | Wages | Years | Yearly Interest | TOTAL | |
|---|---|---|---|---|---|---|---|
| 3/20/2016 | 7/1/2018 | 5/10/2017 | $ 62,478.38 | 7.25 | $5,623.05 | $40,740 | $ 40,740.18 |

| | | |
|---|---|---|
| | TOTAL | $ 175,696.93 |