| | As Of | 8/6/2024 |

# PLAINTIFFS' PROPOSED DAMAGES MODEL
## *Hernandez v Rosso Uptown, Ltd.*

| PLAINTIFF NAME | Emanuel DeJesus Lievano |
|---|---|

### Dates of Employment

| | Month | Day | Year |
|---|---|---|---|
| First Date of Employment | 8 | 1 | 2016 |
| Last Date of Employment | 8 | 1 | 2018 |

### Wages/Rates

| Year | Rate | Hourly Rate | Overtime Rate (1.5 x Hourly Rate) | Min Wage |
|---|---|---|---|---|
| 2016 | $ 460.00 | 11.50 | $ 17.25 | $ 9.00 |
| 2017 | $ 460.00 | 11.50 | $ 17.25 | $ 10.00 |
| 2018 | $ 530.00 | 13.25 | $ 19.88 | $ 11.00 |

### Hours Worked

| | From | To | Lunch (Hrs) | Hours Worked | SOH |
|---|---|---|---|---|---|
| Mon | 10:30 AM | 10:00 PM | 1.00 | 10.50 | 11.50 |
| Tue | | | | | |
| Wed | 10:30 AM | 10:00 PM | 1.00 | 10.50 | 11.50 |
| Th | 10:30 AM | 10:00 PM | 1.00 | 10.50 | 11.50 |
| Fri | 10:30 AM | 11:00 PM | 1.00 | 11.50 | 12.50 |
| Sat | 10:30 AM | 11:00 PM | 1.00 | 11.50 | 12.50 |
| Sun | 11:00 AM | 10:00 PM | 1.00 | 10.00 | 11.00 |
| | | | | | SOH Days |
| | | | | 64.50 | 6.00 |

## OVERTIME

| From | To | Weeks | Average Hours Worked/Week | Regular Rate | OT Rate | OT Hours | Unpaid OT | Total | |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2016 | 12/31/2016 | 22.00 | 64.50 | $ 17.25 | $ 25.88 | 24.50 | $ 633.94 | $ 13,946.63 | |
| 1/1/2017 | 12/31/2017 | 52.00 | 64.50 | $ 17.25 | $ 25.88 | 24.50 | $ 633.94 | $ 32,964.75 | |
| 1/1/2018 | 8/1/2018 | 30.00 | 64.50 | $ 19.88 | $ 29.81 | 24.50 | $ 730.41 | $ 21,912.19 | |
| | | | | | | | | | $ 68,823.56 |

## SPREAD OF HOURS PAY

| From | To | Weeks | SOH Days/Week | Min Wage | SOH Owed/Wk | Total | |
|---|---|---|---|---|---|---|---|
| 8/1/2016 | 12/31/2016 | 22.00 | 6.00 | $ 9.00 | $ 54.00 | $ 1,188.00 | |
| 1/1/2017 | 12/31/2017 | 52.00 | 6.00 | $ 10.00 | $ 60.00 | $ 3,120.00 | |
| 1/1/2018 | 8/1/2018 | 30.00 | 6.00 | $ 11.00 | $ 66.00 | $ 1,980.00 | |
| | | | | | | | $ 6,288.00 |

## Liquidated Damages

| | | | | |
|---|---|---|---|---|
| Overtime | $68,824 | | | $ 68,823.56 |
| Spread of Hours Pay | $6,288.00 | | | $ 6,288.00 |
| Wage Statement Violations (NYLL 195(3) & 198) | | | $ 5,000.00 | $ 5,000.00 |
| Wage Notice Violations (NYLL 195(1) & 198) | | | $ 5,000.00 | $ 5,000.00 |

## PREJUDGMENT INTEREST

| From | To | Midpoint | Wages | Years | Yearly Interest | TOTAL | |
|---|---|---|---|---|---|---|---|
| 8/1/2016 | 8/1/2018 | 8/1/2017 | $ 75,111.56 | 7.02 | $ 6,760.04 | $47,450 | $ 47,449.93 |
| | | | | | | **TOTAL** | **$ 207,673.05** |