United States District Court
Eastern District of New York

| | |
|---|---|
| Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez,<br><br>                                            Plaintiff(s),<br><br>-*against*-<br><br>Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,,<br><br>                                             Defendant(s). | **CERTIFICATE OF SERVICE BY E-MAIL**<br><br>**Case No. 20-cv-04026-JMA-SIL** |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 8/12/2024 I served the Docket Order entered on 8/7/2024 via e-mail to the following addresses:

Michael Tizzano, email: michaelcapri@optonline.net,
Massimo Gammella, email: mm@rossouptown.com, mystat@mashomes.com,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
       August 13, 2024

*/s/ Shirley Navarro-Losito*
Shirley Navarro-Losito