Steven John Moser (SM1133)
MOSER LAW FIRM, P.C.
5 East Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

SANTOS HERNANDEZ AND EMANUEL DE JESUS LIEVANO,

                        Plaintiffs,

-*against*-

ROSSO UPTOWN LTD., MICHELE TIZZANO S/H/A MICHAEL TIZZANO AND MASSIMO GAMMELLA,

                        Defendants.

Case No. 20-cv-04026 (NCM)(SIL)

**PLAINTIFFS' NOTICE OF MOTION TO STRIKE THE ANSWER OF THE DEFENDANT ROOSO UPTOWN LTD. AND FOR A DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that, on a date and time to be determined by the Court, the undersigned, attorneys for plaintiffs Santos Hernandez and Emanuel DeJesus Lievano shall move before the Honorable Natasha C. Merle, United States District Judge, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 for an order striking the answer of Defendant Rosso Uptwon Ltd. and entering default judgment against Rosso Uptown Ltd. pursuant to Federal Rule of Civil Procedure 55(b)(2). In support of this motion, Plaintiffs submit the annexed Memorandum of Law, the Declaration of Steven J. Moser, and the exhibits thereto.

      A proposed order is annexed to this Notice of Motion.

Dated: Huntington, New York
       August 15, 2024

                                            Respectfully submitted,
                                            MOSER LAW FIRM, P.C.

                                            _____
                                            Steven John Moser, Esq. (SM1133)
                                            5 East Main Street
                                            Huntington, NY 11743
                                            (516) 671-1150
                                            steven.moser@moserlawfirm.com
                                            *Attorneys for Plaintiff*