**HERNANDEZ V ROSSO UPTOWN, LTD.**
**DEFAULT JUDGMENT DAMAGE SUMMARY**

| Count | Cause of Action | Santos Hernandez | Manuel De Jesus Lievano |
|---|---|---|---|
| II & III | Overtime (NYLL/FLSA) | $ 40,851.56 | $ 40,737.38 |
| IV | Spread of Hours (NYLL) | 7,050.00 | 5,940.00 |
| II-IV | Liquidated Damages (FLSA/NYLL) | 47,901.56 | 46,677.38 |
| III & IV | Prejudgment Iterest (NYLL) | 31,329.59 | 25,970.91 |
| V | NYLL 195(1) | 5,000.00 | 5,000.00 |
| VI | NYLL 195(3) | 5,000.00 | 5,000.00 |
|  | **TOTAL** | **$ 137,132.72** | **$ 129,325.66** |

| | | As Of | 8/14/2024 |
|---|---|---|---|

## SANTOS HERNANDEZ
## DAMAGES CALCULATIONS - MOTION FOR DEFAULT
*Hernandez v Rosso Uptown, Ltd.*

| | | | First | Last | Weeks |
|---|---|---|---|---|---|
| Dates of Employment | | | 3/20/2016 | 7/1/2018 | 119.00 |

*Wages/Rates*

| From | To | Rate | Hourly Rate | Overtime Rate (1.5 x Hourly Rate) |
|---|---|---|---|---|
| 3/20/2016 | 5/31/2017 | $ 400.00 | 10.00 | $ 15.00 |
| 1/1/2018 | 7/1/2018 | $ 475.00 | 11.88 | $ 17.81 |

*Hours Worked*

| | From | To | Lunch (Hrs) | Hours Worked | SOH |
|---|---|---|---|---|---|
| Mon | | | | | |
| Tue | 11:00 AM | 10:00 PM | 1.00 | 10.00 | 11.00 |
| Wed | 11:00 AM | 10:00 PM | 1.00 | 10.00 | 11.00 |
| Th | 11:00 AM | 10:00 PM | 1.00 | 10.00 | 11.00 |
| Fri | 11:00 AM | 11:00 PM | 1.00 | 11.00 | 12.00 |
| Sat | 11:00 AM | 11:00 PM | 1.00 | 11.00 | 12.00 |
| Sun | 12:00 PM | 10:00 PM | 1.00 | 9.00 | 10.00 |
| | | | | | SOH Days |
| | | | | 61.00 | 6.00 |

| From | To | Weeks | Average Hours Worked/Week | Regular Rate | OT Rate | OT Hours | Unpaid OT | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2016 | 5/31/2017 | 62.00 | 61.00 | $ 10.00 | $ 15.00 | 21.00 | $ 315.00 | $19,530.00 | | |
| 6/1/2017 | 7/1/2018 | 57.00 | 61.00 | $ 11.88 | $ 17.81 | 21.00 | $ 374.06 | $21,321.56 | | |
| | | *119.00* | | | | | | | $ | 40,851.56 |

| From | To | Weeks | SOH Days/Week | Min Wage | SOH Owed/Wk | Total | | |
|---|---|---|---|---|---|---|---|---|
| 3/20/2016 | 12/31/2016 | 41.00 | 6.00 | $ 9.00 | $ 54.00 | $ 2,214.00 | | |
| 1/1/2017 | 12/31/2017 | 52.00 | 6.00 | $ 10.00 | $ 60.00 | $ 3,120.00 | | |
| 1/1/2018 | 7/1/2018 | 26.00 | 6.00 | $ 11.00 | $ 66.00 | $ 1,716.00 | | |
| | | *119.00* | | | | | $ | 7,050.00 |

| | | | | |
|---|---|---|---|---|
| Overtime | | $40,852 | | $ 40,851.56 |
| Spread of Hours Pay | | $7,050.00 | | $ 7,050.00 |
| Wage Statement Violations (NYLL 195(3) & 198) | | | $5,000.00 | $ 5,000.00 |
| Wage Notice Violations (NYLL 195(1) & 198) | | | $5,000.00 | $ 5,000.00 |

| From | To | Midpoint | Wages | Years | Yearly Interest | TOTAL | | |
|---|---|---|---|---|---|---|---|---|
| 3/20/2016 | 7/1/2018 | 5/10/2017 | $ 47,901.56 | 7.27 | $4,311.14 | $31,330 | $ | 31,329.59 |
| | | | | | | **TOTAL** | **$** | **137,132.72** |

|  |  | As Of | 8/14/2024 |
|---|---|---:|---:|

## EMANUEL DE JESUS LIEVANO
## DAMAGES CALCULATIONS - MOTION FOR DEFAULT
*Hernandez v Rosso Uptown, Ltd.*

|  | **First** | **Last** | **Weeks** |
|---|---:|---:|---:|
| Dates of Employment | 8/1/2016 | 7/1/2018 | 99.00 |
|  | Weeks Worked |  |  |

**Hours Worked**

|  | From | To | Lunch (Hrs) | Hours Worked | SOH |
|---|---|---|---:|---:|---:|
| Mon | 10:30 AM | 10:00 PM | 1.00 | 10.50 | 11.50 |
| Tue |  |  |  |  |  |
| Wed | 10:30 AM | 10:00 PM | 1.00 | 10.50 | 11.50 |
| Th | 10:30 AM | 10:00 PM | 1.00 | 10.50 | 11.50 |
| Fri | 10:30 AM | 11:00 PM | 1.00 | 11.50 | 12.50 |
| Sat | 10:30 AM | 11:00 PM | 1.00 | 11.50 | 12.50 |
| Sun | 11:00 AM | 10:00 PM | 1.00 | 10.00 | 11.00 |
|  |  |  |  |  | SOH Days |
|  |  |  |  | 64.50 | 6.00 |

| From | To | Weeks | Average Hours Worked/Week | Salary | Regular Rate (Salary/40) | OT Rate | OT Hours | Unpaid OT | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2016 | 1/31/2017 | 26.00 | 64.50 | 420.00 | $ 10.50 | $ 15.75 | 24.50 | $ 385.88 | $10,032.75 | | |
| 2/1/2017 | 3/31/2017 | 8.00 | 64.50 | 440.00 | $ 11.00 | $ 16.50 | 24.50 | $ 404.25 | $ 3,234.00 | | |
| 4/1/2017 | 7/1/2018 | 65.00 | 64.50 | 460.00 | $ 11.50 | $ 17.25 | 24.50 | $ 422.63 | $27,470.63 | | |
| | | *99.00* | | | | | | | | $ | 40,737.38 |

| From | To | Weeks | SOH Days/Week | | Min Wage | | SOH Owed/Wk | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2016 | 12/31/2016 | 22.00 | 6.00 | | $ 9.00 | | $ 54.00 | $ 1,188.00 | | |
| 1/1/2017 | 1/31/2017 | 4.00 | 6.00 | | $ 9.00 | | $ 54.00 | $ 216.00 | | |
| 2/1/2017 | 3/31/2017 | 8.00 | 6.00 | | $ 10.00 | | $ 60.00 | $ 480.00 | | |
| 4/1/2017 | 12/31/2017 | 39.00 | 6.00 | | $ 10.00 | | $ 60.00 | $ 2,340.00 | | |
| 1/1/2018 | 7/1/2018 | 26.00 | 6.00 | | $ 11.00 | | $ 66.00 | $ 1,716.00 | | |
| | | *99.00* | | | | | | | $ | 5,940.00 |

| | | | | | |
|---|---|---|---|---|---|
| Overtime | | | | $ | 40,737.38 |
| Spread of Hours Pay | | | | $ | 5,940.00 |
| Wage Statement Violations (NYLL 195(3) & 198) | | | $5,000.00 | $ | 5,000.00 |
| Wage Notice Violations (NYLL 195(1) & 198) | | | $5,000.00 | $ | 5,000.00 |

| From | To | Midpoint | Wages | Years | Yearly Interest | TOTAL | | |
|---|---|---|---|---|---|---|---|---|
| 8/1/2016 | 7/1/2018 | 7/16/2017 | $ 40,737.38 | 7.08 | $3,666.36 | $25,970.91 | $ | 25,970.91 |
| | | | | | | TOTAL | $ | 129,325.66 |