| | | |
|---|---|---|
| | | conducted through the AT&T teleconference center. Parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt. (Ortiz, Grisel) (Entered: 01/04/2021) |
| 01/07/2021 | 15 | Letter *of Apology to Joan M. Azrack, USDJ* by Santos Hernandez (Moser, Steven) (Entered: 01/07/2021) |
| 01/19/2021 | 16 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR INITIAL CONFERENCE (Tel). Counsel For Plaintiff: Steven Moser. Counsel For Defendants: Anthony Portesy. Telephone Initial Conference Hearing held on 1/19/2021 at 2:30 PM. This case is respectfully referred to Mediation. (Case referred to mediation.) (Selection of Mediator due by 2/2/2021.) (Ortiz, Grisel) (Entered: 01/19/2021) |
| 01/19/2021 | | MEDIATION INSTRUCTIONS for Counsel are available at: https://www.nyed.uscourts.gov/adr-forms.<br><br>Counsel are to select a mediator, schedule the first mediation session, and file the name of the mediator, date, time and place of the first mediation session via CM/ECF using the event Selection of Mediator. For a list of the EDNY Mediators and their qualifications, see the Court's website at https://www.nyed.uscourts.gov/adr/Mediation/displayAll.cfm. EDNY Mediators are compensated in accordance with EDNY Local Civil Rule 83.8(f)(1) [formerly EDNY Local Civil Rule 83.11(f)(1)].<br><br>The Confidentiality Stipulation must be signed at the mediation session by all participants, including the mediator, and sent via email to Robyn_Weinstein@nyed.uscourts.gov. The Confidentiality Stipulation is available at: https://www.nyed.uscourts.gov/adr-forms.<br><br>Upon completion of the mediation, both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr-forms. The Mediation Report must be e-mailed to nyed_adr@nyed.uscourts.gov within two weeks following mediation session. (Priftakis, Tina) (Entered: 01/19/2021) |
| 02/05/2021 | | SELECTION OF MEDIATOR: Patrick M. McKenna selected as Mediator. The first mediation session will take place on April 19, 2021 via Zoom. Fourteen days on or before the session date, counsel shall file with the Mediator their client's mediation statement summarizing the facts, legal issues, particulars of any prior settlement discussions, and the name and title of the client or client representative with full settlement authority who will attend the mediation in person. Attendance in person is required of the trial attorney, insurance adjuster, and client or client representative with full settlement authority. The Confidentiality Stipulation must be signed at the mediation session by all participants and the Mediator and returned via e-mail nyed_adr@nyed.uscourts.gov or fax (718) 613-2333. Contact information for the Mediator is on the docket sheet. Upon completion of the mediation, both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr-forms. The Mediation Report must be e-mailed to nyed_adr@nyed.uscourts.gov within two weeks following mediation session. Report of Mediation due by 5/3/2021. (Priftakis, Tina) (Entered: 02/05/2021) |
| 03/18/2021 | 17 | Letter MOTION to Withdraw as Attorney by Massimo Gammella, Rosso Uptown, Ltd. (Abohamra, Ibrahim) Modified event type from Letter to Motion on 3/19/2021 (Ortiz, Grisel). (Entered: 03/18/2021) |
| 03/25/2021 | | Electronic ORDER granting DE 17 Letter Motion to Withdraw as Attorney. Without opposition, Hamra Law Group, PC is terminated as counsel for Defendants, and Defendants' request for a 45-day stay to retain alternate counsel is granted. Further, a status conference is scheduled for 5/10/2021 and will be conducted at 11:30 a.m. through the AT&T teleconference center. Parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt. If Defendants have not retained alternate counsel by the |

| | | |
|---|---|---|
| | | 5/10/2021 conference, Defendants are instructed to appear themselves. Hamra Law Group, PC is directed to provide Defendants with a copy of this Order, and upload proof of service via ECF. Ordered by Magistrate Judge Steven I. Locke on 3/25/2021. (Bartell, Max) (Entered: 03/25/2021) |
| 03/26/2021 | | REPORT of Mediation cancelled. If the parties wish to mediate at a future date, they may contact the mediator to reschedule the session. (Weinstein, Robyn) (Entered: 03/26/2021) |
| 03/26/2021 | 18 | AFFIDAVIT/AFFIRMATION by Rosso Uptown, Ltd., Michael Tizzano (Rosenberg, Danielle) (Entered: 03/26/2021) |
| 05/10/2021 | 19 | Minute Order for proceedings held before Magistrate Judge Steven I. Locke:Status Conference held on 5/10/2021. No appearance from either party. The Initial Conference has been adjourned to 6/10/2021 at 2:30 PM before Magistrate Judge Steven I. Locke. The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt. So Ordered by Magistrate Judge Steven I. Locke on 5/10/2021. A copy of this order should be mailed by Plaintiff's attorney, and electronically file proof of service. (Gandiosi, Kristin) (Entered: 05/10/2021) |
| 06/07/2021 | 20 | AFFIDAVIT of Service for of order dated May 10, 2021 served on Michael Tizzano and Uptown, Ltd on June 7, 2021, filed by Santos Hernandez. (Moser, Steven) (Entered: 06/07/2021) |
| 06/10/2021 | 21 | Minute Order for proceedings held before Magistrate Judge Steven I. Locke: Scheduling conference held. The parties will serve their initial discovery requests on each other on or before July 12, 2021. These discovery requests should NOT be filed with the Court. Responses should be served on or before August 13, 2021. These responses also should NOT be filed with the Court. In the event any disagreements arise over these discovery requests and responses the parties are directed to meet and confer (phone is sufficient) to try to resolve these issues before seeking relief from the Court. If the parties are unable to resolve these issues they make motions to the Court by letters no longer than three pages consistent with the Courts individual rules, which are available on the Court website. In addition, Mr. Gammella will write a letter to the Clerk of the Court with the case number advising the Clerk of his current mailing address so that he may receive Court correspondence. Next Tele- Status Conference set for 9/14/2021 at 12:00 PM before Magistrate Judge Steven I. Locke. The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt. Counsel for Plaintiff is directed to serve a copy of this Order on Pro Se Defendants' and electronically file proof of service. So Ordered by Magistrate Judge Steven I. Locke on 6/10/2021. (Gandiosi, Kristin) (Entered: 06/10/2021) |
| 06/11/2021 | 22 | CERTIFICATE OF SERVICE by Santos Hernandez, Emanuel De Jesus Lievano, Miguel Antonio Vasquez re 21 Initial Conference Hearing,,,,,, Set Hearings,,,,, *Service of 6/10/21 Order upon Defendants* (Moser, Steven) (Entered: 06/11/2021) |
| 07/02/2021 | 23 | MOTION for Order to Show Cause *to Enter Default against Rosso Uptown, Ltd.* by Santos Hernandez, Emanuel De Jesus Lievano, Miguel Antonio Vasquez. (Attachments: # 1 Declaration of Steven J. Moser In Support of Order to Show Cause, # 2 Exhibit 1: Hamra Law Group Motion to Withdraw, # 3 Exhibit 2: Letter to Defendants Regarding Default of Rosso Uptown, Ltd., # 4 Exhibit 3: Certificate of Incorporation of Rosso Uptown, Ltd., # 5 Exhibit 4: Entity Information for Rosso Uptown, Ltd.) (Moser, Steven) Modified on 3/31/2022 (Coleman, Laurie). (Entered: 07/02/2021) |
| 09/14/2021 | 24 | Minute Order for proceedings held before Magistrate Judge Steven I. Locke:Status Conference held on 9/14/2021. No appearance from any party. The Tele-Status Conference has been adjourned to 10/5/2021 at 10:30 AM before Magistrate Judge Steven I. Locke. The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt. |

| | | | |
|---|---|---|---|
| | | | Exhibit 2 Damage Calculations for Lievano) (Moser, Steven) (Entered: 08/06/2024) |
| 08/07/2024 | | | Electronic SCHEDULING ORDER: The Joint Pretrial Order, DE 89 , is accepted for filing and the action is deemed ready for trial. This action will be tried in accordance with the discretion and the trial calendar of the District Judge. Counsel for Plaintiffs is directed to promptly serve a copy of this order on *pro se* Defendants and file proof of service via ECF. Ordered by Magistrate Judge Steven I. Locke on 8/7/2024. (JM) (Entered: 08/07/2024) |
| 08/08/2024 | | | ORDER -- Defendant Russo Uptown, Ltd. failed to respond to this Court's order to show cause why default should not be entered. *See* ECF Order dated Mar. 30, 2022; ECF No. 39. Russo Uptown cannot proceed unrepresented. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (requiring corporate entities be represented by counsel). Therefore, the Court orders plaintiffs to move for default as to defendant Russo Uptown on or before August 15, 2024. If plaintiffs fail to move for default by that date, I will deem the plaintiffs to have abandoned the claims against Russo Uptown and will dismiss the claims against it for failure to prosecute. Ordered by Judge Natasha C. Merle on 8/8/2024. (copy mailed). (AG) (Entered: 08/08/2024) |
| 08/13/2024 | | 90 | CERTIFICATE OF SERVICE by Santos Hernandez, Emanuel De Jesus Lievano *Certificate of Service by Email to Defendants* (Moser, Steven) (Entered: 08/13/2024) |
| 08/13/2024 | | 91 | CERTIFICATE OF SERVICE by Santos Hernandez, Emanuel De Jesus Lievano *Certificate of Service by Email to Defendants* (Moser, Steven) (Entered: 08/13/2024) |