UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez

                                         Plaintiffs,

-*against*-

Rosso Uptown Ltd., Michael Tizzano and Massimo Gammella,

                                         Defendants

Case No. 20-cv-4026(JMA)(SIL)

**ORDER TO SHOW CAUSE**

Upon the declaration of Steven John Moser, sworn to on July 1, 2021 and the exhibits annexed thereto, it is

ORDERED, that ROSSO UPTOWN, LD. show cause before this Court, at Courtroom 920, United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on \_\_\_May 18, 2022\_\_\_, at \_1:00 pm\_ o'clock, as counsel may be heard, why an order should not be issued pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, directing the Clerk to enter a default against the Defendant ROSSO UPTOWN, LTD. for its failure to otherwise defend this action.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall serve a copy of this order, together with the papers upon which it is granted, upon the Defendants Rosso Utown, Ltd., Michael Tizzano, and Massimo Gammella, via federal express overnight delivery on or before _____ to the following addresses of record:

        Massimo Gammella
        24 Manorhaven Blvd.
        Port Washington, NY 11050 +

        Michael Tizzano
        44 Sitsink Drive East, Apt. E
        Port Washington, NY 11050

Rosso Uptown, Ltd.
664 Flanders Drive
Valley Stream, New York 11581

and that such service be deemed good and sufficient service.

SO ORDERED:

Date:  March 30, 2022
       Central Islip, New York                     ___/s/_____

                                                   Joan M. Azrack
                                                   United States District Judge