|   | A | B | C | D |
|---|---|---|---|---|
| 1 | HERNANDEZ V RC | | | |
| 2 | DEFAULT JUDGME | | | |
| 3 | Count | Cause of Action | Santos Hernandez | Manuel De Jesus Lievano |
| 4 | II & III | Overtime (NYLL/FLSA) | =+Hernandez!J30 | =+Lievano!K27 |
| 5 | IV | Spread of Hours (NYLL) | =+Hernandez!J36 | =+Lievano!K35 |
| 6 | II-IV | Liquidated Damages (FLSA/NYLL) | =+Hernandez!J39+Hernandez!J40 | =+Lievano!K38+Lievano!K39 |
| 7 | III & IV | Prejudgment Iterest (NYLL) | =+Hernandez!J46 | =+Lievano!K45 |
| 8 | V | NYLL 195(1) | =+Hernandez!F41 | =+Lievano!G40 |
| 9 | VI | NYLL 195(3) | =+Hernandez!F42 | =+Lievano!G41 |
| 10 | | | | |
| 11 | | TOTAL | =SUM(C4:C9) | =SUM(D4:D9) |

|   | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |   |   |   | As Of | 45518 |
| 2 | EMANUEL DE JESUS LIE |   |   |   |   |   |   |   |   |   |   |
| 3 | DAMAGES CALCULATIO |   |   |   |   |   |   |   |   |   |   |
| 4 | *Hernandez v Rosso Upt* |   |   |   |   |   |   |   |   |   |   |
| 5 |   |   |   |   |   |   |   |   |   |   |   |
| 6 |   |   |   | First | Last | Weeks |   |   |   |   |   |
| 7 |   | Dates of Employment |   | 42583 | 43282 | 99 |   |   |   |   |   |
| 8 |   |   |   | Weeks Worked |   |   |   |   |   |   |   |
| 9 | *Hours Worked* |   |   |   |   |   |   |   |   |   |   |
| 10 |   | From | To | Lunch (Hrs) | Hours Worked | SOH |   |   |   |   |   |
| 11 | Mon | 0.4375 | 0.916666666666667 | 1 | =(+C11-B11)*24-D11 | =(+C11-B11)*24 |   |   |   |   |   |
| 12 | Tue |   |   |   |   |   |   |   |   |   |   |
| 13 | Wed | 0.4375 | 0.916666666666667 | 1 | =(+C13-B13)*24-D13 | =(+C13-B13)*24 |   |   |   |   |   |
| 14 | Th | 0.4375 | 0.916666666666667 | 1 | =(+C14-B14)*24-D14 | =(+C14-B14)*24 |   |   |   |   |   |
| 15 | Fri | 0.4375 | 0.958333333333333 | 1 | =(+C15-B15)*24-D15 | =(+C15-B15)*24 |   |   |   |   |   |
| 16 | Sat | 0.4375 | 0.958333333333333 | 1 | =(+C16-B16)*24-D16 | =(+C16-B16)*24 |   |   |   |   |   |
| 17 | Sun | 0.458333333333333 | 0.916666666666667 | 1 | =(+C17-B17)*24-D17 | =(+C17-B17)*24 |   |   |   |   |   |
| 18 |   |   |   |   |   | SOH Days |   |   |   |   |   |
| 19 |   |   |   |   | =SUM(E11:E17) | 6 |   |   |   |   |   |
| 20 |   |   |   |   |   |   |   |   |   |   |   |
| 21 |   |   |   |   |   |   |   |   |   |   |   |

|    | A | B | C | D | E | F | G | H | I | J | K |
|----|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | | | | | | | | | | |
| 23 | From | To | Weeks | Average Hours Worked/Week | Salary | Regular Rate (Salary/40) | OT Rate | OT Hours | Unpaid OT | Total | |
| 24 | 42583 | 42766 | =ROUND((+B24-A24)/7,0) | =+$E$19 | 420 | =+E24/40 | =+F24*1.5 | =MAX(D24-40,0) | =+G24*H24 | =+I24*C24 | |
| 25 | =+B24+1 | 42825 | =ROUND((+B25-A25)/7,0) | =+$E$19 | 440 | =+E25/40 | =+F25*1.5 | =MAX(D25-40,0) | =+G25*H25 | =+I25*C25 | |
| 26 | =+B25+1 | 43282 | =ROUND((+B26-A26)/7,0) | =+$E$19 | 460 | =+E26/40 | =+F26*1.5 | =MAX(D26-40,0) | =+G26*H26 | =+I26*C26 | |
| 27 | | | =SUM(C24:C26) | | | | | | | | =SUM(J24:J26) |
| 28 | | | | | | | | | | | |
| 29 | From | To | Weeks | SOH Days/Week | | | Min Wage | | SOH Owed/Wk | Total | |
| 30 | =+A24 | 42735 | =ROUND((+B30-A30)/7,0) | =+F19 | | | 9 | | =+G30*D30 | =+I30*C30 | |
| 31 | 42736 | 42766 | =ROUND((+B31-A31)/7,0) | 6 | | | 9 | | =+G31*D31 | =+I31*C31 | |
| 32 | =+A25 | 42825 | =ROUND((+B32-A32)/7,0) | 6 | | | 10 | | =+G32*D32 | =+I32*C32 | |
| 33 | 42826 | 43100 | =ROUND((+B33-A33)/7,0) | 6 | | | 10 | | =+G33*D33 | =+I33*C33 | |
| 34 | 43101 | 43282 | =ROUND((+B34-A34)/7,0) | 6 | | | 11 | | =+G34*D34 | =+I34*C34 | |
| 35 | | | =SUM(C30:C34) | | | | | | | | =SUM(J30:J34) |
| 36 | | | | | | | | | | | |
| 37 | | | | | | | | | | | |
| 38 | Overtime | | | | | | | | | | =+K27 |
| 39 | Spread of Hours Pay | | | | | | | | | | =+K35 |
| 40 | Wage Statement Violations (N | | | | | | 5000 | | | | 5000 |
| 41 | Wage Notice Violations (NYLL | | | | | | 5000 | | | | 5000 |
| 42 | | | | | | | | | | | |
| 43 | | | | | | | | | | | |
| 44 | From | To | Midpoint | Wages | | Years | Yearly Interest | | | TOTAL | |
| 45 | =+A24 | 43282 | =(+B45+A45)/2 | =+K27+B39 | | =(+K1-C45)/365 | =+D45*0.09 | | | =+G45*F45 | =+J45 |
| 46 | | | | | | | | | | | |
| 47 | | | TOTAL | =SUM(C22:C45) | | | | | | | =SUM(K22:K45) |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | As Of | 45518 |
| 2 | SANTOS HERNAND | | | | | | | | | |
| 3 | DAMAGES CALCUL | | | | | | | | | |
| 4 | *Hernandez v Rosso* | | | | | | | | | |
| 5 | | | | **First** | **Last** | **Weeks** | | | | |
| 6 | Dates of Employment | | | 42449 | 43282 | =ROUND((+E6-D6)/7 | | | | |
| 7 | | | | | | | | | | |
| 8 | *Wages/Rates* | | | | | | | | | |
| 9 | From | To | **Rate** | Hourly Rate | Overtime Rate (1.5 x Hourly Rate) | | | | | |
| 10 | 42449 | 42886 | 400 | =+C10/40 | =D10*1.5 | | | | | |
| 11 | 43101 | 43282 | 475 | =+C11/40 | =D11*1.5 | | | | | |
| 12 | | | | | | | | | | |
| 13 | *Hours Worked* | | | | | | | | | |
| 14 | | From | To | Lunch (Hrs) | Hours Worked | SOH | | | | |
| 15 | Mon | | | | | | | | | |
| 16 | Tue | 0.458333333333333 | 0.916666666666667 | 1 | =(+C16-B16)*24-D16 | =(+C16-B16)*24 | | | | |
| 17 | Wed | 0.458333333333333 | 0.916666666666667 | 1 | =(+C17-B17)*24-D17 | =(+C17-B17)*24 | | | | |
| 18 | Th | 0.458333333333333 | 0.916666666666667 | 1 | =(+C18-B18)*24-D18 | =(+C18-B18)*24 | | | | |
| 19 | Fri | 0.458333333333333 | 0.958333333333333 | 1 | =(+C19-B19)*24-D19 | =(+C19-B19)*24 | | | | |
| 20 | Sat | 0.458333333333333 | 0.958333333333333 | 1 | =(+C20-B20)*24-D20 | =(+C20-B20)*24 | | | | |
| 21 | Sun | 0.5 | 0.916666666666667 | 1 | =(+C21-B21)*24-D21 | =(+C21-B21)*24 | | | | |
| 22 | | | | | | SOH Days | | | | |
| 23 | | | | | =SUM(E15:E21) | 6 | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | | | |
| 27 | From | To | Weeks | Average Hours Worked/Week | Regular Rate | OT Rate | OT Hours | Unpaid OT | Total | |
| 28 | 42449 | 42886 | =ROUND((+B28-A28), | =+$E$23 | =+D10 | =+E28*1.5 | =MAX(D28-40,0) | =+F28*G28 | =+H28*C28 | |
| 29 | 42887 | 43282 | =ROUNDUP((+B29-A2 | =+$E$23 | =+D11 | =+E29*1.5 | =MAX(D29-40,0) | =+F29*G29 | =+H29*C29 | |
| 30 | | | =SUM(C28:C29) | | | | | | | **=SUM(I28:I29)** |
| 31 | | | | | | | | | | |
| 32 | From | To | Weeks | SOH Days/Week | | Min Wage | | SOH Owed/Wk | Total | |
| 33 | 42449 | 42735 | =ROUND((+B33-A33), | =+F23 | | 9 | | =+F33*D33 | =+H33*C33 | |
| 34 | 42736 | 43100 | =ROUND((+B34-A34), | =+F23 | | 10 | | =+F34*D34 | =+H34*C34 | |
| 35 | 43101 | 43282 | =ROUND((+B35-A35), | =+F23 | | 11 | | =+F35*D35 | =+H35*C35 | |
| 36 | | | =SUM(C33:C35) | | | | | | | **=SUM(I33:I35)** |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | Overtime | | | | =+J30 | | | | | **=+E39** |
| 40 | Spread of Hours Pay | | | | =+J36 | | | | | **=+E40** |
| 41 | Wage Statement Violati | | | | | 5000 | | | | **5000** |
| 42 | Wage Notice Violations | | | | | 5000 | | | | **5000** |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | From | To | Midpoint | Wages | Years | Yearly Interest | | | TOTAL | |
| 46 | =+D6 | =+E6 | =(+B46+A46)/2 | =+J30+E40 | =(+J1-C46)/365 | =+D46*0.09 | | | =+F46*E46 | **=+I46** |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | TOTAL | **=SUM(J26:J46)** |