United States District Court
Eastern District of New York

| | |
|---|---|
| JONATAN BARAHONA and HECTOR HERNANDEZ,<br><br>Plaintiff(s),<br><br>-against-<br><br>PARADISE TREE SERVICE & LANDSCAPE, CORP.<br>and WILLIAM NIETO,<br><br>Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL**<br><br>**Case No. 21-cv-05400 (GRB)(AYS)** |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1.    I am over 18 years of age and am not a party to this litigation.

2.    I am an employee of the Moser Law Firm, P.C.

3.    On 8/13/2024 I served the Motion to Strike, Proposed Order, Memorandum in Support, Affidavit in Support of Motion and Exhibits 1-7 on Defendant, via email to the following address:

William Nieto – email: Nietow@live.com,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
           August 13, 2024

Shirley Navarro-Losito