Michael Tizzano
11 Yennicock Ave 1st Fl
Port Washington, NY 11050

New York, 08/16/24

Honorable Judge: Natasha C. Merle
Referred Judge: Steven I Locke
United States District Court for the
New York Eastern Distric
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 16 2024 ★
LONG ISLAND OFFICE

RECEIVED
AUG 16 2024
EDNY PRO SE OFFICE

Re: Case No. 20-cv-4026 (JMA) (SIL) Hernandez v. Rosso Uptown LTD.

DEFAULT JUDGMENT CLARIFICATION REQUEST

REC'D IN PRO SE OFFICE
AUG 16 '24 AM 11:53

Dear Judge Merle,

I am writing to bring to your attention a matter regarding the ongoing case involving "Rosso Uptown LTD".
It has come to my attention that the plaintiffs' attorney is moving for a default judgment against Rosso Uptown LTD and my name is included in his complaint.

I would like to respectfully clarify that I am neither an officer nor a shareholder of" Rosso Uptown LTD". and I have never owned or held any stake in the corporation. Throughout the course of this lawsuit, documents have been continuously submitted to the court, which clearly indicate that "Rosso Uptown LTD" is solely owned by Mr. Massimo Gammella. EXHIBTS "C" "E" "F"

In light of this, I respectfully request that, should your Honor decide to grant the motion for a default judgment against "Rosso Uptown LTD", my name be removed from any such judgment or legal findings relate to this case. As I have no legal or financial connection to "Rosso Uptown LTD", it would be unjust to associate my name with any liabilities or responsibilities of the corporation.

Thank you for your time and consideration of this request. I trust that the court will take the appropriate action based on the facts presented.

Sincerely,
Michael Tizzano

08/16/24

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS            ALBANY, NY 12231-0001

                              FILING RECEIPT
================================================================================
ENTITY NAME: ROSSO UPTOWN, LTD.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                    COUNTY: NASS

================================================================================
FILED:01/15/2013  DURATION:PERPETUAL   CASH#:130115000772 FILM #:130115000721
                                       DOS ID:4346247

    FILER:                                                EXIST DATE
    ------                                                ----------
    SERVICO INC.                                          01/15/2013
    P.O. BOX 871

    ALBANY, NY 12201

    ADDRESS FOR PROCESS:
    --------------------
    C/O MASSIMO GAMMELLA                            EXHIBIT "C"
    664 FLANDERS DRIVE
    VALLEY STREAM, NY 11581

    REGISTERED AGENT:
    -----------------


    STOCK:         200 NPV



    The corporation is required to file a Biennial Statement with the Department
    of State every two years pursuant to Business Corporation Law Section 408.
    Notification that the biennial statement is due will only be made via email.
    Please go to www.email.ebiennial.dos.ny.gov to provide an email address
    to receive an email notification when the Biennial Statement is due.


================================================================================
SERVICE COMPANY: SERVICO - 35                          SERVICE CODE: 35 *

FEES         160.00                              PAYMENTS        160.00
             -------                                             -------
FILING       125.00                              CASH              0.00
TAX           10.00                              CHECK             0.00
CERT           0.00                              CHARGE            0.00
COPIES         0.00                              DRAWDOWN        160.00
HANDLING      25.00                              OPAL              0.00
                                                 REFUND            0.00
================================================================================
48020                                                    DOS-1025 (04/2007)
```

EXHIBIT E
672334

| Schedule K-1 (Form 1120S) | 2014 | | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2014, or tax year beginning _____ ending _____ | **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | | | |

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **9,119** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

**Part I   Information About the Corporation**

A  Corporation's employer identification number
   **46-1806292**

B  Corporation's name, address, city, state, and ZIP code
   ROSSO UPTOWN LTD
   52 MAIN STREET
   Port Washington   NY   11050-2952

C  IRS Center where corporation filed return
   e-file

**Part II   Information About the Shareholder**

D  S[redacted]number

E  Shareholder's name, address, city, state, and ZIP code
   MASSIMO GAMMELLA
   664 FLANDERS DR
   VALLEY STREAM   NY   11581

F  Shareholder's percentage of stock ownership for tax year ................ **100.000000** %

↑ 100% OWNER

For IRS Use Only

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2014

DAA

EXHIBIT F

**Form 2553**
(Rev. December 2013)
Department of the Treasury
Internal Revenue Service

Filed Pursuant to Rev. Proc. 2013-30
**Election by a Small Business Corporation**
(Under section 1362 of the Internal Revenue Code)
▶ See Parts II and III on page 3.
▶ You can fax this form to the IRS (see separate instructions).
▶ Information about Form 2553 and its separate instructions is at www.irs.gov/form2553.

OMB No. 1545-0123

Note. This election to be an S corporation can be accepted only if all the tests are met under Who May Elect in the instructions, all shareholders have signed the consent statement, an officer has signed below, and the exact name and address of the corporation (entity) and other required form information have been provided.

### Part I — Election Information

**Type or Print**

Name (see instructions): ROSSO UPTOWN LTD
Number, street, and room or suite no. (If a P.O. box, see instructions.): 52 MAIN STREET
City or town, state, and ZIP code: Port Washington   NY  11050-2952

A Employer identification number: 46-1806292
B Date incorporated: 01/15/2013
C State of incorporation: NY

D Check the applicable box(es) if the corporation (entity), after applying for the EIN shown in A above, changed its ☐ name or ☐ address

E Election is to be effective for tax year beginning (month, day, year) (see instructions) ........ Form 1128 ▶ 01/15/13
Caution. A corporation (entity) making the election for its first tax year in existence will usually enter the beginning date of a short tax year that begins on a date other than January 1.

F Selected tax year:
(1) ☒ Calendar year
(2) ☐ Fiscal year ending (month and day) ▶ _____
(3) ☐ 52-53-week year ending with reference to the month of December
(4) ☐ 52-53-week year ending with reference to the month of ▶ _____
If box (2) or (4) is checked, complete Part II

G If more than 100 shareholders are listed for item J (see page 2), check this box if treating members of a family as one shareholder results in no more than 100 shareholders (see test 2 under Who May Elect in the instructions) ▶ ☐

H Name and title of officer or legal representative who the IRS may call for more information
MASSIMO GAMMELLA        PRESIDENT
I Telephone number of officer or legal representative: [redacted]

If this S corporation election is being filed late, I declare that I had reasonable cause for not filing Form 2553 timely, and if this late election is made by an entity eligible to elect to be treated as a corporation, I declare that I also had reasonable cause for not filing an entity classification election timely and that the representations listed in Part IV are true. See below for my explanation of the reasons the election or elections were not made on time and a description of my diligent actions to correct the mistake upon its discovery (see instructions).

Election was filed for both NYS and the IRS.

For some reason there was an administrative error and the original 2553 was not recorded.

**Sign Here** ▶ [signature redacted]   PRESIDENT AND CEO   8/3/15
                  Signature of officer            Title              Date

For Paperwork Reduction Act Notice, see separate instructions.     Form 2553 (Rev. 12-2013)
MASSIMO GAMMELLA



Form 2553 ROSSO UPTOWN LTD  46-1806292

MASSIMO GAMBELLA
664 FLANDERS DR
VALLEY STREAM, NY 11581

8/3/15 — 100.000 — 01/15/13 — ###-##-5941 — 12/31

100% OWNER