REC'D IN PRO SE OFFICE
AUG 19 '24 AM10:30

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 19 2024 ★
LONG ISLAND OFFICE

RECEIVED
AUG 19
EDNY PRO SE

RECEIVED
AUG 19 2024
EDNY PRO SE OFFICE

Michael Tizzano
11 Yennicock Ave 1st Floor
Port Washington, NY 11050

New York 08/19/2024

Honorable Judge: Natasha C. Merle
Referred Judge: Steven I Locke
United District Court
New York Eastern District
100 Federal Plaza
Central Islip, NY 11722

Re: Case No. 20-cv-4026 (JMA) (SIL) Hernandez v. Rosso Uptown LTD.

**Amendment of decision for personal responsibilities of courts expenses.**

Dear Judge Merle,

I am writing to respectfully request reconsideration of your decision to enter a default judgment against Rosso Uptown LTD. and specifically to my personal responsibilities for attorneys' fees and cost in this matter. I understand and respect the court's concern that a corporation cannot go unrepresented in legal proceedings. However, I must emphasize that I am neither a shareholder nor an officer of Rosso Uptown LTD. and therefore have no stake, financial ties, or authority to act on behalf of the corporation in this legal matter.

Given my lack of association with the corporation, I was unable to provide any form of legal counsel or representation for Rosso Uptown Ltd. during these proceedings. The presumption that I owned Rosso Uptown LtD. is solely the plaintiffs' attorney assumption that has to be, yet, legally validated.

I respectfully ask the court to amend its decision regarding my involvement and reconsider the judgment that grants the plaintiffs' attorney the authority to seek damages for court and legal expenses against me personally.

Until the trial is concluded and there is a clear determination of any responsibilities or liabilities that I might hold in this case, I respectfully request that the court temporarily suspend or amend any decisions that implicate me personally in this matter. I trust that this will ensure that any decisions made are fair and just, considering my lack of involvement with Rosso Uptown LTD.

I appreciate your understanding and consideration of my request.

Sincerely,
Michael Tizzano

08/19/2024