UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 Federal Plaza
Central Islip, NY 11722

```
-----------------------------------------------------------------X
```
Santos Hernandez and Emanuel De Jesus Lievano,

                              Plaintiffs,

 -against-

Rosso Uptown Ltd, Michele Tizzano s/h/a/ Michael Tizzano and Massimo Gammella,

                              Defendants,
```
-----------------------------------------------------------------X
```

**Case No. 20-cv-04026**

November 26, 2024

### Subject: Status Update on Deposition Schedule and Mediation.

**Dear Judge Merle,**
Pursuant to your instructions, (and your deadline of 11/26/2024) we are writing to inform the Court regarding the status of the deposition schedule and settlement discussions.

On 11/21/2024 at 9;45 am, we sent an email **Exhibit A** to Mr. Moser, counsel for the opposing party, advising that we have secured the availability of our witnesses, Saad Kifyat, Joseph Russo, and Joseph Deguida, for depositions. Additionally, we informed that restaurant owner Dimeo, could be available as well, like the other witnesses, with one to two weeks' prior notice. However, we have not received any response from Mr. Moser regarding these arrangements.

Furthermore, we wish to inform the Court that no settlement has been reached in this matter. Given the extremely high and exaggerated damages claimed by the plaintiffs, it is our belief that mediation would be futile and unlikely to resolve the underlying issues.

We remain committed to comply with the Court's directives and respectfully request further guidance if necessary.