# EXHIBIT A

From: mystatmachines.com                                    Hide

To:    Shirley Navarro-Losito

       Steven Moser        Michael Tizzano

                                    Save as group

Dear Mr. Moser,

Following Judge Merle's instructions provided during the last pre-trial conference call on November 19, we would like to inform you that Mr. Saad Kifayat, Mr. Joseph Russo, and Mr. Joseph Deguida have confirmed their availability for depositions. They request at least a week or two of notice prior to scheduling.

Please let us know how you would like to proceed.

From: "mystat mashomes.com" <mystat@mashomes.com>
Date: 11/21/24 9:45 AM (GMT-05:00)
To: Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>, Steven Moser <steven.moser@moserlawfirm.com>, Michael Tizzano <michaelcapri@optonline.net>
Subject: Fwd: Availability of Witnesses for Depositions

Dear Mr. Moser,

Following Judge Merle's instructions provided during the last pre-trial conference call on November 19, we would like to inform you that Mr. Saad Kifayat, Mr. Joseph Russo, and Mr. Joseph Deguida have confirmed their availability for depositions. They request at least a week or two of notice prior to scheduling.

Please let us know how you