

**MOSER LAW FIRM, PC**

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

November 26, 2024

**VIA ECF**

Hon. Natasha C. Merle, USDJ
United States District Court, Eastern District of New York
225 Cadman Plaza East Courtroom 2F North
Brooklyn, NY 11210

    Re:    *Hernandez, et ano v Rosso Uptown Ltd, et al,* Case No. 20-cv-04026-NCM-SIL

Dear Judge Merle:

    I represent the Plaintiffs in the above referenced action. In keeping with the Court's November 19, 2024 order, the Defendants have offered to produce four witnesses for depositions. The depositions are scheduled as follows:

|  | Date | Time |
|---|---|---|
| Mr. Saad Kifayat | 1/14/2025 | 10:00 AM |
| Mr. Joseph Russo | 1/14/2025 | 2:00 PM |
| Mr. Joseph Deguida | 1/15/2025 | 10:00 AM |
| *Mr. Salvatore DiMeo* | *1/15/2025* | *2:00 PM*[1] |

    The depositions will take place at the office of Plaintiff's counsel. With regard to settlement negotiations and/or mediation, all parties do not agree that they would be fruitful at the present time.

                              Respectfully submitted,

                              *Steven J. Moser*

                              Steven J. Moser

CC:    *Pro-Se* Defendants (Via Email)

---

[1] The deposition of Mr. Salvatore DiMeo has not yet been confirmed. We will provide an updated status report to the Court regarding his deposition if it needs to be cancelled or rescheduled.