**Steven Moser**

| | |
|---|---|
| **From:** | Steven Moser |
| **Sent:** | Wednesday, November 27, 2024 12:39 PM |
| **To:** | Pepe Rosso 24; Shirley Navarro-Losito; Michael Tizzano |
| **Subject:** | RE: Declining Conference Call and Requesting Judge Merle's Guidance |

Massimo

I've been trying to reach you on your cell phone.  Please advise if you are available to speak today or Friday.

Steve Moser



### Steven J. Moser
**Managing Attorney, Moser Law Firm, PC**

📞 631.759.4054

📱 516.671.2776

📍 133C New York Avenue, Huntington, NY 11743

▶ PO Box 710, Huntington, NY 11743

🌐 www.moserlawfirm.com

✉ steven.moser@moserlawfirm.com

---

**From:** Steven Moser
**Sent:** Wednesday, November 27, 2024 11:52 AM
**To:** Pepe Rosso 24 <mm@rossouptown.com>; Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>; Michael Tizzano <michaelcapri@optonline.net>
**Subject:** RE: Declining Conference Call and Requesting Judge Merle's Guidance

Gentlemen

Nothing was filed with the Court.  Please call me at your earliest convenience at 516-671-2776.

Stever



### Steven J. Moser
**Managing Attorney, Moser Law Firm, PC**

📞 631.759.4054

📱 516.671.2776

📍 133C New York Avenue, Huntington, NY 11743

▶ PO Box 710, Huntington, NY 11743

🌐 www.moserlawfirm.com

1

✉ steven.moser@moserlawfirm.com

**From:** Pepe Rosso 24 <mm@rossouptown.com>
**Sent:** Wednesday, November 27, 2024 11:01 AM
**To:** Steven Moser <steven.moser@moserlawfirm.com>; Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>; Michael Tizzano <michaelcapri@optonline.net>
**Subject:** Declining Conference Call and Requesting Judge Merle's Guidance

Dear Mr. Moser,

I hope this message finds you well.
After careful consideration, we must kindly decline the proposed conference call at this time, obviously this was a chance for you to remedy.
We believe that your filing of a document that was intended to be joint, without our consent, is contrary to both ethical standards and the instructions provided by the court and Judge Merle.
In light of this, we feel it is appropriate to seek guidance directly from Judge Merle regarding this matter.
We trust that the court's direction will help ensure clarity and fairness as we proceed.
Thank you for your understanding.

Best regards,
Massimo Gammella