Massimo Gammella
141-42 72nd Rd
Flushing NY 11367

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC - 4 2024   ★

LONG ISLAND OFFICE

December 05, 2024

Hon. Natasha C. Merle, USDJ
United States District Court, Easter District of new York
225 Cadman Plaza East Courtroom 2F North
Brooklyn, NY 11210

RECEIVED
DEC - 4 2024
EDNY PRO SE OFFICE

Ref: Hernandez, et ano V. Rosso Uptown Ltd, et al, Case No. 20-cv-04026-NCM-SIL

Dear Judge merle,

I am writing in response to your decision dated December5, 2024. I would like to respectfully bring to your attention certain facts that I believe warrant reconsideration.

First, the plaintiffs' attorney, Mr. Moser, failed to notify me via email regarding his filing, as required.
Unfortunately, this is not the first instance in which Mr. Moser has neglected this responsibility.
However, luckily, I have access to the court filing and I was notified (thru Pacermonitor) and able to review the documents he submitted. Of usual I file in person at the court in Islip but pressed for time I tried the e-file system for the very first time, so I promptly responded to Mr. Moser's filing and uploaded my reply.
Please find a copy of my original response, dated December 4, 2024 attached as **Exhibit A** for your review.
Given the circumstances, I respectfully request that the Court reconsider its decision.
I believe that Mr. Moser`s failure to notify via email and the fact that my timely reply was submitted through the e-file system (**see Exhibit B**) are significant factors that should be taken into account. I hope your honor will extend the same understanding and flexibility that was provided to Mr. Moser when he faced a missed deadline.
Thanks for your time and consideration. Please let me know if further clarification or additional documentation is required.

Respectfully submitted,

Massimo Gammella

PRO SE OFFICE
DEC 5 '24 PM 2:12

AFTER INQUIRING WITH THE COURT CLERK 6ZE WERE TOLD PRO SE SUBMISSION THRU E-FILE TAKES UP TO 48 HOURS TO BE DOCKETED.