PHOTO CREATED
12/04

# EXHIBIT B



Success! Your file has been submitted.



IMG_5345.jpg

3.7 MB 42 seconds ago

| Activity | Chat | **Metadata** | Sharing | Version |

| | |
|---|---|
| Date created: | 2024-12-04 14:00:56 |
| Dimensions: | 4284 x 5712 |
| Camera used: | Apple iPhone 15 Pro Max |
| Software: | 18.0.1 |
| Exposure: | 1/120 sec.   f/1.8   ISO-64   +0 EV |
| Exposure program: | Normal program |
| Focal length: | 6.76 mm (35 mm equivalent: 24 mm) |
| Metering mode: | Pattern |
| Flash mode: | No flash, compulsory |
| GPS coordinates: | N 40° 50' 31.43"   W 73° 42' 33.61" |
| GPS altitude: | 35.4 m |