United States District Court
Eastern District of New York

Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez,

                              Plaintiff(s),

-against-

Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,,

                              Defendant(s).

**CERTIFICATE OF SERVICE BY MAIL**

Case No. 20-cv-04026-NCM-SIL

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 12/16/2024 I served The Report and Recommendations entered into the docket on November 19th, via first class mail courtesy of the United States Postal Service to the following addresses:

Rosso Uptown, Ltd.
24 Manorhaven Blvd.
Port Washington, NY 11050

Massimo Gammella
141-42 72 Drive
Flushing, NY 11367

Michele Tizzano
44 Sintsink Dr. East, Apt E
Port Washington, NY 11050

I certify that the foregoing is true and correct.

Dated: Huntington, New York
December 16, 2024

                                                                  Shirley Navarro-Losito