UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SANTOS HERNANDEZ and EMANUEL DE JESUS LIEVANO,

                           Plaintiffs,                      20-cv-4026 (NCM) (SIL)

   -against-

ROSSO UPTOWN LTD, MICHAEL TIZZANO, and MASSIMO GAMMELLA,

                           Defendants.

-----------------------------------------------------------------X

**Response by pro se Defendant Michael Tizzano to Report and Recommendation.**

To Honorable Judge Natasha C. Merle and Judge Steven I. Locke

I, Michael Tizzano, pro se Defendant, submit this response to clarify and assert my position in the above-referenced case:

1. **Incorrect Shareholder and Employer Allegations:**
   I was neither a shareholder nor an officer of Rosso Uptown LTD. I did not possess any ownership interest or authority within the corporation. The claims that I held such a position are inaccurate.

2. **No involvement in Operations:**
   I was not involved in any capacity in the hiring, firing, scheduling, or payment of employees at Rosso Uptown LTD. Furthermore, I had no role in managing the day-to-day operations of the restaurant.

3. **FLSA Employer definition Does Not Apply:**
   Given my lack of involvement and authority, I do not meet the criteria of an "employer" under the Fair Labor Standard Act (FLSA). I respectfully request the court to dismiss any claims against me that rely on this mischaracterization.

4. **Inability to Retain Legal Counsel for Rosso Uptown LTD.:**

As I have no ownership or control over Rosso Uptown LTD., I am unable to retain legal counsel to defend the corporation. I cannot be held responsible for corporate obligations that do not pertain to me.

5. **Request for Stay and Jury Trial:**

    I respectfully request the court to pause proceeding involving me and defer the matter to a jury trial to allow for a fair and impartial determination of any involvement- or lack thereof- in this matter.

    I affirm all the information presented here is accurate to the best of my knowledge and request that the court take these clarifications into consideration.

Respectfully submitted,

*/s/ Michael Tizzano*

Michael Tizzano

Dated December 26, 2024