MASSIMO GAMMELLA

141 42 72RD RD

FLUSHING, NY 11367

516 633 7977

RECEIVED IN THE PRO SE OFFICE
JAN 09, 2025, 2:22PM
VIA PRO SE PORTAL

January 9, 2025

HONORABLE JUDGE NATASHA C. MERLE

UNITED DISTRICT COURT OF NEW YORK

225 CADMAN PLAZA EAST COURTOOM 2F NORTH

BROOKLYN, NY 11210

CASE NO. 20-cv-04026

**Re: Request for reconsideration of denial of extension to retail legal counsel.**

Dear Judge Merle,

I write to respectfully acknowledge and express my regret regarding your recent decision to deny my request for an extension to retain legal counsel for Rosso Uptown Ltd, in this matter. I fully understand and respect the court's position, but I humbly ask for your consideration of the circumstances that have led me to represent myself in these proceedings and put me in a position no to retain legal representation for the Corporate defendant.

The challenges I have faced stem largely from financial hardships exacerbated by post Covid environment. These difficulties have severely limited my ability to secure the necessary resources to retain appropriate representation.
Additionally, I have experienced **legal misrepresentation in this case** that let me miss important deadlines and mediation meetings, this has further complicated my ability to navigate this process effectively.
These combined factors have left me in a position where to represent myself, became my only viable option. I understand the importance of maintaining efficiency in court proceedings, and I assure you that I will continue to be committed to resolve this matter promptly and respectfully if you would grant me this consideration.
I deeply appreciate your time in this matter.

Respectfully submitted,
Massimo Gammella