**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Santos Hernandez, Emanuel De Jesus Lievano, and Miguel Antonio Vasquez,

Case No.: 20-cv-04026

**NOTICE OF APPEARANCE**

*Plaintiffs*,

-*against*-

Rosso Uptown Ltd., Michael Tizzano, and Massimo Gammella,

*Defendants*.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendants Rosso Uptown Ltd., Michael Tizzano, and Massimo Gammella (collectively, the "Defendants") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

      LEVIN-EPSTEIN & ASSOCIATES, P.C.
      60 East 42nd Street, Suite 4700
      New York, New York 10165

Dated: January 22, 2025
      New York, New York

      LEVIN-EPSTEIN & ASSOCIATES, P.C.

      By:   /s/ *Joshua D. Levin-Epstein*
           Joshua D. Levin-Epstein, Esq.
           60 East 42nd Street, Suite 4700
           New York, New York 10165
           Tel. No.: (212) 792-0046
           Email: Josh@levinepstein.com