3/11/25, 1:46 PM          Screenshot_20250311_121007_Email.jpg

# File Submitted to Pro Se Portal

March 4, 2025  5:30 PM



noreply@nyed.uscourts.gov          Details

**FILED
3.11.2025
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Electronic Portal**

Dear **Michael Tizzano**,

This email confirms the Court received **one** file you submitted to Pro Se Portal.

Thank you.

# File Submitted to Pro Se Portal

March 5, 2025  11:59 AM

noreply@nyed.uscourts.gov          Details



Dear **Michael Tizzano**,

This email confirms the Court received **one** file you submitted to Pro Se Portal.

Thank you.

https://mail.google.com/mail/