UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Santos Hernandez and Emanuel De Jesus Lievano,    March, 05 2025

                                Plantiffs,    Case No. 20-cv-04026 (NCM) (SIL)

    -   against –

Rosso Uptown, Ltd, Michele Tizzano s/h/s Michael Tizzano
and Massimo Gammella,

                                Defendants,

FILED
3.11.2025
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office
via Electronic Portal

-------------------------------------------------------------------X

**MOTION IN LIMINE TO EXCLUDE HEARSAY AND IRRELEVANT EVIDENCE.**

**NOW COMES,** Michael Tizzano, proceeding pro se, and respectfully moves this Honorable Court for an order excluding certain evidence from trial on the grounds that it constitutes inadmissible hearsay or irrelevance to the above captioned case.

    **I.**    **INTRODUCTION**
1. On March 04, 2025, I filed a motion to proceed pro se to ensure adherence to court rules, guidelines, and deadlines, march 07, 2025 being one of those.
2. The opposing party intends to introduce various materials that constitute hearsay or that are irrelevant and should be excluded from trial.

    **II.**    **ARGUMENT**
3. The opposing party seeks to introduce the following types of evidence reported in the final PTO:
Social media posts and advertisements, including Facebook posts and promotional materials.
Newspaper articles.
4. These materials are inadmissible hearsay under rule 802 of the Federal Rules of Evidence because they are out-of court- statements offered for their truth and do not fall under any recognized exception.
5. Additionally, the opposing party has cited Barrera vs. Pepe Rosso in their PTO.

However, this is a closed case that has no relevance to the present matter. Any reference to it serves no legitimate purpose and should be excluded. Furthermore, certain statements in that case were made solely by the attorney handling the matter at the time, who was later withdrawn from the case. These statements should not be attributed to me or considered in any way relevant to the present litigation.

6. Allowing such evidence would improperly prejudice the proceedings, mislead the jury, and distract from the key factual and legal issues in this case.
7. All matters stated in my PTO, defenses, citations and summary remain unchanged and should be the guiding framework for trial proceedings.

### III. CONCLUSION

For the foregoing reasons, I respectfully request that this Court grant my motion in Limine and exclude the identified and irrelevant evidence from trial.

Respectfully submitted.

Michael Tizzano
516 262 9972
Michaelcapri@optonline.net
Pro se litigant