MICHAEL TIZZANO
60a MARWOOD RD N.
PORT WASHINGTON NY, 11050
TEL. 516 262 9972
michaelcapri@optonline.net

New York, March 11, 2025

FILED
3.11.2025
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office
via Electronic Portal

Honorable Judge Nastasha C. Merle
UNITED STATES DISTRICY COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East Courtroom 2f North
Brookyln, NY 11210

Ref: Case No. 2:20-cv-04026-NCM-SIL

Dear Judge Merle,

I am writing to bring to your attention an issue regarding two motions I submitted in connection with the above-mentioned matter.

On **March4, 2025,** I submitted a **Motion to Withdraw Consuel and request to Proceed pro se** through the court's pro se portal. On **March5, 2025,** I submitted a **Motion in Limine** through the same portal. I received confirmation emails from the court's system verifying that both filings were successfully received.

However, despite receiving these confirmations neither motion appeared on the docket. on **March 11, 2025,** after noticing that the documents were still not docketed, I contacted the court clerk to inquire about the status. The clerk advised me to resubmit both motions and to attach a cover letter along with email confirmations received from the court portal. Accordingly, I am in the process of following the clerk's guidance and will promptly resubmit the motions with the necessary supporting documentation.

I take court's rules and your honor's rules seriously and with respect.

Thank you for your attention to this matter. Please let me know if any further action is required on my part,

Respectfully submitted,

Michael Tizzano