UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SANTOS HERNANDEZ AND EMANUEL DE JESUS LIEVANO,

          Plaintiffs,

-against-

ROSSO UPTOWN LTD., MICHELE TIZZANO S/H/A MICHAEL TIZZANO AND MASSIMO GAMMELLA,

          Defendants.

Case No. 20-cv-04026 (NCM)(SIL)

**PLAINTIFFS' PROPOSED VOIR DIRE**

Plaintiffs, Santos Hernandez and Emanuel DeJesus Lievano by and through their counsel, hereby submit the following proposed jury *voir dire* questions for consideration by the Court in connection with this action:

1. Have you ever sat on a jury before? If so:

    a) Was the action civil or criminal?

    b) If civil, what was the nature of the action?

    c) Did you deliberate?

    d) Did you reach a verdict?

    e) If so, what was the nature of verdict?

2. Have you or any member of your family ever been a party to a lawsuit? If so:

    a) Were you the party suing or being sued?

    b) Who was the other party?

    c) What was the nature of the action?

    d) When did this occur?

    e) What was the outcome?

  f)  How did you feel about the outcome?

  g)  How did it affect you?

3. Was there anything about your experience that left you with any positive or negative feeling about the legal profession or the court system? If so, please explain

4. Have you ever testified in a trial? If so, please describe the circumstances, and indicate how you felt about that experience.

5. What is the highest grade that you completed in school, including any trade or technical school?

6. Have you received any degree from any college or university? If so, what was the degree, and what was your major?

7. Have you attended any college or university from which you did not earn a degree? If so, please describe.

8. Are you employed? If so:

  a)  What is the name of your employer?

  b)  What is your job title?

  c)  What are your basic job duties and responsibilities?

  d)  Are you paid hourly, or are you salaried?

  e)  How long have you worked for this employer?

9. If you are not currently employed, who was your last employer, and when did you leave that position? How do you currently spend your time?

10. Are you married? If so, does your spouse work? If yes:

  a)  What is the name of his or her employer?

  b)  What is your spouse's job title?

      c)      What are his or her basic job duties and responsibilities?

      d)      Is your spouse paid hourly, or is he or she salaried?

11. Do you have any children? If so, how many, and what are their ages?

12. Do any of your children work in full-time jobs: If yes:

      a)      What is the name of his or her employer?

      b)      What is his or her job title?

      c)      What are his or her basic job duties and responsibilities?

      d)      Is he or she paid hourly, or is he or she salaried?

      e)      How long has he or she worked for this employer?

13. Are your parents living? If so, are they employed? If yes:

      a)      What is the name of his or her employer?

      b)      What is his or her job title?

      c)      What is his or her basic job duties and responsibilities?

      d)      Is he or she paid hourly, or is he or she salaried?

      e)      How long has he or she worked for this employer?

14. Do you or any member of your family speak or understand Spanish? If so, please describe.

15. Have you or has any member of your family or close friend ever owned a business? If so, please describe.

16. Have you heard of or do you have any knowledge of the facts or events in this case? If so, please describe.

17. Do you have or have you ever had any friends or family members who are, or have been, employed by a restaurant in the State of New York? If so, please describe.

18. Do you know any of the parties, witnesses or attorneys in this case?

19. Do you know any of the fellow jurors in this case?

20. Do you hold any strong personal beliefs or opinions about the Plaintiff's claims in this case, as outlined to you? Please describe.

21. Do you hold any strong personal beliefs about Spanish-speaking immigrants in the United States? Please describe.

22. If you could ask any question about this case, what would it be?

23. Do you hold any strong personal beliefs or opinions that would make it difficult for you to decide this matter fairly and impartially based only on the evidence presented and the law?

Dated: Huntington, New York
March 19, 2025

> Respectfully submitted,
> MOSER LAW FIRM, P.C.
>
> Steven John Moser, Esq. (SM1133)
> 5 East Main Street
> Huntington, NY 11743
> (516) 671-1150
> steven.moser@moserlawfirm.com
> *Attorneys for Plaintiff*

4