# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Joshua@levinepstein.com

March 20, 2025

<u>*Via Electronic Filing*</u>
The Hon. Judge Natasha C. Merle, U.S.D.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      *Re*:  *Hernandez et al v. Rosso Uptown, Ltd. et al*
        Case No.: 2:20-cv-04026
        <u>Re: Continued Representation</u>

Dear Honorable Judge Merle:

  This law firm represents Defendants Rosso Uptown, Ltd. (the "Corporate Defendant"), Michael Tizzano and Massimo Gammella (together, the "Individual Defendants", and collectively with the Corporate Defendant, the "Defendants") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, and the directives contained in Your Honor's March 19, 2025 Order, this letter respectfully serves to advise the Court that Individual Defendant Michael Tizzano has withdrew his request to proceed *pro se*. [*See* Dckt. No. 116]. Thus, the undersigned law firm will be continuing to represent Individual Defendant Michael Tizzano in the above-referenced action.

  Thank you, in advance, for your time and attention to this matter.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

         By:  */s/ Joshua Levin-Epstein*
            Joshua Levin-Epstein, Esq.
            420 Lexington Avenue, Suite 2458
            New York, New York 10170
            Tel. No.: (212) 792-0046
            Email: Joshua@levinepstein.com
            *Attorneys for Defendants*