

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 25, 2025

**VIA ECF**

Hon. Natasha C. Merle, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East Courtroom 2F North
Brooklyn, NY 11210

    Re:    *Hernandez, et ano v Rosso Uptown Ltd, et al,* Case No. 20-cv-04026-NCM-SIL

Dear Judge Merle:

    Please accept this letter regarding the dismissal of the claims of Miguel Antonio Vasquez. At the time the stipulation was signed Miguel Antonio Vasquez was employed by the Defendants at their restaurant "Pepe Rosso 24" located at 24 Manorhaven Blvd., Port Washington, New York. Rosso Uptown, Ltd., formerly located at 52 Main Street, Port Washington, New York closed before the stipulation was prepared.

    We have been unable to reach Mr. Vasquez by telephone or mail. For this reason, we do not know whether or not Mr. Vasquez intends on pursuing his claims. However, upon information and belief, he is still employed by the Defendants at Pepe Rosso 24.

                                                                     Respectfully submitted,

                                                                     *Steven J. Moser*
                                                                     Steven J. Moser