United States District Court
Eastern District of New York

| | |
|---|---|
| Santos Hernandez and Emanuel De Jesus Lievano,<br><br>Plaintiff(s),<br><br>-against-<br><br>Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,<br><br>Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL**<br><br>Case No. 20-cv-04026-NCM-SIL |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 3/27/2025 I served the last Docket Order filed on 3/26/2025 via first class mail courtesy of the United States Postal Service to the following address:

>Miguel Vasquez
>Pepe Rosso 24
>24 Manorhaven Blvd
>Port Washington, NY 11050,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
March 31, 2025

*[signature]*
ID CvAgExrDhzdhACP7AvR89MW7
Shirley Navarro-Losito

## eSignature Details

**Signer ID:**        **CvAgExrDhzdhACP7AvR89MW7**
Signed by:            Shirley Navarro
Sent to email:        shirleylosito@moserlawfirm.com
IP Address:           68.192.105.174
Signed at:            Mar 31 2025, 6:07 pm EDT