| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE  
      U.S. MAGISTRATE JUDGE

DATE: 4/3/2025  
TIME: 10:00 am

CASE: CV 20-4026 (NCM) Hernandez et al v. Rosso Uptown, LTD. et al

TYPE OF CONFERENCE: SETTLEMENT     FTR: 10:06-10:07; 1:29-1:36

APPEARANCES:
    For Plaintiff: Steven Moser

    For Defendant: Joshua Epstein

**THE FOLLOWING RULINGS WERE MADE:**

☒    Other: Settlement conference held. The case is resolved. Defendants have agreed to an offer of judgment of $45,000 which Plaintiffs Hernandez and Lievano will accept. There is some dispute as to whether Plaintiff Vasquez remains in the case, but the parties represent on the record that to the extent that he remains as a Plaintiff they will file a stipulation consistent with the prior orders of the District Judge to resolve his claims.

                                        SO ORDERED

                                        /s/Steven I. Locke  
                                        STEVEN I. LOCKE  
                                        United States Magistrate Judge