UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Santos Hernandez, Emanuel De Jesus Lievano and Miguel Antonio Vasquez,,

        Plaintiff(s),

-against-

Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,,

        Defendant(s).

Case No. 20-cv-04026-NCM-SIL

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the claims of Miguel Antonio Vasquez ("Mr. Vasquez") in the above-captioned action are voluntarily dismissed, without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

The parties represent by their signatures that they have not settled any claims that Mr. Vasquez has asserted in this case against the Defendants under the FLSA or the NYLL. Mr. Vasquez states by his signature below that the reason why he has wanted to discontinue his claims since June 2022 is because there were significant delays in the case and he did not want to invest the time and effort in pursuing the claims with no guaranty of recovery.

Dated: April 4, 2025

MOSER LAW FIRM, P.C.

*Steven J. Moser*
Steven John Moser (SM6628)
133 C East Main Street
Huntington, New York 11743
steven.moser@moserlawfirm.com
(631) 824-0200

*Attorneys for Plaintiffs*

Dated: 04/03/25

_____
Miguel Antonio Vasquez

Dated:

Dated: 04/03/25

_____
Michele Tizzano

_____ 4/3/25
Massimo Gammella

Rosso Uptown, Ltd.

*Joshua Levin Epstein*
By: _____