| | |
|---|---|
| **Plaintiff / Petitioner:** <br> HERNANDEZ ET AL <br> **Defendant / Respondent:** <br> ROSSO UPTOWN, LTD., ET AL | **AFFIDAVIT OF SERVICE** <br> Index No: <br> 2:20-CV-04026-NCM-SIL |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Fri, Apr 04 2025 AT 02:32 PM AT 24 MANORHAVEN BOULEVARD, PORT WASHINGTON, NY 11050 deponent served the within DOCKET ORDER on MIGUEL VASQUEZ

[X] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporate service delivery:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

[ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ _____ a person authorized to accept service.

[ ] **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

[ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

[ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

[ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Apr 4, 2025, 2:32 pm EDT at 24 MANORHAVEN BOULEVARD, PORT WASHINGTON, NY 11050 received by Miguel Vasquez.
Served personally, verbal identification received from the recipient at time of service.

**Description:**
| | | | |
|---|---|---|---|
| Age: 25-30 | Skin Color: Hispanic | Gender: Male | Weight: 200 |
| Height: 5'7" | Hair: Black | | Relationship: Self |
| Other | | | |

*[signature: Paul Duthil]*
PAUL DUTHIL

Sworn to before me on 4/4/25
*[signature]*
Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026