**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
Santos Hernandez and Emanuel De Jesus Lievano,

                      *Plaintiffs*,         CASE NO.: 20-cv-04026-NCM-SIL

vs.

Rosso Uptown Ltd., Michele Tizzano s/h/a
Michael Tizzano and Massimo Gammella,

                      *Defendants,*
-------------------------------------------------------------x

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiffs, **Santos Hernandez and Emanuel De Jesus Lievano,** pursuant to Fed. R. Civ. P. 68, hereby accept the Offer of Judgment made by Defendants, **Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella**, May 20, 2025, which is attached hereto as Exhibit "A".

DATED **May 20, 2025**.

                                            Respectfully Submitted,

                                            **Moser Law Firm, PC**
                                            *Attorneys for Plaintiff*
                                            133 C New York Avenue
                                            Huntington, NY 11743
                                            Tel: 516-671-1150

                                            By:  *Steven John Moser*
                                            Steven John Moser
                                            steven.moser@moserlawfirm.com