United States District Court
Eastern District of New York

| | |
|---|---|
| Santos Hernandez and Emanuel De Jesus Lievano,<br><br>　　　　　　　　　　　　　　　Plaintiff(s),<br><br>　　　　-against-<br><br>Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,<br><br>　　　　　　　　　　　　　　　Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL**<br><br>Case No. 20-cv-04026-NCM-SIL |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1.　　I am over 18 years of age and am not a party to this litigation.

2.　　I am an employee of the Moser Law Firm, P.C.

3.　　On 5/29/2025 I served the Notice of Acceptance and Offer of Judgment via first class mail courtesy of the United States Postal Service to the following address:

　　　　Joshua D. Levin-Epstein, Esq.
　　　　Levin-Epstein & Associates, P.C.
　　　　420 Lexington Avenue, Suite 2458
　　　　New York, NY 10170,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
　　　　May 29, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Shirley Navarro-Losito