UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Santos Hernandez, Emanuel De Jesus Lievano,
and Miguel Antonio Vasquez,

                          Plaintiffs,                    JUDGMENT
    v.                                                       20-cv-04026-NCM-SIL

Rosso Uptown Ltd., Michael Tizzano, and
Massimo Gammella,

                          Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 21, 2025; and Defendants, Rosso Uptown Ltd., Michael Tizzano, and Massimo Gammella, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs Santos Hernandez, Emanuel De Jesus Lievano in the total sum of Forty Five Thousand Dollars and Zero Cents ($45,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Santos Hernandez, Emanuel De Jesus Lievano and against Defendants, Rosso Uptown Ltd., Michael Tizzano, and Massimo Gammella in the total sum of Forty Five Thousand Dollars and Zero Cents ($45,000.00).

Dated:  Brooklyn, New York                                  Brenna B. Mahoney
         May 30, 2025                                       Clerk of Court

                                                       By:    */s/Jalitza Poveda*
                                                                Deputy Clerk