UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santos Hernandez, and Emanuel De Jesus Lievano<br><br>Plaintiff(s),<br><br>-against-<br><br>Rosso Uptown Ltd., Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella,<br><br>Defendant(s). | **SATISFACTION OF JUDGMENT**<br><br>Case No. 20-cv-04026-NCM-SIL |

WHEREAS, a judgment was entered in the above action on May 30th, 2025, in favor of the Plaintiffs Santos Hernandez and Emanuel De Jesus Lievano and against the Defendants Rosso Uptown Ltd, Michele Tizzano s/h/a Michael Tizzano and Massimo Gammella, in the amount of $45,000.00, and said judgment being fully paid.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: June 30, 2025

Respectfully Submitted,

_____

By: Steven J. Moser
Moser Law Firm, PC
Attorney for Plaintiff(s)
133 C New York Avenue
PO Box 710
Huntington, NY 11743
Phone: 516-671-1150
steven.moser@moserlawfirm.com